UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1: 20-mc-21049-COOKE

*Entitled Action Pending in U.S.D.C. Central District of California*
*Case No.: 8:14-CV-01664-JVS*

TRENDSETTAH USA, INC., and
TREND SETTAH, INC.,

Plaintiffs,

vs.

SWISHER INTERNATIONAL,
INC.,

Defendant.

## ORDER

THIS MATTER is before the Court on Swisher International Inc.'s ("Swisher's") motion to administratively reopen this case and lift stay, ECF No. 18, and Swisher's motion to hold Akrum Alrahib ("Mr. Alrahib") in contempt, ECF No. 21. The Court held a hearing on this matter on April 20, 2022. Given the recent developments in the underlying action in California, the Court orders as follows:

1. By May 4, 2022, the parties shall file additional briefs concerning the pending motions. The parties shall address the following issues:
    a. Does the recent Ninth Circuit opinion in this matter render this action moot? If not, should this court wait for a determination from Judge Selna on mootness?
    b. Can the subpoena in this matter—served during the merits phase of the underlying case—now be enforced in post-judgment discovery under Rule 69? What authority does the Court have to do so, and is there any binding case law on this point? Has this issue come up before Judge Selna?
2. The parties may file responsive briefs by May 11, 2022.
3. The Court will set a hearing on this matter for May 18, 2022, at 11:00am.

**DONE AND ORDERED** in Chambers, Miami, Florida, this 20th day of April 2022.

                                                 *[signature]*
                                                 MARCIA G. COOKE
                                                 United States District Judge

Copies furnished to:
*Counsel of record*