```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                         (MIAMI DIVISION)

 3               CASE NO. 1:20-MC-21409-MGC

 4
     TRENDSETTAH USA, INC.
 5   AND                                Miami, Florida
     TREND SETTAH, INC.,
 6         PLAINTIFFS,                   April 21, 2022
                                         Thursday
 7         VS.

 8   SWISHER INTERNATIONAL,              Scheduled for 10:30 a.m.
           DEFENDANT,                    10:48 a.m. to 10:49 a.m.
 9
     AKRUM ALRAHIB,
10         THIRD-PARTY DEFENDANT    Pages 1 - 13

11   --------------------------------------------------------------

12                     TELEPHONIC MOTION HEARING

13            BEFORE THE HONORABLE MARCIA G. COOKE
                   UNITED STATES DISTRICT JUDGE
14

15   APPEARANCES:

16   ON BEHALF OF PLAINTIFFS:       ALAINA FOTIU-WOJTOWICZ, ESQ.
                                    Brodksy Fotiu-Wojtowicz, PLLC
17                                  200 S.E. First Street
                                    Suite 400
18                                  Miami, Florida  33131

19   ON BEHALF OF THIRD-PARTY
     DEFENDANT:                     AARON MICHAEL COHN, ESQ.
20                                  Weinberg, Wheeler, Hudgins
                                    Gunn and Dial
21                                  3350 Virginia Street
                                    Suite 500
22                                  Miami, Florida  33133

23
     STENOGRAPHICALLY
24   REPORTED BY:        GLENDA M. POWERS, RPR, CRR, FPR
                         Official Court Reporter
25                       Glenda_Powers@flsd.uscourts.gov
```

```
 1              (Call to the order of the Court:)
 2              THE COURT:  Our next matter is Trendsettah versus
 3    Swisher International.
 4              Appearing on behalf of plaintiffs.
 5              MS. FOTIU-WOJTOWICZ:  This is Alaina Fotiu-Wojtowicz.
 6    I'm appearing on behalf of Swisher International.
 7              THE COURT:  And appearing on behalf of -- I guess it
 8    would be Mr. Alrahib.
 9              MR. COHN:  Yes, Aaron Cohn, Your Honor, on behalf of
10    Mr. Alrahib.  How are you?
11              THE COURT:  All right.  Counsel, first of all, as you
12    know, and I don't tell you anything you don't know, I have
13    learned by virtue of this case that these miscellaneous numbers
14    don't appear on any list in the court.  They don't show up on
15    our ripe motions report, and so for your case getting lost in
16    the back bowels of the beast, I want to apologize.
17              But I also would like for you to tell your colleagues
18    in the world that I do not object to the notice provision that
19    the Court has when something's been languishing; it's the best
20    way, and it usually means it's fallen under a rock, which,
21    unfortunately, happens sometimes.
22              But I also want to talk because there's been some
23    action in this case since last Friday that I sort of -- I think
24    it's Friday.  When was the 15th, Friday?  -- that sort of
25    changes or may change how I should go about this case.
```

1  I don't know, which one of you wants to speak on it
2  first?  Because I know this case has a tortured history in the
3  Ninth Circuit, and it looks like they're continuing to torture
4  it.
5       MS. FOTIU-WOJTOWICZ:  Yes, Judge, if I may be permitted
6  to respond.  I know Mr. Cohn already filed a notice yesterday
7  after we spoke yesterday morning about our respective positions
8  on how the appeal affected this litigation.
9       And so, as Your Honor rightly comments, this case
10 has -- I mean, it's a crazy history.  I mean, it started with
11 huge plaintiff's verdict that was taken away by the Trial
12 Court, that went to the Ninth Circuit, and then was reversed;
13 came back, there was the discovery of the conducts that we're
14 really here about, discovery related to today about
15 Mr. Alrahib's failure to pay excise tax to the United States
16 Government; and then, ultimately, after that, to the State
17 Government of California, which has resulted in his
18 incarceration in proceedings in front of Judge Smith.
19      So the Trial Court then vacated all of the judgments
20 against my client based on two grounds, one for fraud on the
21 Court and the second for newly discovered evidence, and the
22 most recent ruling by the Ninth Circuit affirms on the
23 antitrust and reverses on the contract.
