UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case No. 20-mc-21049-COOKE**

*Entitled Action Pending in U.S.D.C. Central District of California*
*Case No.: 8:14-CV-01664-JVS*

TRENDSETTAH USA, INC., and
TREND SETTAH, INC.,

Plaintiffs,

vs.

SWISHER INTERNATIONAL,
INC.,

Defendant.
_____/

**ORDER**

THIS MATTER is before the Court on Swisher International Inc.'s ("Swisher's") motion to administratively reopen this case and lift stay, ECF No. 18, and Swisher's motion to hold Akrum Alrahib ("Mr. Alrahib") in contempt, ECF No. 21. The Court held hearings on this matter on April 20, 2022, and on May 18, 2022. Having considered the parties briefs and the relevant legal authorities, the Court **ORDERS and ADJUDGES** as follows:

1. The Court will **GRANT** Swisher's motion to lift the stay, ECF No. 18, and will **REOPEN** this case.

2. The Court **ORDERS** Mr. Alrahib to comply with Swisher's subpoena, consistent with this Court's prior order, ECF No. 8, by May 31, 2022. Within 10 days of May 31, 2022, the parties shall file a status report with the court, certifying that Mr. Alrahib has complied with the Court's order.

3. The Court **DENIES without prejudice** Swisher's motion to hold Mr. Alrahib in contempt, ECF No. 21.

**DONE AND ORDERED** in Chambers, Miami, Florida, this 19th day of May 2022.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of record*