UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-mc-21049-COOKE

*Entitled Action Pending in U.S.D.C. Central District of California*
*Case No.: 8:14-CV-01664-JVS*

TRENDSETTAH USA, INC., and
TREND SETTAH, INC.,

 Plaintiffs,

v.

SWISHER INTERNATIONAL,
INC.,

 Defendant.
_____/

## ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME AND REFERRING ADDITIONAL MOTIONS TO MAGISTRATE JUDGE

THIS MATTER is before the Court on Akrum Alrahib's ("Mr. Alrahib") motion for extension of time, ECF No. 41.

Mr. Alrahib asks for an extension of time until July 15, 2022, to comply with the Court's prior order. The Court **GRANTS IN PART AND DENIES IN PART** Mr. Alrahib's motion and **ORDERS** as follows:

1. Mr. Alrahib will have until July 7, 2022, to comply with the Court's order enforcing the subpoena at issue in this matter. Failure to comply with the Court's orders may result in sanctions.

2. The Court refers any further motions in this matter to the Honorable Melissa Damian, United States Magistrate Judge for the Southern District of Florida, for appropriate resolution in accordance with 28 U.S.C. §§ 636(b)(1)(A) and (B).

**DONE AND ORDERED** in Chambers, in West Palm Beach, Florida, this 30th day of June 2022.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE
for Marcia G. Cooke, United States District Judge

Copies furnished to:
*Counsel of record*
*Melissa Damian, United States Magistrate Judge*