```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 20-MC-21049-MGC

TRENDSETTAH USA, Inc.,
                                           Miami, Florida
              Plaintiff(s),
                                           May 18, 2022
       vs.

SWISHER INTERNATIONAL, INC.,

              Defendant(s).        Pages 1 - 16
---------------------------------------------------------

                         MOTION HEARING
              BEFORE THE HONORABLE MARCIA G. COOKE
                  UNITED STATES DISTRICT JUDGE

APPEARANCES:


FOR THE DEFENDANT(S):    ALAINA R. FOTIU-WOJTOWICZ
                         Brodksy Fotiu-Wojtowicz, PLLC
                         200 SE 1st Street
                         Suite 400
                         Miami, FL 33131
                         alaina@bfwlegal.com



FOR AKRIM ALRAHIB:       AARON MICHAEL COHN
                         Weinberg, Wheeler, Hudgins,
                         Gunn and Dial
                         3350 Virginia Street
                         Suite 500
                         Miami, FL 33133
                         acohn@wwhgd.com


REPORTED BY:             JILL M. WELLS, RMR, CRR, CSR
                         Official Court Reporter
                         400 N. Miami Avenue
                         Miami, Florida 33128
                         jill_wells@flsd.uscourts.gov
```

1    (Case called to order of the court at 10:39 a.m.)
2            THE COURT:  Good morning, everyone.  We are back on
3    case name.
4            Appearing on behalf of the plaintiffs.
5            MS. FOTIU-WOJTOWICZ:  This is Alaina Fotiu-Wojtowicza,
6    appearing on behalf of Swisher International, Inc.
7            THE COURT:  Appearing on behalf of defendant.
8            MR. COHN:  This is Aaron Cohn, on behalf of Akrum
9    Alrahib.
10           THE COURT:  What I did was, I adjourned this matter to
11   allow you guys to file some supplemental papers.  There was
12   still stuff going on in California, what and how it would
13   affect this, should I use the word dispute, to discuss
14   post-whatever discovery.
15           Counsel for plaintiff.
16           MS. FOTIU-WOJTOWICZ:  So, yeah.  I think that the
17   discovery dispute is really the core of what this is, and it's
18   kind of set out in our briefs, and really in Mr. Alrahib's as
19   well.  There's really two issues at play here.
20           The first is the court's power or authority with
21   respect to the order, whether there was any intervening action
22   that had divested this court of jurisdiction; and the second
23   half is the discretionary portion.  Because this is a discovery
24   dispute, and of course your Honor always has discretion in
25   terms of overseeing and directing the course and scope of

1  discovery.
2          And on the first bit, you know, we have cited Supreme
3  Court case law, Circuit Court case law, District Court case law
4  that shows that there has not been a divestment of the court's
5  authority to enforce its order.
6          And so for us --
7          THE COURT:  So I want to make sure that we are
8  understanding -- we are in the same, sort of, procedural place.
9          So the Ninth Circuit has not issued a mandate in this
10 case?
11         MS. FOTIU-WOJTOWICZ:  Correct.
12         THE COURT:  So that means your Ninth Circuit opinion,
13 that we have been discussing in Judge Selna's order, still
14 remains the law on the case for now, correct?
15         MS. FOTIU-WOJTOWICZ:  Correct.
16         THE COURT:  And there is a potential with an *en banc*,
17 or if somebody decides even to proceed all the way to the big
18 guys in Washington, we are talking about years before this ever
19 moves.
20         MS. FOTIU-WOJTOWICZ:  Potentially, yes.  And as your
21 Honor can see I think from the discussion of the proceedings in
22 the lower court, you know, this case kind of seems to have a
23 life of its own.  It doesn't want to -- like a cat with nine
24 lives, it doesn't quite want to bring itself into conclusion.
25         And obviously the biggest wrench and change in the

1  case was the unsealing of the indictment of Mr. Alrahib which
2  is when we learned that, you know, basically the entire -- and
3  Judge Selna has found this -- that the entire antitrust case
4  was based on a fraud. And that kind of had the case go back
5  almost to square one.
6    And so really for us, given the fact that this is
7  ongoing, the order still is enforceable, discovery is open
8  until the Ninth Circuit issues a mandate, or Judge Selna does
9  something to stay discovery in the underlying case, which he
10 has not, this is still going forward. So it's really a matter
11 of your Honor's discretion.
12   And as we said in our papers, you know, given the fact
13 that this order was entered at a time where nobody could
14 dispute, there is no argument when the order was entered
15 because it was merits discovery, it was prejudgment, it was
16 enforceable, it was clear, your Honor directed exactly what
17 they were supposed to do.
18   On numbers one through seven they were ordered to turn
19 over all responsive documents on some of the other -- your
20 Honor allowed for a privilege review and log on those documents
21 but not with respect to items 1 through 7, and they just
22 ignored it.
23   And I think that part of the reason that we have, you
24 know, there are -- there is -- and I acknowledge that there is
25 not that many cases out there talking about situations that are

