UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-mc-21049-COOKE/DAMIAN

*Underlying Action Pending in U.S.D.C. Central District of California*
*Case No.: 8:14-CV-01664-JVS*

TRENDSETTAH USA, INC., and
TREND SETTAH, INC.,

    Plaintiffs,

vs.

SWISHER INTERNATIONAL, INC.,

    Defendant,

vs.

AKRUM ALRAHIB,

    Third Party Defendant/
    Subpoena Respondent.
_____/

**CONTINUED WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:    ANY UNITED STATES MARSHAL, and
        WARDEN, FEDERAL DETENTION CENTER (FDC), Miami, and
        WARDEN, FEDERAL CORRECTIONAL INSTITUTION (FCI), Miami

    It appearing that the Subpoena Respondent in the above case, **AKRUM ALRAHIB (BOP #74529-298)**, is confined at or in transit to the FEDERAL DETENTION CENTER (FDC), Miami, Florida or the FEDERAL CORRECTIONAL INSTITUTION (FCI), Miami, Florida, and that this case is set for a **STATUS CONFERENCE AT 3:00 P.M.** on **SEPTEMBER 19, 2022**, at the United States Courthouse, C. Clyde Atkins Building, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128, before the undersigned, and that it is necessary for said individual to be before this Court for said proceeding;

**NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of **AKRUM ALRAHIB (BOP #74529-298)** now in custody as aforesaid, under safe and secure conduct, before this Court at **301 North Miami Avenue, 5th Floor, Miami, Florida**, by or before, **3:00 P.M.** on **SEPTEMBER 19, 2022**, and upon completion of said proceeding that you return the said individual with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of <u>FDC MIAMI</u> or <u>FCI MIAMI</u> to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of **AKRUM ALRAHIB** for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** in Chambers at Miami, Florida, this 1st day of September 2022.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Marcia G. Cooke
     Hon. Robin L. Rosenberg
     Counsel of Record
     Mr. Akrum Alrahib (BOP# 74529-298)
     U.S. Marshals