## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 20-mc-21049-COOKE/DAMIAN

*Entitled Action Pending in U.S.D.C. Central District of California*
*Case No.: 8:14-CV-01664-JVS*

TRENDSETTAH USA, INC., and
TREND SETTAH, INC.,

    Plaintiffs,

vs.

SWISHER INTERNATIONAL, INC.,

    Defendant.

_____/

## **ORDER FOLLOWING HEARING**

THIS CAUSE is before the Court on Attorney Aaron M. Cohn's Motion to Withdraw as Counsel for Subpoena Respondent, Akrum Alrahib, (the "Motion to Withdraw"), filed August 5, 2022 [ECF No. 51], and Swisher International, Inc.'s ("Swisher") Renewed Motion to Hold Akrum Alrahib in Contempt of Court for Failure to Comply with the Court's May 19, 2022 Order (the "Contempt Motion"), filed August 19, 2022 [ECF No. 58]. This matter was referred to the undersigned by the Honorable Robin L. Rosenberg, United States District Judge, on behalf of the Honorable Marcia G. Cooke, United States District Judge, for appropriate resolution. [ECF No. 44]. *See* 28 U.S.C. §§ 636(b)(1)(A) and (B).

THE COURT has reviewed the Motions, Swisher's Response to the Motion to Withdraw [ECF No. 57] and other filings, and the relevant portions of the record and is otherwise fully advised in the premises. The Court also heard from the parties and counsel at a hearing held September 1, 2022. [ECF No. 59].

1. *Attorney Aaron Cohn's Motion to Withdraw*

At the hearing, Mr. Cohn reiterated his desire to withdraw as counsel of record for Subpoena Respondent, Akrum Alrahib ("Mr. Alrahib"), and Mr. Alrahib indicated his agreement. Finding good cause for the withdrawal, the Court permitted Mr. Cohn to withdraw and be excused.

2. *Swisher's Contempt Motion*

At the hearing, the Court heard from Mr. Alrahib and counsel for Swisher. Mr. Alrahib acknowledged that he understands that the Court has ordered him to produce all documents responsive to Request Nos. 1 through 7 of Swisher's Subpoena [ECF No. 1-23], which are being held by Mr. Alrahib's criminal defense attorneys at the law firm Black, Srebnick, Kornspan, & Stumpf, P.A. ("BSKS"), who are awaiting instructions from Mr. Alrahib as to the production of the records (*see* ECF No. 10). Mr. Alrahib agreed on the record that he will not object to or interfere with BSKS's production of Mr. Alrahib's documents to counsel for Swisher. Therefore, BSKS may produce to counsel for Swisher copies of Mr. Alrahib's documents within their possession forthwith.

With regard to Request Nos. 8 through 21 of the Subpoena, Mr. Alrahib acknowledged that he must facilitate a review of all remaining responsive documents, production of responsive documents, and preparation of a privilege log. Mr. Alrahib requested additional time within which to retain counsel to conduct the aforesaid review and production. The Court granted Mr. Alrahib's request and permitted him two (2) weeks to engage counsel for that limited purpose. The Court also advised that Mr. Alrahib will remain at the Federal Detention Center in Miami, Florida while he complies with the Court's Order directing him to retain counsel or inform the Court of his intent to proceed *pro se*.

Accordingly, for the reasons stated on the record at the hearing and herein, it is hereby ORDERED and ADJUDGED as follows:

1.  Attorney Aaron M. Cohn's Motion to Withdraw as Counsel [ECF No. 51] is **GRANTED**. Accordingly, Mr. Cohn is permitted to withdraw and is released and relieved from any further duties with respect to the representation of Mr. Alrahib in this matter;

2.  Mr. Alrahib shall obtain new counsel for the limited purpose of complying with the Court's Orders regarding Request Nos. 8 through 21 of the Swisher Subpoena [ECF No. 1-23]. Said counsel shall file a written notice of appearance and serve Swisher's counsel with such notice of appearance on or before **September 16, 2022**. If Mr. Alrahib does not retain counsel within that time, he shall notify the Court of his intent to proceed *pro se*. Mr. Alrahib has been warned that failure to secure new counsel or inform the Court of his intent to proceed *pro se* within the time prescribed by this Order may result in the Court imposing sanctions upon or holding Mr. Alrahib in contempt pursuant to Federal Rule of Civil Procedure 45(g)[1];

3.  Swisher's Contempt Motion [ECF No. 58] is held in abeyance pending Mr. Alrahib's retention of new counsel to assist him or his notice of intent to proceed *pro se* in the production of documents responsive to Requests Nos. 8 through 21 of Swisher's Subpoena [ECF No. 1-23]; and

4.  This matter has been set for hearing and Status Conference on September 19, 2022 at 3:00 p.m. [ECF No. 60], at which time Mr. Alrahib and newly retained counsel (if

---

[1] "Rule 45 contains no express provision for attorneys' fees or sanctions to a party that has prevailed on a motion to compel compliance with a subpoena." *Drone Nerds Franchising, LLC v. Childress*, 2021 WL 3539711, at *1, n.2 (S.D. Fla. Aug. 6, 2021) (Strauss, J.) (quoting *Golden Krust Franchising, Inc. v. Clayborne*, No. 8:20-MC-104, 2020 WL 7260774, at *2 (M.D. Fla. Dec. 10, 2020) (collecting cases). However, "Rule 45(g) provides that the Court 'may hold in contempt a person, who, having been served fails without adequate excuse to obey the subpoena or an order related to it." *Id.* (quoting Fed. R. Civ. P. 45(g)).

retained) shall advise the Court regarding the status of Mr. Alrahib's compliance with Swisher's Subpoena and the relevant Court Orders.

**DONE and ORDERED** in Chambers at Miami, Florida, this 2nd day of September 2022.

                                          MELISSA DAMIAN
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:
Hon. Marcia G. Cooke
Counsel of Record
Mr. Akrum Alrahib (BOP #74529-298)
Black, Srebnick, Kornspan, & Stumpf, P.A.
U.S. Marshals