```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                       CASE NO. 20-MC-21049-MGC
 3
      TRENDSETTAH USA, INC., et al.,
 4                                      Miami, Florida
                   Plaintiff(s),
 5                                      September 1, 2022
             vs.
 6
      SWISHER INTERNATIONAL, INC.,
 7
                   Defendant(s).       Pages 1 - 53
 8    ------------------------------------------------------------

 9                          MOTION HEARING
                 TRANSCRIBED FROM DIGITAL AUDIO RECORDING
10                 BEFORE THE HONORABLE MELISSA DAMIAN
                    UNITED STATES MAGISTRATE JUDGE
11
      APPEARANCES:
12
      FOR THE PLAINTIFF(S):  ALAINA R. FOTIU-WOJTOWICZ, ESQ.
13                           BRODKSY FOTIU-WOJTOWICZ, PLLC
                             200 SE 1st Street
14                           Miami, FL 33131
                             305-503-5054
15                           alaina@bfwlegal.com


16
      FOR THE DEFENDANT(S):  AARON M. COHN, ESQ.
17                           WEINBERG WHEELER HUDGINS GUNN AND DIAL
                             3350 Virginia Street
18                           Miami, FL 33133
                             305-455-9500
19                           acohn@wwhgd.com

20


21    TRANSCRIBED BY:        Joanne Mancari, RPR, CRR, CSR
                             Court Reporter
22                           jemancari@gmail.com

23

24

25
```

1    Thereupon,

2    the following proceedings were held:

3            THE DEPUTY CLERK:  Calling case No. 20 MC 21049,

4    Cooke.  Trendsettah USA, Inc., *et al.* v. Swisher International,

5    Inc.

6            Counsel, please state your appearances, beginning with

7    the plaintiff.

8            MS. FOTIU-WOJTOWICZ:  This is Alaina Fotiu-Wojtowicz

9    on behalf of Swisher International.

10           THE COURT:  Good afternoon.

11           MR. COHN:  Good afternoon, Judge.  Aaron Cohn.  I

12   would say on behalf of Akrum Alrahib, but I don't think I can

13   say that.

14           THE COURT:  Good afternoon.

15           MR. ALRAHIB:  Akrum Alrahib, ma'am.  Good afternoon.

16           THE COURT:  Good afternoon to you.

17           You all can be seated.

18           She already told you, I do not require masks.  It is

19   your discretion.

20           All right.  I apologize for the delay.  Somebody came

21   in, of course, right when I was about to walk on the bench.  So

22   I apologize for keeping you waiting.

23           I guess we are really here on the motion to withdraw,

24   which is sort of tangled up with the contempt motion that is

25   also pending before me.

1          Why don't I hear from you, Mr. Cohn.

2          MR. COHN:  Thank you very much, Judge.

3          Most of the facts are before your Honor.  I was

4     compelled to withdraw.  I was intending to withdraw anyway, as

5     you knew.  The Bar rules required me to file a motion to

6     withdraw, and I think that the Bar rules also allow individual

7     clients to select their counsel, and I respect that right.

8          I have seen the response from Swisher saying that my

9     withdrawal will interfere with this matter.  I am not sure how

10    that is possible because I haven't been able to talk to my

11    client and don't know that anything has changed.

12         I would also say that the cases that deny withdrawal

13    are really cases where counsel represents a corporate entity

14    and they are on the eve of trial and the corporate entity can't

15    be represented by its officers and directors and any withdrawal

16    will delay the trial.  It is not the case here.  I don't think

17    those cases are applicable.

18         For the first time in seven years I am seeing

19    Mr. Alrahib and he told me that he would like to say a few

20    words to you about this matter.  If I could pass the microphone

21    over to him.

22         THE COURT:  Certainly.

23         MR. COHN:  OK.  Thank you.

24         MR. ALRAHIB:  Good afternoon, your Honor.

25         THE COURT:  Good afternoon.

 1          MR. ALRAHIB:  Good afternoon.  Just so the court is

 2   aware, I have been on a writ now since April 18th for about

 3   four-and-a-half months.  I have been through ten facilities.  I

 4   have been through every single one through quarantine and

 5   extensive lockdown measures.  Some places you get out once a

 6   day for 15 minutes.  I went from coast to coast and then back,

 7   and now I am at FDC Miami.

 8          Out of the 35 months I have been incarcerated, your

 9   Honor, 34 months have been through 12 different facilities and

10   an average of 22-hour lockdowns.  I have been at FCI Miami for

11   about 40 days, until I was put on a writ to come here again.

12          I can't attend any of my programs.  I can't do

13   anything.  I don't have access to emails, to lawyers, to legal,

14   to anything, and I am not going to go and take an hour out of

15   my time when I am out of a cell to decide what I need to do,

16   whether I should call my wife or take a shower or go and try to

17   defend myself or have any civil obligations.  I mean, it just

18   absolutely makes no sense what is going on with the BOP

19   protocols all across the United States, and that is what I have

20   been going through for 35 months now.

21          THE COURT:  I hear you.  You have got several things

22   going on and I want to make sure I am kind of up to speed.

23          Is the criminal case in California done?

24          MR. ALRAHIB:  It is completed.  Florida and California

25   is completed.  They are both running concurrent.  I'm supposed

1   to be designated to FCI Miami to attend my programs and start

2   my programming so I could get out.

3           THE COURT:  OK.  So FCI Miami was not on a writ.  That

4   was where you were supposed to have gone?

5           MR. ALRAHIB:  That is my designated facility, yes.

6           THE COURT:  So when they writted you here, you came

7   from FCI Miami?

8           MR. ALRAHIB:  No.  I was on an original writ from

9   California coming back to FCI, and then you put me on a writ on

10  top of it to stay here at FDC Miami.

11          THE COURT:  OK.  So when you are done with the

12  proceedings in the subpoena issue -- what about the revocation

13  of the bond matters that are going on with Judge Louis?  That

14  doesn't require you to be here.

15          MR. ALRAHIB:  That doesn't require me present.

16          THE COURT:  OK.  So then you would, when this writ is

17  done, you would go back to FCI Miami.

18          MR. ALRAHIB:  Actually, that is one of my bullet

19  points.  If you could put in the order for me to go back to FCI

20  Miami.

21          THE COURT:  As opposed to, what was the other writ you

22  said?

23          MR. ALRAHIB:  My original writ was to go from FCI

24  Miami, get sentenced in California --

25          THE COURT:  OK.

1    MR. ALRAHIB:  -- and then come back here, because the

2    judge opened up his court for appearance instead of Zoom in

3    California.

4    THE COURT:  So you have already had your sentencing in

5    California?

6    MR. ALRAHIB:  I've already done that.

7    THE COURT:  OK.  So you are ready to now serve out the

8    remainder of your sentence.

9    MR. ALRAHIB:  Exactly.  Now I am ready, at the end of

10   today if I could be put on a writ as soon as possible to go

11   back and ordered to go back to FCI Miami.

12   THE COURT:  OK.

13   MR. COHN:  There is more you want to say, isn't there?

14   MR. ALRAHIB:  Yes, but I was addressing that point.

15   THE COURT:  So that is that issue.

16   MR. ALRAHIB:  I have a lot more to say, but I was

17   addressing one by one.

18   THE COURT:  Like I said, there is a lot going on.  I

19   agree.  I am with you.  Let's address one by one.

20   MR. ALRAHIB:  That was the reason why, your Honor, I

21   was not able to speak to him.  I am not able to speak to

22   anybody.  I have been traveling all over for four-and-a-half

23   months.  I mean, it makes no sense.

24   THE COURT:  OK.  That is kind of one of the reasons

25   why I wanted you here, because I know it is an inconvenience on

1    top of an inconvenience for you, but nobody was really able to

2    hear from you.

3            So then the next thing is, let's take up Mr. Cohn's

4    representation.

5            MR. ALRAHIB:  Mr. Cohn does not represent me any

6    longer or my wife.

7            THE COURT:  OK.  That was individually or was that the

8    entity?  Who retained you?

9            MR. ALRAHIB:  No, as an individual.

10           THE COURT:  OK.

11           MR. ALRAHIB:  As an entity Gaw Poe represents

12   Trendsettah, Inc.

13           THE COURT:  Still.

14           MR. ALRAHIB:  Gaw Poe does not represent me.

15           THE COURT:  OK.

16           MR. ALRAHIB:  So that is the first thing.

17           The second thing is, I mean, with all due respect to

18   Swisher and Swisher's counsel, but I don't think Swisher is

19   allowed to tell us who can represent me and not represent me,

20   and if that is the case, then maybe they could represent me as

21   well.

22           THE COURT:  OK.  So the subpoena was to you

23   individually.  Mr. Cohn was retained to represent you

24   individually.

25           Is that the only attorney that at any point was

1  supposed to be representing you in a civil case individually?

2           MR. ALRAHIB:  Yes.

3           THE COURT:  OK.  If Mr. Cohn is going to withdraw,

4  then you want to represent yourself --

5           MR. ALRAHIB:  No.

6           THE COURT:  -- individually.

7           MR. ALRAHIB:  I want to ask time to vet for counsel.

8           THE COURT:  OK.

9           MR. ALRAHIB:  I want to get back to my facility, I

10  want to vet for counsel, and I want time in order to vet for a

11  counsel in order to pick one from Florida or from California to

12  represent me individually, personally.

13           THE COURT:  To represent you individually and

14  personally on the subpoena compliance.

15           MR. ALRAHIB:  On whatever matters they keep putting to

16  the court.

17           THE COURT:  What other matter?  So that was going to

18  be my next question, because --

19           MR. ALRAHIB:  I have no idea.  Every week is a new

20  story.  I have no idea, your Honor, what is going on.

21           THE COURT:  So there is another subpoena compliance

22  matter pending before Judge Louis, or is that resolved?

23           Are you involved in that?

24           MS. FOTIU-WOJTOWICZ:  I am not.  This is the only

25  subpoena matter with respect to Mr. Alrahib in the civil, the

1   big, ongoing ten-year-long civil dispute between his companies.

2   If there is something that is happening in the criminal

3   matters, I might not be aware of it, but in the civil suit this

4   is it.

5          MR. ALRAHIB:  Your Honor --

6          THE COURT:  Hold on.

7          You have the motion to compel compliance.  You have

8   the matters that are in front of me and Judge Cooke.  So all

9   you have pending then was the motion to compel compliance, the

10  motion for contempt, and the matter of the withdrawal, these

11  things that are here.

12         MS. FOTIU-WOJTOWICZ:  Correct, your Honor.

13         THE COURT:  Are you involved in any other matters

14  involving Mr. Alrahib individually?

15         MS. FOTIU-WOJTOWICZ:  Yes.  No.  There is the ongoing

16  matter in California that this subpoena is related to, and I am

17  counsel of record in that case --

18         THE COURT:  OK.

19         MS. FOTIU-WOJTOWICZ:  -- and involved on a limited

20  basis, but that is with respect to Mr. Alrahib's companies

21  Trendsettah USA and Trend Settah, Inc.

22         MR. ALRAHIB:  First of all, I am a minority

23  shareholder in Trend Settah, Inc., and, second of all, what you

24  might be speaking of, your Honor, is Judge Louis is about to

25  have a hearing on the forfeiture bail hearing of the two people

1   that put up the original bail for me.

2          THE COURT:  OK.  She issued a report and

3   recommendation.

4          MR. ALRAHIB:  I'm sorry.  Judge Smith.

5          THE COURT:  OK.

6          MR. ALRAHIB:  Judge Smith.

7          THE COURT:  OK.

8          MR. ALRAHIB:  Judge Smith, but I am not to attend.  So

9   I am basically here at FDC Miami today in order to get to this

10  matter, and then I am absolutely --

11         THE COURT:  And you want out of here.

12         MR. ALRAHIB:  -- I am done with that.  I have been

13  here for 29 months.  I am absolutely done with FDC Miami and I

14  am ready to go.

15         THE COURT:  OK.

16         MR. ALRAHIB:  I want to bring this up to the court.

17  On behalf of all the documents that they keep bringing to the

18  court, I don't know if the court's aware of this, but I want to

19  make it very aware to you, your Honor, and to the court, that

20  in 2019 there was a criminal case order, a protective order by

21  Judge Moreno that was sealed, and it was not me.  It was the

22  government that wanted the protective order in place.  So if

23  anyone needs to go and get it lifted, they need to go to Judge

24  Moreno and they need to also go and ask the government as well

25  to get it lifted.

```
 1              THE COURT:  So there was a sealing order in the
 2    criminal case --
 3              MR. ALRAHIB:  Yes.
 4              THE COURT:  -- entered by Judge Moreno as to the
 5    documents that are being requested now?
 6              MR. ALRAHIB:  Yes.  It is in the docket.  You could
 7    look it up.  It is in the docket of May 2019.
 8              THE COURT:  Hold on.
 9              MR. ALRAHIB:  So when you're saying I'm in contempt of
10    court here, I am in a catch-22 here, your Honor, because who do
11    I listen to, which court do I listen to.  My original criminal
12    judge or do I listen to you guys.  I mean, I am not going to go
13    and violate a court order from Judge Moreno to please Swisher
14    International.  It is not going to happen.
15              THE COURT:  So you have a Smith case.  What is the
16    Moreno case?  Do you know the case number?
17              MR. ALRAHIB:  Judge Moreno, your Honor, was the
18    original judge for my criminal indictment here.
19              THE COURT:  OK.
20              MR. ALRAHIB:  Judge Smith came on board and everybody
21    started passing cases to Judge Smith, the new judge, and I got
22    passed on to Judge Smith.
23              MS. FOTIU-WOJTOWICZ:  If your Honor is interested in
24    hearing a response on that, I am happy to provide one.
25              THE COURT:  I am pulling up the criminal case docket,
```

 1    and then yes.

 2              What is the date of that order, Mr. Alrahib?

 3              MR. ALRAHIB:  I think it's May 2019 sometime.

 4              (Pause)

 5              THE COURT:  OK.  So, Ms. Fotiu-Wojtowicz.

 6              MS. FOTIU-WOJTOWICZ:  Yes.  We had spoken with the

 7    government with respect to, and we have already seen, some of

 8    the documents.  It is our understanding there is a protective

 9    order in place in our case and that would be subject to the

10    protective order.

11              If there is anything in particular that needed to be

12    redacted, and we don't think that there is, there would be no

13    issue with working with the government on that.  We have been,

14    I guess, in contact -- not me personally, but counsel for

15    Swisher has been, and it's our understanding that that is not a

16    factor in light of the fact that we have a confidentiality and

17    protective order in place in this case and these would be

18    designated as covered by that order.

19              THE COURT:  OK.  So you would have to sign a

20    certification, presumably if you got the documents, you would

21    sign a certification as required by docket entry No. 47 in the

22    criminal case.

23              OK.  Most likely if there was a court order -- I am

24    just reading it for the first time.  Usually in one of these

25    protective orders it will say that if you have a court order

1   directing you to produce information, you usually have to be

2   able to comply with it.

3           All right.  I now am aware of the May 20, 2019

4   protective order, and I think that that can be dealt with.

5           The issue on the documents I want to deal with in a

6   moment.  Let's deal with Mr. Cohn's motion to withdraw.

7           I have read the motion.  I have read the response.  I

8   wanted to hear from Mr. Cohn, and I wanted to make sure

9   Mr. Alrahib was in agreement, although it was already

10  represented in the papers.

11          So, Mr. Alrahib, you're in agreement with the

12  withdrawal by Mr. Cohn?

13          MR. ALRAHIB:  Yes, I am.

14          THE COURT:  OK.  Is there any sort of a lien or any

15  sort of an issue with payment outstanding?

16          MR. COHN:  There is money owed, but I am not asking

17  for it.

18          THE COURT:  OK.  So, Mr. Cohn, I am going to grant

19  your motion to withdraw as counsel.

20          We will enter a very short written order on that.

21          So you are relieved from responsibility in this case;

22  however, before I let you leave, I am curious if you have had

23  an opportunity to share with Mr. Alrahib conversations --

24  because remember last time you were before me I ordered you to

25  make sure that you shared copies of my order and contacted the

1    law firm in California.  I am not sure if I asked you to

2    contact Black Srebnick down here, but I know I asked you to

3    contact the law firm in California.

4            Have you been able to share with Mr. Alrahib what

5    happened with those conversations?

6            MR. COHN:  I have not.  I did contact the civil

7    attorneys for Trendsettah, the criminal counsel in California,

8    and Black Srebnick here.  They are all aware of the order.  I

9    conveyed your information to them.

10           None of them had contact information or were able to

11   contact Mr. Alrahib, and I have not been able to speak with

12   him.  As of a week or two ago I looked at the BOP website and

13   he still wasn't on it in their custody.  So no, I haven't

14   spoken with him except when he walked in here.

15           THE COURT:  OK.  So you haven't seen any of the

16   documents yourself.

17           MR. COHN:  No, and I don't have any of the documents.

18           THE COURT:  All right.  So then you are withdrawn and

19   excused, and if there is no lien issue or anything like that,

20   then I think you are covered.

21           All right.  So then let's turn to -- we are here

22   really on the motion to withdraw, but, Mr. Alrahib, you are now

23   going to be representing yourself pending finding new counsel.

24           MR. ALRAHIB:  Yes.

25           THE COURT:  So you want to find new counsel to

 1    represent you.

 2           As far as I know, the only thing pending for you

 3    civilly in the Southern District of Florida is the motion for

 4    contempt and the motion to compel compliance with the subpoena.

 5           MR. ALRAHIB:  OK.

 6           THE COURT:  OK.  I can see from the subpoena that that

 7    is directed to you personally.

