Pages 1 - 69

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Before The Honorable Melissa Damian, Magistrate Judge

TRENDSETTAH USA, INC., et al., )
                               )
          Plaintiffs,          )
                               )
   VS.                         )        NO. 20-MC-21049-MGC
                               )
SWISHER INTERNATIONAL, INC.,   )
                               )
          Defendant.           )
_____)

                         Miami, Florida
                         Monday, September 19, 2022

            **TRANSCRIPT OF OFFICIAL ELECTRONIC SOUND RECORDING**
                         **OF PROCEEDINGS**

   Digital Audio Recording 3:09 p.m. - 4:40 p.m. = 91 minutes

**APPEARANCES:**

For Plaintiff:
                    BRODSKY FOTIU-WOJTOWICZ, PLLC
                    200 Southeast First Street, Suite 400
                    Miami, Florida 33131
              BY:   **ALAINA R. FOTIU-WOJTOWICZ, ESQ.**


For Third-Party Defendant Akrum Alrahib:
                    PRO SE

Also Present:
                    BLACK SREBNICK KORNSPAN & STUMPF
                    201 South Biscayne Boulevard, Suite 1300
                    Miami, Florida 33131
              BY:   **JACQUELINE PERCZEK, ESQ.**




Transcribed By:  James C. Pence-Aviles, RMR, CRR, CSR No. 13059
                 Official Court Reporter

<u>**Monday - September 19, 2022**</u>                    <u>**3:09 p.m.**</u>

<u>**P R O C E E D I N G S**</u>

**---0O0---**

     **THE CLERK:**  All rise.

The United States District Court for the Southern District of Florida is now in session, the Honorable Melissa Damian presiding.

     **THE COURT:**  Good afternoon.

You can all be seated.  Thank you.

     **THE CLERK:**  Calling Case Number 20-MC-21049-Cooke, Trendsettah USA, Inc., et al. versus Swisher International, Inc.

Counsel, please state your appearances, beginning with the plaintiff.

     **MS. FOTIU-WOJTOWICZ:**  This is Alaina Fotiu-Wojtowicz on behalf of the subpoena propounder, Swisher International.

     **THE COURT:**  Good afternoon.

     **MR. ALRAHIB:**  Akrum Alrahib, representing myself pro se, Your Honor.

     **THE COURT:**  Good afternoon, Mr. Alrahib.

     **MR. ALRAHIB:**  May I take off my mask?

     **THE COURT:**  Yes, you may.  I do not require masks in this courtroom.  So I leave it to your discretion.

Okay.  And then -- so I received your notice, Mr. Alrahib, complying with the requirement that you notify the Court,

1  before today's hearing, if you were retaining counsel to assist

2  you with your remaining obligations under the subpoena, and

3  you've indicated that you're going to be representing yourself.

4  So thank you for that.

5       The -- so I wanted to just get a little update on where we

6  are.  First of all, the last time we were here, I ordered --

7  let's see.  The next step in compliance was to have the

8  Black Srebnick firm produce the documents that they had.

9       Has that been done?

10          **MS. FOTIU-WOJTOWICZ:**  It has not, but Ms. Perczek is

11 here, and I understand she has the documents with her.

12      There's some concern from their office, apparently,

13 regarding the two competing orders, and they just want a little

14 bit more clarity from Your Honor that they are ordered to turn

15 them over to us.

16      Your Honor has considered the protective order and that,

17 you know, the documents can't be protected from disclosure

18 in -- in a civil case through -- absolutely through the use

19 of --

20          **THE COURT:**  Right.  So -- and hello.

21      So I think that the last time we were here -- have -- are

22 you part of the protective order?  Have you guys already been

23 signed into it?

24          **MS. FOTIU-WOJTOWICZ:**  No, but I have copies of the

25 signature page here, and we are prepared to sign upon receipt

1    of -- of the documents.

2        Also, as we've represented to the Court previously, we

3    would be designating and treating all of these documents as

4    confidential under the terms of the currently existing

5    protective order that -- that covers this case, that requires,

6    you know, everything to be filed under seal absent further

7    order of the Court, et cetera, et cetera.

8        **THE COURT:** Okay. And the last time we were here,

9    Mr. Alrahib, you indicated that you would not be doing anything

10   to interrupt the ability of the Black Srebnick firm to turn

11   over the documents subject, of course, to the confidentiality

12   order to plaintiff's counsel; is that correct?

13       **MR. ALRAHIB:** That's fine.

14       **THE COURT:** Okay.

15       **MS. FOTIU-WOJTOWICZ:** And, Judge, one more thing, just

16   to -- on the record, we also sent a copy of Your Honor's order

17   to the Government attorney who requested the -- the protective

18   order in the first place, in conjunction with Ms. Perczek's

19   office. And they have indicated that they are not raising an

20   objection to the production in this case as well.

21       So we kind of --

22       **THE COURT:** Full circle?

23       **MS. FOTIU-WOJTOWICZ:** Yeah, full circle. Exactly.

24       **THE COURT:** Okay. All right. So then do you have --

25   do you want to make an -- state your appearance on the record,

```
 1    then?

 2         MS. PERCZEK:  Yes.  Thank you.

 3         Judge, my name is Jackie Perczek.  I am law partners with

 4    Howard Srebnick of the Black Srebnick firm.

 5         Mr. Srebnick and I represented Mr. Alrahib in two criminal

 6    cases that were pending in this district.  They were

 7    Case Numbers 19-20165-Smith and 19-20664-Smith.  Those cases

 8    are closed.  We no longer represent Mr. Alrahib, and we do not

 9    represent him in the case before you.

10         So the reason I'm here, as Swisher's counsel indicated, is

11    because Your Honor entered an order directing my law firm --

12    your order is at ECF 62 -- to produce to Swisher the discovery

13    and reciprocal discovery that was exchanged between Mr. Alrahib

14    and the federal government in the criminal cases.

15         THE COURT:  So let's -- just to be clear, technically,

16    I -- you -- you weren't a party to any proceeding before me.

17    So I wasn't actually ordering the -- your law firm to produce

18    the documents.

19         I was ordering Mr. Alrahib to permit your law firm to --

20    to produce those documents, just to be clear.  The order -- I

21    can't direct an order directly at you, but the order did say

22    that he couldn't interfere with your compliance.

23         MS. PERCZEK:  Got it.

24         Okay.  So I brought with me an envelope that contains an

25    external hard drive, two thumb drives, and some DVDs that are
```

 1  the original electronics hardware provided to us by the

 2  Government in discovery.

 3      And I have a thumb drive -- one of the thumb drives has

 4  some discovery that was received by email and reciprocal

 5  discovery that we provided to the Government.

 6          **THE COURT:**  Okay.

 7          **MS. PERCZEK:**  That is in an envelope.  I have it here

 8  in court.

 9      The reason I'm here -- I'm here for two reasons.  The

10  first one is your order indicated, at ECF 62, on Page 2,

11  Paragraph 2, "Mr. Alrahib agreed, on the record, that he will

12  not object to or interfere with BSKS's production" -- and

13  that's my law firm, Black Srebnick, which previously was

14  Black, Srebnick, Kornspan & Stumpf -- our production of

15  Mr. Alrahib's documents to counsel for Swisher.  "Therefore,

16  BSKS may produce to counsel for Swisher copies of Mr. Alrahib's

17  documents within their possession forthwith."

18      And so I heard you speak with Mr. Alrahib a moment ago.  I

19  had received correspondence from Mr. Alrahib that was unclear

20  what his position is.  I had not spoken to him since December

21  of last year, and so I was not clear what his position was with

22  respect to turning over this discovery.

23      But I think it's clear now, on the record, that he is

24  authorizing my law firm to make this production.

25          **THE COURT:**  Correct.

```
 1           MS. PERCZEK:  And so --

 2           THE COURT:  Correct, Mr. Alrahib?  Right?

 3           MR. ALRAHIB:  Yes, ma'am.

 4           MS. PERCZEK:  So the second reason I'm here is as

 5      follows, Judge:

 6         I brought with me -- if I can hand this up --

 7           THE COURT:  Sure.

 8           THE CLERK:  I can take it.

 9           THE COURT:  You can take it?

10           THE CLERK:  Yeah.  That's okay.

11         Thank you.  Sorry.

12           THE COURT:  Okay.

13           MS. PERCZEK:  So what I've handed up to the Court is

14      two documents.  The first one is the Government's motion for a

15      protective order in Mr. Alrahib's lower-numbered case,

16      19-20165.  That motion is at Docket Entry 41.

17         And I handed it up to you simply to show that the reason

18      for this protective order, at the bottom of Page 3 -- and I've

19      highlighted it -- and on Page 4, was that the Government was

20      endeavoring to ensure that the privacy of third parties and

21      witnesses would be protected.  That was the reason for this

22      protective order.

23         Thereafter, the next document I handed up to the Court is

24      the order by Judge Moreno, who, at the time, had the case.  And

25      so when you hear this referred to as Judge Moreno's protective
```

order, it is now Judge Smith's case, and the order is issued in
his case.  And this order is addressed specifically to
Mr. Srebnick and I, as counsel for Mr. Alrahib.

And it enjoins us from providing the discovery to anyone
other than a list of people, being the client, office staff,
investigators, independent paralegals, necessary third-party
vendors, consultants, and fact or expert witnesses.

And then it says that I may disclose this to just those
people so long as -- only to the extent that counsel, meaning
Jackie Perczek and Howard Srebnick, believe is necessary to
assist in the defense of their client, Mr. Alrahib, in this
matter, meaning that criminal case.

And so in anticipation -- in anticipation of today's
hearing, I communicated with counsel for Swisher.  I received a
copy of your order, of course, and I communicated my concern
that I was in an untenable position because I obviously want to
honor Your Honor's order and comply with it.

But I felt that this protective order prohibits me from
turning over all this discovery to Swisher, who is not listed
in that order --

        **MR. ALRAHIB:**  Uh-huh.

        **MS. PERCZEK:**  -- in a civil case, which is obviously
not to be used in the criminal case, as the protective order
requires.

And I suggested that perhaps Swisher needed to ask

1   Judge Smith to either lift these parts of the protective order

2   or grant some relief so that I could comply with Your Honor's

3   order without being held in contempt or without violating that

4   order.

5       And as I read the transcript of the prior hearing before

6   you with Mr. Alrahib, I see that Mr. Alrahib had made the same

7   argument, that somebody needed to ask Judge Smith -- and that

8   somebody being Swisher, who is the party seeking the

9   production -- to allow the production of this discovery to

10  Swisher.

11      And so counsel for Swisher was very professional and very

12  polite but did not believe that that was necessary.  And so, as

13  part of this discussion, there was also an email exchange with

14  counsel for the Government.  And we expressed to counsel for

15  the Government the discovery in the criminal case contains

16  large amounts of information relating to third parties and to

17  witnesses or potential witnesses.

18      So it's not just information about Mr. Alrahib.  There is

19  banking records and financial data for a host of people.

20  There's an entire computer hard drive belonging to a potential

21  Government witness, and there are text messages that were

22  exchanged between Mr. Alrahib and some ATF agents.  And the ATF

23  was represented by ATF counsel in the criminal case.

24      So given the Government's statements, in its motion for

25  protective order, that it was endeavoring to protect the

```
 1   privacy of all these people, of third parties and of witnesses,

 2   we've communicated with the Government about the disclosure of

 3   all this information to a civil litigant to be used in civil

 4   litigation.

 5        The response back from the Government was that, because

 6   the Government is not a party to the instant proceedings before

 7   Your Honor, the Government takes no position.  So I am unaware,

 8   as I put all of this discovery, and I now (Inaudible) to be

 9   turned over, whether these third parties or witnesses, whose

10   private information is in this discovery, have been notified or

11   have had an opportunity to say anything about this.

12        And I don't know if the Government has notified counsel

13   for the ATF that text exchanges with agents -- I think one is

14   retired.  I think one may still be an agent -- whether --

15   whether ATF has been notified.

16        And so, to conclude, I'm here with the discovery, and my

17   law firm makes no claim to the discovery.  I want to obey your

18   order.  I don't want to disobey Judge Moreno's protective

19   order.  I don't want to have to pick as to what order I need to

20   comply with.

21        My proposal is to turn over all of this discovery in a

22   sealed envelope to your clerk, and the parties to this

23   litigation can then proceed as each side deems necessary and

24   appropriate.

25             THE COURT:  So let me ask a question.
```

1    Was there also a protective order entered into in the

2    Central District of California case?

3        **MS. FOTIU-WOJTOWICZ:**  Yes, and that was what I

4    referred to in the -- at the outset, that, yes, there is.  I

5    have a copy of it here, if Your Honor would like to see it.

6    And we -- we would designate all of these documents to be

7    confidential, pursuant to that protective order, which is, you

8    know, quite expansive as well.

9        **THE COURT:**  Okay.  So that was the one that I had been

10   informed about.  I'm not as familiar with -- because there's

11   three proceedings; right?  There's three criminal proceedings,

12   the Central -- Central District of California, and then there

13   were two --

14       **MS. FOTIU-WOJTOWICZ:**  I apologize.  I was referring to

15   the -- the underlying case.  As far as I know, I am not aware

16   of a protective order in the criminal case in the Central

17   District of California.  I do not know --

18       **MR. ALRAHIB:**  Eastern District of California.

19       **THE COURT:**  East -- it's East-- Eastern District is

20   the criminal case?

21       **MR. ALRAHIB:**  Sorry.  I'm sorry.

22       **THE COURT:**  Sorry.  I was the one that said "Central."

23    So is there a protective order in the California criminal

24   case?

25       **MS. FOTIU-WOJTOWICZ:**  I do not know.

1      **THE COURT:**  All right.  So this is the --

2      **MS. FOTIU-WOJTOWICZ:**  (Inaudible) informed me of one

3   when we contacted --

4      **THE COURT:**  Okay.  So this is the first that I am

5   seeing a protective order in the criminal case.  I was aware of

6   the protective order in the California -- I thought it was the

7   civil case.

8      So have I seen this?

9      **MS. FOTIU-WOJTOWICZ:**  So -- you have.  You reviewed it

10  on the record, pulled it up, and I have the transcript here.

11  You reviewed the specific docket entry on --

12     **THE COURT:**  Uh-huh.

13     **MS. FOTIU-WOJTOWICZ:**  -- the record and overruled the

14  objection to it base -- on that basis --

15     **THE COURT:**  All right.

16     **MS. FOTIU-WOJTOWICZ:**  -- with the (Inaudible)

17  certification that we would be required to sign, which we said

18  we would do.

19     **THE COURT:**  But was -- is there -- normally, with a

20  protective order in a civil case, you can fold people into the

21  protective order by having them -- like, it comes with a -- a

22  provision that somebody on the outside has to sign in order to

23  be folded into the protective order.

24     **MS. FOTIU-WOJTOWICZ:**  And there is one in this case.

25     **THE COURT:**  That goes with the protective order that

1    I'm holding?

2         **MS. FOTIU-WOJTOWICZ:**   Yes.   It's not attached on the

3    docket but to -- it's referenced in the order, and it is

4    attached to the Government's motion.   It's a part of -- it's

5    Page 7 of Document Entry 41.

6         **THE COURT:**   Okay.   So that must have been what I was

7    recalling.

8         I mean, even having that provision doesn't necessarily get

9    you around this, although I keep reading it because, normally,

10   there will be an end in sight.   There seems to be no end in

11   sight.

12        So you conferred with the Government counsel in

13   California?

14        **MS. FOTIU-WOJTOWICZ:**   No.   The -- Christopher Browne,

15   the prosecutor on this case.   And Mr. Alrahib's prior counsel

16   at Gaw Poe, at the time we originally served this subpoena,

17   also conferred with Mr. Browne while the criminal case was

18   still going on.

19        And Mr. Poe or Gaw -- I can't remember which one it was --

20   confirmed -- and there's evidence in the record supporting this

21   as well -- that the Government indicated, at that time, the

22   confidentiality concerns were not a bar to production in this

23   case.   It was the Government that asked for the protective

24   order.   The Government has, multiple times, indicated that --

25   that they are not taking a position that this prevents

1    production in this case.

2         And, Your Honor, I know that you have done a lot of civil

3    litigation.  It's not uncommon for people to say, "No, I can't

4    turn this document over.  There's a protective order."  But a

5    protective order can't -- can't be a bar to -- to production of

6    documents in civil litigation.  These documents that are

7    supportive of our case, and that the Court has repeatedly found

8    to be relevant, are -- are required to be turned over.

9         The agreement between Mr. Alrahib and the Government is --

10   is just a stipulated protective order that the Government

11   submitted to the Court and the Court entered without making any

12   changes, as far as I can see, to kind of afford our ability to

13   get relevant information.

14        Also, I'll say, you know, this -- I've been -- been aware

15   of this since the beginning.  They sent a -- Black Srebnick's

16   office filed a notice with the Court in 2020 saying, "We have

17   the documents.  We're just awaiting notification from

18   Mr. Alrahib."

19        And this is just kind of going with the theme of this

20   case.  Once -- they put up one hurdle, and once you clear that

21   one hurdle, they put up the next one rather than raising them

22   all at one time.

23        **MR. ALRAHIB:**  I object to that, by the way,

24   Your Honor.  It was her -- it was them that -- that stayed the

25   original order that they wanted for contempt.

1          **THE COURT:**  So -- okay.  And that's noted.

2          **MR. ALRAHIB:**  Yeah.  Thank you.

3          **MS. PERCZEK:**  So I can respond in detail.

4          **THE COURT:**  Well, you know, I -- it's -- it's -- it's

5     not -- no, I don't need a response on that point.

6          It's -- it's, like, almost completely provided for in this

7     order because there is a provision for disclosing documents.

8     But I understand your point that, the way the order reads --

9     that the Government can agree to have the documents disclosed,

10    subject to signing a certification.

11         But there's this little catch, which is that it's -- can

12    be disclosed only to the extent that counsel believe is

13    necessary to assist in the defense of their client or that the

14    Government believes is necessary in the investigation and

15    prosecution of this matter.  I mean -- I mean, I don't -- I

16    don't believe that that should interfere as long as the

17    requester is signing this certification.

18         But -- and as -- this is a -- when was the final judgment

19    in the Moreno case?

20         **MS. PERCZEK:**  So it became later the Smith case.  The

21    sentencing was in December 2021.  I believe it was the 10th of

22    December -- I don't recall exactly -- but shortly thereafter,

23    there was a judgment entered.  And then there was some

24    proceedings after that relating to a motion by the Government

25    to revoke Mr. Alrahib's bond.

```
 1        And so --
 2             THE COURT:  Okay.  So who's the -- the -- who is the
 3   AUSA?
 4             MS. FOTIU-WOJTOWICZ:  Christopher Browne.
 5             THE COURT:  I mean, what we can do is -- I don't want
 6   the Court to hold onto the package, but I don't see why we
 7   can't have the pack -- have the package that you have brought
 8   with all of these documents to be held by plaintiffs' counsel,
 9   who, as an officer of the court, will represent that they will
10   not start reviewing the documents until further -- further
11   order of the Court.
12        And I don't see why Mr. Browne can't file an unopposed
13   motion -- I don't know what it would be called -- to permit
14   disclosure of the documents pursuant to the protective order.
15   I guess it would be an unopposed motion to modify the
16   protective order, the terms of the protective order.
17        I mean, it's just -- it's -- it would be a technical
18   violation of the terms of the protective order.  I -- I agree
19   that a -- a protective order would normally not interfere with
20   production of documents in a civil case, certainly not in
21   perpetuity.
22        But this protective order is written a little differently
23   because it limits -- you know, usually, it will say "unless
24   further ordered by the Court."  And I -- that would be me
25   further ordering, and that was actually the way I read it last
```

1    time.  It's just not written as an "unless further ordered by

2    the Court."  That's my -- hold on.

3        The part that was -- that was the last part that said,

4    "Neither counsel for the defendant nor the Government will be

5    required to disclose any record of the certifications unless so

6    ordered by the Court."  It doesn't really give that exception

7    for court order to permit the disclosure.

8        And the other issue is that, if it were only Mr. Alrahib's

9    personal information, he would own the right to say, you know,

10   "I'm waiving the confidentiality."  But the point is it's not

11   just his information.  It's the information of others.

12       I am persuaded by the fact that you've represented that

13   the Government doesn't oppose this, but I -- I do believe

14   that -- I don't know that I can override, in this civil case,

15   Judge Smith's order, which remains in place, technically.

16       It's not one of those -- normally, you would just sign the

17   certification that says, "I'll be folded into the

18   confidentiality order, and we will abide by its terms," but

19   this -- the way this is written doesn't make it that easy.

20           **MS. FOTIU-WOJTOWICZ:**  Judge, it's one thing to ask the

21   Government whether or not they oppose.  It's another thing to

22   ask the Government to affirmatively petition the Court to

23   release information.  I mean, they have no -- they have no

24   obligation to do that.

25           **THE COURT:**  Uh-huh.

 1          **MS. FOTIU-WOJTOWICZ:**  And it's been ordered, I think,

 2   six times in this case that we're entitled to these documents,

 3   that they're relevant, that they're responsive, and that

 4   they've been required to be turned over for two years.

 5          So what happens if I go to the Government and they say --

 6   I mean, I understand that that's the path of least resistance,

 7   is to, you know, assume that the Government would say,

 8   "Let's" -- "let's just file an unopposed motion and" -- "and

 9   get this resolved."

10          But does a protective order in a closed case -- can it

11   preclude, in perpetuity, the turning over of these documents

12   unless we get permission from Judge Smith?  I don't think so.

13          **MR. ALRAHIB:**  Your Honor, the case is not closed, and

14   there's sensitive material in that information that -- the

15   Government might still be moving forward with a lot of

16   different stuff.  I don't think they've -- they've read it

17   clearly.  So --

18          **THE COURT:**  Well, right.  I -- yes, I understand.

19   I -- I -- I mean, the fact is I don't know the answer to that

20   question.

21          I mean, like I said, normally, a protective order does not

22   prevent disclosure in a civil case because there's always

23   this -- this written certification that folds you into the

24   confidentiality order -- or the protective order.  This is

25   written a little more restrictively, and that is what's giving

1   me pause here.

2       So -- and I understand your frustration, but I'm going to

3   have to put the burden back on you to either get me some

4   authority that says that such a protective order can't prohibit

5   the disclosures in perpetuity, especially where you've got the

6   agreement of the United States and you are willing to sign off

7   on the certification or -- I mean, I don't know how you could

8   step in as a nonparty and ask Judge Smith to do that.

9       **MS. FOTIU-WOJTOWICZ:**  Isn't -- isn't Mr. Alrahib

10  required to ask for it since he is the one that is under the

11  court order to --

12      **THE COURT:**  It's true.  I was going there.  That's

13  the -- that is the last option, and it may be the most logical

14  option because you are a party to the criminal case.

15      So -- so in order to -- so what I'm proposing is somebody

16  has to ask Judge Smith to modify --

17      **MR. ALRAHIB:**  And it has to be me?

18      **THE COURT:**  Well, because you're the only party to the

19  case.  The only parties to that criminal case, that that order

20  was entered into, are you and the Government.  The Government

21  has it, but you're also a party to this case, and the

22  Government is not.  So you're the only common link; right?

23      The Government has indicated that it can be an unopposed

24  motion.  So if you -- because you're -- you're pro se.  If

25  you -- we can enter an order, and have it copied to the

```
 1   Government, that says you've asked for the protective order to

 2   be modified.

 3        MR. ALRAHIB:  I'm not going to ask for anything until

 4   I see what we're -- what we're talking about.

 5        THE COURT:  Okay.  Well, this is what we're talking --

 6   that's why we're here.

 7        So you've already been ordered to -- to permit the

 8   disclosure of all of that information that -- that Black

 9   Srebnick has from your case; right?

10        MR. ALRAHIB:  And we're giving it to you.

11        THE COURT:  Right.

12        Now, the issue is the plaintiffs' lawyers have indicated

13   that they're going to be subject to that con- -- to that

14   protective order.  We're not saying, "Cancel the protective

15   order."  We're not saying it doesn't exist anymore.  It's still

16   binding and in place.  They're now going to be subject to it.

17        So they can't use that information.  They can't use it

18   publicly.  They can't -- I mean, there's a lot of restrictions

19   on what they can do with it, but they can review it for

20   purposes of their case.

21        And, normally, there's a -- there's a procedure that would

22   say, "If you want to use it, you have to notify" --

23        MS. FOTIU-WOJTOWICZ:  We would have to file the

24   documents typically --

25        THE COURT:  Under seal?
```

1      **MS. FOTIU-WOJTOWICZ:**  -- typically under seal.

2      **THE COURT:**  So -- so they wouldn't be able to file the

3   documents without getting an order sealing the documents.  They

4   wouldn't be able to disseminate them.  They're still subject to

5   that same protective order, but I'm -- you've already been

6   ordered multiple times -- right? -- to -- to permit what you're

7   doing.  You're permitting Black Srebnick to turn those

8   documents over to the plaintiffs.

9      I just want to make sure that Black Srebnick doesn't get

10  in trouble.  It's really not even you at this point.  It would

11  be Black Srebnick that would be in trouble because they've

12  signed off -- or they're bound by that protective order.

13      **MR. ALRAHIB:**  Uh-huh.

14      **THE COURT:**  They need to get the blessing from

15  Judge Smith to --

16      **MR. ALRAHIB:**  That was my dilemma last time two weeks

17  ago.  That's exactly --

18      **THE COURT:**  So --

19      **MR. ALRAHIB:**  -- what I mentioned two weeks ago.

20      **THE COURT:**  Okay.  So you were -- you were ahead of me

21  on that one.

22      So what I'm -- what I'm thinking is the most logical thing

23  to do, because you're the only one who's a party to both this

24  case and the criminal case, is to have you file an unopposed

25  motion, and it's -- we can get -- we're going to have to get

```
 1    confirmation from the Government that his actual motion is
 2    unopposed -- to modify --
 3              MR. ALRAHIB:  Motion.
 4              THE COURT:  -- the Court's protective order.
 5              MS. FOTIU-WOJTOWICZ:  To permit compliance with
 6    Your Honor's order.
 7              THE COURT:  Right, to permit --
 8              MR. ALRAHIB:  The Court's protective order.
 9        To permit?
10              THE COURT:  So it's --
11              MR. ALRAHIB:  To permit what, Your Honor?
12              THE COURT:  In this case, you're Trendsettah?
13              MS. FOTIU-WOJTOWICZ:  He's Akrum Alrahib.
14              MR. ALRAHIB:  No.  I'm Akrum Alrahib.  I'm an
15    individual.
16              THE COURT:  No, but I mean -- normally, you're -- I
17    mean, the company was Trendsettah?
18              MR. ALRAHIB:  The company is Trendsettah.
19              THE COURT:  And you're Swisher --
20              MR. ALRAHIB:  Uh-huh.
21              MS. FOTIU-WOJTOWICZ:  Correct.
22              THE COURT:  -- right?
23        So it would -- it would permit Swisher International and
24    its attorneys --
25              MR. ALRAHIB:  Swisher International.
```

```
 1              THE COURT:  -- to review documents subject to the
 2   protective order.
 3         Is that -- or is it to permit --
 4         MR. ALRAHIB:  What does Swisher International's
 5   employees have to do with it?
 6         THE COURT:  So there are various -- they're going to
 7   have to sign a certification --
 8         MR. ALRAHIB:  Uh-huh.
 9         THE COURT:  -- that says that -- do you have a copy of
10   the certification that goes with the protective order? -- that
11   says that they're bound by everything in the protective order.
12         MR. ALRAHIB:  Yeah.
13         THE COURT:  And if they violate it, they're violating
14   a court order.
15         Thank you.  It's okay.
16         MS. FOTIU-WOJTOWICZ:  Sorry.
17         THE COURT:  That's okay.
18         MR. ALRAHIB:  So you want me to file an unopposed
19   motion to modify the Court's protective order to permit
20   Swisher International and its attorneys to review documents,
21   subject --
22         THE COURT:  To the terms of the protective order.
23         MS. FOTIU-WOJTOWICZ:  In compliance with this Court's
24   order.
25         MR. ALRAHIB:  In compliance with Judge Melissa
```

 1   Damian's --

 2          **THE COURT:**  Order -- orders.

