**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Entitled Action Pending in U.S.D.C. Central District of California**
**Case No.: 8:14-CV-01664-JVS**

TRENDSETTAH USA, INC., and
TREND SETTAH, INC.

               Plaintiffs,

     v.

SWISHER INTERNATIONAL, INC.,

               Defendant.

Misc. Case No. 1:20-mc-21049-MGC

## SWISHER INTERNATIONAL, INC.'S NOTICE TO THE COURT

The Court's Order following Status Conference (ECF No. 66) required Akrum Alrahib to "review the documents provided to him by the BSKS firm and notify counsel for Swisher of any privileged documents," on or before October 20, 2022.[1]  Mr. Alrahib has not identified any privileged documents within the time frame specified by the Court.  Thus, Swisher requests an Order of the Court directing the BSKS firm to provide the subject documents directly to counsel for Swisher for review.

---

[1]   As discussed at the Status Conference held on September 19, 2022, Swisher maintains that Mr. Alrahib has waived any privilege he might have had in the documents responsive to Requests 1-7 of the Swisher Subpoena through failure to raise any privilege for more than two-and-a half years after the subpoena was served on Mr. Alrahib on January 30, 2020.



Respectfully submitted,

By:  **Alaina Fotiu-Wojtowicz**
Alaina Fotiu-Wojtowicz, Esq.
Florida Bar No. 0084179
Brodsky Fotiu-Wojtowicz, PLLC
*Counsel for Swisher International, Inc.*
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: 305-503-5054
Fax: 786-749-7644
alaina@bfwlegal.com
docketing@bfwlegal.com

2

BFW

BRODSKY FOTIU-WOJTOWICZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on this 24th day of October, 2022, on all counsel or parties of record.

By: **Alaina Fotiu-Wojtowicz**
Alaina Fotiu-Wojtowicz, Esq.

I further certify that the foregoing document has been furnished by U.S. Mail, this 24th day of October, 2022, to the following:

Akrum Alrahib, BOP #74529-298
FDC Miami
Federal Detention Center
PO Box 019120
Miami, FL 33101

Akrum Alrahib, BOP #74529-298
FCI Miami
Federal Correctional Institution
PO Box 779800
Miami, FL 33177

By: **Alaina Fotiu-Wojtowicz**
Alaina Fotiu-Wojtowicz, Esq.

