## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 20-mc-21049-COOKE/DAMIAN

*Entitled Action Pending in U.S.D.C. Central District of California*
*Case No.: 8:14-CV-01664-JVS*

TRENDSETTAH USA, INC., and
TREND SETTAH, INC.,

    Plaintiffs,

vs.

SWISHER INTERNATIONAL, INC.,

    Defendant,
and

AKRUM ALRAHIB,

    Third Party Defendant/
    Subpoena Respondent.
_____/

### ORDER

THIS CAUSE is before the Court upon a *sua sponte* review of the record.[1]

THE COURT has reviewed the relevant portions of the record and is otherwise fully advised in the premises. The Court finds that Subpoena Respondent, Akrum Alrahib ("Mr. Alrahib") (BOP #74529-298), who is currently incarcerated after being sentenced in a separate criminal matter in this District (19-cr-20165-RS, *United States v. Alrahib*, ECF No. 288), was previously placed on a writ by this Court to address compliance with Swisher International, Inc.'s subpoena and relevant Court orders in this action. [ECF Nos. 56 and 61].

---

[1] This matter was referred to the undersigned by the Honorable Robin L. Rosenberg, United States District Judge, on behalf of the Honorable Marcia G. Cooke, United States District Judge, for appropriate resolution. [ECF No. 44]. *See* 28 U.S.C. §§ 636(b)(1)(A) and (B).

Mr. Alrahib has completed the matters for which he was placed on the writ, and his presence before this Court is no longer required. The Court is aware that Mr. Alrahib has requested that he be transferred from the Federal Detention Center in Miami, Florida ("FDC Miami") to the Federal Correctional Institution in Miami, Florida ("FCI Miami") to continue serving his sentence.

Accordingly, for the reasons stated above, it is hereby

ORDERED and ADJUDGED as follows:

1. The prior Writs of Habeas Corpus Ad Testificandum are **VACATED**; and

2. The U.S. Marshals Service may transfer Mr. Alrahib to FCI Miami to continue serving his sentence at that correctional institution.

**DONE and ORDERED** in Chambers at Miami, Florida, this 3rd day of November 2022.

MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

Copies to:

Hon. Marcia G. Cooke, *U.S. District Judge*
Counsel of Record
U.S. Marshals Service
Mr. Akrum Alrahib (BOP #74529-298)