UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-mc-21049-COOKE/DAMIAN

*Entitled Action Pending in U.S.D.C. Central District of California*
*Case No.: 8:14-CV-01664-JVS*

TRENDSETTAH USA, INC., and
TREND SETTAH, INC.,

    Plaintiffs,

vs.

SWISHER INTERNATIONAL, INC.,

    Defendant,
and

AKRUM ALRAHIB,

    Third Party Defendant/
    Subpoena Respondent.
_____/

## OMNIBUS ORDER

THIS CAUSE is before the Court on Defendant, Swisher International, Inc.'s ("Swisher"), Notice to the Court (the "Notice"), filed October 24, 2022 [ECF No. 72], and Motion for Order Permitting Document Review (the "Motion"), filed November 2, 2022. [ECF No. 73].[1]

THE COURT has reviewed the Notice, the Motion and supporting documents, and the relevant portions of the record and is otherwise fully advised in the premises.

---

[1] This matter was referred to the undersigned by the Honorable Robin L. Rosenberg, United States District Judge, on behalf of the Honorable Marcia G. Cooke, United States District Judge, for appropriate resolution. [ECF No. 44]. *See* 28 U.S.C. §§ 636(b)(1)(A) and (B).

A.   *Prior Proceedings*

Following a Status Conference on September 19, 2022, this Court ordered Subpoena Respondent, Akrum Alrahib ("Mr. Alrahib"), to file an unopposed motion to modify the Protective Order in the criminal case styled *United States v. Alrahib*, No. 19-cr-20165-RS (the "SDFL Criminal Matter"), on or before October 4, 2022, requesting that the Court modify the Protective Order to permit Mr. Alrahib's former counsel from the law firm Black, Srebnick, Kornspan & Stumpf, P.A., ("BSKS") to disclose documents responsive to Swisher's Subpoena Request Nos. 1 through 7 and to allow Swisher's counsel to review the documents. [ECF No. 66].

This Court also ordered Mr. Alrahib to review potentially privileged documents provided by the BSKS firm and notify counsel for Swisher by October 20, 2022, of any documents regarding which he intends to invoke a privilege objection.[2] *Id.* at 5. BSKS agreed to print and mail the documents to Mr. Alrahib at the Federal Correctional Institution in Miami, Florida ("FCI Miami"), for his review. *Id.* at 3.

B.   *Mr. Alrahib's Compliance With This Court's Order*

The record shows that Mr. Alrahib sent a letter, dated October 3, 2022, by U.S. mail, and informed the Court in the SDFL Criminal Matter that he neither opposes the disclosure of responsive documents to Swisher and its counsel nor the review of such documents by Swisher's counsel. [ECF No. 70].

On October 24, 2022, Swisher filed a Notice informing the Court that Mr. Alrahib has not identified any privileged documents within the time frame specific by the Court and

---

[2] The potentially privileged documents in BSKS's possession included two discs and an email responsive to Subpoena Request Nos. 1–7.

requesting an Order directing the BSKS firm to provide the subject documents directly to Swisher's counsel for review. [ECF No. 72]. However, the Court notes that as of the date of the instant Order, Mr. Alrahib remains in the custody of the Federal Detention Center in Miami, Florida ("FDC Miami"), and not FCI Miami. Therefore, Mr. Alrahib, through no fault of his own, was unable to review the documents provided by the BSKS firm or to notify Swisher's counsel of any privileged documents because those documents were sent to FCI Miami.[3]

Therefore, the Court finds that, given the circumstances, Mr. Alrahib has complied with this Court's Order to the best of his abilities. When Mr. Alrahib is transferred back to FCI Miami, he will be given a reasonable amount of time to conduct the previously ordered privilege review.

    **C.**    *Swisher's Motion For Order Permitting Document Review*

In the Motion, Swisher seeks an Order permitting Swisher's counsel to access and review the non-privileged documents provided by BSKS on Mr. Alrahib's behalf in response to Swisher's subpoena. [ECF No. 73]. Swisher informs the Court that the District Judge in the SDFL Criminal Matter entered an Amended Protective Order permitting the production of documents covered by the Protective Order pursuant to a valid subpoena or Court Order, on the condition that any recipient of this sensitive information shall sign the certification attached thereto. [ECF No. 73-1]. Swisher submitted a copy of the Certification signed by Swisher's representative in compliance with the Amended Protective Order. [ECF No. 73-2].

---

[3] The Court is aware of Mr. Alrahib's repeated requests to be transferred to FCI Miami to continue serving his sentence at that correctional institution. Therefore, the Court issued a separate Order vacating the prior Writs and informing the U.S. Marshals Service that Mr. Alrahib may be transferred back to FCI Miami. [ECF No. 74].

Therefore, in light of Swisher's compliance with the Amended Protective Order, Swisher's request for permission to access and review the non-privileged documents provided by the BSKS firm in response to Swisher's subpoena is granted.

Accordingly, for the reasons stated above, it is hereby

ORDERED and ADJUDGED as follows:

1. Swisher's Motion for Order Permitting Document Review [ECF No. 73] is **GRANTED**. Swisher's counsel is permitted to access and review the non-privileged documents previously produced by the BSKS firm, on behalf of Mr. Alrahib, in response to Swisher's Subpoena; and

2. The relief requested in Swisher's Notice to the Court [ECF No. 72] is **DENIED WITHOUT PREJUDICE**. The issue may be revisited after Mr. Alrahib is transferred back to FCI Miami.

**DONE and ORDERED** in Chambers at Miami, Florida, this 3rd day of November 2022.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

Copies to:

Hon. Marcia G. Cooke, *U.S. District Judge*
Counsel of Record
U.S. Marshals Service
Mr. Akrum Alrahib (BOP #74529-298)