**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Entitled Action Pending in U.S.D.C. Central District of California**
**Case No.: 8:14-CV-01664-JVS**

TRENDSETTAH USA, INC., and
TREND SETTAH, INC.

                Plaintiffs,

  v.

SWISHER INTERNATIONAL, INC.,

                Defendant.

Misc. Case No. 1:20-mc-21049-MGC

## SWISHER INTERNATIONAL, INC.'S MOTION FOR STATUS CONFERENCE

Non-Party Swisher International, Inc. ("Swisher"), by and through undersigned counsel, hereby requests a status conference, and in support thereof states the following:

1.      The Court's Order following Status Conference (ECF No. 66) required Akrum Alrahib to "review the documents provided to him by the BSKS firm and notify counsel for Swisher of any privileged documents," on or before October 20, 2022.[1]

2.      After Mr. Alrahib had not identified any privileged documents within the time frame specified by the Court, on October 24, 2022 Swisher filed a Notice to the Court and requested an Order directing the BSKS firm to provide the subject documents directly to counsel for Swisher for review.  (ECF No. 72.)

3.      By Order dated November 3, 2022, the Court denied the relief requested by

---

[1]     As discussed at the Status Conference held on September 19, 2022, Swisher maintains that Mr. Alrahib has waived any privilege he might have had in the documents responsive to Requests 1-7 of the Swisher Subpoena, inter alia, through failure to raise any privilege for more than two-and-a half years after the subpoena was served on Mr. Alrahib on January 30, 2020.



Swisher, and stated as follows:

> the Court notes that as of the date of the instant Order, Mr. Alrahib remains in the custody of the Federal Detention Center in Miami, Florida ("FDC Miami"), and not FCI Miami. Therefore, Mr. Alrahib, through no fault of his own, was unable to review the documents provided by the BSKS firm or to notify Swisher's counsel of any privileged documents because those documents were sent to FCI Miami.

(ECF No. 75, at p. 3.)

4.    The Court went on to note, "[w]hen Mr. Alrahib is transferred back to FCI Miami, he will be given a reasonable amount of time to conduct the previously ordered privilege review." (*Id.*)

5.    The Federal Bureau of Prisons online search now shows that Mr. Alrahib is located at FCI Miami.

6.    Thus, Swisher requests that the Court set a Status Conference to discuss the status of Mr. Alrahib's compliance with the Court's Order dated September 20, 2022, including the privilege review of the BSKS documents as well as the collection and review of the responsive documents currently in the possession of the attorneys at the law firm of Gaw Poe.  (ECF No. 66 at p. 5.)

WHEREFORE, Swisher International, Inc. respectfully requests that this Court hold a status conference to address the matters herein.



Respectfully submitted,

By: **Alaina Fotiu-Wojtowicz**
Alaina Fotiu-Wojtowicz, Esq.
Florida Bar No. 0084179
Brodsky Fotiu-Wojtowicz, PLLC
*Counsel for Swisher International, Inc.*
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: 305-503-5054
Fax: 786-749-7644
alaina@bfwlegal.com
docketing@bfwlegal.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on this 29th day of December, 2022, on all counsel or parties of record.

By: **<u>Alaina Fotiu-Wojtowicz</u>**
Alaina Fotiu-Wojtowicz, Esq.

I further certify that the foregoing document has been furnished by U.S. Mail, this 29th day of December, 2022, to the following:

Akrum Alrahib, BOP #74529-298
FCI Miami
Federal Correctional Institution
PO Box 779800
Miami, FL 33177

By: **<u>Alaina Fotiu-Wojtowicz</u>**
Alaina Fotiu-Wojtowicz, Esq.

