UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-mc-21049-COOKE/DAMIAN

*Entitled Action Pending in U.S.D.C. Central District of California*
*Case No.: 8:14-CV-01664-JVS*

TRENDSETTAH USA, INC., and
TREND SETTAH, INC.,

    Plaintiffs,

vs.

SWISHER INTERNATIONAL, INC.,

    Defendant,
and

AKRUM ALRAHIB,

    Third Party Defendant/
    Subpoena Respondent.

_____/

## ORDER

THIS CAUSE is before the Court on Defendant, Swisher International, Inc.'s ("Swisher"), Motion for Status Conference (the "Motion"), filed December 29, 2022 [ECF No. 76].[1]

THE COURT has reviewed the Motion and the relevant portions of the record and is otherwise fully advised in the premises. In the Motion, Swisher requests that the Court set a status conference to discuss the status of subpoena respondent, Akrum Alrahib's ("Mr. Alrahib"), compliance with this Court's September 20, 2022, Order directing Mr. Alrahib to

---

[1] This matter was referred to the undersigned by the Honorable Robin L. Rosenberg, United States District Judge, on behalf of the Honorable Marcia G. Cooke, United States District Judge, for appropriate resolution. [ECF No. 44]. *See* 28 U.S.C. §§ 636(b)(1)(A) and (B).

conduct a privilege review of the documents sent by the law firm of Black, Srebnick, Kornspan, & Stumpf, P.A. ("BSKS") to Mr. Alrahib at the Federal Correctional Institution in Miami, Florida ("FCI Miami").

In light of the fact that Mr. Alrahib was recently transferred back to FCI Miami, it is hereby

ORDERED AND ADJUDGED as follows:

1. Swisher's Motion for Status Conference [ECF No. 76] is **DENIED**; and

2. Mr. Alrahib shall review the documents provided by the BSKS firm and notify counsel for Swisher of any privileged documents, as set forth in this Court's prior Order dated September 20, 2022 [ECF No. 66], by **January 18, 2023**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of December 2022.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
Mr. Akrum Alrahib (BOP #74529-298)