**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Entitled Action Pending in U.S.D.C. Central District of California**
**Case No.: 8:14-CV-01664-JVS**

|  |
|---|
| TRENDSETTAH USA, INC., and TREND SETTAH, INC. |
| Plaintiffs, |
| v. |
| SWISHER INTERNATIONAL, INC., |
| Defendant. |

Misc. Case No. 1:20-mc-21049-MGC

## SWISHER INTERNATIONAL, INC.'S MOTION FOR STATUS CONFERENCE

Swisher International, Inc. ("Swisher"), by and through undersigned counsel, hereby requests a status conference, or, alternatively, requests an Order of the Court directing the BSKS firm to provide documents directly to counsel for Swisher for review, and in support thereof states the following:

1.      The Court's Order following Status Conference (ECF No. 66) required Akrum Alrahib to "review the documents provided to him by the BSKS firm and notify counsel for Swisher of any privileged documents," on or before October 20, 2022.[1]

2.      After Mr. Alrahib had not identified any privileged documents within the time frame specified by the Court, on October 24, 2022 Swisher filed a Notice to the Court and requested an Order directing the BSKS firm to provide the subject documents directly to counsel

---

[1]      As discussed at the Status Conference held on September 19, 2022, Swisher maintains that Mr. Alrahib has waived any privilege he might have had in the documents responsive to Requests 1-7 of the Swisher Subpoena, *inter alia*, through failure to raise any privilege for more than two-and-a half years after the subpoena was served on Mr. Alrahib on January 30, 2020.



for Swisher for review.  (ECF No. 72.)

　　　　3.　　　By Order dated November 3, 2022, the Court denied the relief requested by

Swisher, and stated as follows:

> the Court notes that as of the date of the instant Order, Mr. Alrahib remains in the custody of the Federal Detention Center in Miami, Florida ("FDC Miami"), and not FCI Miami. Therefore, Mr. Alrahib, through no fault of his own, was unable to review the documents provided by the BSKS firm or to notify Swisher's counsel of any privileged documents because those documents were sent to FCI Miami.

(ECF No. 75, at p. 3.)

　　　　4.　　　The Court went on to note, "[w]hen Mr. Alrahib is transferred back to FCI Miami,

he will be given a reasonable amount of time to conduct the previously ordered privilege review."

(*Id.*)

　　　　5.　　　On December 29, 2022, Swisher provided notice to the Court that the Federal

Bureau of Prisons online search showed that Alrahib was located at FCI Miami.  (ECF No. 76, ¶

5.)  Swisher requested a status conference to discuss Mr. Alrahib's compliance with the Court's

prior Orders.  (*Id.* ¶ 6.)

　　　　6.　　　That same day, the Court denied Swisher's request for a status conference, and

required Mr. Alrahib to "review the documents provided to him by the BSKS firm and notify

counsel for Swisher of any privileged documents, as set forth in this Court's prior Order dated

September 20, 2022 [ECF No. 66]" on or before January 18, 2023.  (ECF No. 77)

　　　　7.　　　January 18, 2023, has come and gone without any response from Mr. Alrahib.

　　　　8.　　　Swisher requests that the Court either set a Status Conference to discuss Mr.

Alrahib's failure to comply with the Court's Order dated December 29, 2022 (ECF No. 77), or,

alternatively, Order the BSKS firm to provide the documents withheld from the initial production

directly to counsel for Swisher for review.



WHEREFORE, Swisher International, Inc. respectfully requests that this Court set a status conference to address the matters herein or, alternatively, Order the BSKS firm to provide the documents withheld from the initial production directly to counsel for Swisher for review.

Respectfully submitted,

By: **Alaina Fotiu-Wojtowicz**
Alaina Fotiu-Wojtowicz, Esq.
Florida Bar No. 0084179
Brodsky Fotiu-Wojtowicz, PLLC
*Counsel for Swisher International, Inc.*
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: 305-503-5054
Fax: 786-749-7644
alaina@bfwlegal.com
docketing@bfwlegal.com

BFW

BRODSKY FOTIU-WOJTOWICZ

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on this 20th day of January, 2023, on all counsel or parties of record.

By: **<u>Alaina Fotiu-Wojtowicz</u>**
Alaina Fotiu-Wojtowicz, Esq.

I further certify that the foregoing document has been furnished by U.S. Mail, this 20th day of January, 2023, to the following:

Akrum Alrahib, BOP #74529-298
FCI Miami
Federal Correctional Institution
PO Box 779800
Miami, FL 33177

By: **<u>Alaina Fotiu-Wojtowicz</u>**
Alaina Fotiu-Wojtowicz, Esq.

