# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 20-mc-21049-COOKE/DAMIAN

*Entitled Action Pending in U.S.D.C. Central District of California*
*Case No.: 8:14-CV-01664-JVS*

TRENDSETTAH USA, INC., and
TREND SETTAH, INC.,

    Plaintiffs,

v.

SWISHER INTERNATIONAL, INC.,

    Defendant,

and

AKRUM ALRAHIB,

    Third Party Defendant/
    Subpoena Respondent.

_____/

## ORDER

THIS CAUSE is before the Court on Defendant, Swisher International, Inc.'s ("Swisher"), Motion for Status Conference, filed January 20, 2023 (the "Motion") [ECF No. 78].[1]

THE COURT has reviewed the Motion and the relevant portions of the record and is otherwise fully advised in the premises. In the Motion, Swisher requests that the Court set a status conference to discuss the status of subpoena respondent, Akrum Alrahib's ("Mr. Alrahib"), compliance with this Court's December 29, 2022, Order. [ECF No. 77]. In that

---

[1] This matter was referred to the undersigned by the Honorable Robin L. Rosenberg, United States District Judge, on behalf of the Honorable Marcia G. Cooke, United States District Judge, for appropriate resolution. [ECF No. 44]. *See* 28 U.S.C. §§ 636(b)(1)(A) and (B).

Order, the undersigned directed Mr. Alrahib to conduct a privilege review of the documents sent by the law firm of Black, Srebnick, Kornspan, & Stumpf, P.A. ("BSKS") to Mr. Alrahib at the Federal Correctional Institution in Miami, Florida, and to notify counsel for Swisher by January 18, 2023 of any privileged documents, as set forth in this Court's prior Order dated September 20, 2022. [ECF No. 66]. Alternatively, Swisher requests that the Court order the BSKS firm to provide the documents withheld from the initial production directly to counsel for Swisher for review.

The Court notes that Swisher fails to indicate in the Motion what efforts were made, if any, to confer with Mr. Alrahib prior to filing the Motion, as required by Local Rule 7.1(a)(3), which is sufficient grounds to deny the Motion and impose on counsel an appropriate sanction. *See* S.D. Fla. Local Rule 7.1(a)(3). However, in an effort to move this matter along, and recognizing the delays commonly encountered when sending legal communications to inmates, the Court will instead put the ball in Mr. Alrahib's court, as he failed to comply with the Court's Order requiring a response by January 18, 2023.

Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1. Mr. Alrahib shall respond to Swisher's Motion and advise counsel for Swisher whether he has identified any documents during his review of the documents sent by the BSKS firm as to which he intends to assert privilege by **February 3, 2023**; and

2.	If Mr. Alrahib fails to comply with this Order, this Court will grant Swisher's Motion [ECF No. 78] and direct the BSKS firm to provide the withheld documents from the initial production to counsel for Swisher without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of January, 2023.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record

Mr. Akrum Alrahib (BOP #74529-298)
FCI Miami
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177