24      There's going to be continued proceedings in front of
25 the Ninth Circuit, and my client intends to file a motion for

1  re-hearing en banc.  There's been no mandate that has issued.
2  There will be no mandate that's going to issue.
3         The Trial Court has not vacated the attorneys fee award
4  and discovery continues.  And on top of that, I don't think
5  there can be any dispute that there are going to continue to be
6  proceedings in front of the Trial Court, regardless of the
7  outcome on the appeal.
8         Mr. Cohn indicated in his motion that TSI is going to
9  be moving for attorneys fees because it believes it's a
10 prevailing party.  Actually, under Florida law, because the
11 antitrust claims and the contract claims were separate and
12 distinct claims, Swisher actually continues to be the
13 prevailing party and will continue to be the prevailing party
14 under the Florida Antitrust Statute, which has a prevailing
15 party attorneys fees that allows reasonable attorneys fees to a
16 defendant prevailing in any action for damages where the Court
17 finds that there was a complete absence of justiciable issue of
18 either law or fact.
19        In this case, the Trial Court has already found that
20 Swisher's -- or that excuse me -- that TSI's antitrust claims
21 are based entirely upon fraudulent conspiracy to avoid paying
22 excise tax; and that if they had not failed to pay the excise
23 tax, that they would not have continued to be a going concern,
24 basically.
25        They needed that saved money in order to be profitable,

1   and that TSI's damages would have been zero.  So, essentially,
2   their entire antitrust claim is based on -- the Trial Court
3   found -- on a fraud, and that finding was upheld on appeal and
4   that judgment is not going to be reinstated.
5          So there are going to be ongoing proceedings and
6   ongoing discovery in this case, no matter what happens.
7   There's going to be ongoing proceedings before the Ninth
8   Circuit and then more ongoing proceedings before the Trial
9   Court.
10         And the documents that are sought in this subpoena that
11  the Court ordered to be produced where there's been willful
12  non-compliance are relevant and material to all of it; and most
13  importantly, discovery is still ongoing.  There's been nothing
14  to stop discovery.
15         There's nothing that divests this Court from its
16  authority to order the documents produced.  And, you know, we
17  don't think that there should be any cleansing of this bad
18  behavior that has been going on for so long.
19         There was an order that was entered --
20         THE COURT:  That bad behavior may be separate and apart
21  from whether or not I have the ability to go forward, and
22  that's my concern.
23         Mr. Cohn.
24         MR. COHN:  Thank you, Judge.  I really don't have much
25  to add beyond what's in the papers already.  But I would like

1    to clarify one thing.  In the description -- when Judge Selna
2    issued the Rule 60 relief from judgment after the Ninth Circuit
3    partially reversed his prior order, I believe that Judge Selna
4    granted a new trial on all issues.
5         And what happened was Trendsettah, which was the
6    plaintiff in that case, dismissed its case with prejudice so
7    that it could get to the Ninth Circuit and then get this
8    reversal that it just got last Friday.
9         So, you know, I don't think it's right to say that
10   Swisher is still the prevailing party on the antitrust claims.
11   That's just not right.
12        But, otherwise, I think this whole issue is moot, and
13   we need to give the courts time in California to go back and,
14   you know, if there's a dispute over who the prevailing party is
15   at this point based on the Ninth Circuit opinion, that can get
16   hashed out there; and if there needs to be, you know,
17   post-judgment discovery after that, we can proceed.
18        THE COURT:  All right.  I am going to set a -- this is
19   what I think I need to know.  So, obviously, Mr. Alrahib has
20   raised the argument that the enforcement action is moot based
21   upon the Ninth Circuit's direction to remand the contractual
22   claim and reinstate the jury verdict.
23        I don't have any argument from Swisher to determine
24   whether or not that's the case.  And Mr. Alrahib has not been
25   able to fully flesh out this argument for me and explain why

1    attorneys fees and costs are not recoverable on the antitrust
2    claims, which the Eleventh Circuit affirmed in Swisher's favor.
3            Relatedly, you all have not had the opportunity to
4    explain whether mootness is an issue for Judge Selna to decide
5    in the underlying action before I enforce the subpoena.