1    similar to this.  Because it's not normal for someone to just
2    completely ignore a court's discovery order.
3           THE COURT:  Let me hear from opposing counsel.
4           MR. COHN:  Yes.  Thank you, your Honor.  Thank you for
5    your attention in this matter.
6           You know, this is a long, complicated history.
7    Judge Selna, in multiple orders, has indicated that either
8    discovery should be stayed, or in the order granting attorneys'
9    fees to Swisher, which we think is now moot, indicated that if
10   the Ninth Circuit reversed, that weighed in favor of not
11   entering an order for attorneys' fees at the time.
12          We think your Honor should wait for further
13   instruction from Judge Selna about how this case is going to
14   proceed at this time.
15          The point about whether the Ninth Circuit opinion
16   moots the underlying order, yes.  I mean, in reality, we need a
17   mandate first, whether that should come soon or we should hear
18   whether there is going to be an *en banc* hearing.
19          And in terms of this court's authority to enforce
20   merits-based discovery after the case on the merits was
21   dismissed by court order, there is no precedent that Swisher
22   has cited or that we could find that would authorize the court
23   to enforce such discovery.
24          And if you look at the subpoena itself, it seeks a
25   whole bunch of documents that have absolutely no bearing even

1    if there were a judgment for attorneys' fees that was still
2    enforceable and not potentially or actually mooted.
3              THE COURT:  Would it be the proper thing to do, if you
4    are objecting to documents or records, is to file that in
5    court?  Did that happen?
6              MR. COHN:  I'm sorry.  My speaker, it's a little
7    light.
8              THE COURT:  If you are saying that the subpoena is
9    overbroad, it's this, it's that.  But what I think opposing
10   counsel is arguing is, those things never happened.  They were
11   just ignored.  And whether or not there is a procedural posture
12   in this case I don't want to say doesn't matter, but it doesn't
13   matter.  Meaning that if you had issues with the documents, why
14   weren't those taken up properly with Judge Selna?
15             So essentially what counsel is arguing is, those
16   things may still be out there, but you just can't walk away, A;
17   and B, you just can't say we are going to hide under a bushel
18   basket until this other part of the case is over.
19             So if we were generous in time here, *en banc* from the
20   Ninth Circuit, potential for filing an appeal with the Supreme
21   Court -- you know, they do what they please in terms of their
22   docket, which is their right -- but we are talking about a
23   year.  And this matter has been before me as a miscellaneous
24   matter for over two.
25             And as I said last time, I apologized to the parties

1   because somehow miscellaneous numbers aren't tracked on a
2   judge's docket in the same way, and it's usually because the
3   parties -- either it closes and the parties file a notice, or
4   whatever, but nothing tickled this case.  And for that I
5   apologize to counsel for the delay, and it's something that I
6   have learned.  But I don't understand what we are waiting for.
7           MR. COHN:  Well, when the initial orders were entered,
8   Mr. Alrahib was in jail and unrepresented.  But following the
9   initial orders on discovery in this matter, the underlying case
10  was dismissed with prejudice by order of Judge Selna, and that
11  should have mooted all discovery.
12          And certainly Judge Selna mooted the motion for
13  sanctions and any pending discovery that was in that action at
14  that time.  That should have carried over to this action, and
15  in fact did carry over to this action because the court stayed
16  the discovery in this action based on those orders from
17  Judge Selna.
18          You know, if the court needs citations to those
19  orders, I am happy to provide some supplemental briefings on
20  that.  It wouldn't take much time.  But our position, I
21  suppose, and I think it's valid, is that when the case was
22  dismissed, all the merits discovery was effectively canceled by
23  Judge Selna.  That applied here too.
24          MS. FOTIU-WOJTOWICZ:  May I respond, Judge?
25          THE COURT:  Yes, you may.

1  MS. FOTIU-WOJTOWICZ: So all of those orders -- we
2  have filed all of those orders in the record. So they have
3  been presented to the court.
4  Judge Selna did not moot or cancel discovery. In
5  fact, he -- first of all, there is a distinction between -- if
6  your Honor had never subpoenaed or had never enforced the
7  subpoena in merits discovery and we were talking about me
8  trying to, or my client trying to, enforce a request for
9  production or a third party subpoena after the entry of
10 judgment, we would be in a very different circumstance. That's
11 not what happened.
12 We are talking about an order, an order that should
13 have been complied with, that was required to be complied with
14 by June 29, 2020. And so to say that staying discovery or
15 putting off depositions is analogous is not really analogous.
16 And with respect to the outstanding discovery, all of
17 the orders that Judge Selna entered were without prejudice to
18 be reraised once discovery recommenced. He did not cancel it.
19 He did not say I mooted the court's order with respect to
20 compelling discovery in the underlying case. He said the order
21 is vacated without prejudice to be reraised.
22 So it's the same posture, really, that we had in this
23 case where we stayed and asked your Honor to administratively
24 close the case. Because Judge Selna had said we are not having
25 discovery right now, and we followed the directions of