 8           It seems like what should happen is you should be

 9    able -- because the documents at issue have already been seen

10    by the government, seen by your criminal defense lawyers, seen

11    by your civil lawyers -- it seems like you should just be able

12    to give instructions to the criminal defense lawyers down here,

13    Mr. Srebnick, to permit your California civil lawyers to give a

14    production of them.

15           MR. ALRAHIB:  OK.

16           THE COURT:  I think that the holdup here has been

17    nobody was able to get permission from you for them to produce

18    the documents to Trendsettah.

19           MR. ALRAHIB:  So am I going to have time to vet for

20    counsel?  I don't understand, your Honor.

21           THE COURT:  I think it is kind of a different issue.

22    My question for you now is whether you are going to give

23    permission for your criminal defense lawyers to release the

24    documents so that somebody can produce them.

25           MR. ALRAHIB:  I am not going to give any approval to

1    release anything until I speak to a counsel about it.

2              THE COURT:  OK.  Prior to Mr. Cohn, who was your

3    counsel in the civil -- why don't you speak to your lawyers in

4    California?

5              MR. ALRAHIB:  I tried and they said we represent

6    Trendsettah, we don't represent you, and my criminal lawyer

7    said I've already finished my criminal assignment.  I mean, how

8    many different lawyers do I need to get here?

9              THE COURT:  That is my question, actually.

10             MR. ALRAHIB:  I don't understand.  Everybody seems to

11   be a professional at certain things.  So I don't know what I'm

12   doing, I don't know what is going on, your Honor.  I'm

13   confused.  I am all over the place for the last five months and

14   these guys are just throwing bullets at me and I'm already

15   down.  I don't know what to do.

16             I need time for counsel and I need to sit with them

17   and I need to understand what is going on fully.  I can't sit

18   in the cell for 22, 23 hours, in a quarantine cell, and then a

19   week later pack up and move again and then not be able to talk

20   to my family every three days for seven minutes.  It makes no

21   sense.  How can one defend himself?

22             THE COURT:  OK.  I mean, I think that what is still

23   going to come up is -- and the reason I am kind of thinking

24   through this, and I'm actually looking at the BOP -- how long

25   have you been in Miami now?  24 hours, 48 hours?  In FDC Miami.

1  Sorry.

2         MR. ALRAHIB:  I have been in FDC Miami now for 11, 12

3  days.  Eleven days.  I have been in quarantine for nine of

4  those days, on top of quarantine, on top of quarantine.

5         THE COURT:  You have been -- what happened?  You got

6  here and you didn't get put immediately into quarantine?

7         MR. ALRAHIB:  Yes, you go through quarantine.  Every

8  place you go to you go through quarantine.

9         THE COURT:  So now you are out of quarantine at FDC.

10         MR. ALRAHIB:  Right now I am.

11         THE COURT:  OK.  My concern is that if we send you

12  back over to FCI, we are going to have the same problem where

13  lawyers are going to say or you are going to say I want to hire

14  a lawyer but I can't meet with anyone.

15         MR. ALRAHIB:  No, FCI is wide open.  FCI is different.

16  You go to your facility and if you are vaccinated, they let you

17  in.  Every other transit facility or detention center puts you

18  under a 14- to 21-day supposedly quarantine process, your

19  Honor.

20         MR. COHN:  Judge, may I be excused?

21         THE COURT:  Yes, you may.  Sorry.  I thought I had

22  told you that before.

23         (Pause)

24         THE COURT:  Are you able to pull up the docket?

25         It is an MC.  OK.  I was pulling it up as a CV.

```
 1              (Pause)

 2              THE COURT:  So I am going to tell you that what is

 3    going to happen is you have been sitting on this order -- were

 4    you aware of the order compelling you to comply with the

 5    subpoena that was issued by Judge Cooke in this case?

 6              MR. ALRAHIB:  No.  Recently?

 7              THE COURT:  Ever.

 8              MR. ALRAHIB:  No.

 9              THE COURT:  There was one issued June 19th of 2020.

10              MR. ALRAHIB:  Yes, I'm aware of that.  I responded I

11    have absolutely nothing in my possession.

12              THE COURT:  OK.  What possession means is your custody

13    and control, and the point has been made that your criminal

14    defense lawyers have responsive documents.  If they are in your

15    criminal defense lawyer's possession, that is your possession.

16              So you may be reading that as I don't physically have

17    anything in my possession because you don't, but your criminal

18    defense lawyers have been saying all along, we're just waiting

19    for instructions from Mr. Alrahib, and it was Black Srebnick

20    Kornspan --

21              MR. ALRAHIB:  Howard said that?

22              THE COURT:  -- said we're waiting for instructions

23    from Mr. Alrahib on what to do.

24              Let's see.  That was their notice.

25              So counsel for Swisher International has provided the
```

1    undersigned with a copy of the court's order which granted

2    Swisher International's motion to compel Akrum Alrahib to

3    comply with the subpoena to produce documents.  The order

4    references Mr. Alrahib's attorneys representing him in his

5    criminal proceedings.

6           So Black Srebnick and Kornspan provided the court with

7    an update.

8           The actual order from Judge Cooke says that you,

9    Mr. Alrahib, have to produce documents responsive to the

10   subpoena, including documents available to you through your

11   attorneys representing you in your criminal case.

12          We informed Swisher's counsel that the undersigned law

13   firm does not represent Mr. Alrahib with respect to civil

14   matters.  Undersigned counsel notifies the court that they

15   await instructions from Mr. Alrahib, including instructions as

16   to any legal objections and privileges he may raise with

17   respect to production of the records.

18          I am trying to see if anybody made any -- then after

19   that everybody was continuously saying they couldn't -- so

20   basically we have Srebnick saying we have the documents but

21   we're just waiting for instructions from Mr. Alrahib.  Then we

22   just have over and over again people telling us we're waiting

23   for instructions from Mr. Alrahib.

24          The problem is they have been waiting for instructions

25   from Mr. Alrahib since June of 2020, which is when Black

1    Srebnick and Kornspan filed that notice.

2          Now, you were aware back in 2020 that the court issued

3    an order ordering you to comply with the subpoena.

4          MR. ALRAHIB:  Uh-huh.

5          THE COURT:  Now for two years you have had to just --

6          MR. ALRAHIB:  For two years it's been Groundhog's Day

7    for me, your Honor.  Every day is the same day to me for two

8    years.  So I don't know.

9          THE COURT:  Well, I mean, I understand that, but the

10   fact is there has been an order hanging over your head for two

11   years to comply.  Really all that has to happen is you just

12   have to give permission to your criminal defense lawyers to

13   release the documents.

14         There is a protective order in place over those

15   documents.  That is what you came in and told me was the issue

16   with those documents.

17         There is also a protective order in the Trendsettah v.

18   Swisher case that, according to Ms. Fotiu-Wojtowicz, she's

19   already spoken with the government and the government agrees

20   that the protective order in the civil case will be compliance

21   with the protective order in the criminal case.  There is just

22   a certification that has to be filed by whoever gets the

23   documents that says we are going to comply with the protective

24   order.  My point being, the protective order is not going to

25   get you out of compliance.

 1            Do you believe that if you speak with another civil

 2   lawyer they are going to --

 3            MR. ALRAHIB:  I never spoke to my original one.

 4            THE COURT:  Right, but you said you want to get

 5   another one.  Are you thinking that another one is going to

 6   give you some basis to withhold the documents?  There is no

 7   basis to withhold the documents.  The judge has already ordered

 8   you have to produce them.

 9            MR. ALRAHIB:  I don't know what he is going to tell

10   me.

11            THE COURT:  Well, I don't know what he is going to

12   tell you either, but I will tell you that they are going to --

13   there is still a matter of you needing to tell Black Srebnick

14   and Kornspan whether they are permitted to release your

15   documents.

16            Right now you are not here on a criminal case.  So it

17   is not like you have this constitutional right to have counsel

18   before you would make any sort of a decision.  You wanted an

19   attorney.  That is your prerogative in a civil case, you can

20   have an attorney.  You just had an attorney.  You fired him or

21   got rid of him.  I don't know why.  You never met with him.

22   Now you are telling me you need more time because you want to

23   find another civil lawyer, and I don't know what the point of

24   the civil lawyer would be for.

25            The point is here --

```
 1              MR. ALRAHIB:  For counsel.

 2              THE COURT:  I understand.  That is fine.  Find

 3     yourself a civil lawyer because inevitably more things are

 4     going to come up clearly in that Trendsettah case.

 5              MR. ALRAHIB:  That is why, your Honor.

 6              THE COURT:  Yes.  Absolutely.  But I'm saying the

 7     question right now is Black Srebnick and Kornspan has been

 8     waiting for two years for instructions from you on whether they

 9     can release your documents.

10              You have documents in your possession, custody, and

11     control and you have a court order.  Those are in your

12     possession, custody, and control.

13              MR. ALRAHIB:  I would like to ask for counsel in order

14     to see what he says and then have him talk to Srebnick.

15              THE COURT:  I know that, but you had somebody sitting

16     here today you could have spoken with, but you fired him.

17              MR. ALRAHIB:  Yeah.  He wasn't -- yes.

18              THE COURT:  But he was only hired for the limited

19     purpose of complying with a subpoena, which is a very limited

20     thing.  He would have just had to determine what was responsive

21     and provide them.

22              MR. ALRAHIB:  Yes, but when he can't contact me in

23     five months, what kind of lawyer is this, your Honor?  If he

24     can't contact me in five months and tell me what is going on

25     and then I hear about it five days prior to me attending here,
```

```
 1    I just don't feel --

 2              THE COURT:  That is why we writted you here.

 3              MR. ALRAHIB:  -- I just don't feel that was a good

 4    counsel for me.

 5              THE COURT:  That is fine.  Now I'm asking you --

 6              MR. ALRAHIB:  And I'm asking you as well, your Honor,

 7    if I could please have time to vet for counsel.  I don't know

 8    how long I need, but --

 9              THE COURT:  You can have all the time you want to find

10    lawyers to help you individually, in your individual capacity

11    in the Trendsettah v. Swisher International case.  That is

12    fine.  I think you have -- well, no, the company has lawyers.

13              MR. ALRAHIB:  Yes.

14              THE COURT:  That is fine.

15              MR. ALRAHIB:  I have reached out to them multiple

16    times to try to help.  They are representing the company, so

17    they don't want to --

18              THE COURT:  OK.  You probably need to use a lawyer to

19    help you in that case, but that is not what is before me.

20              What is before me is your compliance with a subpoena

21    to turn over documents that you were ordered to turn over two

22    years ago.  You haven't turned them over.

23              By the way, I am bound by Judge Cooke's order.  I

24    can't let you out of Judge Cooke's order.  A, that requires you

25    to supply documents and, B, that is going to sanction you with
```

1   not complying with the order since August 8th.  Probably

2   further back than that.

3          So you are under a couple of court orders here that I

4   can't let you out of.

5          I know you want to speak with lawyers, and it sounds

6   like the Trendsettah case is a pretty complicated case.  It's

7   been through appeals.

8          MR. ALRAHIB:  It was actually pretty easy, your Honor.

9   They made it complicated, but it's pretty easy.

10          THE COURT:  Well, it's been going on --

11          MR. ALRAHIB:  It was a breach of contract and it was

12   an antitrust.

13          THE COURT:  It is an antitrust.  To me, that is a

14   pretty -- it is not simple breach of contract stuff.

15          MR. ALRAHIB:  Yes.  No, it is two prongs.  It is two

16   prongs.  It wasn't one prong.

17          THE COURT:  I understand you want to consult with a

18   lawyer regarding that case, but that is not this case.

19          MR. ALRAHIB:  No.

20          THE COURT:  This is a completely separate thing.  It

21   is related.  You need to respond.  You need to provide the

22   responsive documents.  The responsive documents are apparently

23   sitting with Black Srebnick and Kornspan.

24          Are they anywhere else, Ms. Fotiu-Wojtowicz?

25          MS. FOTIU-WOJTOWICZ:  Yes.  We believe that there are

1    also documents with Gaw Poe in California and also additional

2    documents likely with his criminal counsel in California, but

3    we know for sure that there are a discrete flash drive of

4    documents that the Srebnick office has that it received from

5    the government in their exchange of evidence in the criminal

6    case.

7            THE COURT:  I know it is not an easy process, but if

8    you had subpoenaed the government for those documents, the

9    government would have said we can't produce them?  I mean, the

10   government has them.

11           MS. FOTIU-WOJTOWICZ:  We have had this order requiring

12   them to be produced to us.  It seemed duplicative to either

13   have to subpoena Srebnick's office, because they have them

14   also.  We have a court order requiring compliance.  We are

15   going to have to open a brand new miscellaneous case, issue a

16   new subpoena, serve a new subpoena, when we've had this order

17   for two --

18           THE COURT:  What is happening with the documents in

19   the possession of the criminal defense lawyers in California?

20           MS. FOTIU-WOJTOWICZ:  I am not exactly sure what

21   documents they have.

22           THE COURT:  Right.  Would they have something

23   different from the criminal defense lawyers here?

24           MS. FOTIU-WOJTOWICZ:  That case was subsequent to this

25   one.  So I don't know if there were any additional statements

1    or anything like that that were taken as part of that plea and

2    sentencing, but there may be.  I don't know.

3         THE COURT:  And then the lawyers in California

4    represent the entity, but you're saying that they also have

5    documents that are Mr. Alrahib's.

6         MS. FOTIU-WOJTOWICZ:  Yes.  They represented

7    Mr. Alrahib throughout the course of the underlying case.  They

8    appeared and represented him during his deposition.  In fact,

9    in this case, if you look at docket entry 1-26, the very first

10   initial filing, they represented him in this case with respect

11   to this subpoena.  They sent formal objections on his behalf

12   and met and conferred with counsel for Swisher.  This was

13   before my involvement in the case, but those emails also have

14   been attached to motions, and the objections that were

15   submitted by Gaw Poe, that were overruled by Judge Cooke in

16   ordering compliance with the subpoena, those were submitted by

17   Gaw Poe.  So to say Gaw Poe didn't represent him in this case

18   and has never represented him in this case is factually

19   inaccurate.

20         Judge, I understand that I think you know what is

21   happening here, but I am compelled to say it still.  He had a

22   lawyer representing him in the meet and confer prior to the

23   order.  When it became clear that the order was going to be

24   inevitable, he no longer had counsel, he proceeded without

25   counsel, pretended like he didn't understand what he was

1    supposed to do, refused to give instructions.  Then hired a

2    lawyer when he thought he had reasonable objections to raise.

3           Mr. Cohn did, in my view, a much better job than I

4    wish he would have done because he stalled the case out for a

5    year and a half with respect to briefing on legal issues

6    related to the, administratively reopen the case and the issues

7    with respect to whether or not you could enforce a merits

8    subpoena during post-judgment proceedings, and that dragged

9    out.

10          We had three separate rounds of briefing on those

11   issues.  He did an excellent job in representing Mr. Alrahib.

12   He filed a bunch of motions for an extension of time until your

13   Honor said, OK, we are not going to do this anymore, and all of

14   the sudden he is fired.

15          We have waited for two years for these documents.

16   Mr. Alrahib is here.  We have a record that is being recorded

17   here.  He could put on the record that he authorizes his

18   counsel to provide the documents that were ordered by Judge

19   Cooke.  We could take care of this right here.  He is choosing

20   not to do it, and at the same time he is asking your Honor to

21   do him a favor and send him to the detention facility of his

22   choosing.

23          We have our motion for contempt pending.  One of the

24   things -- I don't know if your Honor has reviewed the motion --

25   one of the things that we have briefed is that there is

1    authority for your Honor's ability to order civil incarceration
2    and suspend the running of his criminal sentence until there is
3    compliance, and that is what we are going to be seeking here.

4         The fact that he doesn't know or hasn't had the
5    opportunity, he's here before your Honor.  Your Honor has asked
6    him the question directly, will you give your counsel
7    permission, and he's clearly stated that he would not.  I am
8    not even sure at this point that we need a formal evidentiary
9    hearing since the conduct happened in front of your Honor, but
10   we are happy to have one if your Honor would like it.

11        We think that the documents should be produced.  They
12   should be produced tomorrow.  This is just another chance or
13   opportunity or attempt to delay this beyond the two-year mark.

14        THE COURT:  I mean, I don't even see any windows here.
15   So the documents that we are talking about are still requests
16   Nos. 1 through 7.

17        MS. FOTIU-WOJTOWICZ:  There are additional documents
18   that had been requested, and we understand that Gaw Poe has
19   some of Mr. Alrahib's personal and professional emails that are
20   in their possession.  Those would be covered by requests 8 and
21   on.

22        1 through 7 are the documents that are in criminal
23   counsel's possession and could be turned over without the need
24   for a privilege review, without the need for potential
25   privilege log or anything like that.

1          Judge Cooke did allow for requests 8 and beyond, she

2     did allow for a privilege review.  So obviously that would be

3     something Mr. Alrahib would still be entitled to, but that is

4     not necessary for 1 through 7.

5          THE COURT:  Right.

6          MS. FOTIU-WOJTOWICZ:  All the objections to them have

7     been overruled.  There is nothing in there that is privileged,

8     and that could be turned over in a matter of days.

9          THE COURT:  Where is the order talking about 8 and on?

10         MS. FOTIU-WOJTOWICZ:  It is in that same -- I have it

11    right here.  It is on the second page of --

12         THE COURT:  It is further ordered that Alrahib produce

13    a privilege log --

14         MS. FOTIU:  Yes.

15         THE COURT:  -- describing the nature of any documents

16    being withheld.

17         MS. FOTIU-WOJTOWICZ:  Yes.  So 1 through 7 there is no

18    limitation.  And with respect to the rest, if you are searching

19    his personal and business emails, it is possible that there

20    would be privileged documents in there.  Obviously we are not

21    asking for anything we'd not be entitled to.  So that might

22    take some time or the retention of counsel.