 3          **MR. ALRAHIB:**  Orders?

 4          **MS. FOTIU-WOJTOWICZ:**  And Judge Marcia Cooke.

 5          **THE COURT:**  Well, it's by -- my orders adopted her

 6   orders.

 7          **MR. ALRAHIB:**  Okay.

 8          **THE COURT:**  Are you able to get in touch with

 9   Mr. Browne and confirm -- and I'll put it in a written order

10   that Mr. Alrahib is not making any representations that he --

11   he's not suggesting that he, himself, spoke with Mr. Browne.

12   He's making that representation, based on your representation.

13          **MS. FOTIU-WOJTOWICZ:**  Yes.  And I have -- I have it

14   here also in writing.

15          **THE COURT:**  Okay.  So, Mr. Alrahib, just because we're

16   on the record here, just to make sure, you are not saying --

17   when you say it's an unopposed motion, we know that you are not

18   saying you spoke with the Government's lawyer.

19       You're basing the statement that it's unopposed on

20   Swisher's counsel's representation that the Government does not

21   oppose that motion?

22          **MR. ALRAHIB:**  Yes.

23          **THE COURT:**  Okay.  All right.  So if you want, you can

24   do that here in handwriting, and my clerk can file it for you,

25   meaning you can write --

1          **MR. ALRAHIB:**  I can do it when I get back and file it

2     and send it.

3          **THE COURT:**  Whatever you'd prefer.

4          **MR. ALRAHIB:**  And I send it to Judge Smith?

5          **THE COURT:**  It will be filed in the criminal case,

6     which is 19-20165, the criminal case, you know, -CR-Smith.

7     I'll enter an order, and I will --

8          **MR. ALRAHIB:**  Okay.

9          **THE COURT:**  My order will also be filed in his case --

10    in that criminal case --

11         **MR. ALRAHIB:**  Okay.

12         **THE COURT:**  -- informing the Court -- or at least

13    copied to the Court that -- what transpired here -- here today.

14         **MR. ALRAHIB:**  Okay.  So I'll wait for that, and then

15    I'll send the --

16         **MS. PERCZEK:**  Thank you, Judge.  This is

17    Jackie Perczek again.

18       So two final matters.  The first one is that you had

19    indicated that perhaps I provide the envelope --

20         **THE COURT:**  Uh-huh.

21         **MS. PERCZEK:**  -- with all the discovery to counsel for

22    Swisher today, as an officer of the court, with a

23    representation by her that neither her, nor her client, nor

24    anybody in her office will review the materials until this

25    issue is resolved.

1    I just want to make sure that that is agreeable with

2  Mr. Alrahib and that I'm authorized by him to do that.

3          **MR. ALRAHIB:**  Yeah, that's fine.

4          **THE COURT:**  Okay.  Thank you.

5    So what I would -- and I'll put it in our written order as

6  well, that -- that you've agreed to that on the record.  And

7  when the order approving from Judge Smith comes out -- and

8  we'll -- we'll make sure -- we'll coordinate with Judge Smith's

9  chamber to know -- to let them know that this is coming, make

10  sure they have a copy of what we're doing today.

11    Then you can -- as soon as his order comes out, you're

12  relieved of the restriction.  And I think, in an abundance of

13  caution, you may want to file a notice with the Court, you

14  know, pursuant to the modification order entered by

15  Judge Smith.

16    This is just to notify everyone that we're now reviewing

17  the documents or making -- we're making a lot of this up out

18  of -- out of thin air.  But that way, everybody's proverbial,

19  you know, rear ends are covered, I think, is the best -- the

20  safest thing to do.

21          **MS. PERCZEK:**  Okay.  And then lastly, Your Honor, I

22  had the benefit of the transcript of the proceedings that you

23  held on September 1st, and there was a discussion -- so the

24  subpoena from Swisher has Items 1 through 22.

25          **THE COURT:**  Right.

1          **MS. PERCZEK:**  And so there was a discussion about

2     Items 1 through 7 --

3          **THE COURT:**  Correct.

4          **MS. PERCZEK:**  -- which consists of the discovery that

5     I have brought here today, and then there was a subsequent

6     discussion about Items 8 to 22.  And part of the discussion was

7     that there would be a need, likely, to conduct a privilege

8     review and somebody generate a privilege log with respect to

9     Items 8 through 22.

10         **THE COURT:**  Correct.

11         **MS. PERCZEK:**  And I believe somebody said -- I'm not

12    sure if it was the Court or Swisher -- that that was not

13    necessary with respect to Items 1 through 7.

14         **THE COURT:**  Correct.

15         **MS. PERCZEK:**  So I'd like to correct that -- that

16    statement as follows:

17         During the pendency of Mr. Alrahib's criminal cases, on

18    October 2nd, 2019, and then on January 6th, 2020, we received a

19    small amount of discovery from a filter prosecutor assigned to

20    Mr. Alrahib's case.

21         And what that means is that the Government had obtained

22    some discovery evidence, some documents -- I believe there was

23    an audio file -- and there was a thought that perhaps those

24    materials contained attorney-client privileged communications.

25         And, therefore, rather than that evidence going to the

1    prosecution team, that being Prosecutor Browne, who we've

2    talked about today, the evidence went to the hands of a

3    prosecutor designated as a filter prosecutor, who is not part

4    of the prosecution team or the investigative team in Alrahib's

5    cases.

6         And so we received, from this filter prosecutor, one -- an

7    email and a letter enclosing these materials saying, "Please

8    review, and let's engage in a discussion about what in here may

9    be privileged and what in here you, Mr. Alrahib and Alrahib's

10   counsel, agree can be turned over to the prosecution team."

11        So we are in possession of that material.  That privilege

12   review did not advance more than just initially because the

13   idea, at the time and later on, was we were working towards

14   resolution of Mr. Alrahib's case.

15        So I have handed counsel for Swisher and I've handed

16   Mr. Alrahib -- and I can show the Court, if you'd like to see

17   it.  I can hand it up -- this small table --

18             **THE CLERK:**  Thank you.

19             **THE COURT:**  And --

20             **MS. PERCZEK:**  -- simply to document the record that I

21   have withheld production of these two matters that are on this

22   list, the documents and the email stamped 114621260.  And then

23   the two disks have documents stamped 1 through 1145, and I

24   believe that disk -- one of those disks has an audio.

25        And so, with your permission, my proposal is to take these

1    materials, the documents from the email and the two disks, mail

2    them to Mr. Alrahib at the jail, so that he can review them and

3    engage in the same privilege review that the Court anticipates

4    he will have to do with Items 8 through 22.

5         **THE COURT:**  So -- so let's go back to the very

6    beginning of this.

7         These are communications between Mr. Alrahib and his

8    counsel?

9         **MS. PERCZEK:**  So I don't remember exactly what the

10   contents are.  It's about 1200 pages, and it was enough that,

11   at the time, whatever agency seized those materials, a decision

12   was made by the Government to give the materials to a filter

13   prosecutor rather than to the prosecution team.

14        **THE COURT:**  Right.

15        **MS. PERCZEK:**  And so that started the process of us

16   getting the materials and then the prosecutor saying, "Hey,

17   we've got to engage in this discussion about a privilege review

18   to see what I can turn over to Mr. Browne."  We just never

19   engaged in that because the case was not in a posture for us to

20   do this review.  I think then we had COVID, and then eventually

21   the case resolved.

22        So I --

23        **THE COURT:**  So you have not looked at these

24   documents --

25        **MS. PERCZEK:**  So --

1          THE COURT:  -- or your firm?

2          MS. PERCZEK:  -- we -- I recall looking at them back

3    then, opening -- "Hey, what is this?" -- but I did not generate

4    a privilege log for these two materials, and I don't remember

5    exactly everything that was in them.

6          THE COURT:  So these were -- again, though, they're --

7    the privilege is owned by Mr. Alrahib --

8          MS. PERCZEK:  Yes.

9          THE COURT:  -- with -- with respect to all of these.

10   Right.

11       Okay.  So --

12         MS. PERCZEK:  Whichever -- whichever ones are

13   privileged, correct.

14         THE COURT:  Right.

15       So the -- the privilege is owned by Mr. Alrahib.

16   Mr. Alrahib is the only one that can waive it.

17         MS. PERCZEK:  Correct.

18         THE COURT:  And I'm looking at -- Judge Cooke ordered

19   production of documents responsive to 1 through 7, regardless

20   of privilege.  She ordered all of that to be disclosed.

21       I understand what you're saying.  There was a privilege

22   issue in the underlying criminal case, meaning the Government

23   may have possession of documents that may have been privileged,

24   and so they turned it over to a separate privilege review team.

25   I'm very familiar with the process.  But, again, they were

 1   doing that because those were documents seized from or

 2   belonging to or involving Mr. Alrahib.

 3        So unless you're telling me that somebody else's

 4   privileged documents are in there, which would be unusual

 5   because then they would be waived by you having access to them,

 6   almost.  I mean, that's a whole other rabbit hole.  But if --

 7   if what we're talking about are documents that are privileged

 8   communications for which Mr. Alrahib owns the privilege, those

 9   fall within the scope of Judge Cooke's order.

10        It's his privilege to waive, and I believe that what she

11   was finding was that he waived it.

12           **MS. PERCZEK:**  And I am not aware of any judge ever

13   finding that Mr. Alrahib waived the attorney-client privilege.

14           **THE COURT:**  Not in a criminal case, right.

15           **MS. PERCZEK:**  Or -- or in the civil case.  I was never

16   asked by anybody to review these documents or conduct a

17   privilege review, and I'm not aware of an order that actually

18   finds that there is no attorney-client privilege with -- with

19   respect to these documents.

20        And so I -- whatever transpired before Judge Cooke, I have

21   no awareness -- I've not read the transcript, but I have no

22   awareness that that included findings of no attorney-client

23   privilege or of a waiver of that privilege.  And I would find

24   that very unusual, given that she recognized the privilege with

25   respect to the other items in the order.

```
 1        So I -- I don't -- I wouldn't -- I'm not aware that she
 2   found a waiver of the privilege in Items 1 through 7.  I don't
 3   think a privilege hearing was held.  Nobody ever reached out to
 4   me about these documents.
 5        So --
 6             MR. ALRAHIB:  Uh-huh.
 7             MS. PERCZEK:  -- I perhaps will order a transcript,
 8   and Mr. Alrahib can --
 9             THE COURT:  I mean --
10             MS. PERCZEK:  -- resolve it, but --
11             THE COURT:  -- it's -- it's pretty clear, from her
12   order, that she was only anticipating a privilege review with
13   respect to documents responsive to 8 through --
14             MR. ALRAHIB:  21.
15             THE COURT:  -- 21.
16        First of all, this is the first time this has been brought
17   to my attention, that there's privilege documents, because
18   it's -- it's just very unusual that -- and I think the problem
19   that came up was Judge Cooke considered -- when -- when she
20   entered her June 19th, 2020, order -- let's see.
21        She ordered him to comply.  I think what she was -- I
22   believe that, based on the underlying motion -- that there was
23   a finding that he had violated the subpoena.
24             MR. ALRAHIB:  Your Honor, I never waived my right to
25   client-attorney privilege.
```

1          **THE COURT:**  So attorney-client privilege can be waived

2    in a lot of ways; right?

3          **MR. ALRAHIB:**  Hmm.

4          **THE COURT:**  So it can be waived if the documents were

5    disclosed to somebody who's not within the privilege.  It can

6    be waived if you're found to do anything that is considered to

7    not be protecting your privilege.  There's a lot of ways that

8    it can be -- that it can be waived.

9          It could also be -- it's not considered a waiver, but the

10   Court can find that you'd lose the protection of the privilege

11   if you violate -- it's -- it's almost like a contempt order --

12   if you violate a court order.

13         Now, here, you know, it's like applying the rules of

14   statutory construction.  If she indicated there should be a

15   privilege review with regard to the remainder of the requests

16   and not with regard to 1 through 7, that seems to suggest she

17   didn't find a privilege applies.

18         **MS. FOTIU-WOJTOWICZ:**  Judge --

19         **THE COURT:**  Yes.

20         **MS. FOTIU-WOJTOWICZ:**  -- may I be heard on this?

21         **THE COURT:**  Yes.

22         **MS. FOTIU-WOJTOWICZ:**  So you'll recall that

23   Mr. Alrahib has had several different lawyers in this matter.

24   So in -- he did file formal responses to this subpoena --

25         **THE COURT:**  Uh-huh.

1          **MS. FOTIU-WOJTOWICZ:**  -- through counsel.

2          **THE COURT:**  Uh-huh.

3          **MS. FOTIU-WOJTOWICZ:**  And they were sent February 6th,

4    2020, and the attorney-client privilege was raised as an

5    objection to 8 through 21.  It was not raised --

6          **THE COURT:**  Okay.

7          **MS. FOTIU-WOJTOWICZ:**  -- as an objection through 1

8    through 7 and has not been raised in the -- the two-plus years

9    since then, which would further support the finding of waiver.

10         **THE COURT:**  I mean, that -- that's usually a waiver if

11   you're not asserting the objection and you -- now, granted,

12   back -- way back when, when that response to that discovery

13   request was served, the plan would have been then, "Now all the

14   documents are going to be turned" -- "we have no objection to

15   disclosing 1 through" -- "the responses to 1 through 7, and

16   they're being turned over."

17         So nobody invoked any privilege, and all of that was being

18   done on Mr. Alrahib's behalf.  Mr. Alrahib never raised the

19   privilege issue.  I mean, it's just -- it still all goes to

20   waiver to me.  I mean, he's the one that owns the privilege.

21   He's the one who didn't invoke.

22         I know you're saying you didn't -- you don't recall

23   specifically waiving the privilege, but you didn't actually --

24         **MR. ALRAHIB:**  I wouldn't --

25         **THE COURT:**  -- raise it.

```
 1              MR. ALRAHIB:  Me personally, I would never waive a
 2     client-attorney privilege.
 3              THE COURT:  Well, I mean, here's the thing.  The --
 4     the -- the communications between you and Black, Srebnick &
 5     Kornspan are being turned over; correct?
 6              MS. PERCZEK:  Excuse me?
 7              THE COURT:  Aren't the communications with your firm
 8     being turned over in the package of stuff that you're -- that
 9     you're giving to Swisher's lawyers?
10              MS. PERCZEK:  The communications between my firm and
11     whom?
12              THE COURT:  Mr. Alrahib.
13              MS. PERCZEK:  No.
14              THE COURT:  Okay.  So those are being maintained by
15     your firm?  Are those in that --
16              MS. PERCZEK:  They are not in here.  The subpoena
17     doesn't call for my communications --
18              MS. FOTIU-WOJTOWICZ:  Yeah.
19              MS. PERCZEK:  -- with Mr. Alrahib.
20              THE COURT:  Okay.  Okay.
21              MS. PERCZEK:  Yeah.  That's --
22              MS. FOTIU-WOJTOWICZ:  It does not.
23              THE COURT:  It doesn't fall within -- it's not
24     responsive.
25              MS. FOTIU-WOJTOWICZ:  Correct.  Correct.
```

 1          **THE COURT:**  Okay.  Yeah.  I mean, I think that the

 2  basis -- it would be a very belated invocation of an objection,

 3  based on privilege.  I mean, I think that's what she was

 4  seeing, was that it was a waiver, or it wasn't even invoked in

 5  1 through 7 because nobody ever raised the objection.

 6       Back when that subpoena was initial -- when that subpoena

 7  was initially served, your lawyers responded and said, "We'll

 8  produce everything responsive to 1 through 7" and never

 9  submitted a subpoena log, never reserved -- yes.

10          **MR. ALRAHIB:**  Swisher's counsel just said they waived

11  it one time, and then the second time, they didn't through

12  counsel; right?

13          **THE COURT:**  No.  She's saying -- what she was saying

14  was, by not raising the objection --

15          **MR. ALRAHIB:**  Uh-huh.

16          **THE COURT:**  -- and not complying with the rules

17  regarding privilege, which is that when you -- when you send a

18  response to discovery and there are privilege materials, you

19  object, and/or you submit a privilege log.  That's what the

20  rules require.  You submit something that says, "I didn't

21  produce the following documents because they were privileged,"

22  and nobody did that.

23       That's waiver.  That's what -- that's what she's saying,

24  is -- is -- and like I said before, there's a lot of ways you

25  can waive.  Only you own the privilege; right?  Your lawyers

1  are obligated to protect it.  They cannot waive it.  Nobody can

2  waive it.  Only you can.  But when that response to the

3  subpoena was served, it was served on your behalf.

4      So did -- did you have any conversations with anybody who

5  was preparing those responses to those subpoenas?  Who's the

6  lawyer that did that?

7          **MS. FOTIU-WOJTOWICZ:**  Gaw Poe.

8          **THE COURT:**  Oh, right.  That was back when --

9          **MR. ALRAHIB:**  Yeah.  I don't -- I don't remember.  At

10  the time, I mean, I was sitting here dealing with three

11  different criminal cases and dealing with COVID and family

12  issues.

13          **THE COURT:**  So I'm still -- if there's already been a

14  criminal trial and all of this was turned over and reviewed by

15  the Government -- so nobody ever did a privilege review except

16  for that isolated AUSA that was supposed to pull things out

17  that might be privileged, is what happened.

18          **MS. PERCZEK:**  Correct.  So these materials were not

19  turned over -- or not reviewed by the prosecutor in the case

20  and were not turned over to the prosecutor in the case.  It's

21  not that many pieces of paper.  I can print them and --

22          **THE COURT:**  Well, it's -- but one of them is 1 through

23  1,145.

24          **MS. PERCZEK:**  Yeah.  I think if I -- if you allow me

25  an opportunity to print them, I will mail them to Mr. Alrahib,

 1  and you provide a date like you did at the last hearing -- you

 2  provided a date to do certain things by today's hearing -- to

 3  give him an opportunity to review them and identify whether any

 4  of them are privileged.

 5       And that will give him an opportunity to protect the

 6  attorney-client privilege, and we're not here without a

 7  transcript, without --

 8            **MR. ALRAHIB:**  Uh-huh.

 9            **MS. PERCZEK:**  -- knowing what transpired before

10  Judge Cooke.  I certainly have never seen a finding of a waiver

11  of the attorney-client privilege or any finding by her that

12  none existed.

13            **MR. ALRAHIB:**  Right.

14            **MS. PERCZEK:**  I don't think any harm will come --

15  we're still going to be a few days before the motion is filed

16  with Judge Smith to lift the protective order so that Swisher

17  can review the discovery.

18       So if you set a deadline that is reasonable and that

19  will -- and by the way, Judge, by the time Swisher gets the

20  discovery with the hard drive disks and two thumb drives,

21  it's -- it's -- they're not going to be prejudiced because

22  there's 1200 pieces of paper that they don't yet have, and

23  they're going to have millions of documents to look at.

24            **MR. ALRAHIB:**  Hmm.

25            **THE COURT:**  What were you going to say, Mr. Alrahib?

```
 1            MR. ALRAHIB:  Well, I agree, but I object at the same
 2    time.  I do not want another court hearing.  I've -- I've done
 3    everything.  I've complied to everything you've said.
 4            THE COURT:  That's true.  He does not want to stay at
 5    FDC --
 6            MR. ALRAHIB:  And --
 7            THE COURT:  -- and I did tell him that if he complied
 8    with what I said --
 9            MR. ALRAHIB:  And --
10            THE COURT:  -- he could -- he could be released from
11    FDC.
12            MR. ALRAHIB:  And I have -- via Zoom, we can do.  I
13    have telephonic -- we can do that.
14            THE COURT:  Because you're going to be at the other --
15    right.  At FCI; right?
16            MR. ALRAHIB:  That's one thing I want to talk about,
17    Ms. Damian.
18            THE COURT:  I remember, and I am -- I am a woman of my
19    word.
20            MR. ALRAHIB:  Okay.  Thank you.
21            THE COURT:  So -- so what she is suggesting, though,
22    is that you can look through those documents, and -- and the
23    way -- I'm not going to, you know, expect that you've been to
24    law school and you're going to understand how this works.
25            MR. ALRAHIB:  But how am I going to mail -- mail back
```

```
 1   1200 pieces of paper?
 2           THE COURT:  No.  What -- what -- what you're really
 3   going to do is you're going to look -- so what happened was
 4   somebody, in an abundance of caution, at the Government -- at
 5   the Department of Justice, didn't let the main prosecutors on
 6   the case see documents that might be privileged, meaning some
 7   lawyer was involved in the communication, is usually what
 8   happens.
 9       So you may look at them, and you may say, "Wait a minute.
10   This" -- "I was asking for legal advice about something else
11   that nobody should know about.  That was a conversation between
12   me and my lawyer about something.  We were" -- "he was giving
13   me" -- "he or she was giving me legal advice."
14       Okay.  But some of those might just be, you know, "Hey,
15   you know, send" --
16           MR. ALRAHIB:  Is this regarding the two disks?
17           THE COURT:  Yeah.
18           MR. ALRAHIB:  Oh.  Okay.
19           THE COURT:  I mean, we don't know what's on them, but
20   what I'm saying -- my point being it's only going to be --
21   you're only going to want to withhold it as privilege if you
22   were actually seeking advice from your lawyer and your lawyer
23   was giving you advice.
24       There may be things in there that you're like, "I don't
25   care.  I understand there was a lawyer involved in the
```

 1  conversation" --

 2        **MR. ALRAHIB:**  Okay.

 3        **THE COURT:**  -- "but I don't" -- "I don't care."

 4        **MR. ALRAHIB:**  Well, I can tell you this.  In the

 5  facility that I'm in now, there's one computer shared by 120

 6  people.

 7        **THE COURT:**  That's why she's going to print it for

 8  you --

 9        **MR. ALRAHIB:**  Oh.  Okay.

10        **MS. PERCZEK:**  And it will have -- it will have a

11  Bates-stamp --

12        **MR. ALRAHIB:**  Uh-huh.

13        **MS. PERCZEK:**  -- 1, 2, 3, 4.

14     So as to those documents over which there's an assertion

15  of privilege, you can identify them in a table, Document 1,

16  Document 7, Document 22.

17        **THE COURT:**  Right.  That way, you don't -- you can

18  just toss the rest of them.  When you're done with them, if you

19  don't want to see them anymore --

20        **MR. ALRAHIB:**  Okay.

21        **THE COURT:**  -- like, "I don't care about these," fine.

22  But if you pull out of those documents and you say, like I

23  said, "Wait a minute.  I don't" -- "they don't" -- "they can't

24  see this because" --

25        **MR. ALRAHIB:**  And then where -- where do I send that

```
 1    to?

 2            THE COURT:  Make your list, and it's -- it's going to

 3    be -- that's basically going to be your privilege log.  You're

 4    going to say, you know, "Document 1, Document 18" --

 5            MR. ALRAHIB:  Yeah.

 6            THE COURT:  -- "Document 345, those are privileged."

 7            MR. ALRAHIB:  And where do I send it to?

 8            THE COURT:  That's -- you can send that to them, and

 9    you can file that with the Court.

10            MR. ALRAHIB:  To who?

11            THE COURT:  To the other side.  You're not going to

12    actually send a document.  You're just going to say --

13            MR. ALRAHIB:  Yeah, the document number.

14            THE COURT:  -- "The document that's Bates Number This

15    is" --

16            MR. ALRAHIB:  What -- I don't have their address to

17    send them anything.

18            THE COURT:  In which case, it's fine if you file it

19    with the Court.  Then they get it.

20            MR. ALRAHIB:  I'll send it to you guys.

21            THE COURT:  Right.

22        Then we -- if we get it, they get it.

23            MR. ALRAHIB:  Send to the Court.

24            THE COURT:  I mean, it's true.  You're getting a lot

25    hopefully soon.  You're getting, like, one inch closer by the
```

1    time you get them.

2         **MR. ALRAHIB:**  I -- I object, Your Honor.  She's

3    getting the whole thing.

4         **THE COURT:**  She's getting everything except not those

5    documents that are going to be sent to you because --

6         **MR. ALRAHIB:**  Yeah, but eventually she's going to get

7    them, too.  I mean --

8         **THE COURT:**  And you know what?  It might just be

9    easier for you because you may not -- you may not care.  Like I

10   said, you own -- you're the only one that can waive the

11   privilege.  You own the privilege.

12        **MR. ALRAHIB:**  Uh-huh.

13        **THE COURT:**  If you say, "I don't care" --

14        **MR. ALRAHIB:**  Uh-huh.

15        **THE COURT:**  -- "Yes, it's a" -- "it's a conversation

16   between me and my lawyer because I wanted to know if" --

17        **MR. ALRAHIB:**  Yeah.

18        **THE COURT:**  -- "if I could sue this guy for hitting my

19   car."

20        **MR. ALRAHIB:**  Yeah.

21        **THE COURT:**  "At this point, I don't care."

22        **MR. ALRAHIB:**  Yeah.

23        **THE COURT:**  And you can -- it might just be easier for

24   you to -- that's when you're waiving.  That's when you're

25   saying, "It is a privileged document, but I'm waiving my

```
 1   privilege over all of it except, you know, these ones are

 2   important, and I don't" -- and then we can have a fight about

 3   that later by Zoom.

 4          MS. FOTIU-WOJTOWICZ:   Judge, who is going to have an

 5   additional copy of the privilege document?   I imagine

 6   Your Honor probably is going to have to do an in camera review

 7   because there's --

 8          THE COURT:   So the -- the thumb drive with the

 9   privileged documents -- what did you say you were doing with

10   that?

11      Oh.  It's not a thumb drive.  It's a disk?

12          MS. PERCZEK:   So it's two disks and an email.  I think

13   I can -- as I did with the discovery that I have here today --

14   I brought the originals, the disks that Mr. Browne sent me, the

15   thumb drive, except one thumb drive that is not an original

16   that contains reciprocal discovery and some discovery my office

17   received by email.

18      So I can -- I'll hold on to the disks and to the email

19   materials.  I'll print everything for Mr. Alrahib.  I'll mail

20   it to him at FDC, and --

21          MR. ALRAHIB:   I won't be here.

22          MS. PERCZEK:   -- I will --

23          THE COURT:   Yeah.  He won't be here.  He'll be at FCI.

24          MR. ALRAHIB:   I won't be here.

25          MS. PERCZEK:   I'll mail it to him at FCI.
```

 1              **MR. ALRAHIB:**  Uh-huh.