6            So I think there's a lot of putting -- I mean, it's
7    very easy to say, Judge, nothing changes here, just go ahead,
8    enforce the subpoena, but if there's nothing to enforce the
9    subpoena on, why am I enforcing a subpoena?
10           So I think I need to find that out first.  I don't have
11   any binding authority from either side of whether or not I
12   should enforce a subpoena during the merits phase of the case
13   and the post-judgment phase, pursuant to Rule 6982.
14           So, is Judge Selna going to make similar subpoenas go
15   forward once the case goes back there?  Does the original
16   subpoena seek information that would be irrelevant, given what
17   the post-judgment enforcement is now?
18           I just think there's so many things I don't know based
19   upon what happened last week.  So this is what I'm going to do.
20           Today is April 20th.  I am going to ask the parties to
21   give me briefs by May 4th about what last week did or did not
22   do to change the character of what you want me to do.
23           MS. FOTIU-WOJTOWICZ:  And, Judge, you want those to be
24   simultaneously filed briefs?
25           THE COURT:  Yes, I think you can do it simultaneously.

```
 1   I don't think I should -- I mean, after you do on May 4th and
 2   somebody wants to file a supplemental filing, I'll allow that,
 3   but the bulk of everything should be filed on May 4th.
 4           And then I will set this matter down for hearing.
 5   I'm going to do it right now so you guys don't go through the
 6   cracks.  I'm going to set it for hearing on May 18th at --
 7   Ivan, can you give me a time?  And also, don't forget to send
 8   out a notice for me, please.
 9           How's 11 on May 18th?
10           MR. COHN:  It works for me, Your Honor.
11           MS. FOTIU-WOJTOWICZ:  Me as well, Your Honor.
12           THE COURT:  Any objection that we continue this by
13   Zoom?
14           MS. FOTIU-WOJTOWICZ:  No, Judge.
15           MR. COHN:  No.
16           THE COURT:  We will set it for Zoom hearing on May 18th
17   at 11:00 a.m.  May 18th the Court will send out to you a Zoom
18   link no later than May 17th.  We usually do it -- I know you
19   guys think, Why is it so late?
20           We've just found out there's some nefarious people out
21   here and if we send out the Zoom link too early certain things
22   can happen.  If you don't have it by the afternoon of May 17th,
23   call the Court, you should have it by then.  All right.
24           MS. FOTIU-WOJTOWICZ:  Thank you, Judge.
25           MR. COHN:  Thank you very much.
```

```
 1            THE COURT:  Hold on just a second.  Ivan said
 2   something.  So we're still on May 11th; new papers by May 4th;
 3   and then we'll be up and running and you won't fall through the
 4   cracks again.  I apologize.
 5            MS. FOTIU-WOJTOWICZ:  I'm sorry, Your Honor.  May 11th
 6   or May 18th?
 7            THE COURT:  May 18th, I'm sorry.  Filings by May 4th.
 8   And any responses to the May 4th by May 11th, maybe that's what
 9   I meant to say and didn't.  All right.
10            MR. COHN:  I'm sorry, I missed the May 11th date, what
11   was that?
12            THE COURT:  If you want to respond to anyone's May 4th
13   filing by May 11th.
14            We'll be in brief recess and we'll return for Lima
15   versus Celebrity Cruises in five minutes.
16            MR. COHN:  Thank you, Judge.  Have a nice day.
17            THE COURT:  You're welcome.
18            (Proceedings concluded at 10:59 a.m.)
19
20
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E

 2
       I hereby certify that the foregoing is an
 3
    accurate transcription of the proceedings in the
 4
    above-entitled matter.