1  Judge Selna and asked your Honor to administratively stay this
2  case, even though by that point your Honor still would have had
3  the authority and the power to enforce the order because it had
4  never been vacated, amended, reconsidered. And then discovery
5  started anew in the underlying case.
6        And in the same order vacating the motion for contempt
7  the court said, this discovery is going to be relevant to the
8  motion for sanctions; it's going to be relevant to the motion
9  for attorneys' fees.
10       And in fact, in the California action, Swisher has
11 gotten all of that information, which is why I know so much
12 more now than I did in the beginning about the conduct of
13 Mr. Alrahib with respect to transferring funds, hiding funds,
14 you know, transferring literally $12 million out of an account
15 and moving it to his account, his wife's account, and his
16 lawyer's account.
17       And, you know, we waited a long time. This
18 information is relevant and critical to the sanctions motions
19 and fees motions that are going to happen in the California
20 court regardless. And we should have already had this
21 information. It should be, you know, in my document management
22 system so I could just pull it up and use it to cite in
23 whatever motions we are doing. We have been deprived of
24 discovery that we are entitled to.
25       And there is certainly no issue with the court's

```
 1   authority.  It's just a matter of whether or not the court
 2   wants to exercise its discretion.  And we think that the
 3   exercise of discretion should be issued in Swisher's favor.  We
 4   followed all of the steps here.  We served him in prison.  We
 5   have sent him letters in prison, meet and conferring.  I know
 6   he got them because he sent responses to the court.
 7            And in his letters to your Honor, and in the filing
 8   that was filed by Howard Srebnick, they recognize that all
 9   Alrahib had to do was ask Mr. Srebnick to turn over the
10   documents.  My understanding is that he has a flash drive that
11   has everything we want on it, essentially everything we want.
12            Our understanding is he's destroyed most of the other
13   things we asked for, and that may be all that's left.  And all
14   he had to do was say, you know, Mr. Srebnick, send
15   Ms. Fotiu-Wojtowicz the flash drive that's been ordered by
16   Judge Cooke, and he refused to do it.
17            MR. COHN:  May I respond, your Honor?  I don't want to
18   mince words.  May I respond?
19            THE COURT:  Quickly.
20            MR. COHN:  Okay.  This is -- I am going to read from
21   Judge Selna's September 16, 2020 order in which Swisher seeks
22   to continue its discovery, and that order was the order of
23   dismissal.
24            "The case in which Swisher sites for the proposition
25   that it is entitled to discovery now seemed to deal with
```

```
 1    situations where there is an ongoing collateral litigation
 2    between the parties' related third party litigation where the
 3    discovery would be relevant and somewhat time critical.  That
 4    is not the present situation.  The court declines to condition
 5    dismissal on any further discovery."
 6              The court then went on to vacate the motion for
 7    contempt sanctions.  And then significantly Judge Selna said
 8    the following:
 9              "Depending on the Ninth Circuit's disposition, the
10    discovery now sought may well be relevant."
11              And now we have the Ninth Circuit's current
12    disposition, and it's ruled against Swisher post judgment.  And
13    I think it's clear that there should be no prejudgment
14    discovery allowed based on this order.
15              THE COURT:  For the record, it's docket entry number
16    18, Swisher's motion to hold -- to reopen and to hold
17    Mr. Alrahib in contempt, it's 18 and 21, I am granting the
18    motion to lift the stay in this matter.  And Mr. Alrahib has
19    until May 31 to comply with the subpoena.
20              Within 10 days the parties shall also file a joint
21    status report certifying that Mr. Alrahib has complied with
22    this order.  Failure to do so may result in whatever the court
23    thinks are appropriate sanctions.
24              To the extent the parties have ongoing discovery or
25    compliance disputes, I will refer those to a magistrate judge
```

```
 1    by separate order.
 2             I am denying without prejudice the motion to hold
 3    Mr. Alrahib in contempt at this stage, but he should understand
 4    that motion could be renewed by the parties and be presented to
 5    the magistrate judge.
 6             An order will enter.
 7             Thank you very much, counsel, for your patience.
 8             MS. FOTIU-WOJTOWICZ:  Thank you, Judge.
 9             Can I ask one question on the timing?
10             The ten days for the status report, is that ten days
11    from May 31?
12             THE COURT:  Ten days from May 31.
13             MS. FOTIU-WOJTOWICZ:  Thank you, Judge.
14             MR. COHN:  Thank you, Judge.  Appreciate your time.
15             (Proceedings adjourned at 11:28 a.m.)
16                        C E R T I F I C A T E
17
18        I hereby certify that the foregoing is an accurate
19    transcription of the proceedings in the above-entitled matter.
20
21    July 20, 2022             /s/ Jill M. Wells
                                Jill M. Wells, RMR, CRR, CSR
22                              Official Court Reporter
                                400 N. Miami Avenue
23                              Miami, Florida 33128
                                jill_wells@flsd.uscourts.gov
24
25
```

**MR. COHN: [7]**  2/8 5/4 6/6 7/7 10/17 10/20 12/14
**MS. FOTIU-WOJTOWICZ: [9]**  2/5 2/16 3/11 3/15 3/20 7/24 8/1 12/8 12/13
**THE COURT: [13]**

**$**
**$12 [1]**  9/14
**$12 million [1]**  9/14

**/**
**/s [1]**  12/21

**1**
**10 [1]**  11/20
**10:39 [1]**  2/1
**11:28 [1]**  12/15
**16 [2]**  1/7 10/21
**18 [3]**  1/5 11/16 11/17
**1st [1]**  1/13

**2**
**20 [1]**  12/21
**20-MC-21049-MGC [1]**  1/2
**200 [1]**  1/13
**2020 [2]**  8/14 10/21
**2022 [2]**  1/5 12/21
**21 [1]**  11/17
**29 [1]**  8/14