23         THE COURT:  Did something happen in the California

24    civil case where the California civil counsel decided that some

25    conflict arose and they could no longer -- so did you terminate

1    California civil counsel, what is it?

2              MS. FOTIU-WOJTOWICZ:  Gaw Poe.

3              THE COURT:  Did you terminate them, Mr. Alrahib?

4              MR. ALRAHIB:  I never had Gaw Poe.  Trendsettah had

5    Gaw Poe.

6              THE COURT:  Well, there are letters in the record

7    where they were individually representing you.

8              MR. ALRAHIB:  They might have individually helped in

9    the beginning, but I never retained them as counsel for me.

10             THE COURT:  OK.  Here's the deal.  There is no way

11   out.  Even if you hired a lawyer --

12             MR. ALRAHIB:  I'm not looking for a way out, your

13   Honor.

14             THE COURT:  OK.

15             MR. ALRAHIB:  They are.  I'm not.

16             THE COURT:  Maybe it was poor wording.  OK.

17             MR. ALRAHIB:  OK.

18             THE COURT:  The requests in the subpoena 1 through 7,

19   those are all requests for documents from your criminal case.

20             MR. ALRAHIB:  I don't have anything in front of me.

21   So when you're saying 1 through 7, I don't know what it is.

22             THE COURT:  OK.

23             MS. FOTIU-WOJTOWICZ:  I have an extra copy of it.

24             THE COURT:  The subpoena.

25             MS. FOTIU-WOJTOWICZ:  I'd be happy to -- of the

```
 1    subpoena.
 2              THE COURT:  Yes.  Can you provide that.
 3              MS. FOTIU-WOJTOWICZ:  I'd be happy to provide that to
 4    Mr. Alrahib.
 5              MR. ALRAHIB:  Thank you.
 6              MS. FOTIU-WOJTOWICZ:  You're welcome.
 7              THE COURT:  OK.  So the document requests Nos. 1
 8    through 7, which start --
 9              MS. FOTIU-WOJTOWICZ:  On page 8 of 13.
10              THE COURT:  I have it on page 4.
11              MS. FOTIU-WOJTOWICZ:  You do?  Oh, 8 on the docket.
12              THE COURT:  Yes, you're right.  On 4, at the page
13    number at the bottom.  8 on the docket entry number.
14              So if you look at the page numbers on the bottom of
15    the pages, starting on page 4, it says document requests.  All
16    of those document requests from 1 through 7 are all documents
17    that were subject to the standing discovery order in the
18    criminal case and the response to the standing discovery order
19    and other things that would have been produced during the
20    criminal case.
21              Judge Cooke ordered you to produce them.  All your
22    objections were overruled.  There is nothing for you to stand
23    on to not produce those.
24              The problem that came up was you said, I don't have
25    anything, because you didn't physically have them.  Like I told
```

```
 1    you, you do actually have possession, custody, and control of

 2    documents that your lawyers have.

 3            Your lawyers were in a position of, we're happy to

 4    produce them, but we want to make sure Mr. Alrahib knows,

 5    because, you know what, they don't want to get sued later by

 6    you saying I didn't give you permission to release my

 7    documents.  I am telling you that you are ordered to produce

 8    those documents.

 9            All this time everybody is saying we haven't talked to

10    Mr. Alrahib, we haven't been able to get the permission from

11    him.  Now here you are.  You need to give permission.  And if

12    you tell me that you understand that that's happening, I am

13    going to order Black Srebnick and Kornspan to release your

14    documents.  You have no basis to tell them not to.

15            So everybody has been waiting for you to say, to have

16    them know that you've given the green light, you're aware that

17    it is happening, so that they can turn over a single thumb

18    drive to -- you're Swisher, right?

19            MS. FOTIU-WOJTOWICZ:  Correct.

20            THE COURT:  I keep flipping these.

21            -- to Swisher's counsel.

22            So you are ordered to do that.  That has already been

23    done.  It is not my order, it is Judge Cooke's order.  We just

24    wanted to make sure -- that is why you are writted here,

25    because nobody could know that you were aware that this was
```

1   happening.  So now you are aware that this is happening.

2          You have to turn over those documents.  They are in

3   your possession, custody, and control.  That is going to be

4   Black Srebnick and Kornspan that is going to turn those over.

5          MR. ALRAHIB:  OK.

6          THE COURT:  You understand that?

7          MR. ALRAHIB:  I understand that, and I still am asking

8   to speak to a civil counsel first, to vet one, and then

9   whatever he decides I'll go that route.

10         THE COURT:  You may speak to civil lawyers regarding

11  the privilege review.  That has to be done regarding requests

12  Nos. 8 through 21.  There are lots of other requests here, and

13  Judge Cooke acknowledged that there is going to be potential

14  privilege issues.  Those should be reviewed and a privilege log

15  should be produced, and I agree that is something that is

16  normally done by an attorney.  It would be hard for you to do.

17  Because you'd have to have access to the documents, obviously.

18         You can retain a lawyer to do that for you.  But I

19  can't give you, I am not giving you time to talk to a lawyer

20  regarding document requests Nos. 1 through 7.  Like I said, it

21  is not a criminal matter.  You don't have a right to counsel on

22  this one.  You have had two years to talk to a lawyer and you

23  haven't done it.  You have been ordered -- you have no reason

24  not to turn those over.

25         MR. ALRAHIB:  OK.

```
 1                THE COURT:  So Black Srebnick and Kornspan is going to

 2     have to turn those documents over.  You are now in front of me

 3     so I know you are aware of that.

 4                MR. ALRAHIB:  OK.

 5                THE COURT:  OK.  As for request Nos. 8 through 21, now

 6     you are going to go back to FCI Miami, and how are you going to

 7     look for a lawyer?  Are you going to have your wife do it?

 8     What is the process going to be?

 9                MR. ALRAHIB:  I don't know, your Honor.  How much time

10     do I have for that?

11                MS. FOTIU-WOJTOWICZ:  Can I just make one comment

12     here?

13                MR. ALRAHIB:  Maybe she could counsel me.

14                THE COURT:  She is a very good lawyer.

15                MR. ALRAHIB:  They're great.

16                MS. FOTIU-WOJTOWICZ:  He terminated Mr. Cohn almost 30

17     days ago at this point.  So I'm not sure what steps have

18     already been taken, if there are any, but it's already been 30

19     days.  The email from Mr. Alrahib's wife terminating Mr. Cohn

20     was dated August 4th, and it said it was effective that day.

21                THE COURT:  Right.  Since August 4th, have you made

22     any effort to find an attorney?

23                MR. ALRAHIB:  Since August 4th I have been in eight

24     facilities, your Honor.

25                THE COURT:  OK.  Have you --
```

1            MR. ALRAHIB:  No, I have not.

2            THE COURT:  OK.  I'm saying when you go back to FCI

3    Miami, what is the process going to be for you to find a

4    lawyer?  Wouldn't you be relying on your wife to assist?

5            MR. ALRAHIB:  Well, I would need much more time over

6    there to go and research yourself as well and to call and

7    stuff.  So I would need at least a month or two to find one.

8            THE COURT:  All right.  I am not going to give you

9    that long.

10           MR. ALRAHIB:  That is long?

11           THE COURT:  To retain a lawyer to respond to a

12   subpoena for documents in a civil case -- I mean, we are not

13   asking you to represent them in --

14           MR. ALRAHIB:  With them?  They are going to file a

15   motion every three days.

16           THE COURT:  If you need counsel to represent you in

17   the Trendsettah v. Swisher case that is pending, the civil case

18   that is pending in California, that is a different matter.

19           You need a lawyer to help you do the privilege review

20   on the documents that respond to 8 through 21 of this subpoena.

21   Whether it ends up being the same lawyer that helps you in the

22   civil case in California or not, I have no idea.

23           Doing a document review for privilege and creating a

24   privilege log is not something that you need the Roy Black of

25   civil lawyers for or the Howard Srebnick.

1          MR. ALRAHIB:  Yes, I wouldn't hire them again anyway,

2     but yes.

3          THE COURT:  So I am going to -- and I was just trying

4     to see what the processing is -- I am going to assume that you

5     are going to end up back at FCI Miami within the next week or

6     so.

7          MR. ALRAHIB:  If you put an order, I could end up

8     there tomorrow.

9          THE COURT:  Well, I don't order -- you will be done

10     with your writ when I issue the order here.  I don't order you

11     to get transported back to FCI Miami.  But if that is where you

12     are placed, that is where you will end up going back.

13          MR. ALRAHIB:  If you have an order that you are done

14     with me, then they would send me back.

15          THE COURT:  The writ out of California is done.  You

16     have been sentenced there.

17          MR. ALRAHIB:  Completely done.  I was supposed to go

18     there but instead I stopped here.

19          THE COURT:  OK.  So I am going to enter the order on

20     the motion to withdraw as counsel.  We will enter that order.

21          We will enter the order indicating that you have

22     acknowledged that you have been ordered by Judge Cooke to

23     permit Black Srebnick and Kornspan to release the documents

24     that they have that are yours that are responsive to document

25     requests Nos. 1 through 7 of the subpoena.

1  With regard to the remaining documents, we will give
2  you -- if you are there next week, I would give you two weeks
3  to retain counsel to go through -- where are the documents that
4  are responsive to 8 through 21?  They are with the firm in
5  California you're saying, the two firms?
6  MS. FOTIU-WOJTOWICZ:  That's my understanding.
7  THE COURT:  Do you have any idea what the quantity of
8  documents are that they are going to have to go through, like
9  the volume?
10  MS. FOTIU-WOJTOWICZ:  I do not.
11  THE COURT:  OK.  It is going to be two weeks to retain
12  counsel.  Then you are going to end up in the same position
13  probably with new counsel saying, oh, we need however long to
14  go through, there's volumes of documents.  But at least the
15  counsel can, as soon as they are retained, they will have to
16  enter an appearance and then we can give them a limited amount
17  of time -- hold on -- just to determine what it is they're
18  looking at, how many gigabytes, kilobytes, whatever, of
19  documents.
20  MS. FOTIU-WOJTOWICZ:  That's fine, your Honor.  What
21  are we going to do with respect to the pending, the response on
22  the pending contempt motion?  Because I know that is coming up.
23  I would ask your Honor not to deny it as moot or
24  premature at least until we have those 1 through 7 in hand.
25  Given everything we have been through in this case, this

1    hearing is not at all a guarantee that I am going to get those

2    documents.  I think that we will get them if there is a

3    suspended sentence and he is in FDC instead of FCI, and that is

4    the consequence of it, but I just want to make sure that that

5    is still out there and pending because the last time I think --

6    I don't know that it should have been or, of course, I argued

7    against it being denied as premature, because as long as it is

8    out there there is some pressure point every time the can gets

9    kicked down the road.  You start the briefing schedule all over

10   again.

11           At this point we all know what the facts are.  Really

12   what we just need is a response date, and I'm fine if your

13   Honor wants to set it out three or four weeks from now to order

14   them to respond and then to potentially set an evidentiary

15   hearing a little bit of time after that.

16           THE COURT:  So the motion for contempt dealing with

17   not complying with the court's order from June of 2020, right?

18           MS. FOTIU-WOJTOWICZ:  Yes.

19           THE COURT:  OK.  Let's start with one thing.  You are

20   not going to -- I want you to confirm for me you have no

21   intention of getting in the way of Black Srebnick and Kornspan

22   releasing the documents that you are ordered to produce that

23   are in their possession.

24           MR. ALRAHIB:  I will not get in the way.

25           THE COURT:  OK.  I mean, they are going to have now a

1    court order that says that you have acknowledged that you are

2    not going to interfere with them producing your documents.

3          MR. ALRAHIB:  I acknowledge that you told me to

4    release it, right?

5          THE COURT:  Yes, and you are not going to do anything

6    to interfere with that now that you have acknowledged that

7    there is an order in place.

8          MR. ALRAHIB:  No, the whole time I stand on my first

9    point, which was I needed time to vet for counsel.  I have been

10   on a writ for four-and-a-half months.  If you would like me to

11   do the remainder of my six to nine months at FDC, I have no

12   problem.  Keep me here instead of going through different

13   facilities.  That makes them happier.  It is not like I am

14   being privileged to go to FCI Miami because of them.  Whatever

15   you guys want to do, your Honor, I'm here.

16         THE COURT:  OK.  So it is actually a separate issue.

17   The argument that you're making is actually on, accidentally,

18   on the contempt issue, which is they're saying you are in

19   contempt of a court order, which was stayed for a while, right?

20         MS. FOTIU-WOJTOWICZ:  It was.  It was.

21         THE COURT:  So you are in contempt of a court order

22   that was ordering you to do exactly what we are saying is now

23   going to happen, which is to have you acknowledge that Black

24   Srebnick and Kornspan is going to be releasing your documents

25   that are responsive to the subpoena requests Nos. 1 through 7,

1    and you're basically responding to that by saying, I've been in

2    transit all this time, I thought I was going to be able to talk

3    to a lawyer about it, and I didn't have a lawyer.  That is

4    basically the response to the motion for contempt.

5           The other half of the order compelling your compliance

6    or the order compelling you to respond to the subpoena is where

7    you're saying, I need a lawyer to help me do the privilege

8    review and prepare a privilege log.  I'm saying hopefully you

9    can moot the contempt out on that one when you comply with my

10   order to retain counsel to handle that in the next 14 days.

11          So let's say we give you from Friday, because you are

12   not going to be able to do anything today.  So from September

13   2nd you will have two weeks, which will be September 16th.  By

14   then you have to have an attorney enter an appearance to assist

15   with the document review and creation of the privilege log.

16   That attorney will come before me and represent you, and that

17   will still be on the compliance with the subpoena issue.

18          Whether you are going to retain that lawyer or

19   somebody else to help you in California is a different matter.

20          MR. ALRAHIB:  What do I have in California?

21          THE COURT:  The Trendsettah v. Swisher.

22          MR. ALRAHIB:  Trendsettah is a company, it is an

23   entity.  That is Gaw Poe.

24          THE COURT:  Correct.

25          MR. ALRAHIB:  That is not me as an individual.  I

1   thought I had something individually in California.

2           THE COURT:  Not that I'm aware of.  As far as I know,

3   it is just complying with subpoenas directed directly to you.

4           MR. ALRAHIB:  No, no.  They will wait until I get home

5   and then they will do something in California.

6           THE COURT:  So then --

7           MR. ALRAHIB:  They will wait for that.

8           THE COURT:  So that is where I was a little while ago

9   saying it is not that complicated, you're just hiring a lawyer

10  to comply with the subpoena to go through and do a document

11  review.

12          MR. ALRAHIB:  OK.

13          THE COURT:  That is why I was saying you don't need,

14  my example was the Howard Srebnick of civil lawyers for that.

15          MR. ALRAHIB:  OK.

16          THE COURT:  OK.  So then the issue is whether the

17  order releases you from the writ that is holding you here

18  within the next two weeks.  I think that you can -- you have

19  two weeks to retain counsel, but if you can do it faster, then

20  you can get out of here.  Because you are actually not done --

21  my order saying you are done with the case here, or at least

22  with the pending issues that you were writted in on, you're not

23  really going to be done until that is complied with.  That

24  being having a lawyer enter an appearance within two weeks.

25          MR. ALRAHIB:  So the lawyer has to appear.  I don't

1    have to appear no more.

2              THE COURT:  Well, the lawyer would appear on your

3    behalf.

4              MR. ALRAHIB:  OK.  Got it.

5              THE COURT:  But if no lawyer enters an appearance, you

6    are going to appear again because then you are going to be in

7    contempt.

8              MR. ALRAHIB:  I told you, your Honor, that it would be

9    easier for me to vet a lawyer if you are giving me two weeks at

10   FCI Miami, where it is fully open, versus being here.

11             THE COURT:  But you realize what will happen is you

12   will get released off of my writ, you will go to FCI Miami, and

13   then we are just going to writ you right back over here if no

14   lawyer appears in the next 14 days, and I really --

15             MR. ALRAHIB:  But why?  I would have a lawyer in 14

16   days.

17             THE COURT:  Maybe you have a lawyer faster than that.

18   I need you to get a lawyer before I can release you.  I just

19   have no confidence that there is going to be a lawyer that is

20   going to make an appearance.  What I suspect may happen is

21   what's happened in this case, is another motion for extension

22   of time, another excuse for not complying.  I think if you are

23   here and you are no longer in quarantine here --

24             MR. ALRAHIB:  So hold on a second.  You're going to

25   say I'm going to stay at FDC Miami until I get a lawyer and

1    then once I get a lawyer, then the writ will be off to go to

2    FCI?

3              THE COURT:  Right.

4              MR. ALRAHIB:  If I don't get a lawyer prior to 8/21,

5    then I will stay at FDC Miami?

6              THE COURT:  Prior to --

7              MR. ALRAHIB:  9/21 I mean.

8              THE COURT:  9/16.  Two weeks from tomorrow.

9              MR. ALRAHIB:  OK.  9/16 now.

10             If I am not to retain a lawyer prior to 9/16, I am to

11   stay at FDC Miami.

12             THE COURT:  Until you are responding to the document

13   requests that require you to do a privilege review and prepare

14   a privilege log.

15             MR. ALRAHIB:  That's fine.

16             THE COURT:  OK.  Again, I'm doing that because I lack

17   confidence -- I mean, you are clearly a very articulate,

18   intelligent, you are understanding everything that is going on.

19   I'm willing to give you some benefit of the doubt that all of

20   this travel that you have been doing and this being transferred

21   from facility to facility has hampered, at least to some

22   extent, your ability to understand what is going on with this

23   subpoena.