 2          **MS. PERCZEK:**  I'll send an email to Swisher's counsel,

 3    when I've done that, to confirm the -- the materials went out

 4    in the mail and whatever else Your Honor would like me to do.

 5          **THE COURT:**  So you'll have the original source after

 6    you print them, though.  You'll hold onto the electronic --

 7          **MS. PERCZEK:**  Yes.

 8          **THE COURT:**  -- source?

 9          **MS. PERCZEK:**  Yes.

10          **THE COURT:**  Okay.  So after Mr. Alrahib has an

11    opportunity to review that and he's identified which ones he

12    wants to maintain the privilege on, you're really going to be

13    the only one in possession of the -- the electronic device that

14    has it.  So we're looping you back in again because I may need

15    to do an in-camera review of those.

16       Yes.

17          **MR. ALRAHIB:**  Your Honor, I want to let you know ahead

18    of time that they do not have Zoom at FCI.  They have only

19    telephonic, where I could -- I could go in front of a

20    counselor.

21          **THE COURT:**  That's fine.

22          **MR. ALRAHIB:**  So it has to be written -- not put me on

23    a writ, but I'm allowed to go telephonically in front of the

24    unit team or counselor, and he can verify that it's me over the

25    phone --

```
 1            THE COURT:  Right.
 2            MR. ALRAHIB:  -- or whatever.
 3            THE COURT:  Right.
 4       We've -- we've been there.  That's fine.
 5            MR. ALRAHIB:  Okay.
 6            THE COURT:  Okay.  So if -- if you don't mind, we'll
 7   let you remain in possession of the electronic copies of those
 8   documents.  And then if we cross that road and we need to loop
 9   you back in to let me review what Mr. Alrahib has identified as
10   privileged, we may have to ask that of you.
11            MS. PERCZEK:  No problem.
12            THE COURT:  I appreciate it.  This is --
13            MS. FOTIU-WOJTOWICZ:  I will also be briefing the
14   issue of waiver, Your Honor.
15            THE COURT:  So you can brief that issue, and then if
16   you can notify the Court that you've communicated with
17   Mr. Browne and confirmed, as a courtesy, that Mr. Browne has no
18   objection to Mr. Alrahib filing a joint motion to have the
19   protective order modified.
20       You then see it, Mr. Alrahib.  They get you physical
21   copies at FCI, and you'll also have -- you see the CM/ECF --
22   you see the things that happen electronically also?  Is that
23   what happens, or do you get the physical copies?  How do you
24   get the notice of what's happening in your cases?
25            MR. ALRAHIB:  I don't.  I don't, unless my sister
```

```
 1   tells me.
 2              THE COURT:  Or it -- it gets physically mailed to you
 3   at FCI.
 4              MR. ALRAHIB:  Oh.  At FCI, yeah, you can mail it.
 5   Yeah.  You'd have to mail it.
 6              THE COURT:  Yeah.
 7              MR. ALRAHIB:  Uh-huh.
 8        And so -- so is my homework assignment to review every
 9   single thing that she has?  She's going to send me everything
10   that she has to review it?
11              THE COURT:  No.
12              MR. ALRAHIB:  Oh.  Just the two disks?
13              THE COURT:  Right.
14              MR. ALRAHIB:  Oh.  Okay.
15              THE COURT:  Right.  That -- it can take awhile.
16              MR. ALRAHIB:  Yeah.
17              THE COURT:  She's going to actually physically print.
18              MR. ALRAHIB:  Yes.
19              THE COURT:  So you're going to get a box of documents.
20              MR. ALRAHIB:  Yeah.  Yeah.  1200 pages.
21              THE COURT:  Right.
22        Hopefully, you can do it double-sided.
23              MR. ALRAHIB:  Yeah.
24              MS. PERCZEK:  Whatever is convenient.  I will not be
25   conducting a privilege review, though.
```

```
 1              THE COURT:  Correct.
 2              MS. PERCZEK:  I will receive, from Mr. Alrahib, his
 3      list of what Mr. Alrahib proposes is potentially privileged.  I
 4      can then segregate -- I can then maybe reprint and segregate
 5      what is in his privilege log.
 6           Whatever he is not asserting privilege on, I will turn
 7      over to Swisher, and then I can submit the documents for you to
 8      review, however you instruct.
 9              THE COURT:  Okay.  I think that's the -- that's the
10      way to go.
11           And I will try and put a logical time frame on all of
12      those sort of to-do items with an understanding that
13      Mr. Alrahib is going to end up being -- you're going to end up
14      being transferred back to FCI.  That could happen tomorrow.
15      That could happen next week, and --
16              MR. ALRAHIB:  You could expedite it, Your Honor.
17              THE COURT:  I -- I actually don't have any control
18      over that --
19              MR. ALRAHIB:  Okay.
20              THE COURT:  -- but I am going to release -- the way
21      that the writ worked was, immediately after this --
22              MR. ALRAHIB:  Okay.
23              THE COURT:  -- we don't reissue the writ --
24              MR. ALRAHIB:  Okay.
25              THE COURT:  -- if your writ is --
```

```
 1              MR. ALRAHIB:  And then just, for any future court

 2   appearances, if I could appear telephonically there.

 3              THE COURT:  That's what will happen automatically --

 4              MR. ALRAHIB:  Okay.

 5              THE COURT:  -- unless something happens and everybody

 6   decides that you need to be called back over for whatever

 7   reason.  I don't -- I don't anticipate that --

 8              MR. ALRAHIB:  Okay.

 9              THE COURT:  -- but I -- you know, I can't guarantee --

10              MR. ALRAHIB:  Okay.

11              THE COURT:  -- that one day down the road in any of

12   these cases --

13              MR. ALRAHIB:  Uh-huh.  Okay.

14              THE COURT:  -- that might not happen.

15        So for now, the -- we're going to try and -- and I'm going

16   to put in the court order that, as soon as you receive

17   confirmation that the Government does not object to you filing

18   that motion -- that you're going to file the motion to modify

19   the protective order to permit Black Srebnick --

20              MR. ALRAHIB:  To Judge Smith.

21              THE COURT:  -- and -- and Swisher's counsel to

22   comply --

23              MR. ALRAHIB:  Oh.  Black Srebnick, too?

24              MS. FOTIU-WOJTOWICZ:  Judge --

25              THE COURT:  It's really Swisher's counsel to -- I
```

```
 1   don't know --
 2           MR. ALRAHIB:  Swisher International and its attorney
 3   to review documents, subject to the terms of the protective
 4   order --
 5           THE COURT:  Yes.
 6           MR. ALRAHIB:  -- in compliance with Judge Melissa
 7   Damian's orders?
 8           THE COURT:  Yes.
 9           MS. FOTIU-WOJTOWICZ:  Judge, my -- my concern here is
10   that, throughout the course of this, Mr. Alrahib has repeatedly
11   claimed that he doesn't get notifications of anything I send to
12   him.
13       So if you're conditioning on -- you know, I would ask that
14   he file the motion, and your order could indicate that he's
15   filing it with -- based on the representations that were made
16   in court and that I will -- I can file a notification.
17           THE COURT:  And I do actually think that's the most
18   logical thing to do --
19           MS. FOTIU-WOJTOWICZ:  Yes.
20           THE COURT:  -- as I was speaking through it earlier.
21   It does -- it does make the most sense.
22       You can go ahead and file the motion.  I'll indicate in my
23   order -- and you can -- you can say it's unopposed, and you can
24   write in there --
25           MR. ALRAHIB:  I'm going to file a motion to
```

```
 1   Judge Smith to ask him to modify the protective order.

 2         THE COURT:  Right.

 3      You don't -- I'm saying you don't need to wait.  You can

 4   just do that.

 5         MR. ALRAHIB:  Yeah.  I'm going to do it this week.

 6         THE COURT:  Okay.

 7         MR. ALRAHIB:  Yeah.

 8         THE COURT:  And I'll put it in my order that he's --

 9         MR. ALRAHIB:  Uh-huh.

10         THE COURT:  -- that Mr. Alrahib has indicated he's

11   going to do that.

12         MR. ALRAHIB:  Uh-huh.

13         THE COURT:  I -- I have -- and this actually goes back

14   to the issue in the still-pending contempt motion.

15      And, Ms. Perczek, I think --

16         MS. PERCZEK:  I think that's it for me.

17         THE COURT:  I think that's it for you.

18         MS. PERCZEK:  I have one last thing to hand up for

19   you.

20         THE COURT:  Okay.

21         MS. PERCZEK:  I don't know if you've been marking them

22   as exhibits, but I have made a photocopy -- I put all of the

23   materials that are inside this sealed envelope on top of the

24   copy machine.  My paralegal, (Inaudible), who is present here

25   today, made a copy so that everybody knows what's in the bag.
```

1   And so each item has the password right on the little envelope.

2        So please be very careful, and when you keep them together

3   and keep them -- I'm just turning over the Government's own

4   disks and hard drive that I received with the password right on

5   it.  So you have, in front of you, the contents of the envelope

6   I'm going to give Swisher's counsel.

7           **THE COURT:**  I know.  We all -- we all --

8        **MS. PERCZEK:**  I was going to say "Ms. Alaina," but --

9                           (Laughter.)

10       **MS. FOTIU-WOJTOWICZ:**  And the first -- the first item

11  on here doesn't have a password.  Is it not password-protected?

12       **MS. PERCZEK:**  No.

13       **MS. FOTIU-WOJTOWICZ:**  Okay.

14       **MS. PERCZEK:**  Right, the thumb drive.

15       Okay.  Well, thank you very much for allowing me time

16  before you.  It's nice to meet you.

17          **THE COURT:**  I appreciate your -- your contributions

18  and your complying with the Court's orders and -- and your

19  patience.

20       Thank you, Ms. --

21       **MS. PERCZEK:**  Thank you.

22       **THE COURT:**  -- Ms. Perczek.

23       And we will try to be cognizant of -- or, you know,

24  intentionally copy your office on anything that happens that --

25  that affects your office.

 1          **MS. PERCZEK:**  Thank you.

 2          **THE COURT:**  Okay.  So I was starting to say that the

 3     motion for contempt remains pending.  You know, it's a very --

 4     and I didn't set this for a hearing on that motion today.

 5         Yes.

 6          **MS. FOTIU-WOJTOWICZ:**  There are -- there two more

 7     issues outstanding --

 8          **THE COURT:**  Right.

 9         Oh.  Okay.

10          **MS. FOTIU-WOJTOWICZ:**  -- with respect to the actual

11     discovery, the first being that I would ask Your Honor if --

12     the same way that Your Honor's order, at the last hearing, made

13     a direct reference that Black Srebnick was -- had been

14     authorized to release those documents -- that we could have a

15     similar order with respect to Malcolm Segal at

16     Segal & Associates, who's the California counsel, so that they

17     have what they need to be able to turn the documents over --

18     any additional documents in their possession over, in

19     compliance with Categories 1 through 7.

20          **MR. ALRAHIB:**  Your Honor, I don't understand what

21     California's case has to do with anything with -- with Swisher.

22     I have -- I have no idea what's going on now.

23          **THE COURT:**  So this is criminal defense counsel in

24     California?

25          **MS. FOTIU-WOJTOWICZ:**  Correct.

1          **MR. ALRAHIB:**  What does this have to do now with --

2          **THE COURT:**  Were they -- were they at issue in the --

3   in the -- now I'm not holding the subpoena in front of me.

4   Hold on.

5          I'm -- I am hearing you, Mr. Alrahib.  I'm trying to find

6   out myself because now I don't recall.

7          **MR. ALRAHIB:**  I don't, either.

8          **THE COURT:**  Okay.  Here's the subpoena.

9          Okay.  So -- so Request Numbers 1 through 7 are all

10  documents that would have been produced to you, or by you, in

11  the criminal cases, so pursuant to the standing discovery order

12  in the criminal cases.

13         So what Judge Cooke previously ordered was that all

14  documents responsive to 1 through 7, which are all documents

15  that are -- that were produced either by you or to you,

16  pursuant to the standing discovery order, and the Government's

17  request for reciprocal discovery -- that those all be produced.

18         We had Black Srebnick here, and they were on the hook

19  because they had the majority of the documents, but apparently

20  there's a -- you had criminal defense counsel also in

21  California.  They would be subject to 1 through 7 also, is her

22  point.

23         **MR. ALRAHIB:**  Put it in an order form.

24         **THE COURT:**  So permitting, as I said, that -- you

25  stated on the record you weren't objecting to Black Srebnick

```
 1   producing to Swisher's counsel all of those documents

 2   responsive to 1 through 7.

 3          MR. ALRAHIB:  I'm not objecting.

 4          THE COURT:  You're not objecting --

 5          MR. ALRAHIB:  Huh-uh.

 6          THE COURT:  -- as to the other defense -- criminal

 7   defense firm in California.

 8      Okay.  Do we know the -- that name?

 9          MS. FOTIU-WOJTOWICZ:  Yes.  It's Malcolm Segal --

10   M-a-l-c-o-m [sic], last name Segal, S-e-g-a-l -- at

11   Segal & Associates.

12          THE COURT:  You have that, Olivia?

13      Okay.  All right.  And what else?

14          MS. FOTIU-WOJTOWICZ:  The second thing is Your Honor,

15   at the last hearing, ordered Mr. Alrahib to engage counsel, not

16   to allow him to proceed pro se, but you ordered him to obtain

17   counsel in order to conduct a review of the documents that are

18   in the possession of Gaw Poe.

19      He didn't do that, but it doesn't mean that the -- I see

20   your reaction on your face, but it doesn't mean that those

21   documents don't need to be searched --

22          THE COURT:  Correct.

23          MS. FOTIU-WOJTOWICZ:  -- and produced.

24          THE COURT:  Yes.

25          MS. FOTIU-WOJTOWICZ:  And our suggestion, at this
```

1   point, is that the documents be turned over to -- from Gaw Poe

2   to Swisher.  There's a provision in the protective order for

3   clawback.  We're obviously -- we are obviously bound by the

4   rules of professional conduct that require notification and --

5   and deletion of any attorney-client privilege material.

6        I, you know, believe that the refusal to hire a lawyer,

7   failure to hire a lawyer is a calculated decision that's going

8   to turn this into a very slow-moving circus with respect to the

9   review.  And at this point --

10        **MR. ALRAHIB:**  Hmm.

11        **MS. FOTIU-WOJTOWICZ:**  -- after two years, we are

12   entitled to those documents.  They should be turned over, and,

13   you know, we will segregate or allow for clawback of any

14   documents that --

15        **MR. ALRAHIB:**  Hmm.

16        **MS. FOTIU-WOJTOWICZ:**  -- turn out should not have been

17   produced.

18        **THE COURT:**  Is it your -- is it your position that the

19   only remaining documents are in the custody of Gaw Poe?

20        **MS. FOTIU-WOJTOWICZ:**  That -- that we're aware of.

21        **THE COURT:**  All right.  So --

22        **MS. FOTIU-WOJTOWICZ:**  I mean, he may have additional

23   documents.  He should have to turn those over.  They should

24   have already been turned over, to the extent that they haven't.

25   I mean, apparently, he has access to email in -- in -- in

```
 1   prison, which I didn't realize.
 2        So, you know, additional responsive documents should be
 3   turned over.  It's my understanding that sometime at or around
 4   the time he was taken into custody, Gaw Poe took, you know,
 5   possession of certain of his emails and --
 6             MR. ALRAHIB:  Hmm.
 7             MS. FOTIU-WOJTOWICZ:  -- work and personal emails and
 8   his phone devices in order to do searches.  We don't know what
 9   the volume of that is.
10        But it's our understanding that those are -- and I believe
11   it's our understanding, based not just on representations that
12   have been passed along through Gaw Poe but also by Mr. Alrahib,
13   on the record, during the last hearing -- indicated that he had
14   turned over, to the civil counsel for the companies, large
15   numbers of his personal and work documents.
16        So those are the -- that is the other big pot that we know
17   exists.  I'm sure there are other documents as well that should
18   be addressed.  I'm just trying to -- to --
19             MR. ALRAHIB:  Hmm.
20             MS. FOTIU-WOJTOWICZ:  -- do this in the most efficient
21   or effective way --
22             MR. ALRAHIB:  Hmm.
23             MS. FOTIU-WOJTOWICZ:  -- in order to hit the big
24   targets --
25             MR. ALRAHIB:  Hmm.
```

```
1              MS. FOTIU-WOJTOWICZ:  -- first before moving on to

2       smaller ones.

3              MR. ALRAHIB:  Your Honor, I want to object on record

4       just so I don't waive my right to ever object.

5              THE COURT:  Okay.

6              MR. ALRAHIB:  Okay.

7              THE COURT:  I got -- I have that.

8              MR. ALRAHIB:  All right.

9              THE COURT:  And then, for Mr. Alrahib's benefit, I

10      ordered that he either retain counsel -- or that he retain

11      counsel but, if he is not retaining counsel, to inform the

12      Court.

13      So it wasn't like he had to retain -- I was not ordering

14      that he had no choice, that he had to retain counsel.  I told

15      him he had to inform the Court if he intended to proceed

16      pro se, which is what he did.  So I'm not finding that he

17      violated any sort of a court order by not retaining counsel.

18      Mr. Alrahib -- and I think I asked you this last time, and

19      now I can't remember, but are you aware of any other documents

20      relating to the Swisher v. Trendsettah cases being anywhere

21      else besides in the possession of the company's counsel like

22      your own --

23             MR. ALRAHIB:  No, Your Honor.

24             THE COURT:  "No" meaning you don't think they're

25      anywhere else?  They're just there?
```

1      **MR. ALRAHIB:**  No.  They're nowhere else.

2      **THE COURT:**  Could you -- and I'm going to ask you what

3  you think is the most logical way to do this, but could you

4  reach out to that law firm and tell them you want to know what

5  they have that's yours?  Because, remember, now they're

6  representing the company.

7      **MR. ALRAHIB:**  Is this Segal or Gaw Poe?

8      **THE COURT:**  Gaw Poe.

9      Now they represent the company, but they may very well

10  have -- because I think we're all a little blind as to what

11  they have.  Clearly, they have the company's stuff, but it

12  sounds like they also have your personal things, and --

13      **MR. ALRAHIB:**  I mean, just for the record, I was --

14  prior to even a lawsuit, I was minority shareholder of

15  Trendsettah, Inc.

16      So, I mean, you know, they -- Swisher, all along, has made

17  it where I'm the major one and I'm the majority one.  I was the

18  minority shareholder of the whole thing.

19      **THE COURT:**  It's still possible, though, that they

20  have relevant information that's yours, that's -- you know, it

21  came from you.  It belonged to you.

22      **MR. ALRAHIB:**  Okay.

23      **THE COURT:**  They may have it for all the

24  shareholders --

25      **MR. ALRAHIB:**  Okay.

 1          **THE COURT:**  -- but if we can -- if -- if I can put it

 2     on you, either yourself or through your wife, to communicate

 3     with them and find out --

 4          **MR. ALRAHIB:**  My wife is totally expired with this

 5     whole thing.

 6          **THE COURT:**  I'm -- I'm sure she's fed up by --

 7          **MR. ALRAHIB:**  Yeah, with the custody --

 8          **THE COURT:**  Right.

 9          **MR. ALRAHIB:**  -- with the lawsuit, with everything.

10          **THE COURT:**  Well, do you -- can you get access -- how

11     would you communicate, if you were to send them a

12     communication?  Would it be by email or by a letter?

13          **MR. ALRAHIB:**  I'll -- no, I don't have their email,

14     but I'll -- I mean, I do have their email, but I don't email

15     them.  But it would be either a letter, or I'll call them.

16          **THE COURT:**  Okay.

17          **MR. ALRAHIB:**  But I'll do a letter form.

18          **THE COURT:**  So, you know, what -- what you may want to

19     do, Ms. Fotiu, is reach out to them to say that Mr. Alrahib is

20     going to reach out to them, and you're just sort of giving them

21     a heads-up that the Court wants to know if they have any

22     documents responsive to Request Numbers 8 through 21.

23          And those would be Mr. Alrahib's documents or things, and

24     he's going to reach out to them and be asking them that because

25     that's what the Court wants to know.

```
 1            MS. FOTIU-WOJTOWICZ:  And -- and also the volume of

 2   those documents, Judge --

 3            THE COURT:  Right.

 4            MS. FOTIU-WOJTOWICZ:  -- because I believe, when we

 5   had met and conferred with Gaw Poe, there's a declaration in

 6   the record and -- I'll just check real quick.

 7        Yeah.  In the initial meet-and-confer with Gaw Poe, there

 8   was discussion of search terms regarding the documents that

 9   were in the -- in their possession.  But it never got further

10   than that because, on the second call, they indicated that

11   nothing was being produced and then, ultimately, that they

12   didn't represent him because --

13            THE COURT:  They didn't represent him?

14            MS. FOTIU-WOJTOWICZ:  No.

15        -- ultimately, that they no longer represented him --

16            THE COURT:  Right.

17            MS. FOTIU-WOJTOWICZ:  -- with respect to this.

18            THE COURT:  So they didn't tell you the volume?

19            MS. FOTIU-WOJTOWICZ:  Correct --

20            THE COURT:  All right.

21            MS. FOTIU-WOJTOWICZ:  -- but they did indicate that it

22   was such that there would be the need for search terms.

23            THE COURT:  Okay.  All right.  Well, you know,

24   we'll -- it's just going to have to be -- unfortunately, this

25   is complicated, and, you know -- but if you -- you've been
```

```
 1    doing a great job of pushing this along to the best of your
 2    abilities.
 3         I think that's what's going to have to keep happening, is
 4    you give them the heads-up.  You can send them a copy of my
 5    order that will say that Mr. Alrahib indicated he's going to do
 6    that, and we're just going to keep, you know, pushing this, you
 7    know, ball closer to the goalposts or whatever -- whatever you
 8    want the metaphor to be.  I think that's the best we can do for
 9    now.
10         And then I was saying, with regard to -- I'm still going
11    to hold the motion for contempt in abeyance because there's a
12    high stand- -- it's a high burden when we have -- now, a
13    violation of a discovery order is one thing.  Contempt is
14    another thing.
15         And on the contempt, Mr. Alrahib has been insistent, as
16    was his previous counsel, who withdrew, last time we were here,
17    that they really didn't have the opportunity to have a
18    substantive conversation because the attorney was chasing --
19    Mr. Alrahib, you know, was being transferred to so many
20    different institutions.
21             MR. ALRAHIB:  I never spoke to him.
22             THE COURT:  So, you know, I can't -- it's hard for
23    me -- I guess we can have a whole evidentiary hearing, but it's
24    hard for me to make the finding to -- to such a high showing
25    that -- that he knowingly and contemptuously violated court
```

1   orders when he may very well not have understood -- I

2   understand that he -- he saw court orders.  There's indications

3   in the file that, you know, his previous firm saw them.

4        I understand there's some indications there, but I

5   can't -- I -- it just doesn't look to me, from what I can

6   see -- and I -- granted, I reviewed this earlier because I was

7   looking to see what evidence there is that -- not just that he

8   was aware that these things were going on but that he

9   understood it.

10       **MS. FOTIU-WOJTOWICZ:**  Here's my concern, Judge.

11       So since -- Your Honor, at the last hearing, brought

12   Mr. Alrahib here and spent considerable time explaining and

13   ensuring that he understood everything that was going on here

14   and trying to make steps forward.

15       And my fear is that, once Mr. Alrahib returns to FCI

16   Miami -- that we are going to lose the momentum that we have,

17   and, all of a sudden, he's not going to be getting

18   communications anymore and that, you know, this -- "I am" -- "I

19   am not able to" -- "to communicate with who I need to.  I'm,

20   you know, being taken from this to that.  There's only one

21   computer," whereas, in FDC, we have the ability to require

22   Mr. Alrahib -- or to allow him time, even, to writ him and

23   allow him to review 1200 pages of documents.

24       **THE COURT:**  Well, you can -- I mean -- and I get your

25   point, but I don't -- I'm hopeful that he's not going to be --

 1   Mr. Alrahib is not going to be in the same situation.

 2        The situation there -- and it is, you know, something that

 3   happens.  The situation there was that he was being moved from

 4   institution to institution, which makes sense because he has a

 5   California case.  He has two different Florida cases.  Those

 6   are just the criminal cases.  Then you have the California

 7   civil case; right?

 8        I mean, he was moved -- being moved around a lot.  That

 9   was his statement on the record last time that he -- you were

10   in some -- how many institutions?

11             MR. ALRAHIB:  Only nine.

12             THE COURT:  There was a lot of movement.

13        So that's why I'm saying it -- it -- he should now be

14   going to -- the way the system is supposed to work, Mr. Alrahib

15   now should be going to FCI to actually serve out his sentence,

16   as opposed to being writted all over the place for one need or

17   another, unless somebody from California, you know, issues a

18   writ and wants him there for some reason.  But it sounds like

19   things are kind of on hold there, too.

20        Now Mr. Alrahib should be sitting at FCI, serving his

21   sentence.  And when that happens, you know, he will receive

22   court mail, and he's indicated he's not going to wait around

23   for the one computer that's there.  He's going to send --

24             MR. ALRAHIB:  No.  There's one computer here --

25             THE COURT:  Oh.

```
 1            MR. ALRAHIB:  -- not there.

 2            THE COURT:  There's more computers there?

 3            MR. ALRAHIB:  There's only 15 there.

 4            THE COURT:  There's 15 there and one here.

 5       So he's even better off, if he wants to send emails.

 6            MR. ALRAHIB:  Yeah.

 7            THE COURT:  I'm hopeful that the situation will --

 8    will be better.

 9            Now we know, from the record, from our two hearings, that

10    Mr. Alrahib is sitting here and listening and understanding

11    what's going on.

12            Now, if you intentionally violate, you know, your

13    obligations to be moving this forward, to review the documents

14    that are sent to you by Black Srebnick, to notify your other

15    law firm --

16            MR. ALRAHIB:  I have four things on --

17            THE COURT:  Right.

18       If he -- now, if he intentionally violates them, then

19    we're looking at violations of court orders and potential

20    contempt proceedings, but it's just -- based on all the

21    movement, that's all -- that's the only thing that's in the

22    record now.

23       I understand your frustration, like I told you before,

24    but, you know, he was frustrated, too.  Now he's here.  I

25    realize it's been a long time, but you're making progress.
```

1        **MR. ALRAHIB:**  I'm still frustrated, by the way,

2   Your Honor, but no problem.

3        **THE COURT:**  But -- but so is counsel for -- so is

4   counsel for Swisher --

5        **MR. ALRAHIB:**  Yeah.  I guess everybody is.

6        **THE COURT:**  -- because you know what?  It's not their

7   fault, either.

8        **MR. ALRAHIB:**  Yeah, you're right.

9        **THE COURT:**  They were proceeding --

10       **MR. ALRAHIB:**  Uh-huh.

11       **THE COURT:**  -- going above and beyond what is normally

12  required --

13       **MR. ALRAHIB:**  Yes.