 5

 6
       April 25th, 2022        /s/Glenda M. Powers
 7                             GLENDA M. POWERS, RPR, CRR, FPR
                               United States District Court
 8                             400 North Miami Avenue
                               Miami, Florida  33128
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**/**

**/s/Glenda** [1] - 10:6

**1**

**1** [1] - 1:10
**10:30** [1] - 1:8
**10:48** [1] - 1:8
**10:49** [1] - 1:8
**10:59** [1] - 9:18
**11** [1] - 8:9
**11:00** [1] - 8:17
**11th** [5] - 9:2, 9:5, 9:8, 9:10, 9:13
**13** [1] - 1:10
**15th** [1] - 2:24
**17th** [2] - 8:18, 8:22
**18th** [6] - 8:6, 8:9, 8:16, 8:17, 9:6, 9:7
**1:20-MC-21409-MGC** [1] - 1:3

**2**

**200** [1] - 1:17
**2022** [2] - 1:6, 10:6
**20th** [1] - 7:20
**21** [1] - 1:6
**25th** [1] - 10:6

**3**

**33128** [1] - 10:8
**33131** [1] - 1:18
**33133** [1] - 1:22
**3350** [1] - 1:21

**4**

**400** [2] - 1:17, 10:8
**4th** [7] - 7:21, 8:1, 8:3, 9:2, 9:7, 9:8, 9:12

**5**

**500** [1] - 1:21

**6**

**60** [1] - 6:2
**6982** [1] - 7:13

**A**

**a.m** [5] - 1:8, 1:8, 8:17, 9:18
**AARON** [1] - 1:19
**Aaron** [1] - 2:9
**ability** [1] - 5:21
**able** [1] - 6:25
**above-entitled** [1] - 10:4
**absence** [1] - 4:17
**accurate** [1] - 10:3
**action** [4] - 2:23, 4:16, 6:20, 7:5
**add** [1] - 5:25
**affected** [1] - 3:8
**affirmed** [1] - 7:2
**affirms** [1] - 3:22
**afternoon** [1] - 8:22
**ahead** [1] - 7:7
**AKRUM** [1] - 1:9
**Alaina** [1] - 2:5
**ALAINA** [1] - 1:16
**allow** [1] - 8:2
**allows** [1] - 4:15
**ALRAHIB** [1] - 1:9
**Alrahib** [4] - 2:8, 2:10, 6:19, 6:24
**Alrahib's** [1] - 3:15
**AND** [1] - 1:5
**antitrust** [6] - 3:23, 4:11, 4:20, 5:2, 6:10, 7:1
**Antitrust** [1] - 4:14
**apart** [1] - 5:20
**apologize** [2] - 2:16, 9:4
**appeal** [3] - 3:8, 4:7, 5:3
**appear** [1] - 2:14
**APPEARANCES** [1] - 1:15
**Appearing** [1] - 2:4
**appearing** [2] - 2:6, 2:7
**April** [3] - 1:6, 7:20, 10:6
**argument** [3] - 6:20, 6:23, 6:25
**attorneys** [5] - 4:3, 4:9, 4:15, 7:1
**authority** [2] - 5:16, 7:11
**Avenue** [1] - 10:8
**avoid** [1] - 4:21
**award** [1] - 4:3

**B**

**bad** [2] - 5:17, 5:20
**banc** [1] - 4:1
**based** [6] - 3:20, 4:21, 5:2, 6:15, 6:20, 7:18
**beast** [1] - 2:16
**BEFORE** [1] - 1:13
**behalf** [4] - 2:4, 2:6, 2:7, 2:9

**BEHALF** [2] - 1:16, 1:19
**behavior** [2] - 5:18, 5:20
**believes** [1] - 4:9
**best** [1] - 2:19
**beyond** [1] - 5:25
**binding** [1] - 7:11
**bowels** [1] - 2:16
**brief** [1] - 9:14
**briefs** [2] - 7:21, 7:24
**Brodksy** [1] - 1:16
**bulk** [1] - 8:3
**BY** [1] - 1:24

**C**

**California** [2] - 