**3**
**31 [3]**  11/19 12/11 12/12
**33128 [2]**  1/23 12/23
**33131 [1]**  1/14
**33133 [1]**  1/19
**3350 [1]**  1/18

**4**
**400 [3]**  1/14 1/22 12/22

**5**
**500 [1]**  1/19

**A**
**a.m [2]**  2/1 12/15
**AARON [2]**  1/17 2/8
**about [8]**  3/18 4/25 5/13 5/15 6/22 8/7 8/12 9/12
**above [1]**  12/19
**above-entitled [1]**  12/19
**absolutely [1]**  5/25
**account [4]**  9/14 9/15 9/15 9/16
**accurate [1]**  12/18
**acknowledge [1]**  4/24
**acohn [1]**  1/20
**action [6]**  2/21 7/13 7/14 7/15 7/16 9/10
**actually [1]**  6/2
**adjourned [2]**  2/10 12/15
**administratively [2]**  8/23 9/1
**affect [1]**  2/13
**after [2]**  5/20 8/9
**against [1]**  11/12
**AKRIM [1]**  1/17
**Akrum [1]**  2/8
**alaina [3]**  1/12 1/15 2/5

**all [13]**
**allow [1]**  2/11
**allowed [2]**  4/20 11/14
**almost [1]**  4/5
**ALRAHIB [10]**  1/17 2/9 4/1 7/8 9/13 10/9 11/17 11/18 11/21 12/3
**Alrahib's [1]**  2/18
**already [1]**  9/20
**also [1]**  11/20
**always [1]**  2/24
**am [4]**  7/19 10/20 11/17 12/2
**amended [1]**  9/4
**analogous [2]**  8/15 8/15
**anew [1]**  9/5
**antitrust [1]**  4/3
**any [3]**  2/21 7/13 11/5
**apologize [1]**  7/5
**apologized [1]**  6/25
**appeal [1]**  6/20
**APPEARANCES [1]**  1/11
**appearing [3]**  2/4 2/6 2/7
**applied [1]**  7/23
**Appreciate [1]**  12/14
**appropriate [1]**  11/23
**are [17]**
**aren't [1]**  7/1
**arguing [2]**  6/10 6/15
**argument [1]**  4/14
**as [5]**  2/18 3/20 4/12 6/23 6/25
**ask [2]**  10/9 12/9
**asked [3]**  8/23 9/1 10/13
**attention [1]**  5/5
**attorneys' [4]**  5/8 5/11 6/1 9/9
**authority [5]**  2/20 3/5 5/19 9/3 10/1
**authorize [1]**  5/22
**Avenue [2]**  1/22 12/22
**away [1]**  6/16

**B**
**back [2]**  2/2 4/4
**banc [3]**  3/16 5/18 6/19
**based [4]**  4/4 5/20 7/16 11/14
**basically [1]**  4/2
**basket [1]**  6/18
**be [18]**
**bearing [1]**  5/25
**because [9]**  2/23 4/15 5/1 7/1 7/2 7/15 8/24 9/3 10/6
**been [8]**  3/4 3/13 6/23 8/3 8/13 9/4 9/23 10/15
**before [3]**  1/9 3/18 6/23
**beginning [1]**  9/12
**behalf [4]**  2/4 2/6 2/7 2/8
**between [2]**  8/5 11/2
**bfwlegal.com [1]**  1/15
**big [1]**  3/17
**biggest [1]**  3/25
**bit [1]**  3/2
**briefings [1]**  7/19
**briefs [1]**  2/18
**bring [1]**  3/24
**Brodksy [1]**  1/13
**bunch [1]**  5/25
**bushel [1]**  6/17

**C**
**California [3]**  2/12 9/10 9/19
**called [1]**  2/1
**can [2]**  3/21 12/9
**can't [2]**  6/16 6/17
**cancel [2]**  8/4 8/18
**canceled [1]**  7/22
**carried [1]**  7/14
**carry [1]**  7/15
**case [26]**
**cases [1]**  4/25
**cat [1]**  3/23
**certainly [2]**  7/12 9/25
**certify [1]**  12/18
**certifying [1]**  11/21
**change [1]**  3/25
**Circuit [7]**  3/3 3/9 3/12 4/8 5/10 5/15 6/20
**Circuit's [2]**  11/9 11/11
**circumstance [1]**  8/10
**citations [1]**  7/18
**cite [1]**  9/22
**cited [2]**  3/2 5/22
**clear [2]**  4/16 11/13
**client [1]**  8/8
**close [1]**  8/24
**closes [1]**  7/3
**COHN [2]**  1/17 2/8
**collateral [1]**  11/1
**come [1]**  5/17
**compelling [1]**  8/20
**completely [1]**  5/2
**compliance [1]**  11/25
**complicated [1]**  5/6
**complied [3]**  8/13 8/13 11/21
**comply [1]**  11/19
**conclusion [1]**  3/24
**condition [1]**  11/4
**conduct [1]**  9/12
**conferring [1]**  10/5
**contempt [4]**  9/6 11/7 11/17 12/3
**continue [1]**  10/22
**COOKE [2]**  1/9 10/16
**core [1]**  2/17
**correct [3]**  3/11 3/14 3/15
**could [4]**  4/13 5/22 9/22 12/4
**counsel [6]**  2/15 5/3 6/10 6/15 7/5 12/7
**course [2]**  2/24 2/25
**court [23]**
**court's [6]**  2/20 3/4 5/2 5/19 8/19 9/25
**critical [2]**  9/18 11/3
**CRR [2]**  1/21 12/21
**CSR [2]**  1/21 12/21
**current [1]**  11/11