24             Now you are here.  We are not under a time constraint

25   as far as you making sure you understand what you are being

1    ordered to do and what you have been ordered to do.  There's no

2    more, I haven't had time, I didn't know about the order, I

3    didn't know about this.  Now you know.

4           We will give you copies.  We will make sure you have a

5    copy of Judge Cooke's order just in case it got lost in

6    transit.  I have an extra copy of it.  We are going to make

7    sure you have a copy of Judge Cooke's order.

8           MR. ALRAHIB:  She just gave me it.

9           THE COURT:  That is the subpoena.  Judge Cooke's order

10   is what you are going to need to give to whatever lawyer you

11   retain.  You can just tell them to go to the docket.  You are

12   going to want them to see the entire docket clearly, but Judge

13   Cooke's order and that subpoena, because that is going to tell

14   them what you are hiring them to do.

15          Ms. Fotiu-Wojtowicz, I don't want to do an order on

16   the motion for contempt piecemeal.  It is still kind of pending

17   because, like I said, I believe that Mr. Alrahib's discussions

18   today do kind of go to, if he were to do a response to the

19   motion for contempt, part of his response would be, I've been

20   in 36 facilities in the last three years and haven't really had

21   time to focus on it.  I get that.

22          I am not saying the motion is denied, but I am saying

23   that Mr. Alrahib's statement here and, as I said, very

24   articulately put and not to not be believed that he's been

25   transported as he indicates, is at least -- the failure to

1    comply to this point may be in part, the failure to have a

2    lawyer to deal with this may be in part attributable to that.

3              I want to see what happens with somebody to do the

4    responses to 8 through 21.

5              MS. FOTIU-WOJTOWICZ:  I would ask maybe if your Honor

6    could order a response within, perhaps, 30 days, and if a

7    lawyer comes in and says it is going to be some huge amount or

8    something like that and we are not able to work it out during

9    that time period, we could extend the date if your Honor thinks

10   that it is warranted.

11             THE COURT:  A response to the subpoena.

12             MS. FOTIU-WOJTOWICZ:  To the contempt motion and the

13   subpoena.

14             THE COURT:  So I'm asking Mr. Alrahib -- Mr. Alrahib,

15   now I am ordering him to retain counsel and to have counsel

16   enter an appearance on the compliance with the subpoena,

17   specifically 8 through 21.  That's different from a lawyer to

18   respond to the contempt motion.

19             Mr. Alrahib is going to have to determine if he is

20   going to respond to the contempt motion himself or if he is

21   going to use the lawyer that he is going to find for the

22   documents.  I don't want to interfere with expeditiously

23   addressing the response to the subpoena.

24             MR. ALRAHIB:  So now I need two lawyers?

25             THE COURT:  That is what I am --

```
 1              MR. ALRAHIB:  I mean, what do I do now?

 2              THE COURT:  No.  I am ordering that you are finding a

 3    lawyer just for that one issue.  I am going to make sure you

 4    have a copy of the motion for contempt so that you can review

 5    it.  That is not in this 14 days.  That lawyer -- I don't want

 6    to complicate.  One thing at a time we are going to have to do

 7    here.

 8              So in that 14-day deadline, that is just to deal with

 9    Judge Cooke's order regarding request Nos. 8 through 21, and

10    then I am going to make sure you have a copy of the renewed

11    motion for contempt for you.

12              To my marshals, is he able to bring back the documents

13    with him?

14              THE MARSHAL:  Yes, ma'am.

15              THE COURT:  Let's see.  You have the subpoena.  We are

16    giving you Judge Cooke's order and we are giving you the

17    renewed motion for contempt that you are going to review.

18              I want you to recall that I am saying you have kind of

19    given your response to that already.  That is not going away.

20    I just don't think we have a complete record for that.  So I am

21    going to hold that in abeyance for right now, meaning I am not

22    going to issue an order on that right now, on the renewed

23    motion for contempt.

24              When you retain a lawyer, they only have, for my

25    purposes, within 14 days the person that enters the appearance,
```

1  they just have to handle responding to the subpoena request

2  Nos. 8 through 21.  When you retain them, I am going to put the

3  deadline over them from whenever they're retained to submit, I

4  don't know what I will call it.  I will put it in the written

5  order.  Submit something to the court that tells the court how

6  long they need to reply, because there's a certain volume of

7  documents out there in the universe that they need to look at.

8  I don't know how big that volume is.  I don't know if you know.

9          Do you know where your documents are?

10          MR. ALRAHIB:  No.

11          THE COURT:  So when the case was going on, the

12  Trendsettah case, the civil case was going on, did you

13  personally collect documents and give them to the lawyers in

14  California?  When the civil case was going on, the antitrust

15  case.

16          MR. ALRAHIB:  Back then, yeah, I submitted whatever I

17  had.

18          THE COURT:  And that was to Gaw Poe?

19          MR. ALRAHIB:  Yes.

20          THE COURT:  Do you know if it was a lot?

21          MR. ALRAHIB:  Yes.

22          THE COURT:  Was it like from computers, like emails

23  and stuff like that?

24          MR. ALRAHIB:  Oh, yeah.

25          THE COURT:  So whatever lawyer you are now hiring is

1    going to have to get in touch with the lawyers at Gaw Poe and

2    talk about the volume of documents that are responsive this

3    request Nos. 8 through 21.

4              MR. ALRAHIB:  OK.

5              THE COURT:  OK.

6              MR. ALRAHIB:  Yes, ma'am.

7              THE COURT:  That is really your homework for now, is

8    to retain counsel within the next 14 days to help you with that

9    subpoena compliance.  OK.

10             I would say is there anything else, and I am sure

11   there is so much more, but, like I said, I think we should be

12   taking this one step at a time.  I am not going to release you

13   from the writ that is holding you here at FDC until a lawyer

14   enters an appearance.  Once that happens and I know you have

15   complied with my order, then we can enter an order saying you

16   have complied and then that writ will be done.

17             MR. ALRAHIB:  OK.

18             MS. FOTIU-WOJTOWICZ:  Thank you, Judge.  I just want

19   to correct one thing that I said earlier, because you had asked

20   if the order had been stayed and I had said yes.  I don't think

21   the order was ever stayed.  Our ability to enforce it --

22             THE COURT:  That's it.

23             MS. FOTIU-WOJTOWICZ:  -- was stayed and the order was

24   always still in effect.  I just didn't want to have a

25   mischaracterization on the record, even though I think your

```
 1    Honor and I both --
 2              THE COURT:  I think it is potayto potahto.
 3              MS. FOTIU-WOJTOWICZ:  Right.
 4              THE COURT:  I think it is the same effect, but I
 5    appreciate the clarification.
 6              When was it unstayed?
 7              MS. FOTIU-WOJTOWICZ:  When Judge Cooke entered her
 8    order in, I think, May of 2022.  It was the first --
 9              THE COURT:  When she referred things to me.
10              MS. FOTIU-WOJTOWICZ:  Before that.  There were a
11    couple of -- I can tell you exactly.
12              THE COURT:  May 19, 2022.  I see it here.
13              MS. FOTIU-WOJTOWICZ:  Yes.  There were a couple of
14    rounds of orders on extensions of time before your Honor
15    received it on the third motion for extension of time.
16              THE COURT:  Then, Mr. Alrahib, you were filing status
17    reports.
18              MR. ALRAHIB:  Your Honor --
19              THE COURT:  Yes.
20              MR. ALRAHIB:  If I retain a lawyer, is he supposed to
21    show up on the 16th of September?
22              THE COURT:  No.  He files a notice of appearance.
23              MR. ALRAHIB:  So he could file a notice of appearance
24    prior to the 16th as well.  So the deadline is the 16th.
25              THE COURT:  You have your key to get out of FDC.  The
```

```
 1   deadline to do so --
 2             MR. ALRAHIB:  I'm used to it here.
 3             THE COURT:  -- is the 16th.
 4             MR. ALRAHIB:  I'm very used to it here.  29 months.
 5             THE COURT:  People spend a lot of time here.
 6             MR. ALRAHIB:  I know all the COs.  They're great.
 7             THE COURT:  People just don't like FDC because --
 8             MR. ALRAHIB:  Really?  I find that hard to believe.
 9             THE COURT:  -- you don't have any outside.  You just
10   have that part upstairs.
11             OK.  Well, May 19, 2022 was when the case was
12   reopened.  I think it is a good idea for you to have this as
13   well because you were aware that the June 2020 order was stayed
14   but then it was -- or compliance was stayed.  It was reopened
15   in May.  That is relevant to the motion for contempt.  Yes.
16             So the answer to your question is as soon as a lawyer
17   files a notice of appearance indicating that he has been
18   retained, he or she has been retained to --
19             MR. ALRAHIB:  See, I haven't seen any of these.
20             THE COURT:  So we can give you copies.
21             MR. ALRAHIB:  I mean, today is the first day I'm
22   seeing them.  I haven't seen these.
23             THE COURT:  But you entered a status report.
24             MR. ALRAHIB:  I entered?
25             THE COURT:  There's a statement as set forth in the
```

```
 1    motion, counsel for subpoena respondent Akrum Alrahib has been

 2    unable to reach Alrahib.  Oh, this was Mr. Cohn.

 3              MR. ALRAHIB:  I'm saying.

 4              THE COURT:  Ms. Fotiu-Wojtowicz, I could have sworn

 5    there was like a status report filed that looked like it was

 6    actually in -- it was in response to Judge Cooke's original

 7    order.

 8              MS. FOTIU-WOJTOWICZ:  There is a handwritten letter by

 9    Mr. Alrahib that you, I think, read from before where he said

10    the lawyers represent, the lawyers at Gaw Poe represent the

11    company, they don't represent me.

12              THE COURT:  Right.

13              MS. FOTIU-WOJTOWICZ:  In that notice he acknowledges

14    receipt of Judge Cooke's order.

15              THE COURT:  OK.  When you say that you haven't seen

16    any of this --

17              MR. ALRAHIB:  Of May 19, 2022?

18              THE COURT:  The reopening.  You haven't seen that.

19              All right.  I think that is all we are going to be

20    able to accomplish here because we are going to do this one

21    thing at a time.

22              Let's get the subpoena issue done because then the

23    miscellaneous case will be done.  We can deal with the contempt

24    and sanctions and things like that, but the priority right now

25    is --
```

1          MR. ALRAHIB:  Sanctions?  What sanctions?  On me?

2          THE COURT:  When I say miscellaneous case, the

3    subpoena has a case -- the Trendsettah v. Swisher case in

4    California has a civil case number in California because it is

5    an active civil case.  When a subpoena is issued to a nonparty

6    somewhere outside of the place where the original case is

7    happening, it is given a miscellaneous case, right.  That is

8    what happened here.

9          The only thing that is here -- there are other

10   things -- the only thing that is here before me and Judge Cooke

11   is this one subpoena to you to comply with these 21 document

12   requests.  That was given a miscellaneous case number.  I'm

13   saying we want to be done with the miscellaneous case, which is

14   really compliance with the subpoena telling Black Srebnick that

15   they can release those documents.

16         The motion for contempt, because you did not comply

17   with the court's order requiring you to comply with the

18   subpoena, that is pending.  We gave you a copy of it.  I am not

19   ruling on that right now.  And because of the delay, even aside

20   from the motion for contempt, because of the delay in or the

21   failure to comply sooner with the order compelling you to

22   comply with the subpoena, there is a request for sanctions,

23   meaning you should have to pay, the argument being you should

24   have to pay for their time in making you comply with a court

25   order.  You were already ordered to do so.  You didn't.

1          The theory is it is a waste of their attorney

2     resources to have to be filing motions to get you to comply

3     with something you were already supposed to comply with.

4     That's also hanging out there.  I would rather see you deal

5     with compliance first.  We will do one thing at a time.

6          MR. ALRAHIB:  OK.

7          THE COURT:  OK.  So then we will issue a written

8     order, and I hope for all of our sakes that we see a notice of

9     appearance from a civil attorney to deal with this by September

10    16th.

11         Do you have any other questions for me, Mr. Alrahib?

12         MR. ALRAHIB:  Thank you, your Honor.

13         THE COURT:  Thank you very much.

14         MS. FOTIU-WOJTOWICZ:  Thank you, Judge.

15         THE DEPUTY CLERK:  Court is in recess.

16         (Adjourned)

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E


    I hereby certify that the foregoing is an accurate

transcription to the best of my ability of the digital audio

recording in the above-entitled matter.


September 13, 2022    s/ Joanne Mancari
                    Joanne Mancari, RPR, CRR, CSR
                    Court Reporter
                    jemancari@gmail.com

MR. ALRAHIB: [140]
MR. COHN: [8]  2/11 3/2 3/23 6/13
13/16 14/6 14/17 17/20
MS. FOTIU-WOJTOWICZ: [42]  2/8
8/24 9/12 9/15 9/19 11/23 12/6 24/25
25/11 25/20 25/24 26/6 28/17 29/6 29/10
29/17 30/2 30/23 30/25 31/3 31/6 31/9
31/11 32/19 34/11 34/16 37/6 37/10
37/20 38/18 39/20 45/5 45/12 48/18
48/23 49/3 49/7 49/10 49/13 51/8 51/13
53/14
MS. FOTIU: [1]  29/14
THE COURT: [181]
THE DEPUTY CLERK: [2]  2/3 53/15
THE MARSHAL: [1]  46/14

# 1

1-26 [1]  26/9
11 [1]  17/2
12 [2]  4/9 17/2
13 [2]  31/9 54/8
14 [7]  17/18 40/10 42/14 42/15 46/5
46/25 48/8
14-day [1]  46/8
15 [1]  4/6
16 [3]  43/8 43/9 43/10
16th [6]  40/13 49/21 49/24 49/24 50/3
53/10
18th [1]  4/2
19 [3]  19/12 50/11 51/17
19th [1]  18/9
1st [1]  1/13

# 2

20 [2]  2/3 13/3
20-MC-21049-MGC [1]  1/2
200 [1]  1/13
2019 [4]  10/20 11/7 12/3 13/3
2020 [5]  18/9 19/25 20/2 38/17 50/13
2022 [6]  1/5 49/8 49/12 50/11 51/17
54/8
21 [12]  33/12 34/5 35/20 37/4 43/4 43/7
45/4 45/17 46/9 47/2 48/3 52/11
21-day [1]  17/18
21049 [1]  2/3
22 [2]  11/10 16/18
22-hour [1]  4/10
23 [1]  16/18
24 [1]  16/25
26 [1]  26/9
29 [2]  10/13 50/4
2nd [1]  40/13

# 3

30 [3]  34/16 34/18 45/6
305-455-9500 [1]  1/18
305-503-5054 [1]  1/14
33131 [1]  1/14
33133 [1]  1/18
3350 [1]  1/17
34 [1]  4/9
35 [2]  4/8 4/20
36 [1]  44/20

# 4

40 [1]  4/11
47 [1]  12/21
48 [1]  16/25
4th [3]  34/20 34/21 34/23

5054 [1]  1/14
53 [1]  1/7

# 8

8/21 [1]  43/4
8th [1]  24/1

# 9

9/16 [3]  43/8 43/9 43/10
9/21 [1]  43/7
9500 [1]  1/18

# A

AARON [2]  1/16 2/11
abeyance [1]  46/21
ability [4]  28/1 43/22 48/21 54/5
able [19]  3/10 6/21 6/21 7/1 13/2 14/4
14/10 14/11 15/9 15/11 15/17 16/19
17/24 32/10 40/2 40/12 45/8 46/12 51/20
about [14]  2/21 3/20 4/2 4/11 5/12 9/24
16/1 22/25 28/15 29/9 40/3 44/2 44/3
48/2
above [1]  54/6
above-entitled [1]  54/6
absolutely [5]  4/18 10/10 10/13 18/11
22/6
access [2]  4/13 33/17
accidentally [1]  39/17
accomplish [1]  51/20
according [1]  20/18
accurate [1]  54/4
acknowledge [2]  39/3 39/23
acknowledged [4]  33/13 36/22 39/1 39/6
acknowledges [1]  51/13
acohn [1]  1/19
across [1]  4/19
active [1]  52/5
actual [1]  19/8
actually [9]  5/18 16/9 16/24 24/8 32/1
39/16 39/17 41/20 51/6
additional [3]  25/1 25/25 28/17
address [1]  6/19
addressing [3]  6/14 6/17 45/23
Adjourned [1]  53/16
administratively [1]  27/6
after [2]  19/18 38/15
afternoon [8]  2/10 2/11 2/14 2/15 2/16
3/24 3/25 4/1
again [7]  4/11 16/19 19/22 36/1 38/10
42/6 43/16
against [1]  38/7
ago [4]  14/12 23/22 34/17 41/8
agree [2]  6/19 33/15
agreement [2]  13/9 13/11
agrees [1]  20/19
Akrum [4]  2/12 2/15 19/2 51/1
al [2]  1/3 2/4
alaina [3]  1/12 1/15 2/8
all [34]  2/17 2/20 4/19 6/22 7/17 9/8 9/22
9/23 10/17 13/3 14/8 14/18 14/21 16/13
18/18 20/11 23/9 27/13 29/6 30/19 31/15
31/16 31/21 32/9 35/8 38/1 38/9 38/11
40/2 43/19 50/6 51/19 51/19 53/8
allow [3]  3/6 29/1 29/2
allowed [1]  7/19
almost [1]  34/16
along [1]  18/18
Alrahib [38]  2/12 2/15 3/19 8/25 9/14
12/2 13/9 13/11 13/23 14/4 14/11 14/22