14       **THE COURT:**  -- for a simple subpoena.  It just wasn't

15  that simple because of the situation that was frustrating to

16  you, but it was also frustrating to them.  So --

17       **MR. ALRAHIB:**  Yes.

18       **THE COURT:**  -- you know, I -- everybody's frustrated,

19  and that's fine, but I think that some progress has been made.

20  And -- and I will continue to stay behind -- you know, we'll

21  keep an eye out for anything that comes in to push this along.

22       We'll try and -- my poor law clerk over here knows that

23  I'm -- I keep making promises that she's going to -- she's

24  going to start giving me her notes on everything that we're

25  going to put in these court orders and -- and hopefully keep

```
 1    this moving along.

 2        And, like you said, your wife is over this.  I'm sure

 3    you're over this.  You want to get this behind you, too.

 4            MR. ALRAHIB:  That's true.

 5            THE COURT:  So you're probably not motivated to

 6    interfere with document production.

 7            MR. ALRAHIB:  No.  No, I'm definitely not.

 8            THE COURT:  It's the last thing you need to worry

 9    about.

10        So let's just hope we can get this to the finish line

11    here.

12            MR. ALRAHIB:  Yeah.

13            THE COURT:  Okay.

14            MS. FOTIU-WOJTOWICZ:  And Your Honor will put

15    deadlines in the order and set another status conference?

16            THE COURT:  I'm going to do that.  Like I said, I'm

17    going to try and put logical deadlines, based on knowing that

18    he doesn't know -- Mr. Alrahib doesn't know, and I don't know,

19    when he's going to be, you know, transferred back to FCI.  So

20    we're going to have to build in a little bit of cushion there.

21        And, yes, I'm going to set this for a status.  It will

22    probably be a telephonic status.  It's a lot easier than --

23    than having a writ, you know, to get somebody back over here.

24            MR. ALRAHIB:  Uh-huh.

25            THE COURT:  Okay.
```

1          **MS. FOTIU-WOJTOWICZ:**  Thank you, Judge.

2          **THE COURT:**  All right.  Thank you.  You've been very

3    persistent and very professional in your persistence, and I

4    appreciate it.

5        Mr. Alrahib --

6          **MR. ALRAHIB:**  Thank you, Your Honor.

7          **THE COURT:**  -- you're going to probably be able to get

8    a law degree by the time this is all over.

9          **MR. ALRAHIB:**  Oh, yeah.  I just don't know which one I

10   want --

11                    (Laughter.)

12         **MR. ALRAHIB:**  -- civil or criminal.

13         **THE COURT:**  You can do both.

14       And to the marshals, thank you, as always, for your

15   flexibility here.  All right?

16         **MR. ALRAHIB:**  Thank you, Your Honor.

17         **THE COURT:**  We're adjourned.

18       Thank you all.

19         **MS. FOTIU-WOJTOWICZ:**  Thank you for all the time

20   you've given us, Judge.

21         **MR. ALRAHIB:**  Okay.  Thank you.

22         **THE CLERK:**  All rise.

23         **MR. ALRAHIB:**  And, Your Honor, if you could put --

24   state that I can go back to FCI, take out the writ.

25         **THE COURT:**  I will make sure that it's -- like I said,

1    it's indicated in the writ, but I'll make sure that --

2              **MR. ALRAHIB:**  Thank you.

3              **THE COURT:**  -- we're agreeing to it -- I'm agreeing to

4    it.

5              **MR. ALRAHIB:**  Thank you very much.

6              **THE COURT:**  All right.

7                   (Proceedings adjourned at 4:40 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**<u>CERTIFICATE OF TRANSCRIBER</u>**

I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages of the official electronic sound recording provided to me by the U.S. District Court, Southern District of Florida, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

DATE:  Friday, September 23, 2022


_____/S/ James C. Pence-Aviles_____

James C. Pence-Aviles, RMR, CRR, CSR No. 13059
U.S. Court Reporter

**/**

**/S [1]**   1:70/20

**0**

**000 [1]**   1:2/3

**1**

**1,145 [1]**   1:37/23
**10th [1]**   1:15/21
**1145 [1]**   1:28/23
**114621260 [1]**   1:28/22
**120 [1]**   1:41/5
**1200 [5]**   1:29/10 1:38/22 1:40/1 1:47/20 1:63/23
**1300 [1]**   1:1/21
**13059 [2]**   1:1/25 1:70/21
**15 [2]**   1:65/3 1:65/4
**18 [1]**   1:42/4
**19 [2]**   1:1/11 1:2/1
**19-20165 [2]**   1:7/16 1:25/6
**19-20165-Smith [1]**   1:5/7
**19-20664-Smith [1]**   1:5/7
**19th [1]**   1:32/20
**1st [1]**   1:26/23

**2**

**20-MC-21049-MGC [1]**   1:1/7
**200 [1]**   1:1/16
**201 [1]**   1:1/21
**20165 [2]**   1:7/16 1:25/6
**2019 [1]**   1:27/18
**2020 [4]**   1:14/16 1:27/18 1:32/20 1:34/4
**2021 [1]**   1:15/21
**2022 [3]**   1:1/11 1:2/1 1:70/16
**21 [4]**   1:32/14 1:32/15 1:34/5 1:60/22
**22 [5]**   1:26/24 1:27/6 1:27/9 1:29/4 1:41/16
**23 [1]**   1:70/16
**2nd [1]**   1:27/18

**3**

**33131 [2]**   1:1/17 1:1/22
**345 [1]**   1:42/6
**3:09 [2]**   1:1/13 1:2/1

**4**

**400 [1]**   1:1/16
**41 [2]**   1:7/16 1:13/5
**4:40 [2]**   1:1/13 1:69/7

**6**

**62 [2]**   1:5/12 1:6/10
**69 [1]**   1:1/1
**6th [2]**   1:27/18 1:34/3

**9**

**91 [1]**   1:1/13

**A**

**abeyance [1]**   1:62/11
**abide [1]**   1:17/18
**abilities [1]**   1:62/2
**ability [4]**   1:4/10 1:14/12 1:63/21 1:70/5
**able [6]**   1:21/2 1:21/4 1:24/8 1:53/17 1:63/19 1:68/7

**about [20]**   1:9/18 1:10/2 1:17/8 1:18/24 1:27/2 1:27/6 1:28/2 1:28/8 1:29/10 1:29/17 1:31/7 1:32/4 1:39/16 1:40/10 1:40/11 1:40/12 1:41/21 1:44/2 1:67/9
**above [3]**   1:66/11 1:70/5 1:70/9
**absent [1]**   1:4/6
**absolutely [1]**   1:3/18
**abundance [2]**   1:26/12 1:40/4
**access [3]**   1:31/5 1:56/25 1:60/10
**action [2]**   1:70/11 1:70/14
**actual [2]**   1:22/1 1:53/10
**actually [11]**   1:5/17 1:16/25 1:31/17 1:34/23 1:40/22 1:42/12 1:47/17 1:48/17 1:50/17 1:51/13 1:64/15
**additional [4]**   1:44/5 1:53/18 1:56/22 1:57/2
**address [1]**   1:42/16
**addressed [1]**   1:8/2 1:57/18
**adjourned [2]**   1:68/17 1:69/7
**adopted [1]**   1:24/5
**advance [1]**   1:28/12
**advice [4]**   1:40/10 1:40/13 1:40/22 1:40/23
**affects [1]**   1:52/25
**affirmatively [1]**   1:17/22
**afford [1]**   1:14/12
**after [5]**   1:15/24 1:45/5 1:45/10 1:48/21 1:56/11
**afternoon [3]**   1:2/8 1:2/17 1:2/20
**again [4]**   1:25/17 1:30/6 1:30/25 1:45/14
**agency [1]**   1:29/11
**agent [1]**   1:10/14
**agents [2]**   1:9/22 1:10/13
**ago [3]**   1:6/18 1:21/17 1:21/19
**agree [4]**   1:15/9 1:16/18 1:28/10 1:39/1
**agreeable [1]**   1:26/1
**agreed [2]**   1:6/11 1:26/6
**agreeing [2]**   1:69/3 1:69/3
**agreement [2]**   1:14/9 1:19/6 1:50/22
**ahead [3]**   1:21/20 1:45/17 1:50/22
**air [1]**   1:26/18
**Akrum [4]**   1:1/19 1:2/18 1:22/13 1:22/14
**al [2]**   1:1/5 1:2/11
**ALAINA [3]**   1:1/17 1:2/15 1:52/8
**all [54]**   1:2/4 1:2/9 1:3/6 1:4/3 1:4/24 1:8/19 1:10/1 1:10/3 1:10/8 1:10/21 1:11/6 1:12/1 1:12/15 1:14/22 1:16/8 1:20/8 1:24/23 1:25/21 1:30/9 1:30/20 1:32/16 1:34/13 1:34/17 1:34/19 1:37/14 1:44/1 1:48/11 1:51/22 1:52/7 1:52/7 1:54/9 1:54/13 1:54/14 1:54/17 1:55/1 1:55/13 1:56/21 1:58/8 1:59/10 1:59/16 1:59/23 1:61/20 1:61/23 1:63/17 1:64/16 1:65/20 1:65/21 1:68/2 1:68/8 1:68/15 1:68/18 1:68/19 1:68/22 1:69/6
**allow [6]**   1:9/9 1:37/24 1:55/16 1:56/13 1:63/22 1:63/23
**allowed [1]**   1:45/23
**allowing [1]**   1:52/15
**almost [3]**   1:15/6 1:31/6 1:33/11

**along [20]**   1:57/12 1:59/16
**Alrahib [71]**
**Alrahib's [14]**   1:6/15 1:6/16 1:7/15 1:13/15 1:15/25 1:17/8 1:27/17 1:27/20 1:28/4 1:28/9 1:28/14 1:34/18 1:58/9 1:60/23
**already [5]**   1:3/22 1:20/7 1:21/5 1:37/13 1:56/24
**also [20]**   1:1/20 1:4/2 1:4/16 1:9/13 1:11/1 1:13/17 1:14/14 1:19/21 1:24/14 1:25/9 1:33/9 1:46/13 1:46/21 1:46/22 1:54/20 1:54/21 1:57/12 1:59/12 1:61/1 1:66/16
**although [1]**   1:13/9
**always [2]**   1:18/22 1:68/14
**am [15]**   1:5/3 1:10/7 1:11/15 1:12/4 1:17/12 1:31/12 1:39/18 1:39/18 1:39/25 1:48/20 1:54/5 1:63/18 1:63/19 1:70/10 1:70/12
**amount [1]**   1:27/19
**amounts [1]**   1:9/16
**and/or [1]**   1:36/19
**another [5]**   1:17/21 1:39/2 1:62/14 1:64/17 1:67/15
**answer [1]**   1:18/19
**anticipate [1]**   1:49/7
**anticipates [1]**   1:29/3
**anticipating [1]**   1:32/12
**anticipation [2]**   1:8/13 1:8/13
**any [20]**   1:5/16 1:14/11 1:17/5 1:24/10 1:31/12 1:34/17 1:37/4 1:38/3 1:38/11 1:38/14 1:48/17 1:49/1 1:49/11 1:53/18 1:56/5 1:56/13 1:58/17 1:58/19 1:60/21 1:70/11
**anybody [3]**   1:25/24 1:31/16 1:37/4
**anymore [3]**   1:20/15 1:41/19 1:63/18
**anyone [1]**   1:8/4
**anything [9]**   1:4/9 1:10/11 1:20/3 1:33/6 1:42/17 1:50/11 1:52/24 1:53/21 1:66/21
**anywhere [2]**   1:58/20 1:58/25
**apologize [1]**   1:11/14
**apparently [3]**   1:3/12 1:54/19 1:56/25
**appear [1]**   1:49/2
**appearance [1]**   1:4/25
**appearances [3]**   1:1/14 1:2/13 1:49/2
**applies [1]**   1:33/17
**applying [1]**   1:33/13
**appreciate [3]**   1:46/12 1:52/17 1:68/4
**appropriate [1]**   1:10/24
**approving [1]**   1:26/7
**are [56]**   1:3/6 1:3/14 1:3/21 1:3/25 1:4/19 1:5/8 1:5/25 1:9/21 1:13/25 1:14/6 1:14/8 1:14/8 1:19/6 1:19/14 1:19/20 1:23/6 1:24/8 1:24/16 1:24/17 1:26/19 1:28/11 1:28/21 1:29/7 1:29/10 1:30/12 1:31/4 1:31/7 1:31/7 1:34/14 1:35/5 1:35/14 1:35/15 1:35/16 1:36/18 1:37/1 1:38/4 1:42/6 1:43/5 1:44/1 1:51/23 1:53/6 1:54/9 1:54/14 1:54/15 1:55/17 1:56/3 1:56/11 1:56/19 1:57/10 1:57/16 1:57/17 1:58/19 1:63/16 1:64/6 1:64/19

**A**

are... [1]  1:65/14
Aren't [1]  1:35/7
argument [1]  1:9/7
around [4]  1:13/9 1:57/3 1:64/8
 1:64/22
as [51]  1:4/2 1:4/3 1:4/20
 1:5/10 1:7/4 1:7/25 1:8/3 1:8/9
 1:8/23 1:9/5 1:9/12 1:10/8
 1:10/19 1:10/23 1:11/8 1:11/10
 1:11/15 1:11/15 1:13/21 1:14/12
 1:14/12 1:15/16 1:15/16 1:15/18
 1:16/9 1:17/1 1:19/8 1:25/22
 1:26/5 1:26/11 1:26/11 1:27/16
 1:28/3 1:34/4 1:34/7 1:40/21
 1:41/14 1:44/13 1:46/9 1:46/17
 1:49/16 1:49/16 1:50/20 1:51/22
 1:54/24 1:55/6 1:57/17 1:59/10
 1:62/15 1:64/16 1:68/14
ask [14]  1:8/25 1:9/7 1:10/25
 1:17/20 1:17/22 1:19/8 1:19/10
 1:19/16 1:20/3 1:46/10 1:50/13
 1:51/1 1:53/11 1:59/2
asked [4]  1:13/23 1:20/1
 1:31/16 1:58/18
asking [2]  1:40/10 1:60/24
asserting [2]  1:34/11 1:48/6
assertion [1]  1:41/14
assigned [1]  1:27/19
assignment [1]  1:47/8
assist [3]  1:3/1 1:8/11 1:15/13
Associates [2]  1:53/16 1:55/11
assume [1]  1:18/7
ATF [5]  1:9/22 1:9/22 1:9/23
 1:10/13 1:10/15
attached [2]  1:13/2 1:13/4
attention [1]  1:32/17
attorney [14]  1:4/17 1:27/24
 1:31/13 1:31/18 1:31/22 1:32/25
 1:33/1 1:34/4 1:35/2 1:38/6
 1:38/11 1:50/2 1:56/5 1:62/18
attorney-client [9]  1:27/24
 1:31/13 1:31/18 1:31/22 1:33/1
 1:34/4 1:38/6 1:38/11 1:56/5
attorneys [2]  1:22/24 1:23/20
audio [3]  1:1/13 1:27/23
 1:28/24
AUSA [2]  1:16/3 1:37/16
authority [1]  1:19/4
authorized [2]  1:26/2 1:53/14
authorizing [1]  1:6/24
automatically [1]  1:49/3
Aviles [3]  1:1/25 1:70/20
 1:70/21
awaiting [1]  1:14/17
aware [9]  1:11/15 1:12/5
 1:14/14 1:31/12 1:31/17 1:32/1
 1:56/20 1:58/19 1:63/8
awareness [2]  1:31/21 1:31/22
awhile [1]  1:47/15

**B**

back [18]  1:10/5 1:19/3 1:25/1
 1:29/5 1:30/2 1:34/12 1:34/12
 1:36/6 1:37/8 1:39/25 1:45/14
 1:46/9 1:48/14 1:49/6 1:51/13
 1:67/19 1:67/23 1:68/24
bag [1]  1:51/25
ball [1]  1:62/7
banking [1]  1:9/19
bar [2]  1:13/22 1:14/5
base [1]  1:12/14

based [7]  1:24/12 1:32/22
 1:36/5 1:47/1 1:47/1 1:67/1
 1:67/17
basically [1]  1:42/3
basing [1]  1:24/19
basis [2]  1:12/14 1:36/2
Bates [2]  1:41/11 1:42/14
Bates-stamp [1]  1:41/11
be [111]
became [1]  1:15/20
because [43]  1:5/11 1:8/16
 1:10/5 1:11/10 1:13/9 1:15/7
 1:16/23 1:18/22 1:19/14 1:19/18
 1:19/24 1:21/11 1:21/23 1:24/15
 1:28/12 1:29/19 1:31/1 1:31/5
 1:32/17 1:36/5 1:36/21 1:38/21
 1:39/14 1:41/24 1:43/5 1:43/9
 1:43/16 1:44/7 1:45/14 1:54/6
 1:54/19 1:59/5 1:59/10 1:60/24
 1:61/4 1:61/10 1:61/12 1:62/11
 1:62/18 1:63/6 1:64/4 1:66/6
 1:66/15
been [30]  1:3/9 1:3/22 1:10/10
 1:10/15 1:11/9 1:13/6 1:14/14
 1:14/14 1:18/1 1:18/4 1:20/7
 1:21/5 1:30/23 1:32/16 1:34/8
 1:34/13 1:37/13 1:39/23 1:46/4
 1:51/21 1:53/13 1:54/10 1:56/16
 1:56/24 1:57/12 1:61/25 1:62/15
 1:65/25 1:66/19 1:68/2
before [13]  1:1/4 1:3/1 1:5/9
 1:5/16 1:9/5 1:10/6 1:31/20
 1:36/24 1:38/9 1:38/15 1:52/16
 1:58/1 1:65/23
beginning [3]  1:2/13 1:14/15
 1:29/6
behalf [3]  1:2/16 1:34/18
 1:37/3
behind [1]  1:66/20 1:67/3
being [20]  1:8/5 1:9/3 1:9/8
 1:28/1 1:34/16 1:34/17 1:35/5
 1:35/8 1:35/14 1:40/20 1:48/13
 1:48/14 1:53/11 1:58/20 1:61/11
 1:62/19 1:63/20 1:64/3 1:64/8
 1:64/16
belated [1]  1:36/2
believe [14]  1:8/10 1:9/12
 1:15/12 1:15/16 1:15/21 1:17/13
 1:27/11 1:27/22 1:28/24 1:31/10
 1:32/22 1:56/6 1:57/10 1:61/4
believes [1]  1:15/14
belonged [1]  1:59/21
belonging [2]  1:9/20 1:31/2
benefit [2]  1:26/22 1:58/9
besides [1]  1:58/21
best [4]  1:26/19 1:62/1 1:62/8
 1:70/5
better [2]  1:65/5 1:65/8
between [8]  1:5/13 1:9/22
 1:14/9 1:29/7 1:35/4 1:35/10
 1:40/11 1:43/16
beyond [1]  1:66/11
big [2]  1:57/16 1:57/23
binding [1]  1:20/16
Biscayne [1]  1:1/21
bit [2]  1:3/14 1:67/20
BLACK [18]  1:1/21 1:3/8 1:4/10
 1:5/4 1:6/13 1:6/14 1:14/15
 1:20/8 1:21/7 1:21/9 1:21/11
 1:35/4 1:49/19 1:49/23 1:53/13
 1:54/18 1:54/25 1:65/14
blessing [1]  1:21/14
blind [1]  1:59/10

bond [1]  1:15/25
bottom [1]  1:7/18
Boulevard [1]  1:1/21
bound [3]  1:21/12 1:23/11
 1:56/3
box [1]  1:47/19
brief [1]  1:46/15
briefing [1]  1:46/13
BRODSKY [1]  1:1/16
brought [7]  1:5/24 1:7/6 1:16/7
 1:27/5 1:32/16 1:44/14 1:63/11
Browne [11]  1:13/14 1:13/17
 1:16/4 1:16/12 1:24/9 1:24/11
 1:28/1 1:29/18 1:44/14 1:46/17
 1:46/17
BSKS [1]  1:6/16
BSKS's [1]  1:6/12
build [1]  1:67/20
burden [2]  1:19/3 1:62/12

**C**

calculated [1]  1:56/7
California [14]  1:11/2 1:11/12
 1:11/17 1:11/18 1:11/23 1:12/6
 1:13/13 1:53/16 1:53/24 1:54/21
 1:55/7 1:64/5 1:64/6 1:64/17
California's [1]  1:53/21
call [3]  1:35/17 1:60/15
 1:61/10
called [2]  1:16/13 1:49/6
Calling [1]  1:2/10
came [2]  1:32/19 1:59/21
camera [2]  1:44/6 1:45/15
can [80]
can't [17]  1:3/17 1:5/21
 1:13/19 1:14/3 1:14/5 1:14/5
 1:16/7 1:16/12 1:19/4 1:20/17
 1:20/17 1:20/18 1:41/23 1:49/9
 1:58/19 1:62/22 1:63/5
Cancel [1]  1:20/14
cannot [1]  1:37/1
car [1]  1:43/19
care [6]  1:40/25 1:41/3 1:41/21
 1:43/9 1:43/13 1:43/21
careful [1]  1:52/2
case [65]  1:2/10 1:3/18 1:4/5
 1:4/20 1:5/7 1:5/9 1:7/15
 1:7/24 1:8/1 1:8/2 1:8/12
 1:8/22 1:8/23 1:9/15 1:9/23
 1:11/2 1:11/15 1:11/16 1:11/20
 1:11/24 1:12/5 1:12/7 1:12/20
 1:12/24 1:13/15 1:13/17 1:13/23
 1:14/1 1:14/7 1:14/20 1:15/19
 1:15/20 1:16/20 1:17/14 1:18/2
 1:18/10 1:18/13 1:18/22 1:19/14
 1:19/19 1:19/19 1:19/21 1:20/9
 1:20/20 1:21/24 1:21/24 1:22/12
 1:25/5 1:25/6 1:25/9 1:25/10
 1:27/20 1:28/14 1:29/19 1:29/21
 1:30/22 1:31/14 1:31/15 1:37/19
 1:37/20 1:40/6 1:42/18 1:53/21
 1:64/5 1:64/7
cases [13]  1:5/6 1:5/7 1:5/14
 1:27/17 1:28/5 1:37/11 1:46/24
 1:49/12 1:54/11 1:54/12 1:58/20
 1:64/5 1:64/6
catch [1]  1:15/11
Categories [1]  1:53/19
caution [2]  1:26/13 1:40/4
Central [5]  1:11/2 1:11/12
 1:11/12 1:11/16 1:11/22
certain [2]  1:38/2 1:57/5

**C**

certainly [2] 1:16/20 1:38/10
CERTIFICATE [1] 1:70/3
certification [8] 1:12/17
1:15/10 1:15/17 1:17/17 1:18/23
1:19/7 1:23/7 1:23/10
certifications [1] 1:17/5
certify [2] 1:70/4 1:70/10
cetera [2] 1:4/7 1:4/7
chamber [1] 1:26/9
changes [1] 1:14/12
chasing [1] 1:62/18
check [1] 1:61/6
choice [1] 1:58/14
Christopher [2] 1:13/14 1:16/4
circle [2] 1:4/22 1:4/23
circus [1] 1:56/8
civil [15] 1:3/18 1:8/22 1:10/3
1:10/3 1:12/7 1:12/20 1:14/2
1:14/6 1:16/20 1:17/14 1:18/22
1:31/15 1:57/14 1:64/7 1:68/12
claim [1] 1:10/17
claimed [1] 1:50/11
clarity [1] 1:3/14
clawback [2] 1:56/3 1:56/13
clear [6] 1:5/15 1:5/20 1:6/21
1:6/23 1:14/20 1:32/11
clearly [2] 1:18/17 1:59/11
clerk [3] 1:10/22 1:24/24
1:66/22
client [15] 1:8/5 1:8/11
1:15/13 1:25/23 1:27/24 1:31/13
1:31/18 1:31/22 1:32/25 1:33/1
1:34/4 1:35/2 1:38/6 1:38/11
1:56/5
client-attorney [2] 1:32/25
1:35/2
closed [3] 1:5/8 1:18/10
1:18/13
closer [2] 1:42/25 1:62/7
CM [1] 1:46/21
CM/ECF [1] 1:46/21
cognizant [1] 1:52/23
come [1] 1:38/14
comes [4] 1:12/21 1:26/7
1:26/11 1:66/21
coming [1] 1:26/9
common [1] 1:19/22
communicate [3] 1:60/2 1:60/11
1:63/19
communicated [4] 1:8/14 1:8/15
1:10/2 1:46/16
communication [2] 1:40/7
1:60/12
communications [8] 1:27/24
1:29/7 1:31/8 1:35/4 1:35/7
1:35/10 1:35/17 1:63/18
companies [1] 1:57/14
company [4] 1:22/17 1:22/18
1:59/6 1:59/9
company's [2] 1:58/21 1:59/11
competing [1] 1:3/13
completely [1] 1:15/6
compliance [7] 1:3/7 1:5/22
1:22/5 1:23/23 1:23/25 1:50/6
1:53/19
complicated [1] 1:61/25
complied [2] 1:39/3 1:39/7
comply [5] 1:8/17 1:9/2 1:10/20
1:32/21 1:49/22
complying [3] 1:2/25 1:36/16
1:52/18

**computer** [5] 1:9/20 1:41/5
1:42/7
computers [1] 1:65/2
con [1] 1:20/13
concern [4] 1:3/12 1:8/15
1:50/9 1:63/10
concerns [1] 1:13/22
conclude [1] 1:10/16
conditioning [1] 1:50/13
conduct [4] 1:27/7 1:31/16
1:55/17 1:56/4
conducting [1] 1:47/25
confer [1] 1:61/7
conference [1] 1:67/15
conferred [3] 1:13/12 1:13/17
1:61/5
confidential [2] 1:4/4 1:11/7
confidentiality [5] 1:4/11
1:13/22 1:17/10 1:17/18 1:18/24
confirm [2] 1:24/9 1:45/3
confirmation [2] 1:22/1 1:49/17
confirmed [2] 1:13/20 1:46/17
conjunction [1] 1:4/18
considerable [1] 1:63/12
considered [4] 1:3/16 1:32/19
1:33/6 1:33/9
consists [1] 1:27/4
construction [1] 1:33/14
consultants [1] 1:8/7
contacted [1] 1:12/3
contained [1] 1:27/24
contains [3] 1:5/24 1:9/15
1:44/16
contempt [9] 1:9/3 1:14/25
1:33/11 1:51/14 1:53/3 1:62/11
1:62/13 1:62/15 1:65/20
contemptuously [1] 1:62/25
contents [1] 1:29/10 1:52/5
continue [1] 1:66/20
contributions [1] 1:52/17
control [1] 1:48/17
convenient [1] 1:47/24
conversation [4] 1:40/11 1:41/1
1:43/15 1:62/18
conversations [1] 1:37/4
Cooke [7] 1:2/10 1:24/4 1:30/18
1:31/20 1:32/19 1:38/10 1:54/13
Cooke's [1] 1:31/9
coordinate [1] 1:26/8
copied [2] 1:19/25 1:25/13
copies [5] 1:3/24 1:6/16 1:46/7
1:46/21 1:46/23
copy [10] 1:4/16 1:8/15 1:11/5
1:23/9 1:26/10 1:44/5 1:51/24
1:51/25 1:52/24 1:62/4
correct [19] 1:4/12 1:6/25
1:7/2 1:22/21 1:27/3 1:27/10
1:27/14 1:27/15 1:30/13 1:30/17
1:35/5 1:35/25 1:35/25 1:37/18
1:48/1 1:53/25 1:55/22 1:61/19
1:70/4
correspondence [1] 1:6/19
could [17] 1:9/2 1:19/7 1:33/9
1:39/10 1:39/10 1:43/18 1:45/19
1:45/19 1:48/14 1:48/15 1:48/16
1:49/2 1:50/14 1:53/14 1:59/2
1:59/3 1:68/23
couldn't [1] 1:5/22
counsel [47] 1:2/13 1:3/1
1:4/12 1:5/10 1:6/15 1:6/16
1:8/3 1:8/9 1:8/14 1:9/11
1:9/14 1:9/14 1:9/23 1:10/12
1:13/12 1:13/15 1:15/12 1:16/8