3:17, 6:13
**case** [13] - 2:13, 2:15, 2:23, 2:25, 3:2, 3:9, 4:19, 5:6, 6:6, 6:24, 7:12, 7:15
**CASE** [1] - 1:3
**Celebrity** [1] - 9:15
**certain** [1] - 8:21
**certify** [1] - 10:2
**change** [2] - 2:25, 7:22
**changes** [2] - 2:25, 7:7
**character** [1] - 7:22
**Circuit** [9] - 3:3, 3:12, 3:22, 3:25, 5:8, 6:2, 6:7, 6:15, 7:2
**Circuit's** [1] - 6:21
**claim** [2] - 5:2, 6:22
**claims** [6] - 4:11, 4:12, 4:20, 6:10, 7:2
**clarify** [1] - 6:1
**cleansing** [1] - 5:17
**client** [2] - 3:20, 3:25
**COHN** [8] - 1:19, 2:9, 5:24, 8:10, 8:15, 8:25, 9:10, 9:16
**Cohn** [4] - 2:9, 3:6, 4:8, 5:23
**colleagues** [1] - 2:17
**comments** [1] - 3:9
**complete** [1] - 4:17
**compliance** [1] - 5:12
**concern** [2] - 4:23, 5:22
**concluded** [1] - 9:18
**conducts** [1] - 3:13
**conspiracy** [1] - 4:21
**continue** [3] - 4:5, 4:13, 8:12
**continued** [2] - 3:24, 4:23

**continues** [2] - 4:4, 4:12
**continuing** [1] - 3:3
**contract** [2] - 3:23, 4:11
**contractual** [1] - 6:21
**COOKE** [1] - 1:13
**costs** [1] - 7:1
**counsel** [1] - 2:11
**COURT** [13] - 1:1, 2:2, 2:7, 2:11, 5:20, 6:18, 7:25, 8:12, 8:16, 9:1, 9:7, 9:12, 9:17
**Court** [17] - 1:24, 2:1, 2:19, 3:12, 3:19, 3:21, 4:3, 4:6, 4:16, 4:19, 5:2, 5:9, 5:11, 5:15, 8:17, 8:23, 10:7
**court** [1] - 2:14
**courts** [1] - 6:13
**cracks** [2] - 8:6, 9:4
**crazy** [1] - 3:10
**CRR** [2] - 1:24, 10:7
**Cruises** [1] - 9:15

**D**

**damages** [2] - 4:16, 5:1
**date** [1] - 9:10
**decide** [1] - 7:4
**DEFENDANT** [3] - 1:8, 1:10, 1:19
**defendant** [1] - 4:16
**description** [1] - 6:1
**determine** [1] - 6:23
**Dial** [1] - 1:20
**direction** [1] - 6:21
**discovered** [1] - 3:21
**discovery** [7] - 3:13, 3:14, 4:4, 5:6, 5:13, 5:14, 6:17
**dismissed** [1] - 6:6
**dispute** [2] - 4:5, 6:14
**distinct** [1] - 4:12
**District** [1] - 10:7
**DISTRICT** [3] - 1:1, 1:1, 1:13
**divests** [1] - 5:15
**DIVISION** [1] - 1:2
**documents** [2] - 5:10, 5:16
**down** [1] - 8:4
**during** [1] - 7:12

**E**

**early** [1] - 8:21
**easy** [1] - 7:7

**either** [2] - 4:18, 7:11
**Eleventh** [1] - 7:2
**en** [1] - 4:1
**enforce** [4] - 7:5, 7:8, 7:12
**enforcement** [2] - 6:20, 7:17
**enforcing** [1] - 7:9
**entered** [1] - 5:19
**entire** [1] - 5:2
**entirely** [1] - 4:21
**entitled** [1] - 10:4
**ESQ** [2] - 1:16, 1:19
**essentially** [1] - 5:1
**evidence** [1] - 3:21
**excise** [3] - 3:15, 4:22
**excuse** [1] - 4:20
**explain** [2] - 6:25, 7:4

**F**

**fact** [1] - 4:18
**failed** [1] - 4:22
**failure** [1] - 3:15
**fall** [1] - 9:3
**fallen** [1] - 2:20
**favor** [1] - 7:2
**fee** [1] - 4:3
**fees** [4] - 