**D**
**days [4]**  11/20 12/10 12/10 12/12
**deal [1]**  10/25
**decides [1]**  3/17
**declines [1]**  11/4
**defendant [3]**  1/7 1/12 2/7
**delay [1]**  7/5
**denying [1]**  12/2
**Depending [1]**  11/9
**depositions [1]**  8/15
**deprived [1]**  9/23

**D**

**destroyed [1]** 10/12
**Dial [1]** 1/18
**did [7]** 2/10 6/5 7/15 8/4 8/18 8/19 9/12
**different [1]** 8/10
**directed [1]** 4/16
**directing [1]** 2/25
**directions [1]** 8/25
**discovery [33]**
**discretion [4]** 2/24 4/11 10/2 10/3
**discretionary [1]** 2/23
**discuss [1]** 2/13
**discussing [1]** 3/13
**discussion [1]** 3/21
**dismissal [2]** 10/23 11/5
**dismissed [3]** 5/21 7/10 7/22
**disposition [2]** 11/9 11/12
**dispute [4]** 2/13 2/17 2/24 4/14
**disputes [1]** 11/25
**distinction [1]** 8/5
**DISTRICT [4]** 1/1 1/1 1/10 3/3
**divested [1]** 2/22
**divestment [1]** 3/4
**do [7]** 4/17 6/3 6/21 10/9 10/14 10/16 11/22
**docket [3]** 6/22 7/2 11/15
**document [1]** 9/21
**documents [6]** 4/19 4/20 5/25 6/4 6/13 10/10
**does [1]** 4/8
**doesn't [4]** 3/23 3/24 6/12 6/12
**doing [1]** 9/23
**don't [3]** 6/12 7/6 10/17
**drive [2]** 10/10 10/15

**E**

**effectively [1]** 7/22
**either [2]** 5/7 7/3
**en [3]** 3/16 5/18 6/19
**enforce [5]** 3/5 5/19 5/23 8/8 9/3
**enforceable [3]** 4/7 4/16 6/2
**enforced [1]** 8/6
**enter [1]** 12/6
**entered [4]** 4/13 4/14 7/7 8/17
**entering [1]** 5/11
**entire [2]** 4/2 4/3
**entitled [3]** 9/24 10/25 12/19
**entry [2]** 8/9 11/15
**essentially [2]** 6/15 10/11
**even [3]** 3/17 5/25 9/2
**ever [1]** 3/18
**everyone [1]** 2/2
**everything [2]** 10/11 10/11
**exactly [1]** 4/16
**exercise [2]** 10/2 10/3
**extent [1]** 11/24

**F**

**fact [5]** 4/6 4/12 7/15 8/5 9/10
**Failure [1]** 11/22
**favor [2]** 5/10 10/3
**fees [5]** 5/9 5/11 6/1 9/9 9/19
**file [4]** 2/11 6/4 7/3 11/20
**filed [2]** 8/2 10/8
**filing [2]** 6/20 10/7
**find [1]** 5/22

**first [4]** 2/20 3/25 5/17 8/5
**FL [2]** 1/14 1/19
**flash [2]** 10/10 10/15
**FLORIDA [4]** 1/1 1/4 1/23 12/23
**flsd.uscourts.gov [2]** 1/23 12/23
**followed [2]** 8/25 10/4
**following [2]** 7/8 11/8
**foregoing [1]** 12/18
**forward [1]** 4/10
**FOTIU [4]** 1/12 1/13 2/5 10/15
**FOTIU-WOJTOWICZ [2]** 1/12 1/13
**Fotiu-Wojtowicza [1]** 2/5
**found [1]** 4/3
**fraud [1]** 4/4
**funds [2]** 9/13 9/13
**further [2]** 5/12 11/5

**G**

**generous [1]** 6/19
**given [2]** 4/6 4/12
**go [1]** 4/4
**going [9]** 2/12 4/10 5/13 5/18 6/17 9/7 9/8 9/19 10/20
**Good [1]** 2/2
**got [1]** 10/6
**gotten [1]** 9/11
**granting [2]** 5/8 11/17
**Gunn [1]** 1/18
**guys [2]** 2/11 3/18