18/19 18/23 19/2 19/9 19/13 19/15 19/21
19/23 19/25 26/7 27/11 27/18 29/3 29/12
30/3 31/4 32/4 32/10 45/14 45/14 45/19
49/16 51/1 51/2 51/9 53/11
Alrahib's [7]  9/20 19/4 26/5 28/19 34/19
44/17 44/23
already [16]  2/18 6/4 6/6 12/7 13/9 15/9
16/7 16/14 20/19 21/7 32/22 34/18 34/18
46/19 52/25 53/3
also [11]  2/25 3/6 3/12 10/24 20/17 25/1
25/1 25/14 26/4 26/13 53/4
although [1]  13/9
always [1]  48/24
am [66]
amount [2]  37/16 45/7
another [8]  8/21 21/1 21/5 21/5 21/23
28/12 42/21 42/22
answer [1]  50/16
antitrust [3]  24/12 24/13 47/14
any [24]  3/15 4/12 4/17 7/5 7/25 9/13
13/14 13/14 14/15 14/17 15/25 19/16
19/18 21/18 25/25 28/14 29/15 34/18
34/22 37/7 50/9 50/19 51/16 53/11
anybody [2]  6/22 19/18
anymore [1]  27/13
anyone [2]  10/23 17/14
anything [15]  3/11 4/13 4/14 12/11 14/19
16/1 18/17 26/1 28/25 29/21 30/20 31/25
39/5 40/12 48/10
anyway [2]  3/4 36/1
anywhere [1]  24/24
apologize [2]  2/20 2/22
apparently [1]  24/22
appeals [1]  24/7
appear [4]  41/25 42/1 42/2 42/6
appearance [6]  6/2 37/16 40/14 41/24
42/5 42/20 45/16 46/25 48/14 49/22
49/23 50/17 53/9
appearances [2]  1/11 2/6
appeared [1]  26/8
appears [1]  42/14
applicable [1]  3/17
appreciate [1]  49/5
approval [1]  15/25
April [1]  4/2
are [133]
argued [1]  38/6
argument [2]  39/17 52/23
arose [1]  29/25
articulate [1]  43/17
articulately [1]  44/24
as [42]  3/4 5/21 6/10 6/10 7/9 7/11 7/20
10/24 11/4 12/18 12/21 13/19 14/12 15/2
15/2 17/25 18/16 19/15 23/6 26/1 30/9
34/5 35/6 36/20 37/15 37/15 37/23 38/7
38/7 38/7 40/25 41/2 41/2 43/25 43/25
44/23 44/25 49/24 50/12 50/16 50/16
50/25
aside [1]  52/19
ask [5]  8/7 10/24 22/13 37/23 45/5
asked [4]  14/1 14/2 28/5 48/19
asking [8]  13/16 23/5 23/6 27/20 29/21
33/7 35/13 45/14
assignment [1]  16/7
assist [2]  35/4 40/14
assume [1]  36/4
at [42]  4/7 4/10 5/10 6/9 7/25 10/9 14/12
15/9 16/11 16/14 16/24 17/9 26/9 27/20
28/8 31/12 31/13 31/14 34/17 35/7 36/5
37/20 37/24 38/24 38/1 38/11 39/11

**A**

at... [15]  41/21 42/9 42/25 43/5 43/11
43/21 44/25 46/6 47/7 48/1 48/12 48/13
51/10 51/21 53/5
attached [1]  26/14
attempt [1]  28/13
attend [3]  4/12 5/1 10/8
attending [1]  22/25
attorney [10]  7/25 21/19 21/20 21/20
33/16 34/22 40/14 40/16 53/1 53/9
attorneys [3]  14/7 19/4 19/11
attributable [1]  45/2
audio [2]  1/9 54/5
August [4]  24/1 34/20 34/21 34/23
authority [1]  28/1
authorizes [1]  27/17
available [1]  19/10
average [1]  4/10
await [1]  19/15
aware [15]  4/2 9/3 10/18 10/19 13/3 14/8
18/4 18/10 20/2 32/16 32/25 33/1 34/3
41/2 50/13
away [1]  46/19

**B**

back [20]  4/6 5/9 5/17 5/19 6/1 6/11 6/11
8/9 17/12 20/2 24/6 34/6 35/2 36/5
36/11 36/12 36/14 42/13 46/12 47/16
bail [2]  9/25 10/1
Bar [2]  3/5 3/6
basically [4]  10/9 19/20 40/1 40/4
basis [4]  9/20 21/6 21/7 32/14
be [72]
became [1]  26/23
because [36]  3/10 6/1 6/25 8/18 11/10
13/24 15/9 18/17 21/22 22/3 25/13 27/4
31/25 32/5 32/25 33/17 37/22 38/5 38/7
39/14 40/11 41/20 42/6 43/16 44/13
44/17 47/6 48/19 50/7 50/13 51/20 51/22
52/4 52/16 52/19 52/20
been [54]  3/10 4/2 4/3 4/4 4/8 4/9 4/10
4/20 6/22 10/12 12/13 12/15 14/4 14/11
15/9 15/16 16/25 17/2 17/3 17/5 18/3
18/13 18/18 19/24 20/6 20/10 22/7 24/7
24/10 26/14 28/18 29/7 31/19 32/10
32/15 32/22 32/23 34/18 34/18 34/23
36/16 36/22 37/25 38/6 39/9 40/1 43/20
44/1 44/19 44/24 48/20 50/17 50/18 51/1
before [18]  1/10 2/25 3/3 8/22 13/22
13/24 17/22 21/18 23/19 23/20 26/13
28/5 40/16 42/18 49/10 49/14 51/9 52/10
beginning [2]  2/6 30/9
behalf [5]  2/9 2/12 10/17 26/11 42/3
being [12]  11/5 20/24 27/16 29/16 35/21
38/7 39/14 41/24 42/10 43/20 43/25
52/23
believe [4]  21/1 24/25 44/17 50/8
believed [1]  44/24
bench [1]  2/21
benefit [1]  43/19
best [1]  54/5
better [1]  27/3
between [1]  9/1
beyond [2]  28/13 29/1
bfwlegal.com [1]  1/15
big [2]  9/1 47/8
bit [1]  38/15
Black [16]  14/2 14/8 18/19 19/6 19/25
21/13 22/7 24/23 32/13 33/4 34/1 35/24
36/23 38/21 39/23 52/14

**board** [1]  11/20
**bond** [1]  5/15
BOP [3]  4/18 14/12 16/24
both [2]  4/25 49/1
bottom [2]  31/13 31/14
bound [1]  23/23
brand [1]  25/15
breach [2]  24/11 24/14
briefed [1]  27/25
briefing [3]  27/5 27/10 38/9
bring [2]  10/16 46/12
bringing [1]  10/17
BRODKSY [1]  1/13
bullet [1]  5/18
bullets [1]  16/14
bunch [1]  27/12
business [1]  29/19
but [56]

**C**

California [31]  4/23 4/24 5/9 5/24 6/3 6/5
8/11 9/16 14/1 14/3 14/7 15/13 16/4
25/1 25/2 25/19 26/3 29/23 29/24 30/1
35/18 35/22 36/15 37/5 40/19 40/20 41/1
41/5 47/14 52/4 52/4
call [3]  4/16 35/6 47/4
Calling [1]  2/3
came [5]  2/20 5/6 11/20 20/15 31/24
can [29]  2/12 2/17 7/19 13/4 15/6 15/24
16/21 21/19 22/9 23/9 31/2 32/17 33/18
34/11 37/15 37/16 38/8 40/9 41/18 41/19
41/20 42/18 44/11 46/4 48/15 49/11
50/20 51/23 52/15
can't [11]  3/14 4/12 4/12 16/17 17/14
22/22 22/24 23/24 24/4 25/9 33/19
capacity [1]  23/10
care [1]  27/19
case [70]
cases [4]  3/12 3/13 3/17 11/21
catch [1]  11/10
catch-22 [1]  11/10
cell [3]  4/15 16/18 16/18
center [1]  17/17
certain [2]  16/11 47/6
Certainly [1]  3/22
certification [3]  12/20 12/21 20/22
certify [1]  54/4
chance [1]  28/12
changed [1]  3/11
choosing [2]  27/19 27/22
civil [32]  4/17 8/1 8/25 9/1 9/3 14/6
15/11 15/13 16/3 19/13 20/20 21/1 21/19
21/23 21/24 22/3 28/1 29/24 29/24 30/1
33/8 33/10 35/12 35/17 35/22 35/25
41/14 47/12 47/14 52/4 52/5 53/9
civilly [1]  15/3
clarification [1]  49/5
clear [1]  26/23
clearly [4]  22/4 28/7 43/17 44/12
client [1]  3/11
clients [1]  3/7
coast [2]  4/6 4/6
COHN [14]  1/16 2/11 3/1 7/5 7/23 8/3
13/8 13/12 13/18 16/2 27/3 34/16 34/19
51/2
Cohn's [2]  7/3 13/6
collect [1]  47/13
come [5]  11/1 6/1 16/23 22/4 40/16
comes [1]  45/7
coming [1]  5/9 37/22

**comment** [1]  34/11
**companies** [2]  9/1 9/20
company [4]  23/12 23/16 40/22 51/11
compel [4]  9/7 9/9 15/4 19/2
compelled [2]  3/4 26/21
compelling [4]  18/4 40/5 40/6 52/21
complete [1]  46/20
completed [2]  4/24 4/25
completely [2]  24/20 36/17
compliance [18]  8/14 8/21 9/7 9/9 15/4
20/20 20/25 23/20 25/14 26/16 28/3 40/5
40/17 45/16 48/9 50/14 52/14 53/5
complicate [1]  46/6
complicated [3]  24/6 24/9 41/9
complied [3]  41/23 48/15 48/16
comply [17]  13/2 18/4 19/3 20/3 20/11
20/23 40/9 41/10 45/1 52/11 52/16 52/17
52/21 52/22 52/24 53/2 53/3
complying [5]  22/19 24/1 38/17 41/3
42/22
computers [1]  47/22
concern [1]  17/11
concurrent [1]  4/25
conduct [1]  28/9
confer [1]  26/22
conferred [1]  26/12
confidence [2]  42/19 43/17
confidentiality [1]  12/16
confirm [1]  38/20
conflict [1]  29/25
confused [1]  16/13
consequence [1]  38/4
constitutional [1]  21/17
constraint [1]  43/24
consult [1]  24/17
contact [8]  12/14 14/2 14/3 14/6 14/10
14/11 22/22 22/24
contacted [1]  13/25
contempt [26]  2/24 9/10 11/9 15/4 27/23
37/22 38/16 39/18 39/19 39/21 40/4 40/9
42/7 44/16 44/19 45/12 45/18 45/20 46/4
46/11 46/17 46/23 50/15 51/23 52/16
52/20
continuously [1]  19/19
contract [2]  24/11 24/14
control [5]  18/13 22/11 22/12 32/1 33/3
conversations [2]  13/23 14/5
conveyed [1]  14/9
Cooke [12]  2/4 9/8 18/5 19/8 26/15
27/19 29/1 31/21 33/13 36/22 49/7 52/10
Cooke's [11]  23/23 23/24 32/23 44/5
44/7 44/9 44/13 46/9 46/16 51/6 51/14
copies [3]  13/25 44/4 50/20
copy [8]  19/1 30/23 44/5 44/6 44/7 46/4
46/10 52/18
corporate [2]  3/13 3/14
correct [4]  9/12 32/19 40/24 48/19
COs [1]  50/6
could [21]  3/20 5/2 5/19 6/10 7/20 11/6
22/16 23/7 27/7 27/17 27/19 28/23 29/8
29/25 32/25 34/13 36/7 45/6 45/9 49/23
51/14
couldn't [1]  19/19
counsel [52]  2/6 3/7 3/13 7/18 8/7 8/10
8/11 9/17 12/14 13/19 14/7 14/23 14/25
15/20 16/1 16/3 16/16 18/25 19/12 19/14
21/17 22/1 22/13 23/4 23/7 25/2 26/12
26/24 26/25 27/18 28/6 29/22 29/24 30/1
30/9 32/21 33/8 33/21 34/13 35/16 36/20
37/3 37/12 37/13 37/15 39/9 40/10 41/19

## C

counsel... [4]  45/15 45/15 48/8 51/1
counsel's [1]  28/23
couple [3]  24/3 49/11 49/13
course [3]  2/21 26/7 38/6
court [27]  1/1 1/21 4/1 6/2 8/16 10/16
10/18 10/19 11/6 11/15 11/13 12/23
12/25 19/6 19/14 20/2 22/11 24/3 25/14
39/1 39/19 39/21 47/5 47/5 52/24 53/15
54/9
court's [4]  10/18 19/1 38/17 52/17
covered [2]  12/18 14/20 28/20
creating [1]  35/23
creation [2]  40/15
criminal [32]  4/23 9/2 10/20 11/2 11/11
11/18 11/25 12/22 14/7 15/10 15/12
15/23 16/6 16/7 18/13 18/15 18/17 19/5
19/11 20/12 20/21 21/16 25/2 25/5 25/19
25/23 28/2 28/22 30/19 31/18 31/20
33/21
CRR [2]  1/21 54/8
CSR [2]  1/21 54/8
curious [1]  13/22
custody [6]  14/13 18/12 22/10 22/12
32/1 33/3
CV [1]  17/25

## D

DAMIAN [1]  1/10
date [3]  12/2 38/12 45/9
dated [1]  34/20
day [8]  4/6 17/18 20/6 20/7 20/7 34/20
46/8 50/21
days [17]  4/11 16/20 17/3 17/3 17/4
22/25 29/8 34/17 34/19 35/15 40/10
42/14 42/16 45/6 46/5 46/25 48/8
deadline [4]  46/8 47/3 49/24 50/1
deal [8]  13/5 13/6 30/10 45/2 46/8 51/23
53/4 53/9
dealing [1]  38/16
dealt [1]  13/4
decide [1]  4/15
decided [1]  29/24
decides [1]  33/9
decision [1]  21/18
defend [2]  4/17 16/21
Defendant [1]  1/7 1/16
defense [9]  15/10 15/12 15/23 18/14
18/15 18/18 20/12 25/19 25/23
delay [5]  2/20 3/16 28/13 52/19 52/20
denied [2]  38/7 44/22
deny [2]  3/12 37/23
deposition [1]  26/8
describing [1]  29/15
designated [3]  5/1 5/5 12/18
detention [2]  17/17 27/21
determine [3]  22/20 37/17 45/19
DIAL [1]  1/17
did [10]  14/6 27/3 27/11 29/1 29/2 29/23
29/25 30/3 47/12 52/16
didn't [10]  17/6 26/17 26/25 31/25 32/6
40/3 44/2 44/3 48/24 52/25
different [9]  4/9 15/21 16/8 17/15 25/23
35/18 39/12 40/19 45/17
digital [2]  1/9 54/5
directed [2]  15/7 41/3
directing [1]  13/1
directly [2]  28/6 41/3
directors [1]  3/15
discovery [2]  31/17 31/18

discrete [1]  25/3
discretion [1]  21/9
discussions [1]  44/17
dispute [1]  9/1
DISTRICT [1]  1/1 1/1 15/3
do [54]  2/18 4/12 4/15 11/10 11/11
11/12 11/16 16/8 16/15 18/23 21/1 27/1
27/13 27/20 27/21 31/11 32/1 32/22
33/16 33/18 34/7 34/10 35/19 37/7 37/10
37/21 39/5 39/11 39/15 39/22 40/7 40/12
40/20 41/5 41/10 41/19 43/13 44/1 44/1
44/14 44/15 44/18 45/3 46/1 46/1
46/6 47/9 47/20 50/1 51/20 52/25 53/5
53/11
docket [10]  11/6 11/7 11/25 12/21 17/24
26/9 31/11 31/13 44/11 44/12
document [10]  31/7 31/15 31/16 33/20
35/23 36/24 40/15 41/10 43/12 52/11
documents [71]
does [3]  7/5 7/14 19/13
doesn't [3]  5/14 5/15 28/4
doing [4]  16/12 35/23 43/16 43/20
don't [54]  2/12 3/1 3/11 3/16 4/13 7/18
10/18 12/12 14/17 15/20 16/3 16/10 16/10
16/11 16/12 16/15 18/16 18/17 20/8 21/9
21/11 21/21 21/23 23/1 23/3 23/7 23/17
25/25 26/2 27/24 28/14 30/20 30/21
31/24 32/5 33/21 34/9 36/9 36/10 38/6
41/13 41/25 43/4 44/15 45/22 46/5 46/20
47/4 47/8 47/8 48/20 50/7 50/9 51/11
done [22]  4/23 5/11 5/17 6/6 10/12
10/13 27/4 32/23 33/11 33/16 33/23 36/9
36/13 36/15 36/17 41/20 41/21 41/23
48/16 51/22 51/23 52/13
doubt [1]  43/19
down [4]  14/2 15/12 16/15 38/9
dragged [1]  27/8
drive [2]  25/3 32/18
due [1]  7/17
duplicative [1]  25/12
during [4]  26/8 27/8 31/19 45/8

## E

earlier [1]  48/19
easier [1]  42/9
easy [3]  24/8 24/9 25/7
effect [2]  48/24 49/4
effective [1]  34/20
effort [1]  34/22
eight [1]  34/23
either [2]  21/12 25/12
Eleven [1]  17/3
else [3]  24/24 40/19 48/10
email [1]  34/19
emails [5]  4/13 26/13 28/19 29/19 47/22
end [5]  6/9 36/5 36/7 36/12 37/12
ends [1]  35/21
enforce [2]  27/7 48/21
enter [9]  13/20 36/19 36/20 36/21 37/16
40/14 41/24 45/16 48/15
entered [1]  11/4 49/7 50/23 50/24
enters [3]  42/5 46/25 48/14
entire [1]  44/12
entitled [3]  29/3 29/21 54/6
entity [6]  3/13 3/14 7/8 7/11 26/4 40/23
entry [3]  12/21 26/9 31/13
ESQ [2]  1/12 1/16
et [2]  1/3 2/4
eve [1]  3/14
even [5]  28/8 28/14 30/11 48/25 52/19

even [3]  17/2 18/21
every [8]  4/4 8/13 16/20 17/7 17/17 20/7
35/15 38/8
everybody [5]  11/20 16/10 19/19 32/9
32/15
everything [2]  37/25 43/18
evidence [1]  25/5
evidentiary [2]  28/8 38/14
exactly [4]  6/9 25/20 39/22 49/11
example [1]  41/14
excellent [1]  27/11
except [1]  14/14
exchange [1]  25/5
excuse [1]  42/22
excused [2]  14/19 17/20
expeditiously [1]  45/22
extend [1]  45/9
extension [3]  27/12 42/21 49/15
extensions [1]  49/14
extensive [1]  4/5
extent [1]  43/22
extra [2]  30/23 44/6