1:17/4 1:25/21 1:28/10 1:28/15
1:29/21 1:43/2 1:44/22 1:45/2
1:45/2 1:49/21 1:49/25 1:52/6
1:53/16 1:53/23 1:54/20 1:55/1
1:55/15 1:55/17 1:57/14 1:58/10
1:58/11 1:58/11 1:58/14 1:58/17
1:58/21 1:62/16 1:66/3 1:66/4
1:70/10
counsel's [1] 1:24/20
counselor [2] 1:45/20 1:45/24
course [3] 1:4/11 1:8/15
1:50/10
court [52] 1:1/2 1:1/25 1:2/5
1:2/25 1:4/2 1:4/7 1:6/8 1:7/13
1:7/23 1:14/7 1:14/11 1:14/11
1:14/16 1:16/6 1:16/9 1:16/11
1:16/24 1:17/2 1:17/6 1:17/7
1:17/22 1:19/11 1:23/14 1:25/12
1:25/13 1:25/22 1:26/13 1:27/12
1:28/16 1:29/3 1:33/10 1:33/12
1:39/2 1:42/9 1:42/19 1:42/23
1:46/16 1:49/1 1:49/16 1:50/16
1:58/12 1:58/15 1:58/17 1:60/21
1:60/25 1:62/25 1:63/2 1:64/22
1:65/19 1:66/25 1:70/7 1:70/21
Court's [5] 1:22/4 1:22/8
1:23/19 1:23/23 1:52/18
courtesy [1] 1:46/17
courtroom [1] 1:2/23
covered [1] 1:26/19
covers [1] 1:4/5
COVID [2] 1:29/20 1:37/11
CR [1] 1:25/6
criminal [30] 1:5/5 1:5/14
1:8/12 1:8/23 1:9/15 1:9/23
1:11/11 1:11/16 1:11/20 1:11/23
1:12/5 1:13/17 1:19/14 1:19/19
1:21/24 1:25/5 1:25/6 1:25/10
1:27/17 1:30/22 1:31/14 1:37/11
1:37/14 1:53/23 1:54/11 1:54/12
1:54/20 1:55/6 1:64/6 1:68/12
cross [1] 1:46/8
CRR [2] 1:1/25 1:70/21
CSR [2] 1:1/25 1:70/21
currently [1] 1:4/4
cushion [1] 1:67/20
custody [3] 1:56/19 1:57/4
1:60/7

**D**

Damian [3] 1:1/4 1:2/6 1:39/17
Damian's [2] 1:24/1 1:50/7
data [1] 1:9/19
date [4] 1:38/1 1:38/2 1:70/8
1:70/16
day [1] 1:49/11
days [1] 1:38/15
deadline [1] 1:38/18
deadlines [2] 1:67/15 1:67/17
dealing [1] 1:37/10 1:37/11
December [3] 1:6/20 1:15/21
1:15/22
December 2021 [1] 1:15/21
decides [1] 1:49/6
decision [2] 1:29/11 1:56/7
declaration [1] 1:61/5
deems [1] 1:10/23
defendant [3] 1:1/9 1:1/19
1:17/4
defense [6] 1:8/11 1:15/13
1:53/23 1:54/20 1:55/6 1:55/7
definitely [1] 1:67/7
degree [1] 1:68/8

**D**

**deletion [1]**  1:56/5
**Department [1]**  1:40/5
**designate [1]**  1:11/6
**designated [1]**  1:28/3
**designating [1]**  1:4/3
**detail [1]**  1:15/3
**device [1]**  1:45/13
**devices [1]**  1:57/8
**did [16]**  1:5/21 1:9/12 1:28/12
1:30/3 1:33/24 1:36/22 1:37/4
1:37/4 1:37/6 1:37/15 1:38/1
1:39/7 1:44/9 1:44/13 1:58/16
1:61/21
**didn't [14]**  1:33/17 1:34/21
1:34/22 1:34/23 1:36/11 1:36/20
1:40/5 1:53/4 1:55/19 1:57/1
1:61/12 1:61/13 1:61/18 1:62/17
**different [5]**  1:18/16 1:33/23
1:37/11 1:62/20 1:64/5
**differently [1]**  1:16/22
**Digital [1]**  1:1/13
**dilemma [1]**  1:21/16
**direct [2]**  1:5/21 1:53/13
**directing [1]**  1:5/11
**directly [1]**  1:5/21
**disclose [2]**  1:8/8 1:17/5
**disclosed [4]**  1:15/9 1:15/12
1:30/20 1:33/5
**disclosing [2]**  1:15/7 1:34/15
**disclosure [6]**  1:3/17 1:10/2
1:16/14 1:17/7 1:18/22 1:20/8
**disclosures [1]**  1:19/5
**discovery [31]**  1:5/12 1:5/13
1:6/2 1:6/4 1:6/5 1:6/22 1:8/4
1:8/19 1:9/9 1:9/15 1:10/8
1:10/10 1:10/16 1:10/17 1:10/21
1:25/21 1:27/4 1:27/19 1:27/22
1:34/12 1:36/18 1:38/17 1:38/20
1:44/13 1:44/16 1:44/16 1:53/11
1:54/11 1:54/16 1:54/17 1:62/13
**discretion [1]**  1:2/23
**discussion [8]**  1:9/13 1:26/23
1:27/1 1:27/6 1:27/6 1:28/8
1:29/17 1:61/8
**disk [2]**  1:28/24 1:44/11
**disks [10]**  1:28/23 1:28/24
1:29/1 1:38/20 1:40/16 1:44/12
1:44/14 1:44/18 1:47/12 1:52/4
**disobey [1]**  1:10/18
**disseminate [1]**  1:21/4
**district [12]**  1:1/2 1:1/3 1:2/5
1:2/5 1:5/6 1:11/2 1:11/12
1:11/17 1:11/18 1:11/19 1:70/7
1:70/7
**do [57]**  1:2/22 1:4/24 1:4/25
1:5/8 1:11/17 1:11/25 1:12/18
1:16/5 1:17/13 1:17/24 1:19/8
1:20/19 1:21/23 1:23/5 1:23/9
1:24/24 1:25/1 1:26/2 1:26/20
1:29/4 1:29/20 1:33/6 1:38/2
1:39/2 1:39/12 1:39/13 1:40/3
1:41/25 1:42/7 1:44/6 1:45/4
1:45/15 1:45/18 1:46/23 1:46/23
1:47/22 1:48/12 1:50/17 1:50/18
1:51/4 1:51/5 1:51/11 1:53/21
1:54/1 1:55/8 1:55/19 1:57/8
1:57/20 1:59/3 1:60/10 1:60/14
1:60/17 1:60/19 1:62/5 1:62/8
1:67/16 1:68/13
**docket [3]**  1:7/16 1:12/11
1:13/3

**document [16]**  1:7/23 1:13/5
1:38/2 1:38/15 1:41/16 1:41/16
1:41/16 1:42/4 1:42/4 1:42/6
1:42/12 1:42/13 1:42/14 1:43/25
1:44/5 1:67/6
**Document 18 [1]**  1:42/4
**Document 22 [1]**  1:41/16
**Document 7 [1]**  1:41/16
**documents [84]**
**does [10]**  1:18/10 1:18/21
1:23/4 1:24/20 1:35/22 1:39/4
1:49/17 1:50/21 1:50/21 1:54/1
**doesn't [15]**  1:13/8 1:17/6
1:17/13 1:17/19 1:20/15 1:21/9
1:35/17 1:35/23 1:50/11 1:52/11
1:55/19 1:55/20 1:63/5 1:67/18
1:67/18
**doing [6]**  1:4/9 1:21/7 1:26/10
1:31/1 1:44/9 1:62/1
**don't [61]**  1:10/12 1:10/18
1:10/19 1:15/5 1:15/15 1:15/16
1:15/22 1:16/5 1:16/6 1:16/12
1:16/13 1:17/14 1:18/12 1:18/16
1:18/19 1:19/7 1:29/9 1:30/4
1:32/1 1:32/2 1:34/22 1:37/9
1:37/9 1:38/14 1:38/22 1:40/19
1:40/24 1:41/3 1:41/3 1:41/17
1:41/19 1:41/21 1:41/23 1:41/23
1:42/16 1:43/13 1:43/21 1:44/2
1:46/6 1:46/25 1:46/25 1:48/17
1:48/23 1:49/7 1:49/7 1:50/1
1:51/3 1:51/3 1:51/21 1:53/20
1:54/6 1:54/7 1:55/21 1:57/8
1:58/4 1:58/24 1:60/13 1:60/14
1:63/25 1:67/18 1:68/9
**done [6]**  1:3/9 1:14/2 1:34/18
1:39/2 1:41/18 1:45/3
**double [1]**  1:47/22
**double-sided [1]**  1:47/22
**down [1]**  1:49/11
**drive [10]**  1:5/25 1:6/3 1:9/20
1:38/20 1:44/8 1:44/11 1:44/15
1:44/15 1:52/4 1:52/14
**drives [3]**  1:5/25 1:6/3 1:38/20
**during [2]**  1:27/17 1:57/13
**DVDs [1]**  1:5/25

**E**

**each [2]**  1:10/23 1:52/1
**earlier [2]**  1:50/20 1:63/6
**easier [3]**  1:43/9 1:43/23
1:67/22
**East [2]**  1:11/19 1:11/19
**Eastern [2]**  1:11/18 1:11/19
**easy [1]**  1:17/19
**ECF [3]**  1:5/12 1:6/10 1:46/21
**effective [1]**  1:57/21
**efficient [1]**  1:57/20
**either [8]**  1:9/1 1:19/3 1:54/7
1:54/15 1:58/10 1:60/2 1:60/15
1:66/7
**electronic [5]**  1:1/12 1:45/6
1:45/13 1:46/7 1:70/6
**electronically [1]**  1:46/22
**electronics [1]**  1:6/1
**else [6]**  1:40/10 1:45/4 1:55/13
1:58/21 1:58/25 1:59/1
**else's [1]**  1:31/3
**email [14]**  1:6/4 1:9/13 1:28/7
1:28/22 1:29/1 1:44/12 1:44/17
1:44/18 1:45/2 1:56/25 1:60/12
1:60/13 1:60/14 1:60/14
**emails [3]**  1:57/5 1:57/7 1:65/5

**employed [1]**  1:70/11
**enclosing [1]**  1:28/7
**end [4]**  1:13/10 1:13/10 1:48/13
1:48/13
**endeavoring [2]**  1:7/20 1:9/25
**ends [1]**  1:26/19
**engage [4]**  1:28/8 1:29/3
1:29/17 1:55/15
**engaged [1]**  1:29/19
**enjoins [1]**  1:8/4
**enough [1]**  1:29/10
**ensure [1]**  1:7/20
**ensuring [1]**  1:63/13
**enter [2]**  1:19/25 1:25/7
**entered [7]**  1:5/11 1:11/1
1:14/11 1:15/23 1:19/20 1:26/14
1:32/20
**entire [1]**  1:9/20
**entitled [2]**  1:18/2 1:56/12
**entry [3]**  1:7/16 1:12/11 1:13/5
**envelope [7]**  1:5/24 1:6/7
1:10/22 1:25/19 1:51/23 1:52/1
1:52/5
**especially [1]**  1:19/5
**ESQ [2]**  1:1/17 1:1/22
**et [4]**  1:1/5 1:2/11 1:4/7 1:4/7
**even [6]**  1:13/8 1:21/10 1:36/4
1:59/14 1:63/22 1:65/5
**eventually [2]**  1:29/20 1:43/6
**ever [5]**  1:31/12 1:32/3 1:36/5
1:37/15 1:58/4
**every [1]**  1:47/8
**everybody [3]**  1:49/5 1:51/25
1:66/5
**everybody's [2]**  1:26/18 1:66/18
**everyone [1]**  1:26/16
**everything [12]**  1:4/6 1:23/11
1:30/5 1:36/8 1:39/3 1:39/3
1:43/4 1:44/19 1:47/9 1:60/9
1:63/13 1:66/24
**evidence [5]**  1:13/20 1:27/22
1:27/25 1:28/2 1:63/7
**evidentiary [1]**  1:62/23
**exactly [5]**  1:4/23 1:15/22
1:21/17 1:29/9 1:30/5
**except [4]**  1:37/15 1:43/4
1:44/1 1:44/15
**exception [1]**  1:17/6
**exchange [1]**  1:9/13
**exchanged [2]**  1:5/13 1:9/22
**exchanges [1]**  1:10/13
**Excuse [1]**  1:35/6
**exhibits [1]**  1:51/22
**exist [1]**  1:20/15
**existed [1]**  1:38/12
**existing [1]**  1:4/4
**exists [1]**  1:57/17
**expansive [1]**  1:11/8
**expect [1]**  1:39/23
**expedite [1]**  1:48/16
**expert [1]**  1:8/7
**expired [1]**  1:60/4
**explaining [1]**  1:63/12
**expressed [1]**  1:9/14
**extent [3]**  1:8/9 1:15/12
1:56/24
**external [1]**  1:5/25
**eye [1]**  1:66/21

**F**

**face [1]**  1:55/20
**facility [1]**  1:41/5

**F**

**fact [3]**  1:8/7 1:17/12 1:18/19
**failure [1]**  1:56/7
**fall [2]**  1:31/9 1:35/23
**familiar [1]**  1:11/10 1:30/25
**family [1]**  1:37/11
**far [2]**  1:11/15 1:14/12
**fault [1]**  1:66/7
**FCI [13]**  1:39/15 1:44/23
1:44/25 1:45/18 1:46/21 1:47/3
1:47/4 1:48/14 1:63/15 1:64/15
1:64/20 1:67/19 1:68/24
**FDC [4]**  1:39/5 1:39/11 1:44/20
1:63/21
**fear [1]**  1:63/15
**February [1]**  1:34/3
**February 6th [1]**  1:34/3
**fed [1]**  1:60/6
**federal [1]**  1:5/14
**felt [1]**  1:8/18
**few [1]**  1:38/15
**fight [1]**  1:44/2
**file [19]**  1:16/12 1:18/8
1:20/23 1:21/2 1:21/24 1:23/18
1:24/24 1:25/1 1:26/13 1:27/23
1:33/24 1:42/9 1:42/18 1:49/18
1:50/14 1:50/16 1:50/22 1:50/25
1:63/3
**filed [5]**  1:4/6 1:14/16 1:25/5
1:25/9 1:38/15
**filing [3]**  1:46/18 1:49/17
1:50/15
**filter [4]**  1:27/19 1:28/3
1:28/6 1:29/12
**final [2]**  1:15/18 1:25/18
**financial [1]**  1:9/19
**financially [1]**  1:70/13
**find [5]**  1:31/23 1:33/10
1:33/17 1:54/5 1:60/3
**finding [8]**  1:31/11 1:31/13
1:32/23 1:34/9 1:38/10 1:38/11
1:58/16 1:62/24
**findings [1]**  1:31/22
**finds [1]**  1:31/18
**fine [7]**  1:4/13 1:26/3 1:41/21
1:42/18 1:45/21 1:46/4 1:66/19
**finish [1]**  1:67/10
**firm [17]**  1:3/8 1:4/10 1:5/4
1:5/11 1:5/17 1:5/19 1:6/13
1:6/24 1:10/17 1:30/1 1:35/7
1:35/10 1:35/15 1:55/7 1:59/4
1:63/3 1:65/15
**first [13]**  1:1/16 1:3/6 1:4/18
1:6/10 1:7/14 1:12/4 1:25/18
1:32/16 1:32/16 1:52/10 1:52/10
1:53/11 1:58/1
**flexibility [1]**  1:68/15
**FLORIDA [7]**  1:1/3 1:1/10 1:1/17
1:1/22 1:2/6 1:64/5 1:70/7
**fold [1]**  1:12/20
**folded [2]**  1:12/23 1:17/17
**folds [1]**  1:18/23
**following [1]**  1:36/21
**follows [2]**  1:7/5 1:27/16
**foregoing [1]**  1:70/4
**form [2]**  1:54/23 1:60/17
**formal [1]**  1:33/24
**forthwith [1]**  1:6/17
**forward [3]**  1:18/15 1:63/14
1:65/13
**FOTIU [4]**  1:1/16 1:1/17 1:2/15
1:60/19

**FOTIU-WOJTOWICZ [3]**  1:1/16
1:1/17 1:68/2
**found [3]**  1:14/7 1:32/2 1:33/6
**four [1]**  1:65/16
**frame [1]**  1:48/11
**Friday [1]**  1:70/16
**front [4]**  1:45/19 1:45/23
1:52/5 1:54/3
**frustrated [3]**  1:65/24 1:66/1
1:66/18
**frustrating [2]**  1:66/15 1:66/16
**frustration [2]**  1:19/2 1:65/23
**full [2]**  1:4/22 1:4/23
**further [10]**  1:4/6 1:16/10
1:16/10 1:16/24 1:16/25 1:17/1
1:34/9 1:61/9 1:70/10 1:70/12
**future [1]**  1:49/1

**G**

**Gaw [12]**  1:13/16 1:13/19 1:37/7
1:55/18 1:56/1 1:56/19 1:57/4
1:57/12 1:59/7 1:59/8 1:61/5
1:61/7
**generate [2]**  1:27/8 1:30/3
**get [28]**  1:3/5 1:13/8 1:14/13
1:18/9 1:18/12 1:19/3 1:21/9
1:21/14 1:21/25 1:21/25 1:24/8
1:25/1 1:42/19 1:42/22 1:42/22
1:43/1 1:43/6 1:46/20 1:46/23
1:46/24 1:47/19 1:50/11 1:60/10
1:63/24 1:67/3 1:67/10 1:67/23
1:68/7
**gets [2]**  1:38/19 1:47/2
**getting [7]**  1:21/3 1:29/16
1:42/24 1:42/25 1:43/3 1:43/4
1:63/17
**give [6]**  1:17/6 1:29/12 1:38/3
1:38/5 1:52/6 1:62/4
**given [3]**  1:9/24 1:31/24
1:68/20
**giving [8]**  1:18/25 1:20/10
1:35/9 1:40/12 1:40/13 1:40/20
1:60/20 1:66/24
**go [7]**  1:18/5 1:29/5 1:45/19
1:45/23 1:48/10 1:50/22 1:68/24
**goalposts [1]**  1:62/7
**goes [4]**  1:12/25 1:23/10
1:34/19 1:51/13
**going [80]**
**Good [3]**  1:2/8 1:2/17 1:2/20
**got [5]**  1:5/23 1:19/5 1:29/17
1:58/7 1:61/9
**government [42]**  1:4/17 1:5/14
1:6/2 1:6/5 1:7/19 1:9/14
1:9/15 1:9/21 1:10/2 1:10/5
1:10/6 1:10/7 1:10/12 1:13/12
1:13/21 1:13/23 1:13/24 1:14/9
1:14/10 1:15/9 1:15/14 1:15/24
1:17/4 1:17/13 1:17/21 1:17/22
1:18/5 1:18/7 1:18/15 1:19/20
1:19/20 1:19/22 1:19/23 1:20/1
1:22/1 1:24/20 1:27/21 1:29/12
1:30/22 1:37/15 1:40/4 1:49/17
**Government's [6]**  1:7/14 1:9/24
1:13/4 1:24/18 1:52/3 1:54/16
**grant [1]**  1:9/2
**granted [2]**  1:34/11 1:63/6
**great [1]**  1:62/1
**guarantee [1]**  1:49/9
**guess [3]**  1:16/15 1:62/23
1:66/5
**guy [1]**  1:43/18
**guys [2]**  1:3/22 1:42/20

**H**

**had [23]**  1:3/8 1:6/19 1:6/20
1:7/24 1:9/6 1:10/11 1:11/9
1:25/18 1:26/22 1:27/21 1:29/20
1:32/23 1:33/23 1:53/13 1:54/18
1:54/19 1:54/20 1:57/13 1:58/13
1:58/14 1:58/14 1:58/15 1:61/5
**hand [3]**  1:7/6 1:28/17 1:51/18
**handed [5]**  1:7/13 1:7/17 1:7/23
1:28/15 1:28/15
**hands [1]**  1:28/2
**handwriting [1]**  1:24/24
**happen [5]**  1:46/22 1:48/14
1:48/15 1:49/3 1:49/14
**happened [2]**  1:37/17 1:40/3
**happening [2]**  1:46/24 1:62/3
**happens [7]**  1:18/5 1:40/8
1:46/23 1:49/5 1:52/24 1:64/3
1:64/21
**hard [6]**  1:5/25 1:9/20 1:38/20
1:52/4 1:62/22 1:62/24
**hardware [1]**  1:6/1
**harm [1]**  1:38/14
**has [37]**  1:3/9 1:3/10 1:3/11
1:3/16 1:6/3 1:10/12 1:10/15
1:12/22 1:13/24 1:14/7 1:19/16
1:19/17 1:19/21 1:19/23 1:20/9
1:26/24 1:28/24 1:32/16 1:33/23
1:34/8 1:45/10 1:45/14 1:45/22
1:46/9 1:46/17 1:47/9 1:47/10
1:50/10 1:51/10 1:52/1 1:53/21
1:56/25 1:59/16 1:62/15 1:64/4
1:64/5 1:66/19
**have [110]**
**haven't [1]**  1:56/24
**having [4]**  1:12/21 1:13/8
1:31/5 1:67/23
**he [59]**  1:5/22 1:6/11 1:6/23
1:17/9 1:19/10 1:24/10 1:24/11
1:29/2 1:29/4 1:31/11 1:32/23
1:33/24 1:39/4 1:39/7 1:39/10
1:39/10 1:40/12 1:40/13 1:44/23
1:45/11 1:45/24 1:48/6 1:50/11
1:50/14 1:55/19 1:56/22 1:56/23
1:56/25 1:57/4 1:57/13 1:58/10
1:58/10 1:58/11 1:58/13 1:58/14
1:58/14 1:58/15 1:58/15 1:58/16
1:58/16 1:62/25 1:63/1 1:63/2
1:63/2 1:63/7 1:63/8 1:63/13
1:63/3 1:64/4 1:64/5 1:64/8
1:64/9 1:64/13 1:64/21 1:65/5
1:65/18 1:65/18 1:65/24 1:67/18
**He'll [1]**  1:44/23
**he's [19]**  1:22/13 1:24/11
1:24/12 1:34/20 1:34/21 1:45/11
1:50/14 1:51/8 1:51/10 1:60/24
1:62/5 1:63/17 1:63/25 1:64/22
1:64/22 1:64/23 1:65/5 1:65/24
1:67/19
**heads [2]**  1:60/21 1:62/4
**heads-up [2]**  1:60/21 1:62/4
**hear [1]**  1:7/25
**heard [2]**  1:6/18 1:33/20
**hearing [15]**  1:3/1 1:8/14 1:9/5
1:32/3 1:38/1 1:38/2 1:39/2
1:53/4 1:53/12 1:54/5 1:55/15
1:57/13 1:62/23 1:63/11 1:70/12
**hearings [1]**  1:65/9
**held [4]**  1:9/3 1:16/8 1:26/23
1:32/3
**hello [1]**  1:3/20
**her [12]**  1:3/11 1:14/24 1:24/5

**H**

her... [9]  1:25/23 1:25/23
1:25/23 1:25/24 1:32/11 1:32/20
1:38/11 1:54/21 1:66/24
here [46]  1:3/6 1:3/11 1:3/21
1:3/25 1:4/8 1:5/10 1:6/7 1:6/9
1:6/9 1:7/4 1:10/16 1:11/5
1:12/10 1:19/1 1:20/6 1:24/14
1:24/16 1:24/24 1:25/13 1:25/13
1:27/5 1:28/8 1:28/9 1:33/13
1:35/16 1:37/10 1:38/6 1:44/13
1:44/21 1:44/23 1:44/24 1:50/9
1:51/24 1:52/11 1:54/18 1:62/16
1:63/12 1:63/13 1:64/24 1:65/4
1:65/10 1:65/24 1:66/22 1:67/11
1:67/23 1:68/15
here's [3]  1:35/3 1:54/8
1:63/10
Hey [3]  1:29/16 1:30/3 1:40/14
high [3]  1:62/12 1:62/12
1:62/24
highlighted [1]  1:7/19
him [22]  1:5/9 1:6/20 1:26/2
1:32/21 1:38/3 1:38/5 1:39/7
1:44/20 1:44/25 1:50/12 1:51/1
1:55/16 1:55/16 1:58/15 1:61/12
1:61/13 1:61/15 1:62/21 1:63/22
1:63/22 1:63/23 1:64/18
himself [1]  1:24/11
hire [2]  1:56/6 1:56/7
his [19]  1:6/20 1:6/21 1:8/2
1:17/11 1:22/1 1:25/9 1:26/11
1:29/7 1:31/10 1:48/2 1:48/5
1:57/5 1:57/8 1:57/15 1:62/16
1:63/3 1:64/9 1:64/15 1:64/20
hit [1]  1:57/23
hitting [1]  1:43/18
Hmm [8]  1:33/3 1:38/24 1:56/10
1:56/15 1:57/6 1:57/19 1:57/22
1:57/25
hold [7]  1:16/6 1:17/2 1:44/18
1:45/6 1:54/4 1:62/11 1:64/19
holding [2]  1:13/1 1:54/3
hole [1]  1:31/6
homework [1]  1:47/8
honor [30]  1:2/19 1:3/14 1:3/16
1:5/11 1:8/17 1:10/7 1:11/5
1:14/2 1:14/24 1:18/13 1:22/11
1:26/21 1:32/24 1:43/2 1:44/6
1:45/4 1:45/17 1:46/14 1:48/16
1:53/11 1:53/20 1:55/14 1:58/3
1:58/23 1:63/11 1:66/2 1:67/14
1:68/6 1:68/16 1:68/23
Honor's [5]  1:4/16 1:8/17 1:9/2
1:22/6 1:53/12
Honorable [2]  1:1/4 1:2/6
hook [1]  1:54/18
hope [1]  1:67/10
hopeful [2]  1:63/25 1:65/7
hopefully [3]  1:42/25 1:47/22
1:66/25
host [1]  1:9/19
how [6]  1:19/7 1:39/24 1:39/25
1:46/23 1:60/10 1:64/10
Howard [2]  1:5/4 1:8/10
however [1]  1:48/8
huh [23]  1:8/21 1:12/12 1:17/20
1:21/13 1:22/20 1:23/8 1:25/20
1:32/6 1:33/25 1:34/2 1:36/15
1:38/8 1:41/12 1:43/12 1:43/14
1:45/1 1:47/7 1:49/13 1:51/9
1:51/12 1:55/5 1:66/10 1:67/24