4:9, 4:15, 7:1
**file** [2] - 3:25, 8:2
**filed** [3] - 3:6, 7:24, 8:3
**filing** [2] - 8:2, 9:13
**filings** [1] - 9:7
**First** [1] - 1:17
**first** [3] - 2:11, 3:2, 7:10
**five** [1] - 9:15
**flesh** [1] - 6:25
**FLORIDA** [1] - 1:1
**Florida** [6] - 1:5, 1:18, 1:22, 4:10, 4:14, 10:8
**foregoing** [1] - 10:2
**forget** [1] - 8:7
**forward** [2] - 5:21, 7:15
**FOTIU** [8] - 1:16, 2:5, 3:5, 7:23, 8:11, 8:14, 8:24, 9:5
**Fotiu** [2] - 1:16, 2:5
**FOTIU-WOJTOWICZ** [8] - 1:16, 2:5, 3:5, 7:23, 8:11, 8:14, 8:24, 9:5
**Fotiu-Wojtowicz** [2] - 1:16, 2:5
**FPR** [2] - 1:24, 10:7
**fraud** [2] - 3:20, 5:3
**fraudulent** [1] - 4:21

**Friday** [4] - 2:23, 2:24, 6:8
**front** [3] - 3:18, 3:24, 4:6
**fully** [1] - 6:25

**G**

**given** [1] - 7:16
**GLENDA** [2] - 1:24, 10:7
**Glenda_Powers@ flsd.uscourts.gov** [1] - 1:25
**Government** [2] - 3:16, 3:17
**granted** [1] - 6:4
**grounds** [1] - 3:20
**guess** [1] - 2:7
**Gunn** [1] - 1:20
**guys** [2] - 8:5, 8:19

**H**

**hashed** [1] - 6:16
**HEARING** [1] - 1:12
**hearing** [4] - 4:1, 8:4, 8:6, 8:16
**hereby** [1] - 10:2
**history** [2] - 3:2, 3:10
**hold** [1] - 9:1
**Honor** [5] - 2:9, 3:9, 8:10, 8:11, 9:5
**HONORABLE** [1] - 1:13
**Hudgins** [1] - 1:20
**huge** [1] - 3:11

**I**

**importantly** [1] - 5:13
**INC** [2] - 1:4, 1:5
**incarceration** [1] - 3:18
**indicated** [1] - 4:8
**information** [1] - 7:16
**intends** [1] - 3:25
**International** [2] - 2:3, 2:6
**INTERNATIONAL** [1] - 1:8
**irrelevant** [1] - 7:16
**issue** [4] - 4:2, 4:17, 6:12, 7:4
**issued** [2] - 4:1, 6:2
**issues** [1] - 6:4
**Ivan** [2] - 8:7, 9:1

**J**

**JUDGE** [1] - 1:13
**Judge** [12] - 3:5, 3:18, 5:24, 6:1, 6:3, 7:4, 7:7, 7:14, 7:23, 8:14, 8:24, 9:16
**judgment** [5] - 5:4, 6:2, 6:17, 7:13, 7:17
**judgments** [1] - 3:19
**jury** [1] - 6:22
**justiciable** [1] - 4:17

**L**

**languishing** [1] - 2:19
**last** [4] - 2:23, 6:8, 7:19, 7:21
**late** [1] - 8:19
**law** [2] - 4:10, 4:18
**learned** [1] - 2:13
**Lima** [1] - 9:14
**link** [2] - 8:18, 8:21
**list** [1] - 2:14
**litigation** [1] - 3:8
**looks** [1] - 3:3
**lost** [1] - 2:15

**M**

**mandate** [2] - 4:1, 4:2
**MARCIA** [1] - 1:13
**material** [1] - 5:12
**matter** [4] - 2:2, 5:6, 8:4, 10:4
**mean** [4] - 3:10, 7:6, 8:1
**means** [1] - 2:20
**meant** [1] - 9:9
**merits** [1] - 7:12
**MIAMI** [1] - 1:2
**Miami** [5] - 1:5, 1:18, 1:22, 10:8, 10:8
**MICHAEL** [1] - 1:19
**minutes** [1] - 9:15
**miscellaneous** [1] - 2:13
**missed** [1] - 9:10
**money** [1] - 4:25
**moot** [2] - 6:12, 6:20
**mootness** [1] - 7:4
**morning** [1] - 3:7
**most** [2] - 3:22, 5:12