**H**

**had [12]** 2/22 4/4 6/13 8/6 8/6 8/22 8/24 9/2 9/3 9/20 10/9 10/14
**half [1]** 2/23
**happen [2]** 6/5 9/19
**happened [2]** 6/10 8/11
**happy [1]** 7/19
**has [13]**
**have [17]**
**having [1]** 8/24
**he [11]** 4/9 8/5 8/18 8/19 8/20 10/6 10/6 10/10 10/14 10/16 12/3
**he's [1]** 10/12
**hear [2]** 5/3 5/17
**hearing [2]** 1/9 5/18
**here [4]** 2/19 6/19 7/23 10/4
**hereby [1]** 12/18
**hide [1]** 6/17
**hiding [1]** 9/13
**him [2]** 10/4 10/5
**his [4]** 9/15 9/15 9/15 10/7
**history [1]** 5/6
**hold [3]** 11/16 11/16 12/2
**Honor [12]** 2/24 3/21 4/16 4/20 5/4 5/12 8/6 8/23 9/1 9/2 10/7 10/17
**Honor's [1]** 4/11
**HONORABLE [1]** 1/9
**how [2]** 2/12 5/13
**Howard [1]** 10/8
**Hudgins [1]** 1/17

**I**

**I'm [1]** 6/6
**ignore [1]** 5/2
**ignored [2]** 4/22 6/11
**Inc [3]** 1/3 1/6 2/6

**indicated [2]** 5/7 5/9
**indictment [1]** 4/1
**information [3]** 9/11 9/18 9/21
**initial [2]** 7/7 7/9
**instruction [1]** 5/13
**INTERNATIONAL [2]** 1/6 2/6
**intervening [1]** 2/21
**is [47]**
**issue [1]** 9/25
**issued [2]** 3/9 10/3
**issues [3]** 2/19 4/8 6/13
**it [22]**
**it's [16]**
**items [1]** 4/21
**its [4]** 3/5 3/23 10/2 10/22
**itself [2]** 3/24 5/24

**J**

**jail [1]** 7/8
**jill [5]** 1/21 1/23 12/21 12/21 12/23
**joint [1]** 11/20
**judge [24]**
**Judge Selna [11]** 5/7 6/14 7/10 7/12 7/17 7/23 8/4 8/17 8/24 9/1 11/7
**Judge Selna's [1]** 10/21
**judge's [1]** 7/2
**judgment [3]** 6/1 8/10 11/12
**July [1]** 12/21
**June [1]** 8/14
**June 29 [1]** 8/14
**jurisdiction [1]** 2/22
**just [7]** 4/21 5/1 6/11 6/16 6/17 9/22 10/1

**K**

**kind [3]** 2/18 3/22 4/4
**know [14]**

**L**

**last [1]** 6/25
**law [4]** 3/3 3/3 3/3 3/14
**lawyer's [1]** 9/16
**learned [2]** 4/2 7/6
**left [1]** 10/13
**Let [1]** 5/3
**letters [2]** 10/5 10/7
**life [1]** 3/23
**lift [1]** 11/18
**light [1]** 6/7
**like [1]** 3/23
**literally [1]** 9/14
**litigation [2]** 11/1 11/2
**little [1]** 6/6
**lives [1]** 3/24
**log [1]** 4/20
**long [2]** 5/6 9/17
**look [1]** 5/24
**lower [1]** 3/22

**M**

**magistrate [2]** 11/25 12/5
**make [1]** 3/7
**management [1]** 9/21
**mandate [3]** 3/9 4/8 5/17
**many [1]** 4/25
**MARCIA [1]** 1/9

page 15

Case 1:20-mc-21049-MGC   Document 50   Entered on FLSD Docket 08/03/2022   Page 15 of 16

## M

matter [11]  2/10 4/10 5/5 6/12 6/13 6/23 6/24 7/9 10/1 11/18 12/19
may [12]  1/5 6/16 7/24 7/25 10/13 10/17 10/18 11/10 11/19 11/22 12/11 12/12
May 31 [3]  11/19 12/11 12/12
MC [1]  1/2
me [3]  5/3 6/23 8/7
mean [1]  5/16
Meaning [1]  6/13
means [1]  3/12
meet [1]  10/5
merits [5]  4/15 5/20 5/20 7/22 8/7
merits-based [1]  5/20
MGC [1]  1/2
Miami [7]  1/4 1/14 1/19 1/22 1/23 12/22 12/23
MICHAEL [1]  1/17
million [1]  9/14
mince [1]  10/18
miscellaneous [2]  6/23 7/1
moot [2]  5/9 8/4
mooted [4]  6/2 7/11 7/12 8/19
moots [1]  5/16
more [1]  9/12
morning [1]  2/2
most [1]  10/12
motion [10]  1/9 7/12 9/6 9/8 9/8 11/6 11/16 11/18 12/2 12/4
motions [3]  9/18 9/19 9/23
moves [1]  3/19
moving [1]  9/15
Mr. [10]  2/18 4/1 7/8 9/13 10/9 10/14 11/17 11/18 11/21 12/3
Mr. Alrahib [7]  4/1 7/8 9/13 11/17 11/18 11/21 12/3
Mr. Alrahib's [1]  2/18
Mr. Srebnick [2]  10/9 10/14
Ms. [1]  10/15
Ms. Fotiu-Wojtowicz [1]  10/15
much [3]  7/20 9/11 12/7
multiple [1]  5/7
my [4]  6/6 8/8 9/21 10/10

## N

name [1]  2/3
need [1]  5/16
needs [1]  7/18
never [4]  6/10 8/6 8/6 9/4
nine [1]  3/23
Ninth [8]  3/9 3/12 4/8 5/10 5/15 6/20 11/9 11/11
no [6]  1/2 4/14 5/21 5/25 9/25 11/13
nobody [1]  4/13
normal [1]  5/1
not [17]
nothing [1]  7/4
notice [1]  7/3
now [7]  3/14 5/9 8/25 9/12 10/25 11/10 11/11
number [1]  11/15
numbers [2]  4/18 7/1