## F

facilities [5]  4/3 4/9 34/24 39/13 44/20
facility [7]  5/5 8/9 17/16 17/17 27/21
43/21 43/21
fact [4]  12/16 20/10 26/8 28/4
factor [1]  12/16
facts [2]  3/3 38/11
factually [1]  26/18
failure [3]  44/25 45/1 52/21
family [1]  16/20
far [3]  15/2 41/2 43/25
faster [2]  41/19 42/17
favor [1]  27/21
FCI [21]  4/10 5/1 5/3 5/7 5/9 5/17 5/19
5/23 6/11 17/12 17/15 17/15 34/6 35/2
36/5 36/11 38/3 39/14 42/10 42/12 43/2
FDC [15]  4/7 5/10 10/9 10/13 16/25 17/2
17/9 38/3 39/11 42/25 43/5 43/11 48/13
49/25 50/7
feel [2]  23/1 23/3
few [1]  3/19
file [3]  3/5 35/14 49/23
filed [4]  20/1 20/22 27/12 51/5
files [2]  49/22 50/17
filing [3]  26/10 49/16 53/2
find [9]  14/25 21/23 22/2 23/9 34/22 35/3
35/7 45/21 50/8
finding [2]  14/23 46/2
fine [7]  22/2 23/5 23/12 23/14 37/20
38/12 43/15
finished [1]  16/7
fired [3]  21/20 22/16 27/14
firm [4]  14/1 14/3 19/13 37/4
firms [1]  37/5
first [10]  3/18 7/16 9/22 12/24 26/9 33/8
39/8 49/8 50/21 53/5
five [4]  16/13 22/23 22/24 22/25
FL [2]  1/14 1/18
flash [1]  25/3
flipping [1]  32/20
FLORIDA [5]  1/1 1/4 4/24 8/11 15/3
focus [1]  44/21
following [1]  2/2
foregoing [1]  54/4
forfeiture [1]  9/25
formal [2]  26/11 28/8
forth [1]  50/25

**F**

FOTIU [8]  1/12 1/13 2/8 12/5 20/18
 24/24 44/15 51/4
FOTIU-WOJTOWICZ [3]  1/12 1/13 2/8
four [4]  4/3 6/22 38/13 39/10
Friday [1]  40/11
front [4]  9/8 28/9 30/20 34/2
fully [2]  16/17 42/10
further [2]  24/2 29/12

**G**

gave [2]  44/8 52/18
Gaw [14]  7/11 7/14 25/1 26/15 26/17
 26/17 28/18 30/2 30/4 30/5 40/23 47/18
 48/1 51/10
get [30]  4/5 5/2 5/24 8/9 10/9 10/23
 10/25 15/17 16/8 17/6 20/25 21/4 32/5
 32/10 36/11 38/1 38/2 38/24 41/4 41/20
 42/12 42/18 42/25 43/1 43/4 44/21 48/1
 49/25 51/22 53/2
gets [2]  20/22 38/8
getting [1]  38/21
gigabytes [1]  37/18
give [21]  15/12 15/13 15/22 15/25 20/12
 21/6 27/1 28/6 32/6 32/11 33/19 35/8
 37/1 37/2 37/16 40/11 43/19 44/4 44/10
 47/13 50/20
given [5]  32/16 37/25 46/19 52/7 52/12
giving [4]  33/19 42/9 46/16 46/16
gmail.com [2]  1/22 54/9
go [30]  4/14 4/16 5/17 5/19 5/23 6/10
 6/11 10/14 10/23 10/23 10/24 11/12 17/7
 17/8 17/8 17/16 33/9 34/6 35/2 35/6
 36/17 37/3 37/8 37/14 39/14 41/10 42/12
 43/1 44/11 44/18
going [105]
gone [1]  5/4
good [11]  2/10 2/11 2/14 2/15 2/16 3/24
 3/25 4/1 23/3 34/14 50/12
got [7]  4/21 11/21 12/20 17/5 21/21 42/4
 44/5
government [11]  10/22 10/24 12/7 12/13
 15/10 20/19 20/19 25/5 25/8 25/9 25/10
grant [1]  13/18
granted [1]  19/1
great [2]  34/15 50/6
green [1]  32/16
Groundhog's [1]  20/6
guarantee [1]  38/1
guess [2]  2/23 12/14
GUNN [1]  1/17
guys [3]  11/12 16/14 39/15

**H**

had [28]  6/4 12/6 13/22 14/10 17/21
 20/5 21/20 22/15 22/20 25/8 25/11 25/16
 26/21 26/24 27/2 27/10 28/4 28/18 30/4
 30/4 33/22 41/1 44/2 44/20 47/17 48/19
 48/20 48/20
half [5]  4/3 6/22 27/5 39/10 40/5
hampered [1]  43/21
hand [1]  37/24
handle [2]  40/10 47/1
handwritten [1]  51/8
hanging [2]  20/10 53/4
happen [8]  11/14 15/8 18/3 20/11 29/23
 39/23 42/11 42/20
happened [2]  14/5 17/5 28/9 42/21 52/8
happening [8]  9/2 25/18 26/21 32/12
 32/17 33/1 33/1 52/7

happens [2]  45/3 48/14
happier [4]  35/24
happy [5]  11/24 28/10 30/25 31/3 32/3
hard [2]  33/16 50/8
has [27]  3/11 12/15 15/16 18/13 18/25
 20/10 20/11 20/22 21/7 22/7 23/12 25/4
 25/10 26/18 27/24 28/5 28/18 32/15
 32/22 33/11 41/25 43/21 50/17 50/18
 51/1 52/3 52/4
hasn't [1]  28/4
have [170]
haven't [13]  3/10 14/13 14/15 23/22 32/9
 32/10 33/23 44/2 44/20 50/19 50/22
 51/15 51/18
having [1]  41/24
he [47]  3/19 3/19 14/13 14/14 19/16
 21/9 21/11 22/14 22/17 22/18 22/20
 22/22 22/23 26/21 26/24 26/24 26/25
 26/25 27/2 27/2 27/4 27/8 27/11 27/12
 27/14 27/17 27/17 27/19 27/20 28/4 28/7
 33/9 34/16 38/3 44/18 44/25 45/19 45/20
 45/21 46/12 49/20 49/22 49/23 50/17
 50/18 51/9 51/13
he's [3]  28/5 28/7 44/24
head [1]  20/10
hear [5]  3/1 4/21 7/2 13/8 22/25
hearing [7]  1/9 9/25 9/25 11/24 28/9
 38/1 38/15
held [1]  2/2
help [7]  23/10 23/16 23/19 35/19 40/7
 40/19 48/8
helped [1]  30/8
helps [1]  35/21
her [1]  49/7
here [65]
Here's [1]  30/10
hereby [1]  54/4
him [11]  2/10 6/21 14/12 14/14 19/4
 21/20 21/21 21/21 22/14 22/16 26/8
 26/10 26/17 26/18 26/22 27/21 27/21
 28/6 32/11 45/15 46/13
himself [2]  16/21 45/20
hire [2]  17/13 36/1
hired [3]  22/18 27/1 30/11
hiring [3]  41/9 44/14 47/25
his [11]  6/2 9/1 19/4 25/2 26/8 26/11
 27/17 27/21 28/2 29/19 44/19
hold [5]  9/6 11/8 37/17 42/24 46/21
holding [2]  41/17 48/13
holdup [1]  15/16
home [1]  41/4
homework [1]  48/7
Honor [41]  3/3 3/24 4/9 6/20 8/20 9/5
 9/12 9/24 10/19 11/10 11/17 11/23 15/20
 16/12 17/19 20/7 22/5 22/23 23/6 24/8
 27/13 27/20 27/24 28/5 28/5 28/9 28/10
 30/13 34/9 34/24 37/20 37/23 38/13
 39/15 42/8 45/5 45/9 49/1 49/14 49/18
 53/12
Honor's [1]  28/1
HONORABLE [1]  1/10
hope [1]  53/8
hopefully [1]  40/8
hour [2]  4/10 4/14
hours [3]  16/18 16/25 16/25
how [10]  3/9 16/7 16/21 16/24 23/8 34/6
 34/9 37/18 47/5 47/8
Howard [3]  18/21 35/25 41/14
however [2]  13/22 37/13
HUDGINS [1]  1/17

Huge [1]  45/7
Hun [1]  20/4

**I**

I'd [2]  30/25 31/3
I'll [1]  33/9
I'm [38]  4/25 10/4 11/9 16/11 16/12
 16/14 16/24 18/10 22/6 23/5 23/6 30/12
 30/15 34/17 35/2 38/12 39/15 40/8 41/2
 42/25 43/16 43/19 45/14 50/2 50/4 50/21
 51/3 52/12
I've [4]  6/6 16/7 40/1 44/19
idea [5]  8/19 8/20 35/22 37/7 50/12
if [58]
immediately [1]  17/6
in [170]
inaccurate [1]  26/19
INC [1]  1/3 1/6 2/4 2/5 7/12 9/21 9/23
incarcerated [1]  4/8
incarceration [1]  28/1
including [2]  19/10 19/15
inconvenience [2]  6/25 7/1
indicates [1]  44/25
indicating [2]  36/21 50/17
indictment [1]  11/18
individual [4]  3/6 7/9 23/10 40/25
individually [12]  7/7 7/23 7/24 8/1 8/6
 8/12 8/13 9/14 23/10 30/7 30/8 41/1
inevitable [1]  26/24
inevitably [1]  22/3
information [3]  13/1 14/9 14/10
informed [1]  19/12
initial [1]  26/10
instead [4]  6/2 36/18 38/3 39/12
instructions [10]  15/12 18/19 18/22
 19/15 19/15 19/21 19/23 19/24 22/8 27/1
intelligent [1]  43/18
intending [1]  3/4
intention [1]  38/21
interested [1]  11/23
interfere [4]  3/9 39/2 39/6 45/22
INTERNATIONAL [6]  1/6 2/4 2/9 11/14
 18/25 23/11
International's [1]  19/2
into [1]  17/6
involved [8]  8/23 9/13 9/19
involvement [1]  26/13
involving [1]  9/14
is [258]
isn't [1]  6/13
issue [19]  5/12 6/15 12/13 13/5 13/15
 14/19 15/9 15/21 20/15 25/15 36/10
 39/16 39/18 40/17 41/16 46/3 46/22
 51/22 53/7
issued [5]  10/2 18/5 18/9 20/2 52/5
issues [5]  27/5 27/6 27/11 33/14 41/22
it [127]
it's [7]  12/3 12/15 20/6 24/6 24/9 24/10
 34/18
its [1]  3/15

**J**

jemancari [2]  1/22 54/9
Joanne [3]  1/21 54/8 54/8
job [2]  27/3 27/11
judge [48]  1/10 2/11 3/2 5/13 6/2 8/22
 9/8 9/24 10/4 10/8 10/21 10/23
 11/4 11/12 11/13 11/17 11/18 11/20
 11/21 11/21 11/22 17/20 18/5 19/8 21/7
 23/23 23/24 26/15 26/20 27/18 29/1

judge... [16]  31/21 32/23 33/13 36/22
 44/5 44/7 44/9 44/12 46/9 46/16 48/18
 49/7 51/6 51/14 52/10 53/14
judgment [1]  27/8
June [4]  18/9 19/25 38/17 50/13
just [37]  4/1 4/17 12/24 15/11 16/14
 18/18 19/21 19/22 20/5 20/11 20/21
 21/20 22/20 23/1 23/3 28/12 32/23 34/11
 36/3 37/17 38/4 38/12 41/3 41/9 42/13
 42/18 44/5 44/8 44/11 46/3 46/8 46/20
 47/1 48/18 48/24 50/7 50/9

## K

keep [4]  8/15 10/17 32/20 39/12
keeping [1]  2/22
key [1]  49/25
kicked [1]  38/9
kilobytes [1]  37/18
kind [8]  4/22 6/24 15/21 16/23 22/23
 44/16 44/18 46/18
knew [1]  3/5
know [45]  3/11 6/25 10/18 11/16 14/2
 15/2 16/11 16/12 16/15 20/8 21/9 21/11
 21/21 21/23 22/15 23/7 24/5 25/3 25/7
 25/25 26/2 26/20 27/24 28/4 30/21 32/5
 32/16 32/25 34/3 34/9 37/22 38/6 38/11
 41/2 44/2 44/3 44/3 47/4 47/8 47/8 47/8
 47/9 47/20 48/14 50/6
knows [1]  32/4
Kornspan [12]  18/20 19/6 20/1 21/14
 22/7 24/23 32/13 33/4 34/1 36/23 38/21
 39/24

## L

lack [1]  43/16
last [4]  13/24 16/13 38/5 44/20
later [2]  16/19 32/5
law [3]  14/1 14/3 19/12
lawyer [52]  16/6 17/14 21/2 21/23 21/24
 22/3 22/23 23/18 24/18 26/22 27/2 30/11
 33/18 33/19 33/22 34/7 34/14 35/4 35/11
 35/19 35/21 40/3 40/3 40/7 40/18 41/9
 41/24 41/25 42/2 42/5 42/9 42/14 42/15
 42/17 42/18 42/19 42/25 43/1 43/4 43/10
 44/10 45/2 45/7 45/17 45/21 46/3 46/5
 46/24 47/25 48/13 49/20 50/16
lawyer's [1]  18/15
lawyers [28]  4/13 15/10 15/11 15/12
 15/13 15/23 16/3 16/8 17/13 18/14 18/18
 20/12 23/10 23/12 24/5 25/19 25/23 26/3
 32/2 32/3 33/10 35/25 41/14 45/24 47/13
 48/1 51/10 51/10
least [6]  35/7 37/14 37/24 41/21 43/21
 44/25
leave [1]  13/22
legal [3]  4/13 19/16 27/5
let [4]  13/22 17/16 23/24 24/4
let's [9]  6/19 7/3 13/6 14/21 18/24 38/19
 40/11 46/15 51/22
letter [1]  51/8
letters [1]  30/6
lien [2]  13/14 14/19
lifted [2]  10/23 10/25
light [2]  12/14 32/16
like [27]  3/19 6/18 14/19 15/8 15/11
 21/17 22/13 24/6 26/1 26/25 28/10 28/25
 31/25 33/20 37/8 39/10 39/13 44/17 45/8
 47/22 47/22 47/23 48/11 50/7 51/5 51/5
 51/24

likely [2]  42/23 25/2
limitation [1]  29/18
limited [4]  9/19 22/18 22/19 37/16
listen [3]  11/11 11/11 11/12
little [2]  38/15 41/8
lockdown [1]  4/5
lockdowns [1]  4/10
log [7]  28/25 29/13 33/14 35/24 40/8
 40/15 43/14
long [8]  9/1 16/24 23/8 35/9 35/10 37/13
 38/7 47/6
longer [2]  7/6 26/24 29/25 42/23
look [5]  11/7 26/9 31/14 34/7 47/7
looked [2]  14/12 51/5
looking [1]  16/24 30/12 37/18
lost [1]  44/5
lot [6]  6/16 6/18 47/20 50/5
lots [1]  33/12
Louis [3]  5/13 8/22 9/24