Huh-uh [1]  1:55/5
hurdle [2]  1:44/20 1:47/3

**I**

I'd [1]  1:27/15
I'll [21]  1:14/14 1:17/17
1:24/9 1:25/7 1:25/14 1:25/15
1:26/5 1:42/20 1:44/18 1:44/19
1:44/19 1:44/25 1:45/2 1:50/22
1:51/8 1:60/13 1:60/14 1:60/15
1:60/17 1:61/6 1:69/1
I'm [60]  1:5/10 1:6/9 1:6/9
1:7/4 1:10/16 1:11/10 1:11/21
1:13/1 1:17/10 1:19/2 1:19/15
1:20/3 1:21/5 1:21/22 1:21/22
1:22/14 1:22/14 1:26/2 1:27/11
1:30/18 1:30/25 1:31/17 1:32/1
1:37/13 1:39/23 1:40/20 1:41/5
1:43/25 1:45/23 1:49/15 1:50/25
1:51/3 1:51/5 1:52/3 1:52/6
1:54/3 1:54/5 1:54/5 1:55/3
1:57/17 1:57/18 1:58/16 1:59/2
1:59/17 1:59/17 1:60/6 1:60/6
1:62/10 1:63/19 1:63/25 1:64/13
1:65/7 1:66/1 1:66/23 1:67/2
1:67/7 1:67/16 1:67/16 1:67/21
1:69/3
I've [9]  1:7/13 1:7/18 1:14/14
1:28/15 1:31/21 1:39/2 1:39/2
1:39/3 1:45/3
idea [2]  1:28/13 1:53/22
identified [2]  1:45/11 1:46/9
identify [2]  1:38/3 1:41/15
imagine [1]  1:44/5
immediately [1]  1:48/21
important [1]  1:44/2
in-camera [1]  1:45/15
Inaudible [4]  1:10/8 1:12/2
1:12/16 1:51/24
INC [5]  1:1/5 1:1/8 1:2/11
1:2/12 1:59/15
inch [1]  1:42/25
included [1]  1:31/22
independent [1]  1:8/6
indicate [3]  1:50/14 1:50/22
1:61/21
indicated [17]  1:3/3 1:4/9
1:4/19 1:5/10 1:6/10 1:13/21
1:13/24 1:19/23 1:20/12 1:25/19
1:33/14 1:51/10 1:57/13 1:61/10
1:62/5 1:64/22 1:69/1
indications [2]  1:63/2 1:63/4
individual [1]  1:22/15
inform [2]  1:58/11 1:58/15
information [13]  1:9/16 1:9/18
1:10/3 1:10/10 1:14/13 1:17/9
1:17/11 1:17/11 1:17/23 1:18/14
1:20/8 1:20/17 1:59/20
informed [2]  1:11/10 1:12/2
informing [1]  1:25/12
initial [2]  1:36/6 1:61/7
initially [2]  1:28/12 1:36/7
inside [1]  1:51/23
insistent [1]  1:62/15
instant [1]  1:10/6
institution [2]  1:64/4 1:64/4
institutions [2]  1:62/20
1:64/10
instruct [1]  1:48/8
intended [1]  1:58/15
intentionally [3]  1:52/24
1:65/12 1:65/18
interested [1]  1:70/13

interfere [5]  1:5/22 1:6/12
1:6/16 1:6/19 1:6/22
INTERNATIONAL [7]  1:1/8 1:2/11
1:2/16 1:22/23 1:22/25 1:23/20
1:50/2
International's [1]  1:23/4
interrupt [1]  1:4/10
investigation [1]  1:15/14
investigative [1]  1:28/4
investigators [1]  1:8/6
invocation [1]  1:36/2
invoke [1]  1:34/21
invoked [2]  1:34/17 1:36/4
involved [2]  1:40/7 1:40/25
involving [1]  1:31/2
is [151]
isn't [2]  1:19/9 1:19/9
isolated [1]  1:37/16
issue [9]  1:17/8 1:20/12
1:25/25 1:30/22 1:34/19 1:46/14
1:46/15 1:51/14 1:54/2
issued [1]  1:8/1
issues [3]  1:37/12 1:53/7
1:64/17
it [160]
it's [79]
item [2]  1:52/1 1:52/10
items [9]  1:26/24 1:27/2 1:27/6
1:27/9 1:27/13 1:29/4 1:31/25
1:32/2 1:48/12
its [5]  1:9/24 1:17/18 1:22/24
1:23/20 1:50/2

**J**

Jackie [3]  1:5/3 1:8/10 1:25/17
JACQUELINE [1]  1:1/22
jail [1]  1:29/2
James [3]  1:1/25 1:70/20
1:70/21
January [1]  1:27/18
January 6th [1]  1:27/18
job [1]  1:62/1
joint [1]  1:46/18
judge [43]  1:1/4 1:4/15 1:5/3
1:7/5 1:7/24 1:7/25 1:8/1 1:9/1
1:9/7 1:10/18 1:17/15 1:17/20
1:18/12 1:19/8 1:19/16 1:21/15
1:23/25 1:24/4 1:25/4 1:25/16
1:26/7 1:26/8 1:26/15 1:30/18
1:31/9 1:31/12 1:31/20 1:32/19
1:33/18 1:38/10 1:38/16 1:38/19
1:44/4 1:49/20 1:49/24 1:50/6
1:50/9 1:51/1 1:54/13 1:61/2
1:63/10 1:68/1 1:68/20
judgment [2]  1:15/18 1:15/23
June [1]  1:32/20
June 19th [1]  1:32/20
just [50]  1:3/5 1:3/13 1:4/15
1:5/15 1:5/20 1:8/8 1:9/18
1:14/10 1:14/17 1:14/19 1:16/17
1:17/1 1:17/11 1:17/16 1:18/8
1:21/9 1:24/15 1:24/16 1:26/1
1:26/16 1:28/12 1:29/18 1:32/18
1:34/19 1:36/10 1:40/14 1:41/18
1:42/12 1:43/8 1:43/23 1:47/12
1:49/1 1:51/4 1:52/3 1:57/11
1:57/18 1:58/4 1:58/25 1:59/13
1:60/20 1:61/6 1:61/24 1:62/6
1:63/5 1:63/7 1:64/6 1:65/20
1:66/14 1:67/10 1:68/9
Justice [1]  1:40/5

**K**

**kind [4]**   1:4/21 1:14/12 1:14/19
1:64/19
**know [79]**
**knowing [2]**   1:38/9 1:67/17
**knowingly [1]**   1:62/25
**knows [2]**   1:51/25 1:66/22
**KORNSPAN [3]**   1:1/21 1:6/14
1:35/5

**L**

**large [2]**   1:9/16 1:57/14
**last [19]**   1:3/6 1:3/21 1:4/8
1:6/21 1:16/25 1:17/3 1:19/13
1:21/16 1:38/1 1:51/18 1:53/12
1:55/10 1:55/15 1:57/13 1:58/18
1:62/16 1:63/11 1:64/9 1:67/8
**lastly [1]**   1:26/21
**later [3]**   1:15/20 1:28/13
1:44/3
**Laughter [2]**   1:52/9 1:68/11
**law [12]**   1:5/3 1:5/11 1:5/17
1:5/19 1:6/13 1:6/24 1:10/17
1:39/24 1:59/4 1:65/15 1:66/22
1:68/8
**lawsuit [2]**   1:59/14 1:60/9
**lawyer [10]**   1:24/18 1:37/6
1:40/7 1:40/12 1:40/22 1:40/22
1:40/25 1:43/16 1:56/6 1:56/7
**lawyers [5]**   1:20/12 1:33/23
1:35/9 1:36/7 1:36/25
**least [2]**   1:18/6 1:25/12
**leave [1]**   1:2/23
**legal [2]**   1:40/10 1:40/13
**let [6]**   1:10/25 1:26/9 1:40/5
1:45/17 1:46/7 1:46/9
**let's [8]**   1:3/7 1:5/15 1:18/8
1:18/8 1:28/8 1:29/5 1:32/20
1:67/10
**letter [4]**   1:28/7 1:60/12
1:60/15 1:60/17
**lift [2]**   1:9/1 1:38/16
**like [24]**   1:11/5 1:12/21 1:15/6
1:18/21 1:27/15 1:28/16 1:33/11
1:33/13 1:36/24 1:38/1 1:40/24
1:41/21 1:41/22 1:42/25 1:43/9
1:45/4 1:58/13 1:58/21 1:59/12
1:64/18 1:65/23 1:67/2 1:67/16
1:68/25
**likely [1]**   1:27/7
**limits [1]**   1:16/23
**line [1]**   1:67/10
**link [1]**   1:19/22
**list [4]**   1:8/5 1:28/22 1:42/2
1:48/3
**listed [1]**   1:8/19
**listening [1]**   1:65/10
**litigant [1]**   1:10/3
**litigation [4]**   1:10/4 1:10/23
1:14/3 1:14/6
**little [8]**   1:3/5 1:3/13 1:15/11
1:16/22 1:18/25 1:52/1 1:59/10
1:67/20
**log [6]**   1:27/8 1:30/4 1:36/9
1:36/19 1:42/3 1:48/5
**logical [6]**   1:19/13 1:21/22
1:48/11 1:50/18 1:59/3 1:67/7
**long [3]**   1:8/9 1:15/16 1:65/25
**longer [2]**   1:5/8 1:61/15
**look [5]**   1:38/23 1:39/22 1:40/3
1:40/9 1:63/5
**looked [1]**   1:29/23

**looking [4]**   1:30/2 1:30/18
1:47/8 1:67/6
**loop [1]**   1:46/8
**looping [1]**   1:45/14
**lose [2]**   1:33/10 1:63/16
**lot [11]**   1:14/2 1:18/15 1:20/18
1:26/17 1:33/2 1:33/7 1:36/24
1:42/24 1:64/8 1:64/12 1:67/22
**lower [1]**   1:7/15
**lower-numbered [1]**   1:7/15

**M**

**M-a-l-c-o-m [1]**   1:55/10
**ma'am [1]**   1:7/3
**machine [1]**   1:51/24
**made [8]**   1:9/6 1:29/12 1:50/15
1:51/22 1:51/25 1:53/12 1:59/16
1:66/19
**Magistrate [1]**   1:1/4
**mail [10]**   1:29/1 1:37/25
1:39/25 1:39/25 1:44/19 1:44/25
1:45/4 1:47/4 1:47/5 1:64/22
**mailed [1]**   1:47/2
**main [1]**   1:40/5
**maintain [1]**   1:45/12
**maintained [1]**   1:35/14
**major [1]**   1:59/17
**majority [2]**   1:54/19 1:59/17
**make [14]**   1:4/25 1:6/24 1:17/19
1:21/9 1:24/16 1:26/1 1:26/8
1:26/9 1:42/2 1:50/21 1:62/24
1:63/14 1:68/25 1:69/1
**makes [2]**   1:10/17 1:64/4
**making [7]**   1:14/11 1:24/10
1:24/12 1:26/17 1:26/17 1:65/25
1:66/23
**Malcolm [2]**   1:53/15 1:55/9
**many [3]**   1:37/21 1:62/19
1:64/10
**Marcia [1]**   1:24/4
**marking [1]**   1:51/21
**marshals [1]**   1:68/14
**mask [1]**   1:2/21
**masks [2]**   1:2/22
**material [3]**   1:18/14 1:28/11
1:56/5
**materials [13]**   1:25/24 1:27/24
1:28/7 1:29/1 1:29/11 1:29/12
1:29/16 1:30/4 1:36/18 1:37/18
1:44/19 1:45/3 1:51/23
**matter [4]**   1:8/12 1:15/15
1:33/23 1:70/9
**matters [2]**   1:25/18 1:28/21
**may [23]**   1:2/21 1:2/22 1:6/16
1:8/8 1:10/14 1:19/13 1:26/13
1:28/8 1:30/23 1:30/23 1:33/20
1:40/9 1:40/9 1:40/24 1:43/9
1:43/9 1:45/14 1:46/10 1:56/22
1:59/9 1:59/23 1:60/18 1:63/1
**maybe [1]**   1:48/4
**MC [2]**   1:1/7 1:2/10
**me [37]**   1:5/16 1:5/24 1:7/6
1:8/18 1:10/25 1:12/2 1:16/24
1:19/1 1:19/3 1:19/17 1:21/20
1:23/18 1:31/3 1:32/4 1:34/20
1:35/1 1:35/6 1:37/24 1:40/12
1:40/13 1:40/13 1:43/16 1:44/14
1:45/4 1:45/22 1:45/24 1:46/9
1:47/1 1:47/9 1:51/16 1:52/15
1:54/3 1:62/23 1:62/24 1:63/5
1:66/24 1:70/6
**mean [34]**   1:13/8 1:15/15
1:15/15 1:16/5 1:16/17 1:17/23

1:18/6 1:18/19 1:18/21 1:19/7
1:19/7 1:20/8 1:30/7 1:31/19
1:32/9 1:34/10 1:34/19 1:34/20
1:35/3 1:36/1 1:36/3 1:37/10
1:40/19 1:42/24 1:43/7 1:55/19
1:55/20 1:56/22 1:56/25 1:59/13
1:59/16 1:60/14 1:63/24 1:64/8
**meaning [6]**   1:8/9 1:8/12
1:24/25 1:30/22 1:40/6 1:58/24
**means [1]**   1:27/21
**meet [2]**   1:52/16 1:61/7
**meet-and-confer [1]**   1:61/7
**Melissa [4]**   1:1/4 1:2/6 1:23/25
1:50/6
**mentioned [1]**   1:21/19
**messages [1]**   1:9/21
**met [1]**   1:61/5
**metaphor [1]**   1:62/8
**MGC [2]**   1:1/7
**Miami [4]**   1:1/10 1:1/17 1:1/22
1:63/16
**might [7]**   1:18/15 1:37/17
1:40/6 1:40/14 1:43/8 1:43/23
1:49/14
**millions [1]**   1:38/23
**mind [1]**   1:46/6
**minority [2]**   1:59/14 1:59/18
**minute [2]**   1:40/9 1:41/23
**minutes [1]**   1:1/13
**modification [1]**   1:26/14
**modified [2]**   1:20/2 1:46/19
**modify [6]**   1:16/15 1:19/16
1:22/2 1:23/19 1:49/18 1:51/1
**moment [1]**   1:6/18
**momentum [1]**   1:63/16
**Monday [2]**   1:1/11 1:2/1
**more [6]**   1:3/14 1:4/15 1:18/25
1:28/12 1:53/6 1:65/2
**Moreno [2]**   1:7/24 1:15/19
**Moreno's [2]**   1:7/25 1:10/18
**most [6]**   1:19/13 1:21/22
1:50/17 1:50/21 1:57/20 1:59/3
**motion [27]**   1:7/14 1:7/16
1:9/24 1:13/4 1:15/24 1:16/13
1:16/15 1:18/8 1:19/24 1:21/25
1:22/1 1:22/3 1:23/19 1:24/17
1:24/21 1:32/22 1:38/15 1:46/18
1:49/18 1:49/18 1:50/14 1:50/22
1:50/25 1:51/14 1:53/3 1:53/4
1:62/11
**motivated [1]**   1:67/5
**moved [3]**   1:64/3 1:64/8 1:64/8
**movement [2]**   1:64/12 1:65/21
**moving [5]**   1:18/15 1:56/8
1:58/1 1:65/13 1:67/1
**Mr [1]**   1:32/8
**Mr. [89]**
**Mr. Alrahib [66]**   1:2/20 1:2/24
1:4/9 1:5/5 1:5/8 1:5/13 1:5/19
1:6/11 1:6/18 1:6/19 1:7/2
1:8/3 1:8/11 1:9/6 1:9/6 1:9/18
1:9/22 1:14/9 1:14/18 1:19/9
1:24/10 1:24/15 1:26/2 1:28/9
1:28/16 1:29/2 1:29/7 1:30/7
1:30/15 1:30/16 1:31/2 1:31/8
1:31/13 1:33/23 1:34/18 1:35/12
1:35/19 1:37/25 1:38/25 1:44/19
1:45/10 1:46/9 1:46/18 1:46/20
1:48/2 1:48/3 1:48/13 1:50/10
1:51/10 1:54/5 1:55/15 1:57/12
1:58/18 1:60/19 1:62/5 1:62/15
1:62/19 1:63/12 1:63/15 1:63/22
1:64/1 1:64/14 1:64/20 1:65/10

# M

**Mr. Alrahib... [2]**  1:67/18
1:68/5
**Mr. Alrahib's [12]**  1:6/15
1:6/16 1:7/15 1:13/15 1:15/25
1:17/8 1:27/17 1:27/20 1:28/14
1:34/18 1:58/9 1:60/23
**Mr. Browne [8]**  1:13/17 1:16/12
1:24/9 1:24/11 1:29/18 1:44/14
1:46/17 1:46/17
**Mr. Poe [1]**  1:13/19
**Mr. Srebnick [2]**  1:5/5 1:8/3
**Ms [2]**  1:4/18 1:52/20
**Ms. [6]**  1:3/10 1:39/17 1:51/15
1:52/8 1:52/22 1:60/19
**Ms. Alaina [1]**  1:52/8
**Ms. Damian [1]**  1:39/17
**Ms. Fotiu [1]**  1:60/19
**Ms. Perczek [3]**  1:3/10 1:51/15
1:52/22
**much [2]**  1:52/15 1:69/5
**multiple [2]**  1:13/24 1:21/6
**must [1]**  1:13/6
**my [40]**  1:2/21 1:5/3 1:5/11
1:6/13 1:6/24 1:8/15 1:10/16
1:10/21 1:17/2 1:21/16 1:24/5
1:24/24 1:25/9 1:28/25 1:32/17
1:32/24 1:35/10 1:35/17 1:39/18
1:40/12 1:40/20 1:43/16 1:43/18
1:43/25 1:44/16 1:46/25 1:47/8
1:50/9 1:50/9 1:50/22 1:51/8
1:51/24 1:57/3 1:58/4 1:60/4
1:62/4 1:63/10 1:63/15 1:66/22
1:70/5
**myself [2]**  1:2/18 1:54/6

# N

**name [3]**  1:5/3 1:55/8 1:55/10
**necessarily [1]**  1:13/8
**necessary [7]**  1:8/6 1:8/10
1:9/12 1:10/23 1:15/13 1:15/14
1:27/13
**need [14]**  1:10/19 1:15/5
1:21/14 1:27/7 1:45/14 1:46/8
1:49/6 1:51/3 1:53/17 1:55/21
1:61/22 1:63/19 1:64/16 1:67/8
**needed [2]**  1:8/25 1:9/7
**neither [3]**  1:17/4 1:25/23
1:70/10
**never [10]**  1:29/18 1:31/15
1:32/24 1:34/18 1:35/1 1:36/8
1:36/9 1:38/10 1:61/9 1:62/21
**next [4]**  1:3/7 1:7/23 1:14/21
1:48/15
**nice [1]**  1:52/16
**nine [1]**  1:64/11
**no [39]**  1:1/7 1:1/25 1:3/24
1:5/8 1:10/7 1:10/17 1:13/10
1:13/14 1:14/3 1:15/5 1:17/23
1:17/23 1:22/14 1:22/16 1:31/18
1:31/21 1:31/21 1:31/22 1:34/14
1:35/13 1:36/13 1:40/2 1:46/11
1:46/17 1:47/11 1:52/12 1:53/22
1:58/14 1:58/23 1:58/24 1:59/1
1:60/13 1:61/14 1:61/15 1:64/24
1:66/2 1:67/7 1:67/7 1:70/21
**nobody [7]**  1:32/3 1:34/17
1:36/5 1:36/22 1:37/1 1:37/15
1:40/11
**none [1]**  1:38/12
**nonparty [1]**  1:19/8
**normally [8]**  1:12/19 1:13/9

**not [109]**
**noted [1]**  1:15/1
**notes [1]**  1:66/24
**nothing [1]**  1:61/11
**notice [4]**  1:2/24 1:14/16
1:26/13 1:46/24
**notification [3]**  1:14/17
1:50/16 1:56/4
**notifications [1]**  1:50/11
**notified [3]**  1:10/10 1:10/12
1:10/15
**notify [5]**  1:2/25 1:20/22
1:26/16 1:46/16 1:65/14
**now [29]**  1:2/6 1:6/23 1:8/1
1:10/8 1:20/12 1:20/16 1:26/16
1:33/13 1:34/11 1:34/13 1:41/5
1:49/15 1:53/22 1:54/1 1:54/3
1:54/6 1:58/19 1:59/5 1:59/9
1:62/9 1:62/12 1:64/13 1:64/15
1:64/20 1:65/9 1:65/12 1:65/18
1:65/22 1:65/24
**nowhere [1]**  1:59/1
**number [3]**  1:2/10 1:42/13
1:42/14
**Number 20-MC-21049-Cooke [1]**
1:2/10
**numbered [1]**  1:7/15
**numbers [4]**  1:5/7 1:54/9
1:57/15 1:60/22

# O

**obey [1]**  1:10/17
**object [8]**  1:6/12 1:14/23
1:36/19 1:39/1 1:43/2 1:49/17
1:58/3 1:58/4
**objecting [3]**  1:54/25 1:55/3
1:55/4
**objection [10]**  1:4/20 1:12/14
1:34/5 1:34/7 1:34/11 1:34/14
1:36/2 1:36/5 1:36/14 1:46/18
**obligated [1]**  1:37/1
**obligation [1]**  1:17/24
**obligations [2]**  1:3/2 1:65/13
**obtain [1]**  1:55/16
**obtained [1]**  1:27/21
**obviously [4]**  1:8/16 1:8/22
1:56/3 1:56/3
**October [1]**  1:27/18
**off [4]**  1:2/21 1:19/6 1:21/12
1:65/5
**office [8]**  1:3/12 1:4/19 1:8/5
1:14/16 1:25/24 1:44/16 1:52/24
1:52/25
**officer [2]**  1:16/9 1:25/22
**official [3]**  1:1/12 1:1/25
1:70/6
**Oh [11]**  1:37/8 1:40/18 1:41/9
1:44/11 1:47/4 1:47/12 1:47/14
1:49/23 1:53/9 1:64/25 1:68/9
**okay [68]**  1:2/24 1:4/8 1:4/14
1:4/24 1:5/24 1:6/6 1:7/10
1:7/12 1:11/9 1:12/4 1:13/6
1:15/1 1:16/2 1:20/5 1:21/20
1:23/15 1:23/17 1:24/7 1:24/15
1:24/23 1:25/8 1:25/11 1:25/14
1:26/4 1:26/21 1:30/11 1:34/6
1:35/14 1:35/20 1:35/20 1:36/1
1:39/20 1:40/14 1:40/18 1:41/2
1:41/9 1:41/20 1:45/10 1:46/5
1:46/6 1:47/14 1:48/9 1:48/19
1:48/22 1:48/24 1:49/4 1:49/8

1:49/10 1:49/13 1:51/6 1:51/20
1:54/8 1:54/9 1:55/8 1:55/13
1:58/5 1:58/6 1:59/22 1:59/25
1:60/16 1:61/23 1:67/13 1:67/25
1:68/21
**Olivia [1]**  1:55/12
**once [3]**  1:14/20 1:14/20
1:63/15
**one [45]**  1:4/15 1:6/3 1:6/10
1:7/14 1:10/13 1:10/14 1:11/9
1:11/22 1:12/2 1:12/24 1:13/19
1:14/20 1:14/21 1:14/21 1:14/22
1:17/16 1:17/20 1:19/10 1:21/21
1:21/23 1:25/18 1:28/6 1:28/24
1:30/16 1:34/20 1:34/21 1:36/11
1:37/22 1:39/16 1:41/5 1:42/25
1:43/10 1:44/15 1:45/13 1:49/11
1:51/18 1:59/17 1:59/17 1:62/13
1:63/20 1:64/16 1:64/23 1:64/24
1:65/4 1:68/9
**ones [4]**  1:30/12 1:44/1 1:45/11
1:58/2
**only [21]**  1:8/9 1:15/12 1:17/8
1:19/18 1:19/19 1:19/22 1:21/23
1:30/16 1:32/12 1:36/25 1:37/2
1:40/20 1:40/21 1:43/10 1:45/13
1:45/18 1:56/19 1:63/20 1:64/11
1:65/3 1:65/21
**opening [1]**  1:30/3
**opportunity [6]**  1:10/11 1:37/25
1:38/3 1:38/5 1:45/11 1:62/17
**oppose [3]**  1:17/13 1:17/21
1:24/21
**opposed [1]**  1:64/16
**option [2]**  1:19/13 1:19/14
**order [124]**
**ordered [15]**  1:3/6 1:3/14
1:16/24 1:17/1 1:17/6 1:18/1
1:20/7 1:21/6 1:30/18 1:30/20
1:32/21 1:54/13 1:55/15 1:55/16
1:58/10
**ordering [4]**  1:5/17 1:5/19
1:16/25 1:58/13
**orders [11]**  1:3/13 1:24/2
1:24/3 1:24/5 1:24/6 1:50/7
1:52/18 1:63/1 1:63/2 1:65/19
1:66/25
**original [4]**  1:6/1 1:14/25
1:44/15 1:45/5
**originally [1]**  1:13/16
**originals [1]**  1:44/14
**other [11]**  1:8/5 1:17/8 1:31/6
1:31/25 1:39/14 1:42/11 1:55/6
1:57/16 1:57/17 1:58/19 1:65/14
**others [1]**  1:17/11
**otherwise [1]**  1:70/13
**our [8]**  1:6/14 1:14/7 1:14/12
1:26/5 1:55/25 1:57/10 1:57/11
1:65/9
**out [18]**  1:26/7 1:26/11 1:26/17
1:26/18 1:32/3 1:37/16 1:41/22
1:45/3 1:54/6 1:56/16 1:59/4
1:60/3 1:60/19 1:60/20 1:60/24
1:64/15 1:66/21 1:68/24
**outcome [1]**  1:70/13
**outset [1]**  1:11/4
**outside [1]**  1:12/22
**outstanding [1]**  1:53/7
**over [41]**  1:3/15 1:4/11 1:6/22
1:8/19 1:10/9 1:10/21 1:14/4
1:14/8 1:18/4 1:18/11 1:21/8
1:28/10 1:29/18 1:30/24 1:34/16