**MOTION** [1] - 1:12
**motion** [2] - 3:25, 4:8
**motions** [1] - 2:15
**moving** [1] - 4:9
**MR** [7] - 2:9, 5:24, 8:10, 8:15, 8:25, 9:10, 9:16
**MS** [7] - 2:5, 3:5, 7:23, 8:11, 8:14, 8:24, 9:5

**N**

**need** [3] - 6:13, 6:19, 7:10
**needed** [1] - 4:25
**needs** [1] - 6:16
**nefarious** [1] - 8:20
**new** [2] - 6:4, 9:2
**newly** [1] - 3:21
**next** [1] - 2:2
**nice** [1] - 9:16
**Ninth** [9] - 3:3, 3:12, 3:22, 3:25, 5:7, 6:2, 6:7, 6:15, 6:21
**NO** [1] - 1:3
**non** [1] - 5:12
**non-compliance** [1] - 5:12
**North** [1] - 10:8
**nothing** [4] - 5:13, 5:15, 7:7, 7:8
**notice** [3] - 2:18, 3:6, 8:8
**numbers** [1] - 2:13

**O**

**object** [1] - 2:18
**objection** [1] - 8:12
**obviously** [1] - 6:19
**OF** [3] - 1:1, 1:16, 1:19
**Official** [1] - 1:24
**ON** [2] - 1:16, 1:19
**once** [1] - 7:15
**one** [3] - 3:1, 3:20, 6:1
**ongoing** [5] - 5:5, 5:6, 5:7, 5:8, 5:13
**opinion** [1] - 6:15
**opportunity** [1] - 7:3
**order** [5] - 2:1, 4:25, 5:16, 5:19, 6:3
**ordered** [1] - 5:11
**original** [1] - 7:15
**otherwise** [1] - 6:12
**outcome** [1] - 4:7

**P**

**Pages** [1] - 1:10
**papers** [2] - 5:25, 9:2
**partially** [1] - 6:3
**parties** [1] - 7:20
**PARTY** [2] - 1:10, 1:19
**party** [6] - 4:10, 4:13, 4:15, 6:10, 6:14
**pay** [2] - 3:15, 4:22
**paying** [1] - 4:21
**people** [1] - 8:20
**permitted** [1] - 3:5
**phase** [2] - 7:12, 7:13
**plaintiff** [1] - 6:6
**plaintiff's** [1] - 3:11
**plaintiffs** [1] - 2:4
**PLAINTIFFS** [2] - 1:6, 1:16
**PLLC** [1] - 1:16
**point** [1] - 6:15
**positions** [1] - 3:7
**post** [3] - 6:17, 7:13, 7:17
**post-judgment** [3] - 6:17, 7:13, 7:17
**POWERS** [2] - 1:24, 10:7
**Powers** [1] - 10:6
**prejudice** [1] - 6:6
**prevailing** [7] - 4:10, 4:13, 4:14, 4:16, 6:10, 6:14
**proceed** [1] - 6:17
**Proceedings** [1] - 9:18
**proceedings** [7] - 3:18, 3:24, 4:6, 5:5, 5:7, 5:8, 10:3
**produced** [2] - 5:11, 5:16
**profitable** [1] - 4:25
**provision** [1] - 2:18
**pursuant** [1] - 7:13
**putting** [1] - 7:6

**R**

**raised** [1] - 6:20
**re** [1] - 4:1
**re-hearing** [1] - 4:1
**really** [2] - 3:14, 5:24
**reasonable** [1] - 4:15
**recent** [1] - 3:22
**recess** [1] - 9:14
**recoverable** [1] - 7:1
**regardless** [1] - 4:6
**reinstate** [1] - 6:22
**reinstated** [1] - 5:4
**related** [1] - 3:14
**relatedly** [1] - 7:3
**relevant** [1] - 5:12
**relief** [1] - 6:2
**remand** [1] - 6:21
**report** [1] - 2:15
**REPORTED** [1] - 1:24
**Reporter** [1] - 1:24
**respective** [1] - 3:7
**respond** [2] - 3:6, 9:12
**responses** [1] - 9:8
**resulted** [1] - 3:17
**return** [1] - 9:14
**reversal** [1] - 6:8