## O

objecting [1]  6/4
obviously [1]  3/25
off [1]  8/15
Official [2]  1/22 12/22
Okay [1]  10/20
once [1]  8/18
one [3]  4/5 4/18 12/9
ongoing [3]  4/7 11/1 11/24
open [1]  4/7
opinion [2]  3/12 5/15
opposing [2]  5/3 6/9
order [26]
ordered [2]  4/18 10/15
orders [8]  5/7 7/7 7/9 7/16 7/19 8/1 8/2 8/17
other [3]  4/19 6/18 10/12
our [4]  2/18 4/12 7/20 10/12
out [4]  2/18 4/25 6/16 9/14
outstanding [1]  8/16
over [6]  4/19 6/18 6/24 7/14 7/15 10/9
overbroad [1]  6/9
overseeing [1]  2/25
own [1]  3/23

## P

Pages [1]  1/7
papers [2]  2/11 4/12
part [2]  4/23 6/18
parties [6]  6/25 7/3 7/3 11/20 11/24 12/4
parties' [1]  11/2
party [2]  8/9 11/2
patience [1]  12/7
pending [1]  7/13
place [1]  3/8
plaintiff [2]  1/4 2/15
plaintiffs [1]  2/4
play [1]  2/19
please [1]  6/21
PLLC [1]  1/13
point [2]  5/15 9/2
portion [1]  2/23
position [1]  7/20
post [2]  2/14 11/12
post-whatever [1]  2/14
posture [2]  6/11 8/22
potential [2]  3/16 6/20
potentially [2]  3/20 6/2
power [2]  2/20 9/3
precedent [1]  5/21
prejudgment [2]  4/15 11/13
prejudice [4]  7/10 8/17 8/21 12/2
present [1]  11/4
presented [2]  8/3 12/4
prison [2]  10/4 10/5
privilege [1]  4/20
procedural [2]  3/8 6/11
proceed [2]  3/17 5/14
proceedings [3]  3/21 12/15 12/19
production [1]  8/9
proper [1]  6/3
properly [1]  6/14
proposition [1]  10/24
provide [1]  7/19
pull [1]  9/22
putting [1]  8/15

## Q

question [1]  12/9
Quickly [1]  10/19
quite [1]  3/24

## R

read [1]  10/20
reality [1]  5/16
really [7]  2/17 2/18 2/19 4/6 4/10 8/15 8/22
reason [1]  4/23
recognize [1]  10/8
recommenced [1]  8/18
reconsidered [1]  9/4
record [2]  8/2 11/15
records [1]  6/4
refer [1]  11/25
refused [1]  10/16
regardless [1]  9/20
related [1]  11/2
relevant [5]  9/7 9/8 9/18 11/3 11/10
remains [1]  3/14
renewed [1]  12/4
reopen [1]  11/16
report [2]  11/21 12/10
REPORTED [1]  1/21
Reporter [2]  1/22 12/22
request [1]  8/8
required [1]  8/13
reraised [2]  8/18 8/21
respect [5]  2/21 4/21 8/16 8/19 9/13
respond [3]  7/24 10/17 10/18
responses [1]  10/6
responsive [1]  4/19
result [1]  11/22
reversed [1]  5/10
review [1]  4/20
right [2]  6/22 8/25
RMR [2]  1/21 12/21
ruled [1]  11/12

## S

said [6]  4/12 6/25 8/20 8/24 9/7 11/7
same [4]  3/8 7/2 8/22 9/6
sanctions [5]  7/13 9/8 9/18 11/7 11/23
say [5]  6/12 6/17 8/14 8/19 10/14
saying [1]  6/8
scope [1]  2/25
SE [1]  1/13
second [1]  2/22
see [1]  3/21
seeks [2]  5/24 10/21
seemed [1]  10/25
seems [1]  3/22
Selna [14]
Selna's [2]  3/13 10/21
send [1]  10/14
sent [2]  10/5 10/6
separate [1]  12/1
September [1]  10/21
September 16 [1]  10/21
served [1]  10/4
set [1]  2/18
seven [1]  4/18
shall [1]  11/20
should [13]