## M

ma'am [2]  2/15 46/14 48/6
made [4]  18/13 19/18 24/9 34/21
MAGISTRATE [1]  1/10
make [14]  4/22 10/19 13/8 13/25 21/18
 32/4 32/24 34/11 38/4 42/20 44/4 44/6
 46/3 46/10
makes [4]  4/18 6/23 16/20 39/13
making [3]  39/17 43/25 52/24
many [2]  16/8 37/18
mark [2]  28/13
marshals [1]  46/12
masks [1]  2/18
matter [14]  3/9 3/20 8/17 8/22 8/25 9/10
 9/16 10/10 21/13 29/8 33/21 35/18 40/19
 54/6
matters [6]  5/13 8/15 9/3 9/8 9/13 19/14
may [17]  11/7 12/3 13/3 17/20 17/21
 18/16 19/16 26/2 33/12 40/20 45/1 45/2
 49/8 49/12 50/11 50/15 51/17
maybe [5]  7/20 30/16 34/13 42/17 45/5
MC [3]  1/2 23 17/25
me [53]  2/25 3/5 3/19 5/9 5/15 5/19 7/5
 7/14 7/19 7/19 7/20 8/12 9/8 10/1 12/10
 12/14 13/24 16/14 20/7 20/7 20/15 21/10
 21/22 22/22 22/24 22/24 22/25 23/4
 23/19 23/20 24/13 30/9 30/20 32/12 34/2
 34/13 36/14 36/14 38/20 39/3 39/10
 39/12 40/7 40/16 40/25 42/9 42/9 44/8
 49/9 51/11 52/1 52/10 53/11
mean [15]  4/17 6/23 7/17 11/12 16/7
 16/22 20/9 25/9 28/14 35/12 38/25 43/7
 43/17 46/1 50/21
meaning [2]  46/21 52/23
means [1]  18/12
measures [1]  4/5
meet [2]  17/14 26/22
MELISSA [1]  1/10
merits [1]  27/7
met [2]  21/21 26/12
MGC [1]  1/2
Miami [28]  1/4 1/14 1/18 4/7 4/10 5/1 5/3
 5/7 5/10 5/17 5/20 5/24 6/18 10/13 16/23
 16/25 16/25 17/2 34/6 35/3 36/5 36/11
 39/14 42/10 42/12 42/25 43/5 43/11
microphone [1]  3/20
might [4]  9/3 9/24 29/21 30/8
minority [1]  9/22
minutes [2]  4/6 16/20

miscellaneous [6]  25/15 51/23 52/2 52/7
 52/23 52/3
mischaracterization [1]  48/25
moment [1]  13/6
money [1]  13/16
month [1]  35/7
months [12]  4/3 4/8 4/9 4/20 6/23 10/13
 16/13 22/23 22/24 39/10 39/11 50/4
moot [2]  37/23 40/9
more [8]  6/13 6/16 21/22 22/3 35/5 42/1
 44/2 48/11
Moreno [6]  10/21 10/24 11/4 11/13
 11/16 11/17
Most [2]  3/3 12/23
motion [37]  1/9 2/23 2/24 3/5 9/7 9/9
 9/10 13/6 13/7 13/19 14/22 15/3 15/4
 19/2 27/23 27/24 35/15 36/20 37/22
 38/16 40/4 42/21 44/16 44/19 44/22
 45/12 45/18 45/20 46/4 46/11 46/17
 46/23 49/15 50/15 51/1 52/16 52/20
motions [3]  26/14 27/12 53/2
move [1]  16/19
Mr. [54]  3/1 3/19 7/3 7/5 7/23 8/3 8/25
 9/14 9/20 12/2 13/6 13/8 13/9 13/11
 13/12 13/18 13/23 14/4 14/11 14/22
 15/13 16/2 18/19 18/23 19/4 19/9 19/13
 19/15 19/21 19/23 19/25 26/5 26/7 27/3
 27/11 27/16 28/19 29/3 30/3 31/4 32/4
 32/10 34/16 34/19 34/19 44/17 44/23
 45/14 45/14 45/19 49/16 51/2 51/9 53/11
Mr. Alrahib [32]  3/19 8/25 9/14 12/2 13/9
 13/11 13/23 14/4 14/11 14/22 18/19
 18/23 19/9 19/13 19/15 19/21 19/23
 19/25 26/7 27/11 27/16 29/3 30/3 31/4
 32/4 32/10 45/14 45/14 45/19 49/16 51/9
 53/11
Mr. Alrahib's [7]  9/20 19/4 26/5 28/19
 34/19 44/17 44/23
Mr. Cohn [12]  3/1 7/5 7/23 8/3 13/8
 13/12 13/18 16/2 27/3 34/16 34/19 51/2
Mr. Cohn's [2]  7/3 13/6
Mr. Srebnick [1]  15/13
Ms. [5]  12/5 20/18 24/24 44/15 51/4
Ms. Fotiu-Wojtowicz [5]  12/5 20/18
 24/24 44/15 51/4
much [46]  3/2 27/3 34/9 35/5 48/11 53/13
multiple [1]  23/15
my [41]  3/8 3/10 4/12 4/15 4/16 5/1 5/2
 5/5 5/18 5/23 7/6 8/9 8/18 11/11 11/18
 13/25 15/22 16/6 16/7 16/9 16/20 17/11
 18/11 18/17 20/24 21/3 26/13 27/3 32/6
 32/23 37/6 39/8 39/11 40/9 41/14 41/21
 42/12 46/12 46/24 48/15 54/5
myself [1]  4/17

## N

nature [1]  29/15
necessary [1]  29/4
need [30]  4/15 10/23 10/24 16/8 16/16
 16/16 16/17 21/22 23/8 23/18 24/21
 24/21 28/8 28/23 28/24 32/11 35/5 35/7
 35/16 35/19 35/24 37/13 38/12 40/7
 41/13 42/18 44/10 45/24 47/6 47/7
needed [2]  12/11 39/9
needing [1]  21/13
needs [1]  10/23
never [5]  21/3 21/21 26/18 30/4 30/9
new [8]  8/19 11/21 14/23 14/25 25/15
 25/16 25/16 37/13
next [8]  7/3 8/18 36/5 37/2 40/10 41/18

**N**

next... [2] 42/14 48/8
nine [2] 17/3 39/11
no [45] 1/2 2/3 4/18 5/8 6/23 7/9 8/5
8/19 8/20 9/15 12/12 12/21 14/13 14/17
14/19 16/20 17/15 18/6 18/8 21/6 23/12
24/15 24/19 26/24 29/17 29/25 30/10
32/14 33/23 35/1 37/22 38/20 39/8 39/11
41/4 41/4 42/1 42/5 42/13 42/19 42/23
44/1 46/2 47/10 49/22
nobody [3] 7/1 15/17 32/25
None [1] 14/10
nonparty [1] 52/5
normally [1] 33/16
Nos [10] 28/16 31/7 33/12 33/20 34/5
36/25 39/25 46/9 47/2 48/3
not [84]
nothing [3] 18/11 29/7 31/22
notice [7] 18/24 20/1 49/22 49/23 50/17
51/13 53/8
notifies [1] 19/14
now [39] 4/2 4/7 4/20 6/7 6/9 11/5 13/3
14/22 15/22 16/25 17/2 17/9 17/10 20/2
20/5 21/16 21/22 22/7 23/5 32/11 33/1
34/2 34/5 38/13 38/25 39/6 39/22 43/9
43/24 44/3 45/15 45/24 46/1 46/21 46/22
47/25 48/7 51/24 52/19
number [5] 11/6 31/13 31/13 52/4
52/12
numbers [1] 31/14

**O**

objections [6] 19/16 26/11 26/14 27/2
29/6 31/22
obligations [1] 4/17
obviously [3] 29/2 29/20 33/17
off [2] 42/12 43/1
office [2] 25/4 25/13
officers [1] 3/15
oh [4] 31/11 37/13 47/24 51/2
OK [67]
on [89]
once [3] 4/5 43/1 48/14
one [33] 4/4 5/18 6/17 6/17 6/19 6/19
6/24 8/11 11/24 12/24 16/21 18/9 21/3
21/5 21/5 24/16 25/25 27/23 27/25 28/10
33/8 33/22 34/11 35/7 38/19 40/9 46/3
46/6 48/12 48/19 51/20 52/11 53/5
ongoing [2] 9/1 9/15
only [7] 7/25 8/24 15/2 22/18 46/24 52/9
52/10
open [3] 17/15 25/15 42/10
opened [1] 6/2
opportunity [3] 13/23 28/5 28/13
opposed [1] 5/21
or [37] 4/16 4/16 4/17 7/6 7/7 8/11 8/22
11/12 13/14 14/10 14/12 14/19 17/13
17/17 21/20 26/1 27/7 28/4 28/12 28/13
28/25 29/22 35/7 35/22 35/25 36/5 37/23
38/6 38/13 40/6 40/18 41/21 45/7 45/20
50/14 50/18 52/20
order [93]
ordered [15] 6/11 13/24 21/7 23/11
27/18 29/12 31/21 32/7 32/22 33/23
36/22 38/22 44/1 44/17 52/6
ordering [5] 20/3 26/16 39/22 45/15 46/2
orders [3] 12/25 24/3 49/14
original [8] 5/8 5/23 10/1 11/11 11/18
21/3 51/6 52/6
other [9] 5/21 8/17 9/13 17/17 31/19

33/12 40/5 52/9 53/11
OUR [6] 9/2/8 12/9 12/15 27/23 48/21 53/6
out [26] 4/5 4/8 4/14 4/15 5/2 6/7 10/11
17/9 20/25 23/15 23/24 24/4 27/4 27/9
30/11 30/12 36/15 38/5 38/8 38/13 40/9
41/20 45/8 47/7 49/25 53/4
outside [2] 50/9 52/6
outstanding [1] 13/15
over [22] 3/21 6/22 16/13 17/12 19/22
19/22 20/10 20/14 23/21 23/21 23/22
28/23 29/8 32/17 33/2 33/4 33/24 34/2
35/5 38/9 42/13 47/3
overruled [3] 26/15 29/7 31/22
owed [1] 13/16

**P**

pack [1] 16/19
page [6] 29/11 31/9 31/10 31/12 31/14
31/15
pages [2] 1/7 31/15
papers [1] 13/10
part [5] 26/1 44/19 45/1 45/2 50/10
particular [1] 12/11
pass [1] 3/20
passed [1] 11/22
passing [1] 11/21
Pause [3] 12/4 17/23 18/1
pay [2] 52/23 52/24
payment [1] 13/15
pending [14] 2/25 8/22 9/9 14/23 15/2
27/23 35/17 35/18 37/21 37/22 38/5
41/22 44/16 52/18
people [4] 9/25 19/22 50/5 50/7
perhaps [1] 45/6
period [1] 45/9
permission [7] 15/17 15/23 20/12 28/7
32/6 32/10 32/11
permit [2] 15/13 36/23
permitted [1] 21/14
person [1] 46/25
personal [2] 28/19 29/19
personally [5] 8/12 8/14 12/14 15/7
47/13
physically [2] 18/16 31/25
pick [1] 8/11
piecemeal [1] 44/16
place [8] 10/22 12/9 12/17 16/13 17/8
20/14 39/7 52/6
placed [1] 36/12
places [1] 4/5
plaintiff [3] 1/4 1/12 2/7
plea [1] 26/1
please [3] 2/6 11/13 23/7
PLLC [1] 1/13
Poe [14] 7/11 7/14 25/1 26/15 26/17
26/17 28/18 30/2 30/4 30/5 40/23 47/18
48/1 51/10
point [12] 6/14 7/25 18/13 20/24 21/23
21/25 28/8 34/17 38/8 38/11 39/9 45/1
points [1] 5/19
poor [1] 30/16
position [2] 32/3 37/12
possession [13] 18/11 18/12 18/15 18/15
18/17 22/10 22/12 25/19 28/20 28/23
32/1 33/3 38/23
possible [3] 3/10 6/10 29/19
post [1] 27/8
post-judgment [1] 27/8
potahto [1] 49/2
potayto [1] 49/2

potential [2] 28/24 33/13
potentially [1] 38/14
premature [2] 37/24 38/7
prepare [2] 40/8 43/13
prerogative [1] 21/19
present [1] 5/15
pressure [1] 38/8
presumably [1] 12/20
pretended [1] 26/25
pretty [4] 24/6 24/8 24/9 24/14
prior [7] 16/2 22/25 26/22 43/4 43/6
43/10 49/24
priority [1] 51/24
privilege [15] 28/24 28/25 29/2 29/13
33/11 33/14 33/14 35/19 35/23 35/24
40/7 40/8 40/15 43/13 43/14
privileged [3] 29/7 29/20 39/14
privileges [1] 19/16
probably [3] 23/18 24/1 37/13
problem [4] 17/12 19/24 31/24 39/12
proceeded [1] 26/24
proceedings [4] 2/2 5/12 19/5 27/8
process [4] 17/18 25/7 34/8 35/3
processing [1] 36/4
produce [13] 13/1 15/17 15/24 19/3 19/9
21/8 25/9 29/12 31/21 31/23 32/4 32/7
38/22
produced [5] 25/12 28/11 28/12 31/19
33/15
producing [1] 39/2
production [2] 15/14 19/17
professional [2] 16/11 28/19
programming [1] 5/2
programs [2] 4/12 5/1
prong [1] 24/16
prongs [2] 24/15 24/16
protective [13] 10/20 10/22 12/8 12/10
12/17 12/25 13/4 20/14 20/17 20/20
20/21 20/23 20/24
protocols [1] 4/19
provide [6] 11/24 22/21 24/21 27/18 31/2
31/3
provided [2] 18/25 19/6
pull [1] 17/24
pulling [2] 11/25 17/25
purpose [1] 22/19
purposes [1] 46/25
put [11] 4/11 5/9 5/19 6/10 10/1 17/6
27/17 36/7 44/24 47/2 47/4
puts [1] 17/17
putting [1] 8/15

**Q**

quantity [1] 37/7
quarantine [11] 4/4 16/18 17/3 17/4 17/4
17/6 17/7 17/8 17/9 17/18 42/23
question [6] 8/18 15/22 16/9 22/7 28/6
50/16
questions [1] 53/11

**R**

raise [2] 19/16 27/2
rather [1] 53/4
reach [1] 51/2
reached [1] 23/15
read [3] 13/7 13/7 51/9
reading [2] 12/24 18/16
ready [3] 6/7 6/9 10/14
realize [2] 42/11
really [12] 2/23 3/13 7/1 14/22 20/11

**R**

really... [7]  38/11 41/23 42/14 44/20 48/7
50/8 52/14
reason [3]  6/20 16/23 33/23
reasonable [1]  27/2
reasons [1]  6/24
recall [1]  46/18
receipt [1]  51/14
received [2]  25/4 49/15
Recently [1]  18/6
recess [1]  53/15
recommendation [1]  10/3
record [6]  9/17 27/16 27/17 30/6 46/20
48/25
recorded [1]  27/16
recording [2]  1/9 54/6
records [1]  19/17
redacted [1]  12/12
references [1]  19/4
referred [1]  49/9
refused [1]  27/1
regard [1]  37/1
regarding [5]  24/18 33/10 33/11 33/20
46/9
related [3]  9/16 24/21 27/6
release [12]  15/23 16/1 20/13 21/4 22/9
32/6 32/13 36/23 39/4 42/18 48/12 52/15
released [1]  42/12
releases [1]  41/17
releasing [2]  38/22 39/24
relevant [1]  50/15
relieved [1]  13/21
relying [1]  35/4
remainder [2]  6/8 39/11
remaining [1]  37/1
remember [1]  13/24
renewed [3]  46/10 46/17 46/22
reopen [1]  27/6
reopened [2]  50/12 50/14
reopening [1]  51/18
reply [1]  47/6
report [3]  10/2 50/23 51/5
Reporter [2]  1/21 54/9
reports [1]  49/17
represent [21]  7/5 7/14 7/19 7/19 7/20
7/23 8/4 8/12 8/13 15/11 15/6 16/6 19/13
26/4 26/17 35/13 35/16 40/16 51/10
51/10 51/11
representation [1]  7/4
represented [6]  3/15 13/10 26/6 26/8
26/10 26/18
representing [8]  8/1 14/23 19/4 19/11
23/16 26/22 27/11 30/7
represents [2]  3/13 7/11
request [5]  34/5 46/9 47/1 48/3 52/22
requested [2]  11/5 28/18
requests [15]  28/15 28/20 29/1 30/18
30/19 31/7 31/15 31/16 33/11 33/12
33/20 36/25 39/25 43/13 52/12
require [4]  2/18 5/14 5/15 43/13
required [2]  3/5 12/21
requires [1]  23/24
requiring [3]  25/11 25/14 52/17
research [1]  35/6
resolved [1]  8/22
resources [1]  53/2
respect [12]  3/7 7/17 8/25 9/20 12/7
19/13 19/17 26/10 27/5 27/7 29/18 37/21
respond [7]  24/21 35/11 35/20 38/14
40/6 45/18 45/20

responded [1]  18/10
respondent [1]  36/7
responding [3]  40/1 43/12 47/1
response [14]  3/8 11/24 13/7 31/18
37/21 38/12 40/4 44/18 44/19 45/6 45/11
45/23 46/19 51/6
responses [1]  45/4
responsibility [1]  13/21
responsive [9]  18/14 19/9 22/20 24/22
24/22 36/24 37/4 39/25 48/2
rest [1]  29/18
retain [14]  33/18 35/11 37/3 37/11 40/10
40/18 41/19 43/10 44/11 45/15 46/24
47/2 48/8 49/20
retained [7]  7/8 7/23 30/9 37/15 47/3
50/18 50/18
retention [1]  29/22
review [11]  28/24 29/2 33/11 35/19
35/23 40/8 40/15 41/11 43/13 46/4 46/17
reviewed [2]  27/24 33/14
revocation [1]  5/12
rid [1]  21/21
right [33]  2/20 2/21 3/7 13/3 14/18 14/21
17/10 21/4 21/16 21/17 22/7 25/22 27/19
29/5 29/11 31/12 32/18 33/21 34/21 35/8
38/17 39/4 39/19 42/13 43/3 46/21 46/22
49/3 51/12 51/19 51/24 52/7 52/11
road [1]  38/9
rounds [2]  27/10 49/14
route [1]  33/9
Roy [1]  35/24
RPR [2]  1/21 54/8
rules [2]  3/5 3/6
ruling [1]  52/19
running [2]  4/25 28/2

**S**

said [18]  5/22 6/18 16/5 16/7 18/21
18/22 21/4 25/9 27/13 31/24 33/20 34/20
44/17 44/23 48/11 48/19 48/20 51/9
sakes [1]  53/8
same [7]  17/12 20/7 27/20 29/10 35/21
37/12 49/4
sanction [1]  23/25
sanctions [4]  3/24 52/1 52/1 52/22
say [17]  2/12 2/13 3/12 3/19 6/13 6/16
12/25 17/13 17/13 26/17 26/21 32/15
40/11 42/25 48/10 51/15 52/2
saying [27]  3/8 11/9 18/18 19/19 19/20
22/6 26/4 30/21 32/6 32/9 35/2 37/5
37/13 39/18 39/22 40/1 40/7 40/8 41/9
41/13 41/21 44/22 44/22 46/18 48/15
51/3 52/13
says [6]  19/8 20/23 22/14 31/15 39/1
45/7
schedule [1]  38/9
SE [1]  1/13
sealed [1]  10/21
sealing [1]  11/1
searching [1]  29/18
seated [1]  2/17
second [4]  7/17 9/23 29/11 42/24
see [13]  15/6 18/24 19/18 22/14 28/14
36/4 44/12 45/3 46/15 49/12 50/19 53/4
53/8
seeing [2]  3/18 50/22
seeking [1]  28/3
seemed [1]  25/12
seems [3]  15/8 15/11 16/10
seen [10]  3/8 12/7 14/15 15/9 15/10