**O**

over... **[26]** 1:35/5 1:35/8 1:37/14 1:37/19 1:37/20 1:41/14 1:44/1 1:45/24 1:48/7 1:48/18 1:49/6 1:52/3 1:53/17 1:53/18 1:56/1 1:56/12 1:56/23 1:56/24 1:57/3 1:57/14 1:64/16 1:66/22 1:67/2 1:67/3 1:67/23 1:68/8
**override [1]** 1:17/14
**overruled [1]** 1:12/13
**own [6]** 1:17/9 1:36/25 1:43/10 1:43/11 1:52/3 1:58/22
**owned [2]** 1:30/7 1:30/15
**owns [2]** 1:31/8 1:34/20

**P**

**p.m [4]** 1:1/13 1:1/13 1:2/1 1:69/7
**pack [1]** 1:16/7
**package [3]** 1:16/6 1:16/7 1:35/8
**page [5]** 1:3/25 1:6/10 1:7/18 1:7/19 1:13/5
**Page 2 [1]** 1:6/10
**Page 3 [1]** 1:7/18
**Page 4 [1]** 1:7/19
**Page 7 [1]** 1:13/5
**pages [5]** 1:1/1 1:29/10 1:47/20 1:63/23 1:70/5
**paper [3]** 1:37/21 1:38/22 1:40/1
**Paragraph [1]** 1:6/11
**Paragraph 2 [1]** 1:6/11
**paralegal [1]** 1:51/24
**paralegals [1]** 1:8/6
**part [7]** 1:3/22 1:9/13 1:13/4 1:17/3 1:17/3 1:27/6 1:28/3
**parties [7]** 1:7/20 1:9/16 1:10/1 1:10/9 1:10/22 1:19/19 1:70/11
**partners [1]** 1:5/3
**parts [1]** 1:9/1
**party [9]** 1:1/19 1:5/16 1:8/6 1:9/8 1:10/6 1:19/14 1:19/18 1:19/21 1:21/23
**passed [1]** 1:57/12
**password [4]** 1:52/1 1:52/4 1:52/11 1:52/11
**password-protected [1]** 1:52/11
**path [1]** 1:18/6
**patience [1]** 1:52/19
**pause [1]** 1:19/1
**Pence [3]** 1:1/25 1:70/20 1:70/21
**Pence-Aviles [3]** 1:1/25 1:70/20 1:70/21
**pendency [1]** 1:27/17
**pending [3]** 1:5/6 1:51/14 1:53/3
**people [7]** 1:8/5 1:8/9 1:9/19 1:10/1 1:12/20 1:14/3 1:41/6
**PERCZEK [7]** 1:1/22 1:3/10 1:5/3 1:8/10 1:25/17 1:51/15 1:52/22
**Perczek's [1]** 1:4/18
**perhaps [4]** 1:8/25 1:25/19 1:27/23 1:32/7
**permission [2]** 1:18/12 1:28/25
**permit [13]** 1:5/19 1:16/13 1:17/7 1:20/7 1:21/6 1:22/5 1:22/7 1:22/9 1:22/11 1:22/23 1:23/3 1:23/19 1:49/19
**permitting [2]** 1:21/7 1:54/24

**perpetuity [3]** 1:16/21 1:18/11 1:68/3
**persistence [1]** 1:68/3
**persistent [1]** 1:68/3
**personal [4]** 1:17/9 1:57/7 1:57/15 1:59/12
**personally [1]** 1:35/1
**persuaded [1]** 1:17/12
**petition [1]** 1:17/22
**phone [1]** 1:45/25 1:57/8
**photocopy [1]** 1:51/22
**physical [2]** 1:46/20 1:46/23
**physically [2]** 1:47/2 1:47/17
**pick [1]** 1:10/19
**pieces [3]** 1:37/21 1:38/22 1:40/1
**place [4]** 1:4/18 1:17/15 1:20/16 1:64/16
**plaintiff [2]** 1:1/15 1:2/14
**plaintiff's [1]** 1:4/12
**plaintiffs [2]** 1:1/6 1:21/8
**plaintiffs' [2]** 1:16/8 1:20/12
**plan [1]** 1:34/13
**please [3]** 1:2/13 1:28/7 1:52/2
**PLLC [1]** 1:1/16
**plus [1]** 1:34/8
**Poe [12]** 1:13/16 1:13/19 1:37/7 1:55/18 1:56/1 1:56/19 1:57/4 1:57/12 1:59/7 1:59/8 1:61/5 1:61/7
**point [10]** 1:15/5 1:15/8 1:17/10 1:21/10 1:40/20 1:43/21 1:54/22 1:56/1 1:56/9 1:63/25
**polite [1]** 1:9/12
**poor [1]** 1:66/22
**position [6]** 1:6/20 1:6/21 1:8/16 1:10/7 1:13/25 1:56/18
**possession [10]** 1:6/17 1:28/11 1:30/23 1:45/13 1:46/7 1:53/18 1:55/18 1:57/5 1:58/21 1:61/9
**possible [1]** 1:59/19
**posture [1]** 1:29/19
**pot [1]** 1:57/16
**potential [3]** 1:9/17 1:9/20 1:65/19
**potentially [1]** 1:48/3
**preclude [1]** 1:18/11
**prefer [1]** 1:25/3
**prejudiced [1]** 1:38/21
**prepared [1]** 1:3/25
**preparing [1]** 1:37/5
**present [2]** 1:1/20 1:51/24
**presiding [1]** 1:2/7
**pretty [1]** 1:32/11
**prevent [1]** 1:18/22
**prevents [1]** 1:13/25
**previous [2]** 1:62/16 1:63/3
**previously [4]** 1:4/2 1:6/13 1:54/13 1:70/8
**print [6]** 1:37/21 1:37/25 1:41/7 1:44/19 1:45/6 1:47/17
**prior [3]** 1:9/5 1:13/15 1:59/14
**prison [1]** 1:57/1
**privacy [2]** 1:7/20 1:10/1
**private [1]** 1:10/10
**privilege [56]** 1:27/7 1:27/8 1:28/11 1:29/3 1:29/17 1:30/4 1:30/7 1:30/15 1:30/20 1:30/21 1:30/24 1:31/8 1:31/10 1:31/13 1:31/17 1:31/18 1:31/23 1:31/23 1:31/24 1:32/2 1:32/3 1:32/12 1:32/17 1:32/25 1:33/1 1:33/5 1:33/7 1:33/10 1:33/15 1:33/17

1:34/4 1:34/17 1:34/19 1:34/20 1:36/18 1:36/19 1:36/25 1:37/15 1:38/6 1:38/11 1:40/21 1:41/15 1:42/3 1:43/11 1:43/11 1:44/1 1:44/5 1:45/12 1:47/25 1:48/5 1:48/6 1:56/5
**privileged [15]** 1:27/24 1:28/9 1:30/13 1:30/23 1:31/4 1:31/7 1:36/21 1:37/17 1:38/4 1:40/6 1:42/6 1:43/25 1:44/9 1:46/10 1:48/3
**pro [5]** 1:1/19 1:2/19 1:19/24 1:55/16 1:58/16
**probably [4]** 1:44/6 1:67/5 1:67/22 1:68/7
**problem [3]** 1:32/18 1:46/11 1:66/2
**procedure [1]** 1:20/21
**proceed [3]** 1:10/23 1:55/16 1:58/15
**proceeding [2]** 1:5/16 1:66/9
**proceedings [9]** 1:1/12 1:10/6 1:11/11 1:11/11 1:15/24 1:26/22 1:65/20 1:69/7 1:70/8
**process [2]** 1:29/15 1:30/25
**produce [7]** 1:3/8 1:5/12 1:5/17 1:5/20 1:6/16 1:36/8 1:36/21
**produced [6]** 1:54/10 1:54/15 1:54/17 1:55/23 1:56/17 1:61/11
**producing [1]** 1:55/1
**production [13]** 1:4/20 1:6/12 1:6/14 1:6/24 1:9/9 1:9/9 1:13/22 1:14/1 1:14/5 1:16/20 1:28/21 1:30/19 1:67/6
**professional [3]** 1:9/11 1:56/4 1:68/3
**progress [2]** 1:65/25 1:66/19
**prohibit [1]** 1:19/4
**prohibits [1]** 1:8/18
**promises [1]** 1:66/23
**proposal [2]** 1:10/21 1:28/25
**proposes [1]** 1:48/3
**proposing [1]** 1:19/15
**propounder [1]** 1:2/16
**prosecution [5]** 1:15/15 1:28/1 1:28/4 1:28/10 1:29/13
**prosecutor [10]** 1:13/15 1:27/19 1:28/1 1:28/3 1:28/3 1:28/6 1:29/13 1:29/16 1:37/19 1:37/20
**prosecutors [1]** 1:40/5
**protect [3]** 1:9/25 1:37/1 1:38/5
**protected [3]** 1:3/17 1:7/21 1:52/11
**protecting [1]** 1:33/7
**protection [1]** 1:33/10
**protective [55]** 1:3/16 1:3/22 1:4/5 1:4/17 1:7/15 1:7/18 1:7/22 1:7/25 1:8/18 1:8/23 1:9/1 1:9/25 1:10/18 1:11/1 1:11/7 1:11/16 1:11/23 1:12/5 1:12/6 1:12/20 1:12/21 1:12/23 1:12/25 1:13/23 1:14/4 1:14/5 1:14/10 1:16/14 1:16/16 1:16/16 1:16/18 1:16/19 1:16/22 1:18/10 1:18/21 1:18/24 1:19/4 1:20/1 1:20/14 1:20/14 1:21/5 1:21/12 1:22/4 1:22/8 1:23/2 1:23/10 1:23/11 1:23/19 1:23/22 1:38/16 1:46/19 1:49/19 1:50/3 1:51/1 1:56/2
**proverbial [1]** 1:26/18

**P**

**provide [2]** 1:25/19 1:38/1
**provided [5]** 1:6/1 1:6/5 1:15/6
1:38/2 1:70/6
**providing [1]** 1:8/4
**provision [4]** 1:12/22 1:13/8
1:15/7 1:56/2
**publicly [1]** 1:20/18
**pull [2]** 1:37/16 1:41/22
**pulled [1]** 1:12/10
**purposes [1]** 1:20/20
**pursuant [5]** 1:11/7 1:16/14
1:26/14 1:54/11 1:54/16
**push [1]** 1:66/21
**pushing [2]** 1:62/1 1:62/6
**put [17]** 1:10/8 1:14/20 1:14/21
1:19/3 1:24/9 1:26/5 1:45/22
1:48/11 1:49/16 1:51/8 1:51/22
1:54/23 1:60/1 1:66/25 1:67/14
1:67/17 1:68/23

**Q**

**question [2]** 1:10/25 1:18/20
**quick [1]** 1:61/6
**quite [1]** 1:11/8

**R**

**rabbit [1]** 1:31/6
**raise [1]** 1:34/25
**raised [5]** 1:34/4 1:34/5 1:34/8
1:34/18 1:36/5
**raising [3]** 1:4/19 1:14/21
1:36/14
**rather [3]** 1:14/21 1:27/25
1:29/13
**reach [4]** 1:59/4 1:60/19
1:60/20 1:60/24
**reached [1]** 1:32/3
**reaction [1]** 1:55/20
**read [4]** 1:9/5 1:16/25 1:18/16
1:31/21
**reading [1]** 1:13/9
**reads [1]** 1:15/8
**real [1]** 1:61/6
**realize [2]** 1:57/1 1:65/25
**really [6]** 1:17/6 1:21/10
1:40/2 1:45/12 1:49/25 1:62/17
**rear [1]** 1:26/19
**reason [7]** 1:5/10 1:6/9 1:7/4
1:7/17 1:7/21 1:49/7 1:64/18
**reasonable [1]** 1:38/18
**reasons [1]** 1:6/9
**recall [5]** 1:15/22 1:30/2
1:33/22 1:34/22 1:54/6
**recalling [1]** 1:13/7
**receipt [1]** 1:3/25
**receive [3]** 1:48/2 1:49/16
1:64/21
**received [8]** 1:2/24 1:6/4
1:6/19 1:8/14 1:27/18 1:28/6
1:44/17 1:52/4
**reciprocal [4]** 1:5/13 1:6/4
1:44/16 1:54/17
**recognized [1]** 1:31/24
**record [19]** 1:4/16 1:4/25
1:6/11 1:6/23 1:12/10 1:12/13
1:13/20 1:17/5 1:24/16 1:26/6
1:28/20 1:54/25 1:57/13 1:58/3
1:59/13 1:61/6 1:64/9 1:65/9
1:65/22
**recording [3]** 1:1/12 1:1/13
1:70/6

**records [1]** 1:9/19
**refer [3]** 1:11/18 1:37/1 1:37/1
**referenced [1]** 1:13/3
**referred [2]** 1:7/25 1:11/4
**referring [1]** 1:11/14
**refusal [1]** 1:56/6
**regard [3]** 1:33/15 1:33/16
1:62/10
**regarding [4]** 1:3/13 1:36/17
1:40/16 1:61/8
**regardless [1]** 1:30/19
**reissue [1]** 1:48/23
**related [1]** 1:70/11
**relating [3]** 1:9/16 1:15/24
1:58/20
**release [3]** 1:17/23 1:48/20
1:53/14
**released [1]** 1:39/10
**relevant [4]** 1:14/8 1:14/13
1:18/3 1:59/20
**relief [1]** 1:9/2
**relieved [1]** 1:26/12
**remain [1]** 1:46/7
**remainder [1]** 1:33/15
**remaining [2]** 1:3/2 1:56/19
**remains [2]** 1:17/15 1:53/3
**remember [7]** 1:13/19 1:29/9
1:30/4 1:37/9 1:39/18 1:58/19
1:59/5
**repeatedly [2]** 1:14/7 1:50/10
**Reporter [2]** 1:1/25 1:70/21
**represent [6]** 1:5/8 1:5/9
1:16/9 1:59/9 1:61/12 1:61/13
**representation [4]** 1:24/12
1:24/12 1:24/20 1:25/23
**representations [3]** 1:24/10
1:50/15 1:57/11
**represented [5]** 1:4/2 1:5/5
1:9/23 1:17/12 1:61/15
**representing [3]** 1:2/18 1:3/3
1:59/6
**reprint [1]** 1:48/4
**request [4]** 1:34/13 1:54/9
1:54/17 1:60/22
**requested [1]** 1:4/17
**requester [1]** 1:15/17
**requests [1]** 1:33/15
**require [4]** 1:2/22 1:36/20
1:56/4 1:63/21
**required [6]** 1:12/17 1:14/8
1:17/5 1:18/4 1:19/10 1:66/12
**requirement [1]** 1:2/25
**requires [2]** 1:4/5 1:8/24
**reserved [1]** 1:36/9
**resistance [1]** 1:18/6
**resolution [1]** 1:28/14
**resolve [1]** 1:32/10
**resolved [3]** 1:18/9 1:25/25
1:29/21
**respect [11]** 1:6/22 1:27/8
1:27/13 1:30/9 1:31/19 1:31/25
1:32/13 1:53/10 1:53/15 1:56/8
1:61/17
**respond [1]** 1:15/3
**responded [1]** 1:36/7
**response [5]** 1:10/5 1:15/5
1:34/12 1:36/18 1:37/2
**responses [3]** 1:33/24 1:34/15
1:37/5
**responsive [9]** 1:18/3 1:30/19
1:32/13 1:35/24 1:36/8 1:54/14
1:55/2 1:57/2 1:60/22
**rest [1]** 1:41/18

**restriction [1]** 1:26/12
**restrictively [1]** 1:18/25
**retain [4]** 1:58/10 1:58/10
1:58/13 1:58/14
**retaining [3]** 1:3/1 1:58/11
1:58/17
**retired [1]** 1:10/14
**returns [1]** 1:63/15
**review [32]** 1:20/19 1:23/1
1:23/20 1:25/24 1:27/8 1:28/8
1:28/12 1:29/2 1:29/3 1:29/17
1:29/20 1:30/24 1:31/16 1:31/17
1:32/12 1:33/15 1:37/15 1:38/3
1:38/17 1:44/6 1:45/11 1:45/15
1:46/9 1:47/8 1:47/10 1:47/25
1:48/8 1:50/3 1:55/17 1:56/9
1:63/23 1:65/13
**reviewed [5]** 1:12/9 1:12/11
1:37/14 1:37/19 1:63/6
**reviewing [2]** 1:16/10 1:26/16
**revoke [1]** 1:15/25
**right [55]** 1:3/20 1:4/24 1:7/2
1:11/11 1:12/1 1:12/15 1:17/9
1:18/18 1:19/22 1:20/9 1:20/11
1:21/6 1:22/7 1:22/22 1:24/23
1:26/25 1:29/14 1:30/10 1:30/14
1:31/14 1:32/24 1:33/2 1:36/12
1:36/25 1:37/8 1:38/13 1:39/15
1:39/15 1:41/17 1:42/21 1:46/1
1:46/3 1:47/13 1:47/15 1:47/21
1:51/2 1:52/1 1:52/4 1:52/14
1:53/8 1:55/13 1:56/21 1:58/4
1:58/8 1:60/8 1:61/3 1:61/16
1:61/20 1:61/23 1:64/7 1:65/17
1:66/8 1:68/2 1:68/15 1:69/6
**rise [2]** 1:2/4 1:68/22
**RMR [2]** 1:1/25 1:70/21
**road [2]** 1:46/8 1:49/11
**rules [4]** 1:33/13 1:36/16
1:36/20 1:56/4

**S**

**S-e-g-a-l [1]** 1:55/10
**safest [1]** 1:26/20
**said [16]** 1:11/22 1:12/17
1:17/3 1:18/21 1:27/11 1:36/7
1:36/10 1:36/24 1:39/3 1:39/8
1:41/23 1:43/10 1:54/24 1:67/2
1:67/16 1:68/25
**same [6]** 1:9/6 1:21/5 1:29/3
1:39/1 1:53/12 1:64/1
**saw [2]** 1:63/2 1:63/3
**say [22]** 1:5/21 1:10/11 1:14/3
1:14/14 1:16/23 1:17/9 1:18/5
1:18/7 1:20/22 1:24/17 1:38/25
1:40/9 1:41/22 1:42/4 1:42/12
1:43/13 1:44/9 1:50/23 1:52/8
1:53/2 1:60/19 1:62/5
**saying [17]** 1:14/16 1:20/14
1:20/15 1:24/16 1:24/18 1:28/7
1:29/16 1:30/21 1:34/22 1:36/13
1:36/13 1:36/23 1:40/20 1:43/25
1:51/3 1:62/10 1:64/13
**says [7]** 1:8/8 1:17/17 1:19/4
1:20/1 1:23/9 1:23/11 1:36/20
**school [1]** 1:39/24
**scope [1]** 1:31/9
**se [5]** 1:1/19 1:2/19 1:19/24
1:55/16 1:58/16
**seal [3]** 1:4/6 1:20/25 1:21/1
**sealed [2]** 1:10/22 1:51/23
**sealing [1]** 1:21/3

**S**

**search [2]** 1:61/8 1:61/22
**searched [1]** 1:55/21
**searches [1]** 1:57/8
**seated [1]** 1:2/9
**second [4]** 1:7/4 1:36/11
1:55/14 1:61/10
**see [19]** 1:3/7 1:9/6 1:11/5
1:14/12 1:16/6 1:16/12 1:20/4
1:28/16 1:29/18 1:32/20 1:40/6
1:41/19 1:41/24 1:46/20 1:46/21
1:46/22 1:55/19 1:63/6 1:63/7
**seeing [2]** 1:12/5 1:36/4
**seeking [2]** 1:9/8 1:40/22
**seems [2]** 1:13/10 1:33/16
**seen [2]** 1:12/8 1:38/10
**Segal [6]** 1:53/15 1:53/16
1:55/9 1:55/10 1:55/11 1:59/7
**segregate [3]** 1:48/4 1:48/4
1:56/13
**seized [2]** 1:29/11 1:31/1
**send [19]** 1:25/2 1:25/4 1:25/15
1:36/17 1:40/15 1:41/25 1:42/7
1:42/8 1:42/12 1:42/17 1:42/20
1:42/23 1:45/2 1:47/9 1:50/11
1:60/11 1:62/4 1:64/23 1:65/5
**sense [2]** 1:50/21 1:64/4
**sensitive [1]** 1:18/14
**sent [6]** 1:4/16 1:14/15 1:34/3
1:43/5 1:44/14 1:65/14
**sentence [2]** 1:64/15 1:64/21
**sentencing [1]** 1:15/21
**separate [1]** 1:30/24
**September [4]** 1:1/11 1:2/1
1:26/23 1:70/16
**serve [1]** 1:64/15
**served [5]** 1:13/16 1:34/13
1:36/7 1:37/3 1:37/3
**serving [1]** 1:64/20
**session [1]** 1:2/6
**set [4]** 1:38/18 1:53/4 1:67/15
1:67/21
**several [1]** 1:33/23
**shared [1]** 1:41/5
**shareholder [2]** 1:59/14 1:59/18
**shareholders [1]** 1:59/24
**she [17]** 1:3/11 1:30/20 1:31/10
1:31/24 1:32/1 1:32/12 1:32/19
1:32/21 1:32/21 1:33/14 1:33/16
1:36/3 1:36/13 1:39/21 1:40/13
1:47/9 1:47/10
**she's [11]** 1:36/13 1:36/23
1:41/7 1:43/2 1:43/4 1:43/6
1:47/9 1:47/17 1:60/6 1:66/23
1:66/23
**shortly [1]** 1:15/22
**should [12]** 1:15/16 1:33/14
1:40/11 1:56/12 1:56/16 1:56/23
1:56/23 1:57/2 1:57/17 1:64/13
1:64/15 1:64/20
**show [2]** 1:7/17 1:28/16
**showing [1]** 1:62/24
**sic [1]** 1:55/10
**side [2]** 1:10/23 1:42/11
**sided [1]** 1:47/22
**sight [2]** 1:13/10 1:13/11
**sign [6]** 1:3/25 1:12/17 1:12/22
1:17/16 1:19/6 1:23/7
**signature [1]** 1:3/25
**signed [2]** 1:3/23 1:21/12
**signing [2]** 1:15/10 1:15/17
**similar [1]** 1:53/15

**simple [1]** 1:66/14 1:66/15
**simply [2]** 1:6/20 1:7/10
**since [5]** 1:6/20 1:14/15
1:19/10 1:34/9 1:63/11
**single [1]** 1:47/9
**sister [1]** 1:46/25
**sitting [3]** 1:37/10 1:64/20
1:65/10
**situation [5]** 1:64/1 1:64/2
1:64/3 1:65/7 1:66/15
**six [1]** 1:18/2
**slow [1]** 1:56/8
**slow-moving [1]** 1:56/8
**small [2]** 1:27/19 1:28/17
**smaller [1]** 1:58/2
**Smith [16]** 1:5/7 1:5/7 1:9/1
1:9/7 1:15/20 1:18/12 1:19/8
1:19/16 1:21/15 1:25/4 1:25/6
1:26/7 1:26/15 1:38/16 1:49/20
1:51/1
**Smith's [3]** 1:8/1 1:17/15
1:26/8
**so [153]**
**some [16]** 1:3/12 1:5/25 1:6/4
1:9/2 1:9/22 1:15/23 1:19/3
1:27/22 1:27/22 1:40/6 1:40/14
1:44/16 1:63/4 1:64/10 1:64/18
1:66/19
**somebody [11]** 1:9/7 1:9/8
1:12/22 1:19/15 1:27/8 1:27/11
1:31/3 1:33/5 1:40/4 1:64/17
1:67/23
**something [5]** 1:36/20 1:40/10
1:40/12 1:49/5 1:64/2
**sometime [1]** 1:57/3
**soon [3]** 1:26/11 1:42/25
1:49/16
**sorry [5]** 1:7/11 1:11/21
1:11/21 1:11/22 1:23/16
**sort [3]** 1:48/12 1:58/17
1:60/20
**sound [2]** 1:1/12 1:70/6
**sounds [2]** 1:59/12 1:64/18
**source [2]** 1:45/5 1:45/8
**South [1]** 1:1/21
**Southeast [1]** 1:1/16
**SOUTHERN [3]** 1:1/3 1:2/5 1:70/7
**speak [1]** 1:6/18
**speaking [1]** 1:50/20
**specific [1]** 1:12/11
**specifically [2]** 1:8/2 1:34/23
**spent [1]** 1:63/12
**spoke [3]** 1:24/11 1:24/18
1:62/21
**spoken [1]** 1:6/20
**SREBNICK [21]** 1:1/21 1:3/8
1:4/10 1:5/4 1:5/4 1:5/5 1:6/13
1:6/14 1:8/3 1:8/10 1:20/9
1:21/7 1:21/9 1:21/11 1:35/4
1:49/19 1:49/23 1:53/13 1:54/18
1:54/25 1:65/14
**Srebnick's [1]** 1:14/15
**staff [1]** 1:8/5
**stamp [1]** 1:41/11
**stamped [2]** 1:28/22 1:28/23
**stand [1]** 1:62/12
**standing [2]** 1:54/11 1:54/16
**start [2]** 1:16/10 1:66/24
**started [1]** 1:29/15
**starting [1]** 1:53/2
**state [3]** 1:2/13 1:4/25 1:68/24
**stated [1]** 1:54/25 1:70/8
**statement [3]** 1:24/19 1:27/16

1:64/9
**STATES [3]** 1:1/2 1:2/5 1:19/6
**status [3]** 1:67/15 1:67/21
1:67/22
**statutory [1]** 1:33/14
**stay [2]** 1:39/4 1:66/20
**stayed [1]** 1:14/24
**step [2]** 1:3/7 1:19/8
**steps [1]** 1:63/14
**still [12]** 1:10/14 1:13/18
1:18/15 1:20/15 1:21/4 1:34/19
1:37/13 1:38/15 1:51/14 1:59/19
1:62/10 1:66/1
**still-pending [1]** 1:51/14
**stipulated [1]** 1:14/10
**Street [1]** 1:1/16
**stuff [3]** 1:18/16 1:35/8
1:59/11
**STUMPF [2]** 1:1/21 1:6/14
**subject [9]** 1:4/11 1:15/10
1:20/13 1:21/10 1:21/4 1:23/1
1:23/21 1:50/3 1:54/21
**submit [3]** 1:36/19 1:36/20
1:48/7
**submitted [2]** 1:14/11 1:36/9
**subpoena [14]** 1:2/16 1:3/2
1:13/16 1:26/24 1:32/23 1:33/24
1:35/16 1:36/6 1:36/6 1:36/9
1:37/3 1:54/3 1:54/8 1:66/14
**subpoenas [1]** 1:37/5
**subsequent [1]** 1:27/5
**substantive [1]** 1:62/18
**such [3]** 1:19/4 1:61/22 1:62/24
**sudden [1]** 1:63/17
**sue [1]** 1:43/18
**suggest [1]** 1:33/16
**suggested [1]** 1:8/25
**suggesting [2]** 1:24/11 1:39/21
**suggestion [1]** 1:55/25
**Suite [2]** 1:1/16 1:1/21
**support [1]** 1:34/9
**supporting [1]** 1:13/20
**supportive [1]** 1:14/7
**supposed [2]** 1:37/16 1:64/14
**sure [12]** 1:7/7 1:21/9 1:24/16
1:26/1 1:26/8 1:26/10 1:27/12
1:57/17 1:60/6 1:67/2 1:68/25
1:69/1
**SWISHER [30]** 1:1/8 1:2/11
1:2/16 1:5/12 1:6/15 1:6/16
1:8/14 1:8/19 1:8/25 1:9/8
1:9/10 1:9/11 1:22/19 1:22/23
1:22/25 1:23/4 1:23/20 1:25/22
1:26/24 1:27/12 1:28/15 1:38/16
1:38/19 1:48/7 1:50/2 1:53/21
1:56/2 1:58/20 1:59/16 1:66/4
**Swisher's [9]** 1:5/10 1:24/20
1:35/9 1:36/10 1:45/2 1:49/21
1:49/25 1:52/6 1:55/1
**system [1]** 1:64/14