**reversed** [2] - 3:12, 6:3
**reverses** [1] - 3:23
**rightly** [1] - 3:9
**ripe** [1] - 2:15
**rock** [1] - 2:20
**RPR** [2] - 1:24, 10:7
**Rule** [2] - 6:2, 7:13
**ruling** [1] - 3:22
**running** [1] - 9:3

**S**

**S.E** [1] - 1:17
**saved** [1] - 4:25
**Scheduled** [1] - 1:8
**second** [2] - 3:21, 9:1
**seek** [1] - 7:16
**Selna** [4] - 6:1, 6:3, 7:4, 7:14
**send** [3] - 8:7, 8:17, 8:21
**separate** [2] - 4:11, 5:20
**set** [4] - 6:18, 8:4, 8:6, 8:16
**SETTAH** [1] - 1:5
**show** [1] - 2:14
**side** [1] - 7:11
**similar** [1] - 7:14
**simultaneously** [2] - 7:24, 7:25
**Smith** [1] - 3:18
**something's** [1] - 2:19
**sometimes** [1] - 2:21
**sorry** [3] - 9:5, 9:7, 9:10
**sort** [2] - 2:23, 2:24
**sought** [1] - 5:10
**SOUTHERN** [1] - 1:1
**started** [1] - 3:10
**State** [1] - 3:16
**STATES** [2] - 1:1, 1:13
**States** [2] - 3:15, 10:7
**Statute** [1] - 4:14
**STENOGRAPHICALLY** [1] - 1:23
**still** [3] - 5:13, 6:10, 9:2
**stop** [1] - 5:14
**Street** [2] - 1:17, 1:21
**subpoena** [7] - 5:10, 7:5, 7:8, 7:9, 7:12, 7:16
**subpoenas** [1] - 7:14
**Suite** [2] - 1:17, 1:21

**supplemental** [1] - 8:2
**Swisher** [5] - 2:3, 2:6, 4:12, 6:10, 6:23
**SWISHER** [1] - 1:8
**Swisher's** [2] - 4:20, 7:2

### T

**tax** [3] - 3:15, 4:22, 4:23
**TELEPHONIC** [1] - 1:12
**THE** [13] - 1:13, 2:2, 2:7, 2:11, 5:20, 6:18, 7:25, 8:12, 8:16, 9:1, 9:7, 9:12, 9:17
**THIRD** [2] - 1:10, 1:19
**THIRD-PARTY** [2] - 1:10, 1:19
**Thursday** [1] - 1:6
**today** [2] - 3:14, 7:20
**top** [1] - 4:4
**torture** [1] - 3:3
**tortured** [1] - 3:2
**transcription** [1] - 10:3
**TREND** [1] - 1:5
**Trendsettah** [2] - 2:2, 6:5
**TRENDSETTAH** [1] - 1:4
**trial** [1] - 6:4
**Trial** [7] - 3:11, 3:19, 4:3, 4:6, 4:19, 5:2, 5:8
**TSI** [1] - 4:8
**TSI's** [2] - 4:20, 5:1
**two** [1] - 3:20

### U

**ultimately** [1] - 3:16
**under** [3] - 2:20, 4:10, 4:14
**underlying** [1] - 7:5
**unfortunately** [1] - 2:21
**UNITED** [2] - 1:1, 1:13
**United** [2] - 3:15, 10:7
**up** [2] - 2:14, 9:3
**upheld** [1] - 5:3
**USA** [1] - 1:4

### V

**vacated** [2] - 3:19, 4:3
**verdict** [2] - 3:11, 6:22
**versus** [2] - 2:2, 9:15
**Virginia** [1] - 1:21

**virtue** [1] - 2:13
**VS** [1] - 1:7

### W

**wants** [2] - 3:1, 8:2
**week** [2] - 7:19, 7:21
**Weinberg** [1] - 1:20
**welcome** [1] - 9:17
**Wheeler** [1] - 1:20
**whole** [1] - 6:12
**willful** [1] - 5:11
**WOJTOWICZ** [8] - 1:16, 2:5, 3:5, 7:23, 8:11, 8:14, 8:24, 9:5
**Wojtowicz** [2] - 1:16, 2:5
**works** [1] - 8:10
**world** [1] - 2:18

### Y

**yesterday** [2] - 3:6, 3:7

### Z

**zero** [1] - 5:1
**Zoom** [4] - 8:13, 8:16, 8:17, 8:21