**S**

**shows [1]** 3/4
**significantly [1]** 11/7
**similar [1]** 5/1
**sites [1]** 10/24
**situation [1]** 11/4
**situations [2]** 4/25 11/1
**so [16]**
**some [3]** 2/11 4/19 7/19
**somebody [1]** 3/17
**somehow [1]** 7/1
**someone [1]** 5/1
**something [2]** 4/9 7/5
**somewhat [1]** 11/3
**soon [1]** 5/17
**sorry [1]** 6/6
**sort [1]** 3/8
**sought [1]** 11/10
**SOUTHERN [1]** 1/1
**speaker [1]** 6/6
**square [1]** 4/5
**Srebnick [3]** 10/8 10/9 10/14
**stage [1]** 12/3
**started [1]** 9/5
**STATES [2]** 1/1 1/10
**status [2]** 11/21 12/10
**stay [3]** 4/9 9/1 11/18
**stayed [3]** 5/8 7/15 8/23
**staying [1]** 8/14
**steps [1]** 10/4
**still [7]** 2/12 3/13 4/7 4/10 6/1 6/16 9/2
**Street [2]** 1/13 1/18
**stuff [1]** 2/12
**subpoena [5]** 5/24 6/8 8/7 8/9 11/19
**subpoenaed [1]** 8/6
**such [1]** 5/23
**Suite [2]** 1/14 1/19
**supplemental [2]** 2/11 7/19
**suppose [1]** 7/21
**supposed [1]** 4/17
**Supreme [2]** 3/2 6/20
**sure [1]** 3/7
**SWISHER [8]** 1/6 2/6 5/9 5/21 9/10 10/21 10/24 11/12
**Swisher's [2]** 10/3 11/16
**system [1]** 9/22

**T**

**take [1]** 7/20
**taken [1]** 6/14
**talking [5]** 3/18 4/25 6/22 8/7 8/12
**ten [3]** 12/10 12/10 12/12
**terms [3]** 2/25 5/19 6/21
**than [1]** 9/12
**Thank [6]** 5/4 5/4 12/7 12/8 12/13 12/14
**that [64]**
**that's [3]** 8/10 10/13 10/15
**their [2]** 6/21 6/22
**them [1]** 10/6
**then [3]** 9/4 11/6 11/7
**there [18]**
**There's [1]** 2/19
**they [8]** 4/17 4/18 4/21 6/10 6/21 6/21 8/2 10/8
**thing [1]** 6/3
**things [3]** 6/10 6/16 10/13
**think [9]** 2/16 3/21 4/23 5/9 5/12 6/9 7/21 10/2 11/13
**thinks [1]** 11/23
**third [2]** 8/9 11/2
**this [39]**
**those [9]** 4/20 6/10 6/14 6/15 7/16 7/18 8/1 8/2 11/25
**though [1]** 9/2
**through [2]** 4/18 4/21
**tickled [1]** 7/4
**time [10]** 4/13 5/11 5/14 6/19 6/25 7/14 7/20 9/17 11/3 12/14
**timing [1]** 12/9
**too [1]** 7/23
**tracked [1]** 7/1
**transcription [1]** 12/19
**transferring [2]** 9/13 9/14
**TRENDSETTAH [1]** 1/3
**trying [2]** 8/8 8/8
**turn [2]** 4/18 10/9
**two [2]** 2/19 6/24

**U**

**under [1]** 6/17
**underlying [5]** 4/9 5/16 7/9 8/20 9/5
**understand [2]** 7/6 12/3
**understanding [3]** 3/8 10/10 10/12
**UNITED [2]** 1/1 1/10
**unrepresented [1]** 7/8
**unsealing [1]** 4/1
**until [3]** 4/8 6/18 11/19
**up [2]** 6/14 9/22
**us [2]** 3/6 4/6
**USA [1]** 1/3
**use [2]** 2/13 9/22
**usually [1]** 7/2

**V**

**vacate [1]** 11/6
**vacated [2]** 8/21 9/4
**vacating [1]** 9/6
**valid [1]** 7/21
**very [2]** 8/10 12/7
**Virginia [1]** 1/18
**vs [1]** 1/5

**W**

**wait [1]** 5/12
**waited [1]** 9/17
**waiting [1]** 7/6
**walk [1]** 6/16
**want [7]** 3/7 3/23 3/24 6/12 10/11 10/11 10/17
**wants [1]** 10/2
**was [23]**
**Washington [1]** 3/18
**way [2]** 3/17 7/2
**we [39]**
**weighed [1]** 5/10
**Weinberg [1]** 1/17
**well [3]** 2/19 7/7 11/10
**wells [5]** 1/21 1/23 12/21 12/21 12/23
**went [1]** 11/6
**were [8]** 4/17 4/18 6/1 6/10 6/19 7/7 8/7 8/17
**weren't [1]** 6/14

**what [9]** 2/10 2/12 2/17 4/16 6/9 6/15 6/21 7/6 8/11
**whatever [4]** 2/14 7/4 9/23 11/22
**Wheeler [1]** 1/17
**when [4]** 4/2 4/14 7/7 7/21
**where [4]** 4/13 8/23 11/1 11/2
**whether [6]** 2/21 5/15 5/17 5/18 6/11 10/1
**which [7]** 4/1 4/9 5/9 6/22 9/11 10/21 10/24
**whole [1]** 5/25
**why [2]** 6/13 9/11
**wife's [1]** 9/15
**will [2]** 11/25 12/6
**Within [1]** 11/20
**without [3]** 8/17 8/21 12/2
**WOJTOWICZ [3]** 1/12 1/13 10/15
**Wojtowicza [1]** 2/5
**word [1]** 2/13
**words [1]** 10/18
**would [6]** 2/12 5/22 6/3 8/10 9/2 11/3
**wouldn't [1]** 7/20
**wrench [1]** 3/25
**wwhgd.com [1]** 1/20

**Y**

**yeah [1]** 2/16
**year [1]** 6/23
**years [1]** 3/18
**yes [4]** 3/20 5/4 5/16 7/25
**you [26]**
**your [17]**