15/10 50/19 50/22 51/15 51/18
select [1]  37/1
send [3]  17/11 27/21 36/14
sense [3]  4/18 6/23 16/21
sent [1]  26/11
sentence [3]  6/8 28/2 38/3
sentenced [2]  5/24 36/16
sentencing [2]  6/4 26/2
separate [3]  24/20 27/10 39/16
September [6]  1/5 40/12 40/13 49/21
53/9 54/8
serve [2]  6/7 25/16
set [3]  38/13 38/14 50/25
Settah [2]  9/21 9/23
seven [2]  3/18 16/20
several [1]  4/21
share [2]  13/23 14/4
shared [1]  13/25
shareholder [1]  9/23
she [8]  2/18 10/2 29/1 34/13 34/14 44/8
49/9 50/18
she's [1]  20/18
short [1]  13/20
should [12]  4/16 15/8 15/8 15/11 28/11
28/12 33/14 33/15 38/6 48/11 52/23
52/23
show [1]  49/21
shower [1]  4/16
sign [2]  12/19 12/21
simple [1]  24/14
since [6]  4/2 19/25 24/1 28/9 34/21
34/23
single [2]  4/4 32/17
sit [2]  16/16 16/17
sitting [3]  18/3 22/15 24/23
six [1]  39/11
Smith [7]  10/4 10/6 10/8 11/15 11/20
11/21 11/22
so [90]
some [10]  4/5 12/7 21/6 28/19 29/22
29/24 38/8 43/19 43/21 45/7
somebody [5]  2/20 15/24 22/15 40/19
45/3
something [11]  9/2 25/22 29/3 29/23
33/15 35/24 41/1 41/5 45/8 47/5 53/3
sometime [1]  12/3
somewhere [1]  52/6
soon [3]  6/10 37/15 50/16
sooner [1]  52/21
sorry [3]  10/4 17/1 17/21
sort [2]  2/24 13/14 13/15 21/18
sounds [1]  24/5
SOUTHERN [2]  1/1 15/3
speak [9]  6/21 6/21 14/11 16/1 16/3 21/1
24/5 33/8 33/10
speaking [1]  9/24
specifically [1]  45/17
speed [1]  4/22
spend [1]  50/5
spoke [1]  21/3
spoken [4]  12/6 14/14 20/19 22/16
Srebnick [21]  14/2 14/8 15/13 18/19
19/6 19/20 20/1 21/13 22/7 22/14 24/23
25/4 32/13 33/4 34/1 35/25 36/23 38/21
39/24 41/14 52/14
Srebnick's [1]  25/13
stalled [1]  27/4
stand [2]  31/22 39/8
standing [2]  31/17 31/18
start [4]  9/1 31/8 38/9 38/19

**S**

started [1]  11/21
starting [1]  31/15
state [1]  2/6
stated [1]  28/7
statement [2]  44/23 50/25
statements [1]  25/25
STATES [3]  1/1 1/10 4/19
status [3]  49/16 50/23 51/5
stay [4]  5/10 42/25 43/5 43/11
stayed [6]  39/19 48/20 48/21 48/23
 50/13 50/14
step [1]  48/12
steps [1]  34/17
still [12]  7/13 14/13 16/22 21/13 26/21
 28/15 29/3 33/7 38/5 40/17 44/16 48/24
stopped [1]  36/18
story [1]  8/20
Street [1]  1/13 1/17
stuff [3]  24/14 35/7 47/23
subject [2]  12/9 31/17
submit [2]  47/3 47/5
submitted [3]  26/15 26/16 47/16
subpoena [48]  5/12 7/22 8/14 8/21 8/25
 9/16 15/4 15/6 18/5 19/3 19/10 20/3
 22/19 23/20 25/13 25/16 25/16 26/11
 26/16 27/8 30/18 30/24 31/1 31/12 35/20
 36/25 39/25 40/6 40/17 41/10 43/23 44/9
 44/13 45/11 45/13 45/16 45/23 46/15
 47/1 48/9 51/1 51/22 52/3 52/5 52/11
 52/14 52/18 52/22
subpoenaed [1]  25/8
subpoenas [1]  41/3
subsequent [1]  25/24
sudden [1]  27/14
sued [1]  32/5
suit [1]  9/3
supply [1]  23/25
supposed [7]  4/25 5/4 8/1 27/1 36/17
 49/20 53/3
supposedly [1]  17/18
sure [18]  3/9 4/22 13/8 13/25 14/1 25/3
 25/20 28/8 32/4 32/24 34/17 38/4 43/25
 44/4 44/7 46/3 46/10 48/10
suspect [1]  42/20
suspend [1]  28/2
suspended [1]  38/3
SWISHER [17]  1/6 2/4 2/9 3/8 7/18 7/18
 11/13 12/15 18/25 19/2 20/18 23/11
 26/12 32/18 35/17 40/21 52/3
Swisher's [5]  7/18 19/12 32/21
sworn [1]  51/4

**T**

take [5]  4/14 4/16 7/3 27/19 29/22
taken [2]  26/1 34/18
taking [1]  48/12
talk [7]  3/10 16/19 22/14 33/19 33/22
 40/2 48/2
talked [1]  32/9
talking [2]  28/15 29/9
tangled [1]  2/24
tell [12]  7/19 18/2 21/9 21/12 21/12
 21/13 22/24 32/12 32/14 44/11 44/13
 49/11
telling [1]  19/22 21/22 32/7 52/14
tells [1]  47/5
ten [2]  4/3 9/1
ten-year-long [1]  9/1
terminate [2]  29/25 30/3

terminated [1]  34/16
terminating [1]  32/19
than [3]  24/2 27/3 42/17
Thank [7]  3/2 3/23 31/5 48/18 53/12
 53/13 53/14
that [317]
that's [7]  32/12 37/6 37/20 43/15 45/17
 48/22 53/4
their [9]  3/7 14/13 18/24 25/5 28/20
 38/23 52/24 53/1
them [39]  14/9 14/10 15/14 15/17 15/24
 16/16 21/8 22/21 23/15 23/22 25/9 25/10
 25/12 25/13 29/6 30/3 30/9 31/21 31/25
 32/4 32/14 32/16 35/13 35/14 36/1 37/16
 38/2 38/14 39/2 39/13 39/14 44/11 44/12
 44/14 44/14 47/2 47/3 47/13 50/22
then [44]  4/6 5/9 5/16 6/1 7/3 7/20 8/4
 9/9 10/10 12/1 14/18 14/20 14/21 16/18
 16/19 19/18 19/21 22/14 22/25 26/3 27/1
 33/8 36/14 37/12 37/16 38/14 40/14 41/5
 41/6 41/16 41/19 42/6 42/13 43/1 43/1
 43/5 46/10 47/16 48/15 48/16 49/16
 50/14 51/22 53/7
theory [1]  53/1
there [62]
there's [4]  37/14 44/1 47/6 50/25
Thereupon [1]  1/23
these [9]  9/10 12/17 12/24 16/14 27/15
 32/20 50/19 50/22 52/11
they [56]
they're [5]  34/15 37/17 39/18 47/3 50/6
thing [13]  7/3 7/16 7/17 15/2 22/20 24/20
 38/19 46/6 48/19 51/21 52/9 52/10 53/5
things [10]  4/21 9/11 16/11 22/3 27/24
 27/25 31/19 49/9 51/24 52/10
think [28]  2/12 3/6 3/16 7/18 12/3 12/12
 13/4 14/20 15/16 15/21 16/22 23/12
 26/20 28/11 38/2 38/5 41/18 42/22 46/20
 48/11 48/20 48/25 49/2 49/4 49/8 50/12
 51/9 51/19
thinking [2]  16/23 21/5
thinks [1]  45/9
third [1]  49/15
this [59]
those [23]  3/17 14/5 17/4 20/14 20/16
 22/11 25/8 26/13 26/16 27/10 28/20
 30/19 31/16 32/8 33/2 33/4 33/14
 33/24 34/2 37/24 38/1 52/15
though [1]  48/25
thought [4]  17/21 27/2 40/2 41/1
three [5]  16/20 27/10 35/15 38/13 44/20
through [37]  4/3 4/4 4/4 4/9 4/10 16/24
 17/7 17/8 19/10 24/7 28/16 28/22 29/4
 29/17 30/18 30/21 31/8 31/16 33/12
 33/20 34/5 35/20 36/23 37/3 37/4 37/8
 37/14 37/24 37/25 39/12 39/25 41/10
 45/4 45/17 46/9 47/2 48/3
throughout [1]  26/7
throwing [1]  16/14
thumb [1]  32/17
time [38]  3/18 4/15 8/7 8/10 12/24 13/24
 15/19 16/16 21/22 23/9 27/12 27/20
 29/22 32/9 33/19 34/9 35/5 37/17 38/5
 38/8 38/15 39/8 39/9 40/2 42/22 43/24
 44/2 44/21 45/9 46/6 48/12 49/14 49/15
 50/5 51/21 52/24 53/5
times [1]  23/16
today [6]  6/10 10/9 22/16 40/12 44/18
 50/21
told [7]  2/18 3/19 17/22 20/15 31/25 39/3

42/8
tomorrow [3]  28/12 30/5 43/8
top [4]  5/10 7/1 17/4 17/4
touch [1]  48/1
TRANSCRIBED [2]  1/9 1/21
transcription [1]  54/5
transferred [1]  43/20
transit [3]  17/17 40/2 44/6
transported [2]  36/11 44/25
travel [1]  43/20
traveling [1]  6/22
Trend [2]  9/21 9/23
TRENDSETTAH [17]  1/3 2/4 7/12 9/21
 14/7 15/18 16/6 20/17 22/4 23/11 24/6
 30/4 35/17 40/21 40/22 47/12 52/3
trial [2]  3/14 3/16
tried [1]  16/5
try [2]  4/16 23/16
trying [2]  19/18 36/3
turn [8]  14/21 23/21 23/21 32/17 33/2
 33/4 33/24 34/2
turned [3]  23/22 28/23 29/8
two [25]  9/25 14/12 20/5 20/6 20/7 20/10
 22/8 23/21 24/15 24/15 25/17 27/15
 28/13 33/22 35/7 37/2 37/5 37/11 40/13
 41/18 41/19 41/24 42/9 43/8 45/24
two-year [1]  28/13

**U**

Uh [1]  20/4
Uh-huh [1]  20/4
unable [1]  51/2
under [3]  17/18 24/3 43/24
underlying [1]  26/7
undersigned [3]  19/1 19/12 19/14
understand [14]  15/20 16/10 16/17 20/9
 22/2 24/17 26/20 26/25 28/18 32/12 33/6
 33/7 43/22 43/25
understanding [4]  12/8 12/15 37/6 43/18
UNITED [3]  1/1 1/10 4/19
universe [1]  47/7
unstayed [1]  49/6
until [10]  4/11 16/1 27/12 28/2 37/24
 41/4 41/23 42/25 43/12 48/13
up [21]  2/24 4/22 6/2 7/3 10/1 10/16
 11/7 11/25 16/19 16/23 17/24 17/25 22/4
 31/24 35/21 36/5 36/7 36/12 37/12 37/22
 49/21
update [1]  19/7
upstairs [1]  50/10
us [3]  7/19 19/22 25/12
USA [3]  1/3 2/4 9/21
use [2]  23/18 45/21
used [2]  50/2 50/4
usually [2]  12/24 13/1

**V**

vaccinated [1]  17/16
versus [1]  42/10
very [10]  3/2 10/19 13/20 22/19 26/9
 34/14 43/17 44/23 50/4 53/13
vet [8]  8/7 8/10 8/10 15/19 23/7 33/8
 39/9 42/9
view [1]  27/3
violate [1]  11/13
Virginia [1]  1/17
volume [4]  37/9 47/6 47/8 48/2
volumes [1]  37/14

**W**

waited [1]  27/15
waiting [8]  2/22 18/18 18/22 19/21 19/22 19/24 22/8 32/15
walk [1]  2/21
walked [1]  14/14
want [33]  4/22 6/13 8/4 8/7 8/9 8/10 8/10 10/11 10/16 10/18 13/5 14/25 17/13 21/4 21/22 23/9 23/17 24/5 24/17 32/4 32/5 38/4 38/20 39/15 44/12 44/15 45/3 45/22 46/5 46/18 48/18 48/24 52/13
wanted [6]  6/25 10/22 13/8 13/8 21/18 32/24
wants [1]  38/13
warranted [1]  45/10
was [87]
wasn't [3]  14/13 22/17 24/16
waste [1]  53/1
way [5]  23/23 30/10 30/12 38/21 38/24
we [78]
we'd [1]  29/21
we're [5]  18/18 18/22 19/21 19/22 32/3
we've [1]  25/16
website [1]  14/12
week [5]  8/19 14/12 16/19 36/5 37/2
weeks [9]  37/2 37/11 38/13 40/13 41/18 41/19 41/24 42/9 43/8
WEINBERG [1]  1/17
welcome [1]  31/6
well [15]  7/21 10/24 20/9 21/11 23/6 23/12 24/10 30/6 35/5 35/6 36/9 42/2 49/24 50/11 50/13
went [1]  4/6
were [26]  2/2 5/4 13/24 14/10 18/3 20/2 23/21 25/25 26/1 26/14 26/15 26/16 27/18 30/7 31/17 31/22 32/3 32/25 41/22 44/18 49/10 49/13 49/16 50/13 52/25 53/3
what [63]
what's [1]  42/21
whatever [7]  8/15 33/9 37/18 39/14 44/10 47/16 47/25
WHEELER [1]  1/17
when [27]  2/21 4/15 5/6 5/11 5/16 11/9 14/14 19/25 22/22 25/16 26/23 27/2 30/21 35/2 36/10 40/9 46/24 47/2 47/11 47/14 49/6 49/7 49/9 50/11 51/15 52/2 52/5
whenever [1]  47/3
where [15]  3/13 5/4 17/12 29/9 29/24 30/7 36/11 36/12 37/3 40/6 41/8 42/10 47/9 51/9 52/6
whether [8]  4/16 15/22 21/14 22/8 27/7 35/21 40/18 41/16
which [12]  2/24 11/11 19/1 19/25 22/19 31/8 39/9 39/18 39/19 39/23 40/13 52/13
while [2]  39/19 41/8
who [4]  7/8 7/19 11/10 16/2
whoever [1]  20/22
whole [1]  39/8
why [10]  3/1 6/20 6/25 16/3 21/21 22/5 23/2 32/24 41/13 42/15
wide [1]  17/15
wife [5]  4/16 7/6 34/7 34/19 35/4
will [35]  3/9 3/16 12/25 13/20 20/20 21/12 28/6 36/9 36/12 36/20 36/21 37/1 37/15 38/2 38/24 40/13 40/13 40/16 40/17 41/4 41/5 41/7 42/11 42/12 42/12 43/1 43/5 44/4 44/4 47/4 47/4 48/16 51/23 53/5 53/7

willing [1]  43/19
Windows [1]  26/14
wish [1]  27/4
withdraw [9]  2/23 3/4 3/4 3/6 8/3 13/6 13/19 14/22 36/20
withdrawal [5]  3/9 3/12 3/15 9/10 13/12
withdrawn [1]  14/18
withheld [1]  29/16
withhold [2]  21/6 21/7
within [6]  36/5 41/18 41/24 45/6 46/25 48/8
without [3]  26/24 28/23 28/24
WOJTOWICZ [8]  1/12 1/13 2/8 12/5 20/18 24/24 44/15 51/4
wording [1]  30/16
words [1]  3/20
work [1]  45/8
working [1]  12/13
would [38]  2/12 3/12 3/19 5/16 5/17 12/9 12/12 12/17 12/19 12/20 21/18 21/24 22/13 22/20 25/9 25/22 27/4 28/7 28/10 28/20 29/2 29/3 29/20 31/19 33/16 35/5 35/7 36/14 37/2 37/23 39/10 42/2 42/8 42/15 44/19 45/5 48/10 53/4
wouldn't [2]  35/4 36/1
writ [18]  4/2 4/11 5/3 5/8 5/9 5/16 5/21 5/23 6/10 36/10 36/15 39/10 41/17 42/12 42/13 43/1 48/13 48/16
writted [4]  5/6 23/2 32/24 41/22
written [3]  13/20 47/4 53/7
wwhgd.com [1]  1/19

**Y**

yeah [3]  22/17 47/16 47/24
year [3]  9/1 27/5 28/13
years [10]  3/18 20/5 20/6 20/8 20/11 22/8 23/22 27/15 33/22 44/20
yes [36]  5/5 6/14 8/2 9/15 11/3 11/6 12/1 12/6 13/13 14/24 17/7 17/21 18/10 22/6 22/17 22/22 23/13 24/15 24/25 26/6 29/14 29/17 31/2 31/12 36/1 36/2 38/18 39/5 46/14 47/19 47/21 48/6 48/20 49/13 49/19 50/15
you [363]
you'd [1]  33/17
you're [15]  11/9 13/11 26/4 30/21 31/6 31/12 32/16 32/18 37/5 39/17 40/1 40/7 41/9 41/22 42/24
you've [1]  32/16
your [91]
yours [1]  36/24
yourself [5]  8/4 14/16 14/23 22/3 35/6

**Z**

Zoom [1]  6/2