**T**

**table [2]** 1:28/17 1:41/15
**take [6]** 1:2/21 1:7/8 1:7/9
1:28/25 1:47/15 1:68/24
**taken [4]** 1:57/4 1:63/20 1:70/8
1:70/12
**takes [1]** 1:10/7
**taking [1]** 1:13/25
**talk [1]** 1:39/16
**talked [1]** 1:28/2
**talking [3]** 1:20/4 1:20/5

talking... [1] 1:31/7
targets [1] 1:57/24
team [7] 1:28/1 1:28/4 1:28/4
1:28/10 1:29/13 1:30/24 1:45/24
technical [1] 1:16/17
technically [2] 1:5/15 1:17/15
telephonic [3] 1:39/13 1:45/19
1:67/22
telephonically [2] 1:45/23
1:49/2
tell [4] 1:39/7 1:41/4 1:59/4
1:61/18
telling [1] 1:31/3
tells [1] 1:47/1
terms [8] 1:4/4 1:16/16 1:16/18
1:17/18 1:23/22 1:50/3 1:61/8
1:61/22
text [2] 1:9/21 1:10/13
than [8] 1:8/5 1:14/21 1:27/25
1:28/12 1:29/13 1:61/10 1:67/22
1:67/23
thank [24] 1:2/9 1:3/4 1:5/2
1:7/11 1:15/2 1:23/15 1:25/16
1:26/4 1:28/18 1:39/20 1:52/15
1:52/20 1:52/21 1:53/1 1:68/1
1:68/2 1:68/6 1:68/14 1:68/16
1:68/18 1:68/19 1:68/21 1:69/2
1:69/5
that [413]
that's [49] 1:4/13 1:6/13
1:7/10 1:15/1 1:17/2 1:18/6
1:19/12 1:20/6 1:21/17 1:23/17
1:26/3 1:31/6 1:34/10 1:35/21
1:36/3 1:36/19 1:36/23 1:36/23
1:36/23 1:39/4 1:39/16 1:41/7
1:42/3 1:42/8 1:42/14 1:43/24
1:43/24 1:45/21 1:46/4 1:48/9
1:48/9 1:49/3 1:50/17 1:51/16
1:51/17 1:56/7 1:59/5 1:59/20
1:59/20 1:60/25 1:62/3 1:62/8
1:64/13 1:64/23 1:65/21 1:65/21
1:65/21 1:66/19 1:67/4
their [11] 1:3/12 1:6/17 1:8/11
1:15/13 1:20/20 1:42/16 1:53/18
1:60/13 1:60/14 1:61/9 1:66/6
them [46] 1:3/15 1:12/21
1:14/21 1:14/24 1:21/4 1:26/9
1:29/2 1:29/2 1:30/2 1:30/5
1:31/5 1:37/21 1:37/22 1:37/25
1:37/25 1:38/3 1:38/4 1:40/9
1:40/19 1:41/15 1:41/18 1:41/18
1:41/19 1:42/8 1:42/17 1:43/1
1:43/7 1:45/6 1:51/21 1:52/2
1:52/3 1:59/4 1:60/3 1:60/11
1:60/15 1:60/15 1:60/19 1:60/20
1:60/20 1:60/24 1:60/24 1:62/4
1:62/4 1:63/3 1:65/18 1:66/16
theme [1] 1:14/19
then [37] 1:2/24 1:4/24 1:5/1
1:8/8 1:10/23 1:11/12 1:15/23
1:25/14 1:26/11 1:26/21 1:27/5
1:27/18 1:28/22 1:29/16 1:29/20
1:29/20 1:30/3 1:31/5 1:34/9
1:34/13 1:36/11 1:41/25 1:42/19
1:42/22 1:44/2 1:46/8 1:46/15
1:46/20 1:48/4 1:48/4 1:48/7
1:49/1 1:58/9 1:61/11 1:62/10
1:64/6 1:65/18
there [53] 1:9/13 1:9/18 1:9/21
1:11/1 1:11/4 1:11/12 1:11/23
1:12/19 1:12/24 1:13/10 1:13/10

1:15/7 1:15/23 1:15/23 1:19/12
1:27/8 1:27/19 1:27/22 1:30/11
1:27/7 1:27/22 1:27/23 1:30/21
1:31/4 1:31/18 1:32/22 1:33/14
1:36/18 1:40/24 1:40/24 1:40/25
1:46/4 1:49/2 1:50/24 1:53/6
1:53/6 1:57/17 1:58/25 1:61/7
1:61/22 1:63/4 1:63/7 1:64/2
1:64/3 1:64/12 1:64/18 1:64/19
1:64/23 1:65/1 1:65/2 1:65/3
1:65/4 1:67/20
there's [31] 1:3/12 1:9/20
1:11/10 1:11/11 1:13/20 1:14/4
1:15/11 1:18/14 1:18/22 1:20/18
1:20/21 1:20/21 1:32/17 1:33/7
1:36/24 1:37/13 1:38/22 1:41/5
1:41/14 1:44/7 1:54/20 1:56/2
1:61/5 1:62/11 1:63/2 1:63/4
1:63/20 1:64/24 1:65/2 1:65/3
1:65/4
thereafter [2] 1:7/23 1:15/22
therefore [2] 1:6/15 1:27/25
these [26] 1:4/3 1:9/1 1:10/1
1:10/9 1:11/6 1:14/6 1:16/8
1:18/2 1:18/11 1:28/7 1:28/21
1:28/25 1:29/7 1:29/23 1:30/4
1:30/6 1:30/9 1:31/16 1:31/19
1:32/4 1:37/18 1:41/21 1:44/1
1:49/12 1:63/8 1:66/25
they [71]
they're [17] 1:18/3 1:18/3
1:20/13 1:20/16 1:21/4 1:21/12
1:23/6 1:23/11 1:23/13 1:30/6
1:34/16 1:38/21 1:38/23 1:58/24
1:58/25 1:59/1 1:59/5
they've [4] 1:18/4 1:18/16
1:18/16 1:21/11
thin [1] 1:26/18
thing [18] 1:4/15 1:17/20
1:17/21 1:21/22 1:26/20 1:35/3
1:39/16 1:43/3 1:47/9 1:50/18
1:51/18 1:55/14 1:59/18 1:60/5
1:62/13 1:62/14 1:65/21 1:67/8
things [9] 1:37/16 1:38/2
1:40/24 1:46/22 1:59/12 1:60/23
1:63/8 1:64/19 1:65/16
think [30] 1:3/21 1:6/23
1:10/13 1:10/14 1:18/1 1:18/12
1:18/16 1:26/12 1:26/19 1:29/20
1:32/3 1:32/18 1:32/21 1:36/1
1:36/3 1:37/24 1:38/14 1:44/12
1:48/9 1:50/17 1:51/15 1:51/16
1:51/17 1:58/18 1:58/24 1:59/3
1:59/10 1:62/3 1:62/8 1:66/19
thinking [1] 1:21/22
third [6] 1:1/19 1:7/20 1:8/6
1:9/16 1:10/1 1:10/9
third-party [2] 1:1/19 1:8/6
this [121]
those [34] 1:5/7 1:5/20 1:8/8
1:17/16 1:21/7 1:27/23 1:28/24
1:29/11 1:31/1 1:31/8 1:35/14
1:35/15 1:37/5 1:37/5 1:39/22
1:40/14 1:41/14 1:41/22 1:42/6
1:43/4 1:45/15 1:46/7 1:48/12
1:53/14 1:54/17 1:55/1 1:55/20
1:56/12 1:56/23 1:57/10 1:57/16
1:60/23 1:61/2 1:64/5
though [5] 1:30/6 1:39/21
1:45/6 1:47/25 1:59/19
thought [2] 1:12/6 1:27/23
three [3] 1:11/11 1:11/11
1:37/10

through [32] 1:3/18 1:3/18
1:28/23 1:29/4 1:30/19 1:32/2
1:32/13 1:33/16 1:34/1 1:34/5
1:34/7 1:34/8 1:34/15 1:34/15
1:36/5 1:36/8 1:36/11 1:37/22
1:39/22 1:50/20 1:53/19 1:54/9
1:54/14 1:54/21 1:55/2 1:57/12
1:60/2 1:60/22
throughout [1] 1:50/10
thumb [9] 1:5/25 1:6/3 1:6/3
1:38/20 1:44/8 1:44/11 1:44/15
1:44/15 1:52/14
time [31] 1:3/6 1:3/21 1:4/8
1:7/24 1:13/16 1:13/21 1:14/22
1:17/1 1:21/16 1:28/13 1:29/11
1:32/16 1:36/11 1:36/11 1:37/10
1:38/19 1:39/2 1:43/1 1:45/18
1:48/11 1:52/15 1:57/4 1:58/18
1:62/16 1:63/12 1:63/22 1:64/9
1:65/25 1:68/8 1:68/19 1:70/8
times [3] 1:13/24 1:18/2 1:21/6
to-do [1] 1:48/12
today [8] 1:25/13 1:25/22
1:26/10 1:27/5 1:28/2 1:44/13
1:51/25 1:53/4
today's [3] 1:3/1 1:8/13 1:38/2
together [1] 1:52/2
told [2] 1:58/14 1:65/23
tomorrow [1] 1:48/14
too [5] 1:43/7 1:49/23 1:64/19
1:65/24 1:67/3
took [1] 1:57/4
top [1] 1:51/23
toss [1] 1:41/18
totally [1] 1:60/4
touch [1] 1:24/8
towards [1] 1:28/13
Transcribed [1] 1:1/25
TRANSCRIBER [1] 1:70/3
transcript [8] 1:1/12 1:9/5
1:12/10 1:26/22 1:31/21 1:32/7
1:38/7 1:70/5
transferred [3] 1:48/14 1:62/19
1:67/19
transpired [3] 1:25/13 1:31/20
1:38/9
treating [1] 1:4/3
TRENDSETTAH [7] 1:1/5 1:2/11
1:22/12 1:22/17 1:22/18 1:58/20
1:59/15
trial [1] 1:37/14
trouble [2] 1:21/10 1:21/11
true [5] 1:19/12 1:39/4 1:42/24
1:67/4 1:70/4
try [5] 1:48/11 1:49/15 1:52/23
1:66/22 1:67/17
trying [3] 1:54/5 1:57/18
1:63/14
turn [11] 1:3/14 1:4/10 1:10/21
1:14/4 1:21/7 1:29/18 1:48/6
1:53/17 1:56/8 1:56/16 1:56/23
turned [17] 1:10/9 1:14/8
1:18/4 1:28/10 1:30/24 1:34/14
1:34/16 1:35/5 1:35/8 1:37/14
1:37/19 1:37/20 1:56/1 1:56/12
1:56/24 1:57/3 1:57/14
turning [4] 1:6/22 1:8/19
1:18/11 1:52/3
two [23] 1:3/13 1:5/5 1:5/25
1:6/9 1:7/14 1:11/13 1:18/4
1:21/16 1:21/19 1:25/18 1:28/21
1:28/23 1:29/1 1:30/4 1:34/8

**T**

two... **[8]**   1:38/20 1:40/16
1:44/12 1:47/12 1:53/6 1:56/11
1:64/5 1:65/9

two-plus **[1]**   1:34/8

typically **[2]**   1:20/24 1:21/1

**U**

U.S **[2]**   1:70/7 1:70/21

uh **[23]**   1:8/21 1:12/12 1:17/25
1:21/13 1:22/20 1:23/8 1:25/20
1:32/6 1:33/25 1:34/2 1:36/15
1:38/8 1:41/12 1:43/12 1:43/14
1:45/1 1:47/7 1:49/13 1:51/9
1:51/12 1:55/5 1:66/10 1:67/24

Uh-huh **[22]**   1:8/21 1:12/12
1:17/25 1:21/13 1:22/20 1:23/8
1:25/20 1:32/6 1:33/25 1:34/2
1:36/15 1:38/8 1:41/12 1:43/12
1:43/14 1:45/1 1:47/7 1:49/13
1:51/9 1:51/12 1:66/10 1:67/24

ultimately **[2]**   1:61/11 1:61/15

unaware **[1]**   1:10/7

unclear **[1]**   1:6/19

uncommon **[1]**   1:14/3

under **[6]**   1:3/2 1:4/4 1:4/6
1:19/10 1:20/25 1:21/1

underlying **[3]**   1:11/15 1:30/22
1:32/22

understand **[12]**   1:3/11 1:15/8
1:18/6 1:18/18 1:19/2 1:30/21
1:39/24 1:40/25 1:53/20 1:63/2
1:63/4 1:65/23

understanding **[5]**   1:48/12
1:57/3 1:57/10 1:57/11 1:65/10

understood **[3]**   1:63/1 1:63/9
1:63/13

unfortunately **[1]**   1:61/24

unit **[1]**   1:45/24

UNITED **[3]**   1:1/2 1:2/5 1:19/6

unless **[8]**   1:16/23 1:17/1
1:17/5 1:18/12 1:31/3 1:46/25
1:49/5 1:64/17

unopposed **[10]**   1:16/12 1:16/15
1:18/8 1:19/23 1:21/24 1:22/2
1:23/18 1:24/17 1:24/19 1:50/23

untenable **[1]**   1:8/16

until **[3]**   1:16/10 1:20/3
1:25/24

unusual **[3]**   1:31/4 1:31/24
1:32/18

up **[16]**   1:7/6 1:7/13 1:7/17
1:7/23 1:12/10 1:14/20 1:14/21
1:26/17 1:28/17 1:32/19 1:48/13
1:48/13 1:51/18 1:60/6 1:60/21
1:62/4

update **[1]**   1:3/5

upon **[1]**   1:3/25

us **[6]**   1:3/15 1:6/1 1:8/4
1:29/15 1:29/19 1:68/20

USA **[2]**   1:1/5 1:2/11

use **[4]**   1:3/18 1:20/17 1:20/17
1:20/22

used **[2]**   1:8/23 1:10/3

usually **[3]**   1:16/23 1:34/10
1:40/7

**V**

various **[1]**   1:23/6

vendors **[1]**   1:8/7

verify **[1]**   1:45/24

versus **[1]**   1:2/11

---

very **[16]**   1:9/11 1:9/11 1:29/5
1:29/20 1:49/6 1:51/22 1:52/1
1:52/2 1:52/15 1:53/3 1:56/8
1:59/9 1:63/1 1:68/2 1:68/3
1:69/5

via **[1]**   1:39/12

violate **[4]**   1:23/13 1:33/11
1:33/12 1:65/12

violated **[3]**   1:32/23 1:58/17
1:62/25

violates **[1]**   1:65/18

violating **[2]**   1:9/3 1:23/13

violation **[2]**   1:16/18 1:62/13

violations **[1]**   1:65/19

volume **[3]**   1:57/9 1:61/1
1:61/18

**W**

wait **[5]**   1:25/14 1:40/9 1:41/23
1:51/3 1:64/22

waive **[8]**   1:30/16 1:31/10
1:35/1 1:36/25 1:37/1 1:37/2
1:43/10 1:58/4

waived **[9]**   1:31/5 1:31/11
1:31/13 1:32/24 1:33/1 1:33/4
1:33/6 1:33/8 1:36/10

waiver **[10]**   1:31/23 1:32/2
1:33/9 1:34/9 1:34/10 1:34/20
1:36/4 1:36/23 1:38/10 1:46/14

waiving **[4]**   1:17/10 1:34/23
1:43/24 1:43/25

want **[25]**   1:3/13 1:4/25 1:8/16
1:10/17 1:10/18 1:10/19 1:16/5
1:20/22 1:21/9 1:23/18 1:24/23
1:26/1 1:26/13 1:39/2 1:39/4
1:39/16 1:40/21 1:41/19 1:45/17
1:58/3 1:59/4 1:60/18 1:62/8
1:67/3 1:68/10

wanted **[3]**   1:3/5 1:14/25
1:43/16

wants **[5]**   1:45/12 1:60/21
1:60/25 1:64/18 1:65/5

was **[122]**

wasn't **[4]**   1:5/17 1:36/4
1:58/13 1:66/14

way **[16]**   1:14/23 1:15/8 1:16/25
1:17/19 1:26/18 1:34/12 1:38/19
1:39/23 1:41/17 1:48/10 1:48/20
1:53/12 1:57/21 1:59/3 1:64/14
1:66/1

ways **[3]**   1:33/2 1:33/7 1:36/24

we **[69]**   1:3/5 1:3/6 1:3/21
1:3/25 1:4/2 1:4/8 1:4/16
1:4/21 1:5/8 1:5/8 1:6/5 1:9/14
1:11/6 1:11/6 1:12/3 1:12/17
1:12/17 1:12/18 1:13/16 1:14/16
1:16/5 1:16/6 1:17/18 1:18/12
1:19/25 1:20/23 1:21/25 1:24/17
1:27/18 1:28/6 1:28/11 1:28/13
1:29/18 1:29/20 1:30/2 1:34/14
1:39/12 1:39/13 1:40/12 1:40/19
1:42/22 1:42/22 1:44/2 1:46/8
1:46/8 1:46/10 1:48/23 1:52/7
1:52/7 1:52/23 1:53/14 1:54/18
1:55/8 1:56/3 1:56/11 1:56/13
1:57/8 1:57/16 1:60/1 1:61/4
1:62/8 1:62/12 1:62/16 1:62/23
1:63/16 1:63/16 1:63/21 1:65/9
1:67/10

we'll **[8]**   1:26/8 1:26/8 1:26/8
1:36/7 1:46/6 1:61/24 1:66/20
1:66/22

we're **[28]**   1:14/17 1:18/2

---

1:20/4 1:20/4 1:20/5 1:20/6
1:24/15 1:26/10 1:26/16 1:26/17
1:31/7 1:38/6 1:38/15 1:45/14
1:49/15 1:56/3 1:56/20 1:59/10
1:62/6 1:65/19 1:66/24 1:67/20
1:68/17 1:69/3

we've **[6]**   1:4/2 1:10/2 1:28/1
1:29/17 1:46/4 1:46/4

week **[2]**   1:48/15 1:51/5

weeks **[2]**   1:21/16 1:21/19

well **[20]**   1:4/20 1:11/8 1:13/21
1:15/4 1:18/18 1:19/18 1:20/5
1:24/5 1:26/6 1:35/3 1:37/22
1:39/1 1:41/4 1:52/15 1:57/17
1:59/9 1:60/10 1:61/23 1:63/1
1:63/24

went **[2]**   1:28/2 1:45/3

were **[36]**   1:3/1 1:3/6 1:3/21
1:4/8 1:5/6 1:5/6 1:9/21
1:11/13 1:13/22 1:17/8 1:21/20
1:21/20 1:28/13 1:30/6 1:30/25
1:31/1 1:33/4 1:34/3 1:36/21
1:37/18 1:37/20 1:38/25 1:40/12
1:40/22 1:44/9 1:50/15 1:54/2
1:54/2 1:54/15 1:54/18 1:60/11
1:61/9 1:62/16 1:63/8 1:64/9
1:66/9

weren't **[2]**   1:5/16 1:54/25

what **[74]**

what's **[7]**   1:18/25 1:40/19
1:46/24 1:51/25 1:53/22 1:62/3
1:65/11

whatever **[10]**   1:25/3 1:29/11
1:31/20 1:45/4 1:46/2 1:47/24
1:48/6 1:49/6 1:62/7 1:62/7

when **[26]**   1:7/25 1:12/3 1:15/18
1:24/17 1:25/1 1:26/7 1:32/19
1:32/19 1:34/12 1:34/12 1:36/6
1:36/6 1:36/17 1:36/17 1:37/2
1:37/8 1:41/18 1:43/24 1:43/24
1:45/3 1:52/2 1:61/4 1:62/12
1:63/1 1:64/21 1:67/19

where **[7]**   1:3/5 1:19/5 1:41/25
1:41/25 1:42/7 1:45/19 1:59/17

whereas **[1]**   1:63/21

whether **[5]**   1:10/9 1:10/14
1:10/15 1:17/21 1:38/3

which **[22]**   1:6/13 1:8/22 1:11/7
1:12/17 1:13/19 1:15/11 1:17/15
1:25/6 1:27/4 1:31/4 1:31/8
1:34/9 1:36/17 1:41/14 1:42/18
1:45/11 1:54/14 1:57/1 1:58/16
1:64/4 1:68/9 1:70/12

whichever **[2]**   1:30/12 1:30/12

while **[1]**   1:13/17

who **[15]**   1:4/17 1:7/24 1:8/19
1:9/8 1:16/2 1:16/9 1:28/1
1:28/3 1:34/21 1:37/4 1:42/10
1:44/4 1:51/24 1:62/16 1:63/19

who's **[5]**   1:16/2 1:21/23 1:33/5
1:37/5 1:53/16

whole **[5]**   1:31/6 1:43/3 1:59/18
1:60/5 1:62/23

whom **[1]**   1:35/11

whose **[1]**   1:10/9

why **[5]**   1:16/6 1:16/12 1:20/6
1:41/7 1:64/13

wife **[3]**   1:60/2 1:60/4 1:67/2

will **[37]**   1:6/11 1:13/10 1:16/9
1:18/9 1:21/6 1:23/1 1:17/4 1:17/18
1:25/5 1:25/7 1:25/9 1:25/24
1:29/4 1:32/7 1:37/25 1:38/5

**W**

will... **[22]**   1:38/14 1:38/19
 1:41/10 1:41/10 1:44/22 1:46/13
 1:47/24 1:48/2 1:48/6 1:48/11
 1:49/3 1:50/16 1:52/23 1:56/13
 1:62/5 1:64/21 1:65/7 1:65/8
 1:66/20 1:67/14 1:67/21 1:68/25
**willing [1]**   1:19/6
**withdrew [1]**   1:62/16
**withheld [1]**   1:28/21
**withhold [1]**   1:40/21
**within [4]**   1:6/17 1:31/9 1:33/5
 1:35/23
**without [6]**   1:9/3 1:9/3 1:14/11
 1:21/3 1:38/6 1:38/7
**witness [1]**   1:9/21
**witnesses [6]**   1:7/21 1:8/7
 1:9/17 1:9/17 1:10/1 1:10/9
**WOJTOWICZ [3]**   1:1/16 1:1/17
 1:2/15
**woman [1]**   1:39/18
**won't [3]**   1:44/21 1:44/23
 1:44/24
**word [1]**   1:39/19
**work [3]**   1:57/7 1:57/15 1:64/14
**worked [1]**   1:48/21
**working [1]**   1:28/13
**works [1]**   1:39/24
**worry [1]**   1:67/8
**would [40]**   1:4/3 1:4/9 1:7/21
 1:11/5 1:11/6 1:12/17 1:12/18
 1:16/13 1:16/15 1:16/17 1:16/19
 1:16/24 1:17/9 1:17/16 1:18/7
 1:20/21 1:20/23 1:21/10 1:21/11
 1:22/23 1:22/23 1:26/5 1:27/7
 1:31/4 1:31/5 1:31/23 1:34/9
 1:34/13 1:35/1 1:36/2 1:45/4
 1:50/13 1:53/11 1:54/10 1:54/21
 1:60/11 1:60/12 1:60/15 1:60/23
 1:61/22
**wouldn't [4]**   1:21/2 1:21/4
 1:32/1 1:34/24
**writ [9]**   1:45/23 1:48/21
 1:48/23 1:48/25 1:63/22 1:64/18
 1:67/23 1:68/24 1:69/1
**write [2]**   1:24/25 1:50/24
**writing [1]**   1:24/14
**writted [1]**   1:64/16
**written [8]**   1:16/22 1:17/1
 1:17/19 1:18/23 1:18/25 1:24/9
 1:26/5 1:45/22

**Y**

**yeah [34]**   1:4/23 1:7/10 1:15/2
 1:23/12 1:26/3 1:35/18 1:35/21
 1:36/1 1:37/9 1:37/24 1:40/17
 1:42/5 1:42/13 1:43/6 1:43/17
 1:43/20 1:43/22 1:44/23 1:47/4
 1:47/5 1:47/6 1:47/16 1:47/20
 1:47/20 1:47/23 1:51/5 1:51/7
 1:60/7 1:61/7 1:65/6 1:66/5
 1:66/8 1:67/12 1:68/9
**year [1]**   1:6/21
**years [3]**   1:18/4 1:34/8 1:56/11
**yes [27]**   1:2/22 1:5/2 1:7/3
 1:11/3 1:11/4 1:13/2 1:18/18
 1:24/13 1:24/22 1:30/8 1:33/19
 1:33/21 1:36/9 1:43/15 1:45/7
 1:45/9 1:45/16 1:47/18 1:50/5
 1:50/8 1:50/19 1:53/5 1:55/9
 1:55/24 1:66/13 1:66/17 1:67/21
**yet [1]**   1:38/22

**you [268]**   1:33/10 1:47/5
 1:33/10 1:47/5
**you'll [4]**   1:33/22 1:45/5
 1:45/6 1:46/21
**you're [48]**   1:3/3 1:19/18
 1:19/21 1:19/22 1:19/24 1:19/24
 1:21/6 1:21/7 1:21/23 1:22/12
 1:22/16 1:22/19 1:24/19 1:26/11
 1:30/21 1:31/3 1:33/6 1:34/11
 1:34/22 1:35/8 1:35/9 1:39/14
 1:39/24 1:40/2 1:40/3 1:40/21
 1:40/24 1:41/18 1:42/3 1:42/11
 1:42/12 1:42/24 1:42/25 1:43/10
 1:43/24 1:43/24 1:45/12 1:47/19
 1:48/13 1:49/18 1:50/13 1:55/4
 1:60/20 1:65/25 1:66/8 1:67/3
 1:67/5 1:68/7
**you've [14]**   1:3/3 1:17/12
 1:19/5 1:20/1 1:20/7 1:21/5
 1:26/6 1:39/3 1:39/23 1:46/16
 1:51/21 1:61/25 1:68/2 1:68/20
**your [87]**
**Your Honor [26]**   1:2/19 1:3/14
 1:3/16 1:5/11 1:10/7 1:11/5
 1:14/2 1:14/24 1:18/13 1:22/11
 1:26/21 1:32/24 1:43/2 1:44/6
 1:45/4 1:45/17 1:46/14 1:48/16
 1:53/11 1:53/20 1:55/14 1:58/3
 1:63/11 1:66/2 1:67/14 1:68/23
**Your Honor's [5]**   1:4/16 1:8/17
 1:9/2 1:22/6 1:53/12
**yours [2]**   1:59/5 1:59/20
**yourself [2]**   1:3/3 1:60/2

**Z**

**Zoom [3]**   1:39/12 1:44/3 1:45/18